IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, INC.; CARE IN ACTION, INC.; EBENEZER BAPTIST CHURCH OF ATLANTA, GEORGIA, INC.; BACONTON MISSIONARY BAPTIST CHURCH, INC.; VIRGINIA-HIGHLAND CHURCH, INC.; and THE SIXTH EPISCOPAL DISTRICT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia and as Chair of the State Election Board of Georgia; REBECCA N. SULLIVAN, DAVID J. WORLEY, and SETH HARP, in their official capacities as members of the STATE ELECTION BOARD; and STATE ELECTION BOARD, <br><br> *Defendants*. | Civ. Act. No. 1:18-cv-05391-SCJ <br> Jury Trial Demanded |

**SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2) and Local Rule 3.3,

Plaintiffs Fair Fight Action, Inc.; Care in Action, Inc.; Ebenezer Baptist Church of

Atlanta, Georgia, Inc.; Virginia-Highland Church, Inc.; Baconton Missionary Baptist Church, Inc.; and The Sixth Episcopal District, Inc. (d/b/a the "Sixth Episcopal District of the African Methodist Episcopal Church" or the "Sixth District A.M.E.") hereby submit their Supplemental Certificate of Interested Persons and Corporate Disclosure Statement and state as follows:

(1) The undersigned counsel of record for Plaintiffs to this action certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff Fair Fight Action, Inc.

Plaintiff Care in Action, Inc.

Plaintiff Ebenezer Baptist Church of Atlanta, Georgia, Inc.

Plaintiff Virginia-Highland Church, Inc.

Plaintiff Baconton Missionary Baptist Church, Inc.

Plaintiff The Sixth Episcopal District, Inc.

Plaintiffs are either not-for-profit charitable organizations under Section 501(c)(3) of the Internal Revenue Code, 26 U.S.C. § 7601, *et seq*. or social welfare organizations under Section 501(c)(4) of the Internal Revenue Code. They have no

parent corporations and are not publicly held corporations. No publicly held corporation owns 10% or more of stock of any Plaintiff.

Defendant Brad Raffensperger in his official capacity as Secretary of State of Georgia and as Chair of the Georgia State Election Board.

Defendant Rebecca N. Sullivan in her official capacity as a member of the State Election Board of Georgia.

Defendant David J. Worley in his official capacity as a member of the State Election Board of Georgia.

Defendant Seth Harp in his official capacity as a member of the State Election Board of Georgia.

Defendant State Election Board of Georgia.

(2) The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| | |
|---|---|
| For Plaintiffs: | Allegra Lawrence (GA Bar No. 439797)<br>Leslie J. Bryan (GA Bar No. 091175)<br>Maia Cogen (GA Bar No. 832438)<br>**LAWRENCE & BUNDY LLC**<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309<br>Telephone: (404) 400-3350<br>Fax: (404) 609-2504<br>Allegra.Lawrence-Hardy@lawrencebundy.com<br>Leslie.Bryan@lawrencebundy.com<br>Maia.Cogen@lawrencebundy.com<br><br>Thomas R. Bundy (Admitted *pro hac vice*)<br>**LAWRENCE & BUNDY LLC**<br>8115 Maple Lawn Blvd.<br>Suite 350<br>Fulton, MD 20789<br>Telephone: 240-786-4998<br>Fax: (240) 786-4501<br>Thomas.Bundy@lawrencebundy.com<br><br>Lovita Tandy (GA Bar No. 697242)<br>**TANDY LEGAL**<br>4480 South Cobb Drive<br>Suite H-315<br>Smyrna, GA 30080<br>Telephone: (770) 274-6179<br>lovita@tandylegal.com<br><br>Dara Lindenbaum (Admitted *pro hac vice*)<br>**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**<br>1090 Vermont Avenue, NW<br>Suite 750<br>Washington, DC 20005<br>Telephone: (202) 479-1111<br>lindenbaum@sandlerreiff.com |

Elizabeth Tanis (GA Bar No. 697415)
John Chandler (GA Bar No. 120600)
957 Springdale Road, N.E.
Atlanta, GA 30306
Telephone: (404) 771-2275
beth.tanis@gmail.com
jachandler@gmail.com

Kurt G. Kastorf (GA Bar No. 315315)
**THE SUMMERVILLE FIRM, LLC**
1226 Ponce de Leon Avenue, NE
Atlanta, GA 30306
Telephone: (770) 635-0030
kurt@summervillefirm.com

Matthew G. Kaiser (Admitted *pro hac vice*)
Sarah R. Fink (Admitted *pro hac vice*)
Scott S. Bernstein (Admitted *pro hac vice*)
**KAISERDILLON PLLC**
1099 14th Street, NW
8th Floor West
Washington, DC 20005
Telephone: (202) 640-2850
Fax: (202) 280-1034
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com
sbernstein@kaiserdillon.com
Andrew D. Herman (Admitted *pro hac vice*)
Sarah Dowd (Admitted *pro hac vice*)
**MILLER & CHEVALIER CHARTERED**
900 16th St. NW
Washington, DC 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
aherman@milchev.com
sdowd@milchev.com

|  |  |
|---|---|
|  | Kali Bracey (Admitted *pro hac vice*)<br>**JENNER & BLOCK LLP**<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br>Fax: (202) 639-6066<br>KBracey@jenner.com |
|  | Jeremy H. Ershow (P*ro hac vice* pending)<br>**JENNER & BLOCK LLP**<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 891-1600<br>Fax: (212) 891-1699<br>jershow@jenner.com |
| For Defendants: | Christopher M. Carr (GA Bar No. 112505)<br>Attorney General<br>Annette M. Cowart (GA Bar No. 191199)<br>Deputy Attorney General<br>Russell D. Willard (GA Bar No. 760280)<br>Senior Assistant Attorney General<br>**STATE LAW DEPARTMENT**<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334 |
|  | Josh B. Belinfante (GA Bar No. 047399)<br>Vincent Robert Russo, Jr.<br>Brian Edward Lake<br>Carey Allen Miller<br>Ryan Teague (Ga Bar No. 047399)<br>Kimberly Anderson (Ga Bar No. 602807)<br>**ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC**<br>500 14th Street NW<br>Atlanta, GA 30318 |

