IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, *et al.* | |
| *Plaintiffs,* | CIVIL ACTION |
| v. | FILE NO. 1:18-cv-05391-SCJ |
| BRAD RAFFENSPERGER, *et al,* | |
| *Defendants.* | |

## DEFENDANTS' FIRST SUPPLEMENTAL EXPERT DISCLOSURES

In accordance with the Scheduling Order[1] [Doc. 79] and Fed. R. Civ. P. 26(a)(2), Defendants disclose the following expert witnesses whom they may use at trial to present evidence under Fed. R. Evid. 702, 703, or 705. Defendants reserve the right to supplement this list with additional experts after receiving Plaintiffs' expert reports.

1. Dr. Thomas Brunell – Professor of Political Science, School of Economic, Political, and Policy Sciences at University of Texas at Dallas. Dr. Brunell's curriculum vitae is attached as **Exhibit 1.**

---

[1] After discussion about the timing of expert disclosures, Plaintiffs agreed to extend the time for Defendants to identify experts to August 30, 2019.

2. Sean P. Trende, Esq. – Senior Elections Analyst, RealClearPolitics; Gerald R. Ford Visiting Fellow, American Enterprise Institute. Mr. Trende's curriculum vitae is attached as **Exhibit 2.**

3. Dr. Janet R. Thornton – Managing Director, Berkeley Research Group LLC. Dr. Thornton's curriculum vitae is attached as **Exhibit 3**.

Respectfully submitted this 30th day of August, 2019.

>STATE LAW DEPARTMENT
>
>Christopher M. Carr
>Attorney General
>GA Bar No. 112505
>Annette M. Cowart
>Deputy Attorney General
>GA Bar No. 191199
>Russell D. Willard
>Senior Assistant Attorney General
>GA Bar No. 760280
>40 Capitol Square, S.W.
>Atlanta, Georgia 30334
>
>ROBBINS ROSS ALLOY BELINFANTE
>LITTLEFIELD LLC
>
>Josh Belinfante
>GA Bar No. 047399
>Vincent R. Russo
>GA Bar No. 242648
>Kimberly K. Anderson
>GA Bar No. 602807

Brian E. Lake
GA Bar No. 575966
Carey A. Miller
GA Bar No. 976420
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250
jbelinfante@robbinsfirm.com
vrusso@robbinsfirm.com
blake@robbinsfirm.com
cmiller@robbinsfirm.com
kanderson@robbinsfirm.com

TAYLOR ENGLISH DUMA LLP

Bryan P. Tyson
Special Assistant Attorney General
GA Bar No. 515411
Bryan F. Jacoutot
GA Bar No. 668272
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678.336.7249
btyson@taylorenglish.com
bjacoutot@taylorenglish.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This certifies that I have this date electronically filed the foregoing **DEFENDANTS' FIRST SUPPLEMENTAL EXPERT DISCLOSURES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Allegra Lawrence<br>Leslie J. Bryan<br>Maia Cogen<br>Lawrence & Bundy LLC<br>Suite 1650<br>1180 West Peachtree Street<br>Atlanta, GA 30309<br>Allegra.Lawrence-Hardy@lawrencebundy.com<br>Leslie.Bryan@lawrencebundy.com<br>Maia.Cogen@lawrencebundy.com | Thomas R. Bundy<br>Lawrence & Bundy, LLC<br>Suite 350<br>8115 Maple Lawn Blvd.<br>Fulton, MD 20789<br>Thomas.Bundy@lawrencebundy.com |
| Lovita Tandy<br>Tandy Legal<br>Suite H-315<br>4480 South Cobb Drive<br>Smyrna, GA 30080<br>lovita@tandylegal.com | Dara Lindenbaum<br>Sandler Reiff Lamb Rosenstein &<br>Birkenstock, P.C.<br>Suite 750<br>1090 Vermont Ave, NW<br>Washington, DC 20005<br>lindenbaum@sandlerreiff.com |
| Elizbeth Tanis<br>John Chandler<br>957 Springdale Road, N.E.<br>Atlanta, GA 30306<br>beth.tanis@gmail.com<br>jachandler@gmail.com | Kurt G. Kastorf<br>The Summerville Law Firm, LLC<br>1226 Ponce de Leon Avenue, NE<br>Atlanta, GA 30306<br>kurt@summervillefirm.com |

| | |
|---|---|
| Matthew G. Kaiser | Andrew D. Herman |
| Sarah R. Fink | Sarah Dowd |
| Scott S. Bernstein | Miller & Chevalier Chartered |
| KaiserDillon PLLC | 900 16th St. NW |
| 8th Floor West | Washington, DC 20006 |
| 1099 14th Street, NW | aherman@milchev.com |
| Washington, DC 20005 | sdowd@milchev.com |
| mkaiser@kaiserdillon.com | |
| sfink@kaiserdillon.com | |
| sbernstein@kaiserdillon.com | |
| | |
| Kali Bracey | Jeremy H. Ershow |
| Jenner & Block LLP | Jenner & Block LLP |
| Suite 900 | 919 Third Avenue |
| 1099 New York Avenue, NW | New York, New York 10022 |
| Washington, DC 20001 | jershow@jenner.com |
| KBracey@jenner.com | |

This 30th day of August, 2019.

STATE LAW DEPARTMENT

Christopher M. Carr
Attorney General
GA Bar No. 112505
Annette M. Cowart
Deputy Attorney General
GA Bar No. 191199
Russell D. Willard
Senior Assistant Attorney General
GA Bar No. 760280
40 Capitol Square, S.W.
Atlanta, Georgia 30334

ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Vincent Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Carey Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Brian Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
500 14th Street NW
Atlanta, GA 30318
Telephone:   (678) 701-9381
Facsimile:    (404) 856-3250


TAYLOR ENGLISH DUMA LLP

Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
GA Bar No. 668272
bjacoutot@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
678-336-7249

*Attorneys for Defendant*