# Curriculum Vitae



**Janet R. Thornton, Ph.D.**
BERKELEY RESEARCH GROUP, LLC
2457 Care Drive, Suite A-200, Tallahassee, FL 32308

Direct: 850-402-5105
jthornton@thinkbrg.com

## EDUCATION

Ph.D., Florida State University, Economics, 1992.
M.S., Florida State University, Economics, 1985.
B.A., University of Central Florida, Economics and Political Science, 1981

## ACADEMIC EXPERIENCE

**FLORIDA STATE UNIVERSITY**
Instructor, Quantitative Methods for Business Decisions (2010)
Instructor, Quantitative Methods and Statistics (2000-2001)
Instructor, Economics (1984-1985)
Instructor and Teaching Assistant, Economics (1982-1984)

**GEORGIA SOUTHWESTERN COLLEGE**
Part-time Instructor (1985-1986)

**UNIVERSITY OF CENTRAL FLORIDA**
Research Assistant (1981)

## PRESENT EMPLOYMENT

Managing Director, Berkeley Research Group, LLC (2015)

Dr. Thornton specializes in analyzing employment, insurance, and credit decisions. She has testified as an expert witness in federal court, state court, and administrative hearings regarding allegations of discrimination and the calculation of economic damages, and has been retained by both plaintiffs and defendants.

Dr. Thornton has prepared economic and statistical analyses involving allegations of gender, race, ethnicity, religious, and age discrimination in a variety of employment practices including selection, termination, and compensation. She has prepared analyses for employers both proactively and in response to litigation and OFCCP audits.

Dr. Thornton estimates economic damages and provides analysis of wage and hour claims as they relate to overtime (including misclassification), calculation of the regular rate of pay, and off-the-clock work issues including donning and doffing time. She has provided expert

witness testimony in wage and hour matters including a class action involving a large restaurant/retail chain.

Dr. Thornton has provided expert witness testimony regarding simple and complex random sampling designs, has analyzed survey data, and has calculated and incorporated statistical error rates associated with sampling designs. This expertise and her knowledge of complex databases has been used to help organize, manage, and process data for litigation including the use of sampling to identify anomalies in the organizations data processes.

Dr. Thornton's expertise in the analysis of lending practices has led her to design monitoring software specifically tailored to meet her clients' needs. She has prepared several reports and testified in class action lawsuits related to credit pricing issues.

Dr. Thornton has provided expert witness testimony regarding voting rights issues including the analysis of voter ID match rates and voting patterns among demographic groups.

## PREVIOUS POSITIONS

Managing Director, ERS Group (2011 – 2015)
Director, ERS Group (2004-2011)
Vice President and Senior Research Economist, ERS Group (1998-2004)
Senior Research Economist, ERS Group (1997-1998)
Research Economist, ERS Group (1986-1997)
Research Assistant, ERS Group (Summer 1985)
Research Assistant, ERS Group (Summer 1984)

## HONORS AND AWARDS

Omicron Delta Epsilon (Economics)
Omicron Delta Kappa (National Leadership)
Pi Sigma Alpha (Political Science)
Phi Kappa Phi Honor Society
Scholarship to attend the Conference on Public Choice at the Center for Public Choice in Blacksburg, Virginia, 1983

## SPECIALIZATION

Labor and Natural Resource Economics



*PUBLICATIONS*

**ARTICLES**

"New Tools for the Calculation of Infringement Damages," (with Roy Weinstein and Paul White). Prepared for The Center of American and International Law, Plano, TX, October 2010.

"Weathering the Economic Downturn: Economic and Statistical Analysis for Layoffs," (with Fredrick Holt), EEO Insight, Vol. 1, Issue 3, 2009.

"Recent Developments in the Analysis of Employment Practices," (with Joan Haworth and Paul White), Developments in Litigation Economics, Eds. Patrick Gaughan and Robert Thornton. Vol. 87 of Contemporary Studies in Economic and Financial Analysis. Amsterdam: Elsevier, 2005.

"Minority and Female Owned Business Opportunity in Atlanta," (with Joan G. Haworth). Prepared for the City of Atlanta, October 2000.

"Cohort Analysis and the Determination of Economic Damages Resulting from Employment Discrimination," (with Michael J. Piette). Journal of Forensic Economics, Vol. VIII, No. 1, Winter 1995.

"Using New Labor Force Participation Rates When Computing Economic Damage and Loss: A Methodological Note," (with Michael J. Piette). Journal of Legal Economics, Vol. 4, No. 2, Summer 1994.

"A Human Capital Approach to School Retention," Ph.D. Dissertation, Department of Economics, Florida State University, April 1992.

"The Use of Cohort Analysis in the Litigation Context," (with Michael J. Piette). Presented at the American Economic Association Meeting, New Orleans, LA, January 1992.

