# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official Capacity as Secretary of State of Georgia; *et al.*,<br><br>    Defendants. | Civil Action File<br><br>No. 1:18-cv-05391-SCJ |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendants hereby certifies that on September 23, 2019 the undersigned served true and correct copies of the following:

    (1)    Defendant Harp's Second Requests for Production of Documents to Fair Fight Action, Inc.;

    (2)    Notice of Subpoena to New Georgia Project, Inc.;

    (3)    Notice of Subpoena to AFG Group, Inc.; and

    (4)    Notice of Subpoena to Democratic Party of Georgia, Inc.

upon the following counsel of record via electronic delivery at the addresses below.

| | |
|---|---|
| Allegra J. Lawrence, Esq.<br>Leslie J. Bryan, Esq.<br>Maia Cogen, Esq.<br>Lawrence & Bundy LLC<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309<br>allegra.lawrence-hardy@lawrencebundy.com<br>leslie.bryan@lawrencebundy.com<br>maia.cogen@lawrencebundy.com | Thomas R. Bundy, Esq.<br>Lawrence & Bundy LLC<br>8115 Maple Lawn Blvd.<br>Suite 350<br>Fulton, MD 20789<br>thomas.bundy@lawrencebundy.com<br><br>Elizabeth Tanis, Esq.<br>John Chandler, Esq.<br>957 Springdale Road, N.E.<br>Atlanta, GA 30306<br>beth.tanis@gmail.com<br>jachandler@gmail.com |
| Dara Lindenbaum, Esq.<br>Sandler Reiff Lamb Rosenstein & Birkenstock, P.A.<br>1090 Vermont Avenue, N.W.<br>Suite 750<br>Washington, DC 20005<br>lindenbaum@sandlerreiff.com | Kurt G. Kastorf, Esq.<br>The Summerville Firm, LLC<br>1226 Ponce de Leon Avenue, N.E.<br>Atlanta, GA 30306<br>kurt@summervillefirm.com |
| Matthew G. Kaiser, Esq.<br>Sarah R. Fink, Esq.<br>Scott S. Bernstein, Esq.<br>KaiserDillon PLLC<br>1099 14th Street, N.W.<br>8th Floor West<br>Washington, DC 20005<br>mkaiser@kaiserdillon.com<br>sfink@kaiserdillon.com<br>sbernstein@kaiserdillon.com | Andrew D. Herman, Esq.<br>Sarah Dowd, Esq.<br>Miller & Chevalier Chartered<br>900 16th Street, N.W.<br>Washington, DC 20006<br>aherman@milchev.com<br>sdowd@milchev.com |

Kali Bracey, Esq.
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
kbracey@jenner.com

Tandy Legal
Lovita Tandy
Suite H-315
4480 South Cobb Drive
Smyrna, GA 30080
lovita@tandylegal.com

Jeremy H. Ershow, Esq.
Jenner & Block LLP
919 Third Avenue
New York, New York 10022
jershow@jenner.com

This 24th day of September, 2019.

/s/ Brian E. Lake
Josh B. Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Kimberly K. Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

Christopher M. Carr
Attorney General
GA Bar No. 112505
Annette M. Cowart
Deputy Attorney General
GA Bar No. 191199
Russell D. Willard
Senior Assistant Attorney General
GA Bar No. 760280
State Law Department
GA Bar No. 760280
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Bryan P. Tyson
Special Assistant Attorney General
btyson@taylorenglish.com
Bryan F. Jacoutot
GA Bar No. 668272
bjacoutot@taylorenglish.com
Taylor English Duma LLP
1600 Parkwood Circle - Suite 200
Atlanta, Georgia 30339
Telephone:   (678) 336-7249

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

This 24th day of September, 2019.

                                    */s/Brian E. Lake*
                                    Brian E. Lake
                                    Georgia Bar No. 575966