**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| FAIR FIGHT ACTION, et al.,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>v.  )  **CIVIL ACTION FILE**<br>  )<br>BRAD RAFFENSPERGER, in his official  )  NO. 1:18-cv-05391-SCJ<br>capacity as the Secretary of State of  )<br>Georgia; et al.,  )<br>  )<br>  Defendants.  )  | |

## **NOTICE OF LEAVE OF ABSENCE**

COMES NOW, Josh Belinfante, counsel for Defendant, who pursuant to Local Rule 83.1(E)(3) of the Northern District of Georgia respectfully notifies the Court and all counsel of record in this civil action of his leave of absence for the following dates:

1. **Friday, October 11-Tuesday, October 15, 2019.** The purpose of this leave is for a family vacation.

2. **Friday, November 14, 2019-Friday, November 15, 2019.** The purpose of this leave is for attendance at a continuing legal education conference out of town.

3. **Thursday, November 21, 2019-Friday, November 22, 2019**. The purpose of this leave is for a family vacation.

**4.     Wednesday, January 1, 2019-Friday, January 3, 2019**.  The

purpose of this leave is for a family vacation.

I respectfully request that this case not be calendared or other matters be scheduled before the Court during these dates.

This 25th day of September, 2019.

>  */s/ Josh Belinfante*
> Josh B. Belinfante
> GA Bar No. 047399
> jbelinfante@robbinsfirm.com
> Vincent R. Russo
> GA Bar No. 242648
> vrusso@robbinsfirm.com
> Brian E. Lake
> GA Bar No. 575966
> blake@robbinsfirm.com
> Carey A. Miller
> GA Bar No. 976420
> cmiller@robbinsfirm.com
> Robbins Ross Alloy Belinfante Littlefield LLC
> 500 14th Street, NW.
> Atlanta, GA  30318
> Telephone:  (678) 701-9381
> Facsimile:   (404) 856-3250
>
> *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing **NOTICE OF LEAVE OF ABSENCE** with the Clerk of the Court using the electronic case management system, which sent notification of such filing to counsel of record.

This 25th day of September, 2019.

*/s/ Josh Belinfante*