**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| FAIR FIGHT ACTION, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official Capacity as Secretary of State of Georgia; *et al*.,<br><br>        Defendants. | Civil Action File<br><br>No. 1:18-cv-05391-SCJ |

**RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4, counsel for Defendants hereby certifies that on September 25, 2019 the undersigned served true and correct copies of the following:

(1)    Notice of 30(B)(6) Deposition of Fair Fight Action, Inc.;

(2)    Notice of 30(B)(6) Deposition of Sixth Episcopal District of the African Methodist Episcopal Church, Inc.;

(3)    Notice of 30(B)(6) Deposition of Virginia-Highlands Church, Inc.;

(4)    Notice of 30(B)(6) Deposition of Ebenezer Baptist Church of Atlanta, Georgia, Inc.; and

(5)    Notice of 30(B)(6) Deposition of Care In Action, Inc.

upon the following counsel of record via electronic delivery and U.S. Mail at the

addresses below:

Allegra J. Lawrence, Esq.
Leslie J. Bryan, Esq.
Maia Cogen, Esq.
Lawrence & Bundy LLC
1180 West Peachtree Street
Suite 1650
Atlanta, GA 30309
allegra.lawrence-
hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com

Matthew G. Kaiser, Esq.
Sarah R. Fink, Esq.
Scott S. Bernstein, Esq.
KaiserDillon PLLC
1099 14th Street, N.W.
8th Floor West
Washington, DC 20005
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com
sbernstein@kaiserdillon.com

Thomas R. Bundy, Esq.
Lawrence & Bundy LLC
8115 Maple Lawn Blvd.
Suite 350
Fulton, MD 20789
thomas.bundy@lawrencebundy.com

Kurt G. Kastorf, Esq.
The Summerville Firm, LLC
1226 Ponce de Leon Avenue, N.E.
Atlanta, GA 30306
kurt@summervillefirm.com

Dara Lindenbaum, Esq.
Sandler Reiff Lamb Rosenstein &
Birkenstock, P.A.
1090 Vermont Avenue, N.W.
Suite 750
Washington, DC 20005
lindenbaum@sandlerreiff.com

Elizabeth Tanis, Esq.
John Chandler, Esq.
957 Springdale Road, N.E.
Atlanta, GA 30306
beth.tanis@gmail.com
jachandler@gmail.com

Andrew D. Herman, Esq.
Miller & Chevalier Chartered
900 16th Street, N.W.
Washington, DC 20006
aherman@milchev.com

Lovita Tandy
Tandy Legal
Suite H-315
4480 South Cobb Drive
Smyrna, GA 30080
lovita@tandylegal.com

Kali Bracey, Esq.
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
kbracey@jenner.com

Von A. DuBose, Esq.
Dubose Miller LLC'
75 14th Street, N.E., Suite 2110
Atlanta, GA 30309
dubose@dubosemiller.com

Jeremy H. Ershow, Esq.
Jenner & Block LLP
919 Third Avenue
New York, New York 10022
jershow@jenner.com

This 26th day of September, 2019.

*/s/ Brian E. Lake*
Josh B. Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Kimberly K. Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Catherine C. Berenato
Georgia Bar No. 957620
cberenato@robbinsfirm.com

Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:  (678) 701-9381
Facsimile:    (404) 856-3250

Christopher M. Carr
Attorney General
GA Bar No. 112505
Annette M. Cowart
Deputy Attorney General
GA Bar No. 191199
Russell D. Willard
Senior Assistant Attorney General
GA Bar No. 760280
State Law Department
GA Bar No. 760280
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Bryan P. Tyson
Special Assistant Attorney General
btyson@taylorenglish.com
Bryan F. Jacoutot
GA Bar No. 668272
bjacoutot@taylorenglish.com
Taylor English Duma LLP
1600 Parkwood Circle - Suite 200
Atlanta, Georgia 30339
Telephone:  (678) 336-7249

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4**

**CERTIFICATE OF SERVICE** by using the CM/ECF system, which will

automatically send an email notification of such filing to all counsel of record.

This 26th day of September, 2019.

> */s/Brian E. Lake*
> Brian E. Lake
> Georgia Bar No. 575966