# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of State of Georgia; *et al.*,<br><br>    Defendants. | Civil Action File<br><br>No.: 1:18-cv-05391-SCJ |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendants, hereby certifies that State Defendants made the following productions to Plaintiffs' counsel:

- On November 26, 2019 State Defendants produced documents bates labeled **STATE-DEFENDANTS-00084464 to STATE-DEFENDANTS-00085249.**

- On November 27, 2019 State Defendants produced documents bates labeled **STATE-DEFENDANTS-00085250 to STATE-DEFENDANTS-00089548.**

This 11th day of December, 2019.

**ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC**

*/s/ Josh Belinfante*
Vincent R. Russo
GA Bar No. 242628
Josh Belinfante
GA Bar No. 047399
Carey A. Miller
GA Bar No. 976240
Alexander Denton
GA Bar No. 660632
Brian E. Lake
GA Bar No. 575966
500 14th Street NW
Atlanta, GA 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250
vrusso@robbinsfirm.com
jbelinfante@robbinsfirm.com
cmiller@robbinsfirm.com
adenton@robbinsfirm.com
blake@robbinsfirm.com

*Attorneys for Defendants*

**STATE LAW DEPARTMENT**

Christopher M. Carr
Attorney General
GA Bar No. 112505
Annette M. Cowart
Deputy Attorney General
GA Bar No. 191199

Russell D. Willard
Senior Assistant Attorney General
GA Bar No. 760280
40 Capitol Square, S.W.
Atlanta, Georgia 30334

**TAYLOR ENGLISH DUMA LLP**

Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C).

*/s/ Josh Belinfante*
Josh Belinfante

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all counsel of record.

This 11th day of December, 2019.

*/s/ Josh Belinfante*
Josh Belinfante