# Exhibit C

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Linda Bradshaw. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Hancock County in Georgia and my residence address is 25 Maynard Jackson Cir., Sparta GA, 31087.

3. I have resided at this address since 2007 and have not moved.

4. I recently received a letter from the State of Georgia alerting me to the fact that I am on a list of individuals slated to be removed frome the voting rolls.

5. I believe I last voted absentee in 2017 and do not know how I ended up on this list.

6. I do not understand why the State of Georgia wants to prevent me or other voters from voting in future elections.

7. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

8. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

9. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 14 day of December, 2019.

_Linda Bradshaw_
Signature