# Exhibit D

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Tommie Jordan. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Sumter County in Georgia and my residence address is 502 Peachtree Street, Americus, GA 31719.

3. I voted in the 2018 general election for Governor. I was very disappointed in the outcome.

4. I recently received a postcard from the Sumter County Board of Registrars that stated that my voter registration was inactive through the November 8, 2016 and the November 6, 2018 General Elections. The notice said if I did not return the post card in 30 days, I would be removed from the voter rolls. A copy of this notice is attached to this declaration as Exhibit A. The notice is not dated.

5. I voted in the 2018 general election and the 2016 presidential primary. I have not moved or updated my driver's license. In fact, I have lived in the same house for over thirty years. I do not know why I was sent a notice telling me my voter registration is inactive.

6. The post card spelled my first name incorrectly. My first name is spelled "Tommie" not "Tommy." My name is spelled "Tommie" on both my voter registration page of the Secretary of State's website and on my driver's

license. A copy of my Secretary of State voter information is attached to this declaration as Exhibit B.

7. Receiving the notice telling me I could lose my right to vote kind of upset me because I've been doing what I need to do. And at the same time, they are trying to take away my right to vote and that upsets me. I have been dealing with a lot of sickness with me and my wife and I'm still trying to do the right thing by voting. We've been going through a lot and trying to get back.

8. I am upset that I received this notification, but I am going to send it back because it is our right to vote.

9. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

10. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

11. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 25 day of Novmber, 2019.

Tommie Jordan

Exhibit A        Letter from Sumter County Voter Registration





Exhibit B
Secretary of State MVP Page



# My Voter Page

GEORGIA
SECRETARY OF STATE
BRAD RAFFENSPERGER



GEORGIA LEADS

| Corporations | Elections | News Room | Professional Licensing Boards | Securities | Charities |

## My Voter Page

### Voter Information

TOMMIE JAMES JORDAN
502 PEACHTREE ST
AMERICUS, GA, 31719
Race: Black not of Hispanic Origin
Gender: Male    Status: Active
Registration Date: 06/28/2012

Change Voter Information

**Click Here for Sample Ballots**

### Polling Place for State, County, and Municipal Elections

Precinct C3-27
AMERICUS SUMTER REC DEPARTMENT
408 RUCKER ST
AMERICUS, GA, 31719 - 00
Election Day polling place hours are 7:00 am - 7:00 pm.

Directions to Polling Place

**Click Here for Early Voting Locations and Times**
**Click Here for Municipal Polling Place**
NOTE: Non-specific rural addresses may not be available.

### Georgia Voter ID

Learn more about Georgia Voter Identification Requirements

### Stop Voter Fraud

Do Your Part to Help Ensure Secure and Fair Georgia Elections

### Elections Division

Georgia Secretary of State's Elections Division

### Absentee Ballot Request Information

If you prefer to vote off-site, mail or fax your absentee ballot application to your **county registrar.**

**Click Here for an Absentee Ballot Application**

**Click here for Absentee Ballot status**

### Your Elected Officials

| | |
|---|---|
| Candidates Elected: | **Officials Elected Statewide** |
| District Maps: | **Congressional District Maps** |
| U.S. Congress: | **District 002** |
| Georgia Senate: | **District 012** |
| Georgia House: | **District 138** |
| Judicial: | **Southwestern District** |
| Commission: | **District 005** |
| School: | **District 005** |
| Ward: | **District 005** |

**Click Here for Qualified Candidates**

### Elections Advisory Council

Share Your Ideas to Help Strengthen Georgia Elections

### Georgia VoteSafe

Learn more about the Georgia VoteSafe Program

**Please Note:** Polling places are subject to change. Always check your designated polling place location via this website prior to going to vote.

**Newly Registered Voters:** Please review your registration date which is located under your name and address above. You must be registered on or before the established deadlines to vote in upcoming elections. Please view the current election calendar to confirm the first election in which you will be eligible to vote.

Print / Email Precinct Card     Back