# Exhibit E

DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746

1. My name is Deepak Eidnani. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is 4140 Bellflower Drive, Alpharetta, GA 30005.

3. I received a letter from the Secretary of State telling me than I would be removed from the voter roles unless I contacted them. My wife went to the Secretary of State's website on my behalf and confirmed my voter information. She did this the first or second week of November 2019, well before Thanksgiving.

4. I voted in the 2016 presidential election and have lived at my address for over 18 years. I do not understand why I was included on the list of voters who are inactive and might be removed from the rolls.

5. A Fair Fight Staffer checked the list of voters to be removed and my name is still on the list as of December 14, 2019. My last name is misspelled on the Secretary of State's Inactive Voter list. A copy of my information on the inactive voter list is attached as Exhibit A.

6. My name is spelled correctly on my voter registration on the Secretary of State's website, and my status is listed as active. I do not understand why I

12/12/19

am still on the list to be removed. A copy of my voter registration status is attached as Exhibit B.

7. I want to be able to vote in the future and do not want to be removed from the voter registration rolls.

8. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

9. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

10. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 12th day of December, 2019.

_____
Deepak Eidnani

### Exhibit A
Secretary of State Inactive Voter List

| ELDNANI | DEEPAK | K | 1964 | 4140 | BELLFLOWER DR |

### Exhibit B
Deepak Eidnani MVP

## My Voter Page

**Voter Information**

DEEPAK KISHINCHAND EIDNANI
4140 BELLFLOWER DR
ALPHARETTA, GA, 30005
Race: Unknown
Gender: Male   Status: Active
Registration Date: 10/01/2008

Change Voter Information
Click Here for Sample Ballots

**Polling Place for State, County, and Municipal Elections**

Precinct AP09A
WEBB BRIDGE MIDDLE SCHOOL
4455 WEBB BRIDGE RD
ALPHARETTA, GA, 30005 - 9008
*Election Day polling place hours are 7:00 am - 7:00 pm.*

Directions to Polling Place
Click Here for Early Voting Locations and Times
**Click Here for Municipal Polling Place**
NOTE: Non-specific rural addresses may not be available.



12/12/19