# Exhibit F

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Clifford Thomas. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is 1303 Camelot Drive, Collge Park, GA, 30349.

3. I have lived at my current address for nearly thirty years.

4. I am a registered voter, though I haven't voted in a long time. I can't remember the last time I voted.

5. I haven't voted because I didn't like any of the candidates. I didn't think that they would be able to solve the issues I care about.

6. A Fair Fight Action staff member called me and told me I am on the list of voters who will be purged. This was the first I had learned of this purge. I have not received anything from the Secretary of State's office about my voter status or about being removed from the rolls.

7. I don't think it's right that someone could be removed from the rolls just because they haven't voted. I may want to vote in the future and want to stay on the rolls.

8. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

9.  I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

10. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 15th day of Dec., 2019.

*Clifford O. Thomas*
Signature
Clifford Thomas