# Exhibit H

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Charlesetta Young. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Chatham County in Georgia and my residence address is 2061 E. 42nd Street, Savannah, GA, 31404.

3. The last time I voted was a long time ago. I believe it was before 1998 but I do not remember for sure. I have not voted since then because of what happened when I voted.

4. I can read, but I need help using the voting machines.

5. When it was my turn to vote, I asked the poll worker to help me. I told her I wanted to vote for a certain candidate and asked her to help me vote for them. Instead, the person voted for a different candidate. I felt like she thought that I couldn't read.

6. I told her that she had chosen the wrong person and she just told me that she needed to help the next person. She said that I needed to move along.

7. I was so angry. Instead of helping me like she she was supposed to, the poll worker didn't listen to me. It really hurt me that the poll worker assumed that because I needed help, I couldn't read.

8. I didn't want to cause trouble, so I left. But I was so angry and so hurt that I never went back to vote.

9. I would like to vote again in the future if someone is able to help me vote for my candidate.

10. I understand that I am on a list of voters who will be purged. I have not received a notice from the Secretary of State about the purge or my voter registration. I have not moved or updated my voter registration. How was I supposed to know that I was going to be purged? I don't want to be removed from the voting rolls.

11. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

12. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

13. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 15 day of December, 2019.

_Charlesetta B Young_
Signature
Charlesetta Young