# Exhibit I

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Kilton Smith. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Houston County in Georgia and my residence address is 173 Booth Road, Warner Robbins, Georgia 31088.

3. I have been living at my home in Warner Robbins for over fifty years.

4. I did not vote in recent elections, but I want to be able to vote.

5. A Fair Fight Action staff member told me that I was on the list to be removed from the voter rolls. I do not want to lose my right to vote. I want to stay registered to vote.

6. I did not receive any notice that I was going to be removed from the voting rolls. If I had received a letter telling me I would be removed, I would have responded to make sure that I could stay registered to vote.

7. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

8. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

9. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 15 day of December, 2019.

_____
Kilton Smith