# Exhibit J

# In the Matter Of:

# Fair Fight vs Raffensperger

## Chris Harvey - Confidential

*December 05, 2019*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF GEORGIA
 2                    ATLANTA DIVISION

 3   FAIR FIGHT ACTION, et      )
     al.,                       )
 4                              )
         Plaintiffs,            )
 5                              )
     vs.                        )    CIVIL ACTION NO.
 6                              )
     BRAD RAFFENSPERGER, in     )    1:18-CV-05391-SCJ
 7   his official Capacity as   )
     Secretary of State of      )
 8   Georgia; et al.,           )
                                )
 9       Defendants.            )

10

11     THIS DEPOSITION CONTAINS INFORMATION DESIGNATED
         CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
12

13              DEPOSITION OF CHRIS HARVEY

14                 (Taken by Plaintiffs)

15                   December 5, 2019

16                      9:37 a.m.

17

18

19

20                     Suite 1650
                1180 West Peachtree Street
21                   Atlanta, Georgia

22

23

24

25   Reported by:   Debra M. Druzisky, CCR-B-1848
```

```
 1                  APPEARANCES OF COUNSEL

 2    On behalf of the Plaintiffs:

 3       LESLIE J. BRYAN, Esq.
         Lawrence & Bundy
 4       1180 West Peachtree Street, Suite 1650
         Atlanta, Georgia   30309
 5       (404) 400-3350
         leslie.bryan@lawrencebundy.com
 6
         -and-
 7
         ELIZABETH V. TANIS, Esq.
 8       957 Springdale Road
         Atlanta, Georgia   30306
 9       (404) 771-2274
         beth.tanis@gmail.com
10
         -and-
11
         ANDREW D. HERMAN, Esq.
12       Miller & Chevalier
         900 16th Street
13       Washington, D.C.   20006
         (202) 626-5865
14       aherman@milchev.com

15       -and-

16       SARAH R. FINK, Esq.
         Kaiser Dillon
17       1099 14th Street, 8th Floor
         Washington, D.C.   20005
18       (202) 640-4412
         sfink@kaiserdillon.com
19

20

21

22

23

24

25
```

```
 1          APPEARANCES OF COUNSEL (Continued.)
 2   On behalf of the Defendants:
 3       JOSH B. BELINFANTE, Esq.
         Robbins Ross Alloy Belinfante Littlefield
 4       500 14th Street
         Atlanta, Georgia   30318
 5       (678) 701-9381
         jbelinfante@robbinsfirm.com
 6
         -and-
 7
         CHARLES RYAN GERMANY, Esq.
 8       Georgia Secretary of State
         214 State Capitol
 9       206 Washington Street
         Atlanta, Georgia   30334
10       (404) 657-7778
         rgermany@sos.ga.gov
11
     Also Present:
12
         Mike Brown, videographer
13
                       --oOo--
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1    there's a press release dated May 30th, 2019 --
 2       A.    Uh-huh.
 3       Q.    -- about how county registrars will begin
 4    sending notices to Georgia voters.
 5       A.    Yes.
 6       Q.    Correct?
 7             And the last page of Exhibit 72 is the
 8    press release.
 9       A.    Yes.
10       Q.    Okay.  And in this press release, there
11    is -- you are quoted in the fourth paragraph?
12       A.    Yes.
13       Q.    And you're quoted as saying:
14             "Accurate voter rolls are a
15        crucial component of secure and
16        efficient elections.
17             "By partnering regularly with
18        stakeholders like the U.S. Postal
19        Service, we're ensuring that only
20        registered eligible voters are
21        participating in their elections and
22        that every voter is assigned to the
23        correct precinct on Election Day."
24             Correct?
25       A.    Yes.
```

