IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FAIR FIGHT ACTION, INC.,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER,** *et al.*, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:18-CV-5391-SCJ |

### ORDER

The Court will hold a hearing on Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. No. [159]) on **THURSDAY, DECEMBER 19, 2019 at 2:00 P.M.** The following expedited briefing schedule shall govern. Defendants shall file a response brief by **5 P.M., DECEMBER 17, 2019**. In the interim and pursuant to the Court's inherent authority to control the litigation and the conduct of litigants, the Court further **ORDERS** that Defendants shall maintain the status quo (i.e., no voter purge) in

order to allow the Court sufficient time to hold the above-stated hearing and issue a proper ruling.[1]

**IT IS SO ORDERED** this __16th__ day of December, 2019.

                                       s/Steve C. Jones
                                       **HONORABLE STEVE C. JONES**
                                       **UNITED STATES DISTRICT JUDGE**

---

[1] See generally Martin v. Automobili Lamborghini Exclusive, Inc., 307 F.3d 1332, 1335 (11th Cir. 2002) (discussing inherent authority).