# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

FAIR FIGHT ACTION, INC., *et al*.,

     Plaintiffs,

v.

BRAD RAFFENSPERGER, in his official Capacity as Secretary of State of Georgia, *et al*.,

     Defendants.

CIVIL ACTION FILE

NO. 1:18-cv-05391-SCJ

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendants hereby certifies that on December 13, 2019, the undersigned served a true and correct copy of **Defendants' Response to Plaintiffs' First Request for Admission and Related Interrogatory** upon the following counsel of record via electronic delivery and U.S. mail at the addresses below.

Allegra J. Lawrence, Esq.
Leslie J. Bryan, Esq.
Maia J. Cogen, Esq.
Suzanne Smith Williams
Lawrence & Bundy LLC
1180 West Peachtree Street, NE

Thomas R. Bundy, Esq.
Lawrence & Bundy LLC
8115 Maple Lawn Blvd.
Suite 350
Fulton, MD 20789
thomas.bundy@lawrencebundy.com

Suite 1650
Atlanta, GA 30309
allegra.lawrence-
hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com
Suzanne.williams@lawrencebundy.com

Elizabeth Vranicar Tanis, Esq.
John Chandler, Esq.
957 Springdale Road, N.E.
Atlanta, GA 30306
beth.tanis@gmail.com
jachandler@gmail.com

Dara Lindenbaum, Esq.
Sandler Reiff Lamb Rosenstein &
Birkenstock, P.A.
1090 Vermont Avenue, N.W.
Suite 750
Washington, DC 20005
lindenbaum@sandlerreiff.com

Kurt G. Kastorf, Esq.
Kastorf Law, LLC
Suite 100
1387 Iverson Street, N.E.
Atlanta, GA 30307
kurt@kastorflaw.com

Matthew G. Kaiser, Esq.
Sarah R. Fink, Esq.
Scott S. Bernstein, Esq.
Norman G. Anderson
KaiserDillon PLLC
1099 14th Street, N.W.
8th Floor West
Washington, DC 20005
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com
sbernstein@kaiserdillon.com
nanderson@kaiserdillon.com

Andrew D. Herman, Esq.
Nina C. Gupta
Miller & Chevalier Chartered
900 16th Street, N.W.
Washington, DC 20006
aherman@milchev.com
ngupta@milchev.com

Kali Nneka Bracey, Esq.
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
kbracey@jenner.com

Jeremy H. Ershow, Esq.
Jenner & Block LLP
919 Third Avenue
New York, New York 10022
jershow@jenner.com

Von A. DuBose
DuBose Miller LLC
75 14th Street N.E., Suite 2110
Atlanta, GA 30309
dubose@dubosemiller.com

This 16th day of December, 2019.

*/s/ Brian E. Lake*
Josh B. Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

Christopher M. Carr
Attorney General
GA Bar No. 112505
Annette M. Cowart
Deputy Attorney General
GA Bar No. 191199
Russell D. Willard
Senior Assistant Attorney General
GA Bar No. 760280
State Law Department
GA Bar No. 760280
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Bryan P. Tyson
Special Assistant Attorney General
btyson@taylorenglish.com
Bryan F. Jacoutot
GA Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
GA Bar No. 430830
dlaross@taylorenglish.com
Taylor English Duma LLP
1600 Parkwood Circle - Suite 200
Atlanta, Georgia 30339
Telephone:  (678) 336-7249

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **RULE 5.4**

**CERTIFICATE OF SERVICE** by using the CM/ECF system, which will

automatically send an email notification of such filing to all counsel of record.

This 16th day of December, 2019.


*/s/Brian E. Lake*_____
Brian E. Lake
Georgia Bar No. 575966