# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-05391-SCJ
### Ebenezer Baptist Church of Atlanta, Georgia, Inc. et al v. Raffensperger et al
### Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 12/16/2019.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 3:15 P.M.     COURT REPORTER: David Ritchie
TIME IN COURT: 00:45     DEPUTY CLERK: A. Heard for
OFFICE LOCATION: Atlanta     Pamela Wright

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger<br>Leslie Bryan representing Fair Fight Action, Inc<br>Allegra Lawrence representing Fair Fight Action, Inc<br>Carey Miller representing Brad Raffensperger<br>Vincent Russo representing Brad Raffensperger<br>Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | The Court heard arguments on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. [159]). The Court declined to order that Defendants and (the voter list maintenance vendor) stop the list maintenance process that will conclude tonight. The Court indicated that a hearing on Plaintiffs request for a preliminary injunction will go forward on Thursday, December 19, 2019 at 2:00 P.M. A detailed order will follow. |
| HEARING STATUS: | Hearing Concluded |