# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official Capacity as Secretary of State of Georgia; *et al.*,<br><br>    Defendants. | Civil Action File<br><br>No. 1:18-cv-05391-SCJ |

## NOTICE OF WITHDRAWAL OF ANDREW M. SWINDLE

Comes now Counsel for State Defendants and pursuant to Rule 83.1(E)(2), hereby submits this Notice of Withdrawal of Andrew M. Swindle as Attorney of Record who is no longer with the firm Robbins Ross Alloy Belinfante Littlefield LLC in the above matter. This notice is effective upon filing.

This 17th day of December, 2019.

                          */s/ Josh Belinfante*
                          Josh B. Belinfante
                          Georgia Bar No. 047399
                          jbelinfante@robbinsfirm.com
                          Vincent R. Russo
                          Georgia Bar No. 242628
                          vrusso@robbinsfirm.com
                          Brian E. Lake
                          Georgia Bar No. 575966
                          blake@robbinsfirm.com
                          Carey A. Miller
                          Georgia Bar No. 976240
                          cmiller@robbinsfirm.com

Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

Christopher M. Carr
Attorney General
GA Bar No. 112505
Annette M. Cowart
Deputy Attorney General
GA Bar No. 191199
Russell D. Willard
Senior Assistant Attorney General
GA Bar No. 760280
State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com

Taylor English Duma LLP
1600 Parkwood Circle - Suite 200
Atlanta, Georgia 30339
Telephone: (678) 336-7249
*Attorneys for Defendants*

## L.R. 7.1(D) CERTIFICATION

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

>	*/s/ Josh Belinfante*
>	Josh Belinfante
>	Georgia Bar No. 047399

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF WITHDRAWL OF ANDREW M. SWINDLE** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 17th day of December, 2019.

                                             */s/ Josh Belinfante*
                                             Josh Belinfante
                                             Georgia Bar No. 047399