# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, INC, *et al.*,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>   *Defendants*. | Civ. Act. No. 18-cv-5391 (SCJ) |

## [PROPOSED] ORDER ALLOWING
## ELECTRONIC DEVICES AND AUDIO VISUAL EQUIPMENT

Plaintiffs and Plaintiffs' counsel may bring electronic devices to the scheduled conference on December 19, 2019 before Judge Steve Jones. All equipment shall be subject to inspection.

Specifically, the following people be permitted to bring their cellular phones, laptop computers, and tablets (as well as any power cords) to the courtroom:

- Lauren Groh-Wargo (Fair Fight Action CEO)
- Paul Smith (admitted pro hac vice)
- Jeremy Creelan (out-of-town counsel for Fair Fight Action, Inc.)

Proper identification is required upon entering the security station on the Plaza or Lower Level Plaza.

**IT IS SO ORDERED** this 17th day of December 2019.

_____
THE HONORABLE STEVE JONES
UNITED STATES DISTRICT COURT JUDGE