# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FAIR FIGHT ACTION, *et al.*

    *Plaintiffs,*

    v.

BRAD RAFFENSPERGER, *et al,*

    *Defendants.*

CIVIL ACTION

FILE NO. 1:18-cv-05391-SCJ

## DECLARATION OF CHRIS HARVEY

Pursuant to 28 U.S.C. § 1746, I, CHRIS HARVEY, make the following declaration:

1.

My name is Chris Harvey. I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

2.

I currently am the Director of Elections for the State of Georgia. I have held that position since July 2015. From August 2007 to July 2015, I was the Chief Investigator and Deputy Inspector General for the Secretary of State's office, investigating, among other things, potential violations of state election

1

law. For more than a decade, I have acquired firsthand knowledge of Georgia's election processes at both the state and county level. I am heavily involved with the implementation of Georgia's voter-list-maintenance process and ENET, Georgia's voter-registration database.

3.

The 2019 list maintenance process began on September 24, 2019, when Ryan Germany and I both electronically authorized the start of the No Activity for Two General Elections list maintenance process. This authorization only occurs after significant testing of the process for accuracy and confirmation that we are not within 90 days of a federal election. After the process began, the voter registration system generated a list of voters that is additionally checked for accuracy prior to generating the mailed notices. Our office publicly released information about the maintenance process on October 28, 2019 and then the list itself on October 30, 2019.

4.

Stopping the automatic maintenance process after September 24, 2019 would require the process to be completed manually, which could introduce human error. It is far better to run the process and then change voters' statuses after the fact. Moving voters from cancelled status back to active

status is a process that can be completed overnight by providing a list of voter registration numbers to the vendor, which then updates the database.

5.

Voters are never deleted from the voter-registration database. Instead, particular records have their status changed from "active" to "inactive" and from "inactive" to "cancelled." If a voter re-registers to vote through a paper form, Online Voter Registration, or the Department of Driver Services, then their status is changed from "cancelled" to "active."

6.

The Secretary of State's office is isolating the voter-registration numbers of all individuals who were moved to cancelled status who were in Inactive status for reason of No Contact and their respective last contact dates.

7.

The Elections Division reviewed our office's records for eight voters whose declarations were attached to the Plaintiffs Motion for TRO and Preliminary Injunction. ENET includes extensive audit logs so that every action taken relating to a particular voter is recorded. This includes credit for voting in particular elections and every time a record is updated by a local registrar.

8.

Our records reflect that Ms. Linda Bradshaw last voted in the July 2010 Democratic primary election. Ms. Bradshaw was sent confirmation notices in June 2015 and November 2019 because of her lack of contact with registrars and election officials. She responded to the confirmation notice in December 2019, was placed into active status, and remains in active status.

9.

Our records reflect that Dr. Keme Hawkins is an active voter. Her address was updated in September 2019 manually and Dr. Hawkins voted without incident in the November 2019 election. The initial confirmation notice Dr. Hawkins received was triggered by election mail being returned as undeliverable to county elections office. The notice Dr. Hawkins received was not a notice that she was being removed from the voter rolls under O.C.G.A. § 21-2-235.

10.

Tommie Jordan had two records in the voter-registration database, one with his first name misspelled (likely from a paper application) and the other with his name spelled correctly. The registrar should merge these records, but Mr. Jordan is an active voter in the registration database and voted in

both the 2016 Democratic Presidential Preference Primary and the 2018 General Election. Mr. Jordan's correctly spelled records were not cancelled.

11.

Deepak Eidnani is an active voter in the voter-registration database and has voted in all recent elections. The confirmation notice he received was mailed to a duplicate record with his name misspelled. Mr. Eidnani's correct record was not moved to cancelled status.

12.

David Hopkins has not voted since 2008. He received confirmation notices in June 2015 and November 2019 but did not respond.

13.

Charlesetta Young has no record of ever voting. She received confirmation notices in June 2015 and November 2019 but did not respond.

14.

Kilton Smith has no record of ever voting. He received confirmation notices in June 2015 and November 2019 but did not respond.

15.

Clifford Thomas has no record of ever voting. He received confirmation notices in June 2015 and November 2019 but did not respond.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of December, 2019.

CHRIS HARVEY