# EXHIBIT B

Fair Fight vs Raffensperger          Lauren Groh-Wargo                    09/16/2019

```
 1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3    FAIR FIGHT ACTION, et      )
      al.,                       )
 4                               )
          Plaintiffs,            )
 5                               )
      vs.                        )      CIVIL ACTION NO.
 6                               )
      BRAD RAFFENSPERGER, in     )      1:18-CV-05391-SCJ
 7    his official Capacity as   )
      Secretary of State of      )
 8    Georgia; et al.,           )
                                 )
 9        Defendants.            )

10

11    THIS DEPOSITION CONTAINS INFORMATION DESIGNATED
          CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
12

13            DEPOSITION OF LAUREN GROH-WARGO

14                  (Taken by Defendants)

15                  September 16, 2019

16                      10:05 a.m.

17

18

19

20                      Suite 1650
                 1180 West Peachtree Street
21                   Atlanta, Georgia

22

23

24

25    Reported by:   Debra M. Druzisky, CCR-B-1848
```

```
 1   more informative presentations where you're telling
 2   people about Fair Fight, either Action or Inc.?
 3        A.   I don't -- I haven't used it in some
 4   time.
 5        Q.   Okay.
 6        A.   So I honestly don't recall the ways I
 7   used it.  This says it's in December.
 8        Q.   Okay.  If you can turn to slide eight,
 9   which is the one entitled Our Barrier.  The heading
10   under Our Barrier is A Remarkable Architecture of
11   Voter Suppression, and the first bullet is:
12             "1.6 million voters purged between
13        2010 and 2018."
14             Do you see that?
15        A.   I do.
16        Q.   Is it your personal opinion that all of
17   those voters that were purged should not have been,
18   or were there some that were within that group that
19   were, in fact, ineligible to vote?
20        A.   I don't know the answer to that.
21        Q.   Okay.  All right.  And then the 53,000
22   voters in the two-down bullet point held by "exact
23   match," where did that number come from?
24        A.   I don't recall.  But I do believe that
25   was a number reported in the press.
```