# EXHIBIT C

Fair Fight vs Raffensperger   30(b)(6) Lauren Groh-Wargo - Confidential                    10/30/2019

```
 1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
 2                        ATLANTA DIVISION

 3     FAIR FIGHT ACTION, et      )
       al.,                       )
 4                                )
          Plaintiffs,             )
 5                                )
       vs.                        )    CIVIL ACTION NO.
 6                                )
       BRAD RAFFENSPERGER, in     )    1:18-CV-05391-SCJ
 7     his official Capacity as   )
       Secretary of State of      )
 8     Georgia; et al.,           )
                                  )
 9        Defendants.             )

10

11     THIS DEPOSITION CONTAINS INFORMATION DESIGNATED
           CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
12

13        VIDEOTAPED DEPOSITION OF LAUREN GROH-WARGO

14                    (Taken by Defendants)

15                     October 30, 2019

16                        10:10 a.m.

17

18

19

20                       Suite 1650
                  1180 West Peachtree Street
21                   Atlanta, Georgia

22

23

24

25     Reported by:   Debra M. Druzisky, CCR-B-1848
```

```
 1    along these lines on counteracting problems that
 2    voters encountered in 2018.  That was the rationale
 3    for their creation.
 4         Q.   And this statement says that the past
 5    effort included voter education.  But now, would it
 6    be correct to say you're having to educate voters
 7    about something different because of the voter
 8    suppression issues?
 9         A.   Yes.
10         Q.   Okay.
11         A.   It's what I described to you sort of on
12    that mail piece example.  Like, there's some basic
13    amount of voter education that goes in on turn-out
14    activities.  What we are now doing and thinking
15    about doing next year is way beyond that.
16         Q.   And in the next sentence of Paragraph 12,
17    where it indicates that Fair Fight Action will
18    "engage in election reform efforts that are focused
19    specifically on counteracting problems voters
20    encountered in the 2018 election," what is that
21    referring to?
22         A.   Let me read it again.
23              (Whereupon, the document was
24         reviewed by the witness.)
25              THE WITNESS:  So those are some of
```

```
 1    the things we're looking at.  So the
 2    Democracy Warriors, Fair Fight U, are
 3    very specific discrete programs meant to
 4    counteract the wrongdoing and deal with
 5    these issues that we see in terms of the
 6    right to vote in Georgia.
 7        Other things we're looking at, like,
 8    this weekend around a sort of hybrid
 9    phone bank to voters who have elections
10    coming up, be it way beyond what we have
11    done in the past in terms of telling
12    people when and where to vote, we're also
13    having a conversation with them to make
14    sure they're checking their registration
15    status, know where they're to go for
16    help.
17        It's a whole additional part of that
18    conversation that would not have been
19    there before that's meant to address the
20    issues we've seen and the injury that
21    Georgia voters have suffered.
22        And then sort of all these T.B.D.
23    activities around this huge 300,000 purge
24    that we've just learned of, like, what
25    are we going to need to do around that
```



```
 1          potentially next year in terms of making
 2          sure that folks' absentee ballots are
 3          properly processed in terms of all of
 4          those sorts issues we've seen and
 5          outlined in this complaint, what are the
 6          kinds of things that we can do to try to
 7          mitigate and improve the voting rights of
 8          Georgians.
 9   BY MR. TYSON:
10        Q.   In Paragraph 13 it -- the complaint
11   indicates that the new activities are going to
12   require funds that it would divert from other
13   programs, "such as 'getting out the vote' drives
14   and providing voters with general information on
15   upcoming elections."
16             Are those the programs that you're going
17   to divert resources from?  Because I believe I
18   heard you describe some progressive policy programs
19   instead.
20        A.   So as a baseline, if we can may -- wave a
21   magic wand and all these issues we've seen in the
22   state, we would be doing very typical "get out the
23   vote" activities as an organization.
24             We would be looking at, you know, what
25   phone banks do we want to do, what text banks do we
```