# EXHIBIT D

12/16/2019   Fair Fight on Twitter: "✊✊✊✊✊✊✊✊ ☑ your registration: https://t.co/rh4nT1OBgu ☑ the purge list: https://t.co/8XEeDYl0u…

