# EXHIBIT E

Case 1:18-cv-05391-SCJ Document 172-5 Filed 12/17/19 Page 2 of 2

12/16/2019 Fair Fight on Twitter: "In Georgia, if you haven't voted in the past few years, your right to vote can be taken away. You (or someone you …

