# EXHIBIT F



## This is personal for me
1 message

Stacey Abrams <info@fairfightaction.com>  Sun, Dec 15, 2019 at 6:05 PM
Reply-To: info@fairfightaction.com
To:



 –

This month, hundreds of thousands of Georgians could be stripped of their right to vote.

However, this is not the first time - we're witnessing the latest chapter in a long history of voter suppression.

My parents were active in the Civil Rights Movement, and my father got arrested helping people register to vote in Mississippi when he was just 16 years old. My mom was doing the same work (although she was smart enough not to get caught).

The same forces that my parents fought against decades ago are still very much alive and well today.

So heading into 2020 we have some work to do.

This fight takes a movement -- a movement we have to build together. That's why today I am asking you personally:

**Will you chip in to Fair Fight today? We've set a big goal of raising $2 million before the end of the year. If we can do that, it'll give us a major head start on the work we want to accomplish in 2020.**

DONATE

Voting rights are the path through which all other change is made possible. The progress we want to see made real become so because of voting.

As we head into one of the most important elections of our lifetime, we have to recognize that we cannot tackle the issues we care about and create the change we want if the voices of voters are not heard.

Together, we will work to give everyone a Fair Fight.

Yours in the fight,

- Stacey

DONATE

1270 Caroline Street
Suite D120-311
Atlanta, GA 30307

©2019 Fair Fight PAC, All rights reserved

Contributions to Fair Fight PAC are not tax-deductible.

Unsubscribe

Paid for by Fair Fight PAC, www.fairfight.com. Not authorized by any candidate or candidate's committee.