# EXHIBIT G

### 120,561 voters at risk!

**Paul Smith, Campaign Legal Center** <info@campaignlegalcenter.org>
Mon 12/16/2019 2:28 PM

To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

View this email in your browser | Forward to a friend | **DONATE**



CLC
ADVANCING DEMOCRACY THROUGH LAW

**120,561 voters might be purged from Georgia's voter rolls tonight.**

That's why I'm in Georgia right now, as Fair Fight Action's counsel, standing up for the voting rights of 120,561 voters who might be purged from the voter rolls solely based on voter inactivity. This is alarming, especially ahead of the 2020 presidential election.

**Your contribution today will help us protect the voting rights of Americans in 2020.**

We've partnered with Fair Fight Action on the legal challenge to the planned voter purge and are responding to this disastrous plan by Georgia's Secretary of State. The court must step in to prevent this reckless purge from removing hundreds of thousands of Georgians from the rolls. At a time when we should be working to increase the participation of all communities, Georgia seems to be moving backward.

Unfortunately, what's happening in Georgia is not new. We've seen many voter purges happen across the country this year and expect many more to arise ahead of the 2020 election. **That's why we need your support today.**

**Contribute to CLC today and help us ensure that everyone has a voice in**

**our elections.**

Paul Smith
Vice President, Campaign Legal Center

Donate

  

Campaign Legal Center, a nonpartisan organization based in Washington, D.C., is home to the nation's premier election law experts. We are the lawyers for our democracy, fighting for your fundamental right to participate in the political process.

Copyright © 2019 Campaign Legal Center, All rights reserved.

Our mailing address is:
Campaign Legal Center
1101 14th St NW, Ste 400
Washington, DC 20005

Add us to your address book

Unsubscribe from this list