Telephone: (678) 701-9381
Fax: (404) 856-3250
jbelinfante@robbinsfirm.com
vrusso@robbinsfirm.com
blake@robbinsfirm.com
cmiller@robbinsfirm.com
rteague@robbinsfirm.com
kanderson@robbinsfirm.com

Bryan P. Tyson (Ga Bar No. 515411)
Special Assistant Attorney General
**Strickland Brockington Lewis, LLP**
1170 Peachtree Street, NE
Suite 2200, Midtown Proscenium
Atlanta, GA 30309-7200
Telephone: (678) 347-2200
Fax: (678) 347-2210
bpt@sbllaw.net

Respectfully submitted this 19th day of February, 2019.

(signatures on following page)

          */s/ Allegra Lawrence*
Allegra Lawrence (GA Bar No. 439797)
Leslie J. Bryan (GA Bar No. 091175)
Maia Cogen (GA Bar No. 832438)
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street
Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
Allegra.Lawrence-Hardy@lawrencebundy.com
Leslie.Bryan@lawrencebundy.com
Maia.Cogen@lawrencebundy.com

Thomas R. Bundy (Admitted *pro hac vice*)
**LAWRENCE & BUNDY LLC**
8115 Maple Lawn Blvd.
Suite 350
Fulton, MD 20789
Telephone: 240-786-4998
Fax: (240) 786-4501
Thomas.Bundy@lawrencebundy.com

Lovita Tandy (GA Bar No. 697242)
**TANDY LEGAL**
4480 South Cobb Drive
Suite H-315
Smyrna, GA 30080
Telephone: (770) 274-6179
lovita@tandylegal.com

Dara Lindenbaum (Admitted *pro hac vice*)
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW
Suite 750
Washington, DC 20005
Telephone: (202) 479-1111

lindenbaum@sandlerreiff.com

Elizabeth Tanis (GA Bar No. 697415)
John Chandler (GA Bar No. 120600)
957 Springdale Road, N.E.
Atlanta, GA 30306
Telephone: (404) 771-2275
beth.tanis@gmail.com
jachandler@gmail.com

Kurt G. Kastorf (GA Bar No. 315315)
**THE SUMMERVILLE FIRM, LLC**
1226 Ponce de Leon Avenue, NE
Atlanta, GA 30306
Telephone: (770) 635-0030
kurt@summervillefirm.com

Matthew G. Kaiser (Admitted *pro hac vice*)
Sarah R. Fink (Admitted *pro hac vice*)
Scott S. Bernstein (Admitted *pro hac vice*)
**KAISERDILLON PLLC**
1099 14th Street, NW
8th Floor West
Washington, DC 20005
Telephone: (202) 640-2850
Fax: (202) 280-1034
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com
sbernstein@kaiserdillon.com

Andrew D. Herman (Admitted *pro hac vice*)
Sarah Dowd (Admitted *pro hac vice*)
**MILLER & CHEVALIER CHARTERED**
900 16th St. NW
Washington, DC 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801

9

aherman@milchev.com
sdowd@milchev.com

Kali Bracey (Admitted *pro hac vice*)
**JENNER & BLOCK LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Fax: (202) 639-6066
KBracey@jenner.com

Jeremy H. Ershow (*Pro hac vice* pending)
**JENNER & BLOCK LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 891-1600
Fax: (212) 891-1699
jershow@jenner.com

*Counsel for Fair Fight Action, Inc.; Care in Action, Inc.; Ebenezer Baptist Church of Atlanta, Georgia, Inc.; Baconton Missionary Baptist Church, Inc.; Virginia-Highland Church, Inc.; and The Sixth Episcopal District, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2019, I caused to be electronically filed the foregoing SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon the following Counsel of Record:

**Brian Edward Lake**
Robbins Ross Alloy Belinfante Littlefield, LLC -Atl
500 Fourteenth St., N.W.
Atlanta, GA 30318
678-701-9381
Fax: 404-856-3250
Email: blake@robbinsfirm.com

**Bryan P. Tyson**
Strickland Brockington Lewis, LLP
1170 Peachtree Street, NE
Suite 2200, Midtown Proscenium
Atlanta, GA 30309-7200
678-347-2200
Fax: 678-347-2210
Email: bpt@sbllaw.net

**Carey Allen Miller**
Robbins Ross Alloy Belinfante Littlefield, LLC
500 14th Street, NW
Atlanta, GA 30318
678-701-9381
Fax: 404-856-3250

Email: cmiller@robbinsfirm.com

**Joshua Barrett Belinfante**
Robbins Ross Alloy Belinfante Littlefield, LLC -Atl
500 Fourteenth St., N.W.
Atlanta, GA 30318
678-701-9381
Fax: 404-856-3250
Email: jbelinfante@robbinsfirm.com

**Vincent Robert Russo , Jr.**
Robbins Ross Alloy Belinfante Littlefield, LLC -Atl
500 Fourteenth St., N.W.
Atlanta, GA 30318
404-856-3260
Fax: 404-856-3250
Email: vrusso@robbinsfirm.com

*/s/ Maia Cogen*

Maia Cogen