"Changes in Labor Force Participation Rates Over Time: Some New Evidence from Census Data," (with Michael J. Piette). Presented at the Southern Economic Association Meeting, Washington, D.C., November 1992.

**PRESENTATION AND TRAINING ENGAGEMENTS**

"Deep Diving Pay Equity" (panel with Hon. Charlotte A. Burrows, Adam T. Klein and Nancy E. Rafuse), presented at the American Bar Association National Conference on Equal Employment Opportunity Law, March 2016.

"Economic and Statistical Analyses of Common Employment Issues" (with Bo Shippen) presented at Fisher & Phillips, November 2014.

"Shoot First, Ask Questions Later: Managing through the EEOC's Strategic Priorities" (with Shay Hable and Nancy Rafuse), presented at the Corporate Counsel Institute Program, December 2013.

"How to Prepare for an OFCCP Compensation Audit" (with Steve Greene), a webinar for



World at Work, September 2013.

"Compensation Analysis for Federal Contractors/Sub-Contractors," presented at the Jacksonville, Florida, Industry Liaison Group Conference, July 2012.
"WHO SAID LIFE WAS FAIR: Successfully Analyzing and Defending Fair Lending Claims" (with Eric Taylor), presented at the American Conference Institute's 13th National Forum on Consumer Finance Class Actions & Litigation, January 2012.

"Compensation Analyses," presented at the Space Coast Florida Industry Liaison Group Conference, October 2011.

"Compensation Analyses and Pay Equity," presented at the Central/Space Coast Florida Industry Liaison Group Conference, March 2010.

"Basic Statistics and Applications in AA Plan Development, Adverse Impact and Compensation," a course for the American Association for Affirmative Action's PDTI training 2010, February 2010.

"Demystifying Compensation Analysis: Concepts & Challenges, Part II," a webinar for the American Association for Affirmative Action's PDTI 2009 Webinar Series, September 2009.

"Tools for Analyzing and Monitoring Compensation," presented at the Jacksonville Industry Liaison Group Conference, May 2009.

"Tools for Analyzing and Monitoring Compensation," presented at the Central/Space Coast Florida Industry Liaison Group Conference, April 2009.

"Demystifying Compensation Analysis: Concepts & Challenges," a webinar for the American Association for Affirmative Action's PDTI 2009 Webinar Series, March 2009.

"Weathering the Economic Downturn: Economic and Statistical Analysis for Layoffs," presented at the Jacksonville Industry Liaison Group Conference, "Preparing for Change: Hot Topics for 2009 and Beyond," February 2009.

"Tools for Analyzing and Monitoring Compensation," presented at the Southwest and Rocky Mountain Regional Industry Liaison Group Conference, "Fairness and Inclusion in a Changing Workforce," November 2008.

Presented at the Proskauer Rose LLP seminar "Navigating Wage and Hour Issues in California," Los Angeles, April 2008.

**SEMINAR PRESENTATIONS**

"Employment Discrimination: Economic and Statistical Evidence," an ERS Group seminar. Presented the following topics: "Commonly Used Statistical Techniques" and/or "Advanced Statistical Techniques: Compensation Analysis" and/or "Statistical Concepts: Modeling & Data Issues" and/or "Exposure and Liability: Calculating Damages." Orlando, 2012 and 2014; Washington, D.C. and New York, 2009; Washington, D.C. and New York, 2006; Washington, D.C. and New York, 2004; Washington, D.C. and New York, 2003; Chicago and New York, 2002; Dallas, 2001; New York and Los Angeles, 2000; Atlanta, Chicago, San Francisco, 1999; and Los Angeles, 1998.

4



"2010 Compensation Tune-up: Are Your Pay Practices Ready for Challenges?" an ERS Group webinar, January 2010.

"Weathering the Economic Downturn: Economic and Statistical Analysis for Layoffs," an ERS Group webinar, January 2009 and December 2008.

"Compensation Tune-Up for 2007: Tools for Analyzing and Monitoring Compensation," an ERS Group webinar, February 2007.

"Analyzing and Monitoring Compensation in Today's Regulatory Environment," an ERS Group seminar, Washington, D.C. and San Francisco, 2005.

**PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS**

American Economic Association
National Association of Forensic Economics
North Florida Committee on Foreign Relations

**COMPUTER LANGUAGES AND STATISTICAL PACKAGES**

Extensive knowledge and use of FORTRAN, SAS, and SPSS on mainframe and personal computers
Knowledge and use of FOCUS, BMDP, COBOL, and Pascal
Knowledge and use of Atlas Pro Software to construct thematic maps

**COMPUTER SYSTEMS**

IBM RS6000 Model 58H, operating in an IBM UNIX environment
IBM 3090-400 VM-CMS environment at the University of Florida, Gainesville, Florida
Concurrent Corporation/Perkin-Elmer at Economic Research Services, Inc., Tallahassee, Florida
Control Data Cyber 850 at the Florida State University, Tallahassee, Florida