```
 1      Q.   Okay.  Do the stakeholders that you're
 2   referring to there include E.R.I.C.?
 3      A.   It will.  At that point our membership in
 4   E.R.I.C. had not -- I don't know what the status
 5   was, but I think we were in the process of joining.
 6   But E.R.I.C. will be a stakeholder or partner.
 7      Q.   Okay.  And if partnering with stakeholders
 8   like the U.S. Postal Service and E.R.I.C. ensure
 9   that only registered eligible voters are
10   participating in elections, why is Georgia removing
11   or cancelling people from the voter rolls because
12   they haven't had contact with the Secretary of
13   State's office?
14           MR. BELINFANTE:  Object to the form.
15           THE WITNESS:  Because that's what the
16      Georgia law requires.
17   BY MS. TANIS:
18      Q.   But is there any reason for that anymore?
19           I mean, what's the rationale for remove --
20   cancelling a voter who may not have moved simply
21   because the voter hasn't had contact with the
22   Secretary of State's office when you have these
23   partners like the U.S. Postal Service and E.R.I.C.?
24           MR. BELINFANTE:  Object to the form.
25           THE WITNESS:  Again, that's what the
```

```
 1           Georgia legislature has said we need to
 2       do.
 3   BY MS. TANIS:
 4       Q.   Any other reason?
 5       A.   That's the prime reason.
 6       Q.   Did the Secretary of State provide
 7   information or recommendations or any other
 8   information to the legislature in connection with
 9   this statutory provision?
10               MR. BELINFANTE:  Object to the form.
11               THE WITNESS:  I don't believe so.
12   BY MS. TANIS:
13       Q.   I mean, you testified before about, with
14   H.B. 316, the Secretary of State's office was
15   supportive of the changes that were made; correct?
16       A.   Yes.
17       Q.   Okay.  In that process did the Secretary
18   of State's office inform the legislature that it
19   didn't make much sense, if it was going to be
20   joining E.R.I.C. particularly, to continue to
21   cancel voters just because they hadn't had contact
22   with the Secretary of State's office?
23               MR. BELINFANTE:  Object to the form.
24               THE WITNESS:  I don't believe we made
25       that point.
```

```
 1            Now, there were some changes in the
 2       process in 316 where the time was extended
 3       to five years and also the requirement
 4       that we provide written notice to people
 5       in advance.
 6            And like I said, we didn't -- our
 7       office didn't object to those changes to
 8       the system.
 9  BY MS. TANIS:
10       Q.   Has the Secretary of State's ever --
11  office ever looked into the number of people who
12  move out of the state of Georgia each year?
13       A.   We've actually done a little bit of look
14  at some Census Bureau data.  And it's -- so we
15  actually looked at a little bit of that earlier
16  this year.
17       Q.   And what was the reason for the Secretary
18  of State looking at that information?
19       A.   I think it was to evaluate the -- get some
20  basic numbers to see if it was consistent with
21  patterns of voters being added or deleted from the
22  voter list.
23       Q.   In looking at that census data, did the
24  Secretary of State exclude from those numbers
25  people who wouldn't be eligible to vote, like kids
```

```
 1   or other categories of people who wouldn't be
 2   eligible to vote?
 3        A.   I don't believe so.  I think they looked
 4   at some gross numbers.
 5        Q.   If a voter has not, in fact, moved but has
 6   had their registration cancelled for not having
 7   contact with the Secretary of State's office for
 8   the time period specified in the Georgia Election
 9   Code, does that removal or cancellation of that
10   registration make the voter rolls more accurate?
11             MR. BELINFANTE:  Object to the form.
12             THE WITNESS:  Well, to clarify, it's
13        not just contact with the Secretary of
14        State's office.  It's contact with the,
15        basically the entire voting system.
16        Because it could be a change made to your
17        county registration office.
18             So just to clarify, they don't have
19        to contact the Secretary of State's
20        office.  If they make a change or vote in
21        a county election or sign a petition or
22        update their name or their address in
23        their county, that also keeps them off of
24        this list.
25   BY MS. TANIS:
```

```
 1      Q.   Okay.  Well, let me -- regardless of that,
 2   if someone hasn't moved but hasn't had the contact
 3   with the county or the Secretary of State, does the
 4   cancellation of that voter's registration make the
 5   registration rolls more accurate?
 6           MR. BELINFANTE:  Object to the form.
 7           THE WITNESS:  It might.
 8   BY MS. TANIS:
 9      Q.   How?
10      A.   If the voter -- are you saying if the
11   voter hasn't moved?
12      Q.   Has not moved.
13      A.   Okay.  If the voter has not moved and the
14   voter is still alive and still there, I don't know
15   that it has an impact.
16      Q.   Well, the impact is actually to make the
17   voter rolls less accurate, isn't it?  Because now
18   an eligible voter has been removed from the
19   registration list --
20           MR. BELINFANTE:  Object to the form.
21   BY MS. TANIS:
22      Q.   -- or cancelled from the registration
23   list.
24      A.   They're, at that point they're not
25   eligible based on Georgia law.
```



```
 1      Q.   Yes.  But you've got that voter in a
 2   Catch-22 now with what you're saying, don't you?
 3      A.   I don't.
 4      Q.   Well, the legislature does, I'll say.
 5      A.   Maybe the legislature does.
 6      Q.   Okay.  And removing a voter who hasn't
 7   moved -- or strike that.  Let me start over.
 8           Cancelling the registration of a voter who
 9   hasn't moved and whose registration is being
10   cancelled purely because that person hasn't had
11   contact, as that term is described in the statute,
12   doesn't do anything to prevent fraud, does it?
13           MR. BELINFANTE:  Object to the form.
14           THE WITNESS:  I don't think I know
15     the answer to that question.
16   BY MS. TANIS:
17      Q.   Okay.  I mean, that voter is still a
18   legitimate voter, eligible voter; correct?
19      A.   Well, once the provisions of the law are
20   enacted, they're not an eligible voter.
21      Q.   No, but I'm saying just the existence --
22   if I'm somebody who has stayed at my same address
23   for 20 years, and for whatever reason I haven't had
24   any contact with the county or the voting system
25   for ten years, if my registration is cancelled,
```

```
 1  that doesn't do anything to prevent fraud, does it?
 2      A.  Well, you would have also -- and now you
 3  would have not taken two opportunities to respond
 4  to mailings that were sent in order to become
 5  inactive in the first place.  So there would have
 6  been two attempts to reach out to confirm that
 7  you're still there that you would have not
 8  responded to.
 9          But for whatever reason, if somebody
10  didn't respond to that, then the effect that would
11  have on fraud; was that your question?
12      Q.  Right.
13      A.  Again, that's the -- that's a question for
14  the legislature.
15      Q.  I know.  But in your experience, you've
16  been doing this for a long time, the person who
17  hasn't moved but who hasn't had contact with the
18  Secretary of State's office or the counties or
19  however that's defined in the statute --
20      A.  And has --
21      Q.  -- does not --
22      A.  -- failed to respond to requests?
23      Q.  -- and has failed to respond, right, does
24  not prevent -- or does not present a fraud risk;
25  correct?
```



```
 1              MR. BELINFANTE:  Object to the form.
 2              THE WITNESS:  I don't know that -- I
 3      don't know -- I'm not sure I can say
 4      conclusively "yes" or "no."
 5   BY MS. TANIS:
 6      Q.   But there's -- I mean, other than there
 7   might be some other fact, but there's nothing
 8   inherent about not having contact --
 9              MR. BELINFANTE:  I think we've --
10   BY MS. TANIS:
11      Q.   -- with the registra -- or with the voting
12   system --
13              MR. BELINFANTE:  I think we've --
14   BY MS. TANIS:
15      Q.   -- that makes somebody a greater risk of
16   fraud, is there?
17              MR. BELINFANTE:  I think he's
18      asked --
19              THE WITNESS:  I think I've - --
20              MR. BELINFANTE:  -- and answered the
21      question.
22              THE WITNESS:  -- tried to answer this
23      question as best I can.
24   BY MS. TANIS:
25      Q.   Okay.  So you can't say one way or the
```

```
 1   other; right?
 2        A.    That's what I've said --
 3        Q.    Okay.
 4        A.    -- before, yes.
 5        Q.    How does the Secretary of State's office
 6   know whether people being cancelled from the voter
 7   rolls for not having contact have received the
 8   required notices?
 9        A.    There's documentation that they've been
10   sent in E-net.  So if a county generates a
11   confirmation notice for whatever reason, that's an
12   auditable fact in E-net.  And then now, with the
13   second notices required, we actually print them and
14   send them, so we know they've been sent.
15              As far as knowing that they got them,
16   that's a different story.
17        Q.    And when you say we now print them, are
18   you saying the Secretary of State's office prints
19   them?
20        A.    We print them and then send them to the
21   counties to mail out.
22        Q.    So does the county have any actual
23   physical evidence that it has sent out those
24   notices?
25        A.    They have a document in E-net that would
```

