# Exhibit B

qry: Purge + VR Lookup

| REGISTRATION_NUMBER | LAST_NAME | FIRST_NAME | DATE_LAST_VOTED | REGISTRATION_DATE | DATE_ADDED | LAST_CONTACT_DATE |
|---|---|---|---|---|---|---|
| 02225062 | BRADSHAW | LINDA | 20100720 | 19920512 | 19950621 | 20100720 |
| 06656377 | THOMAS | CLIFFORD | | 20051004 | 20051012 | 20101001 |
| 07761478 | HOPKINS | DAVID | 20081104 | 20080925 | 20080930 | 20101129 |
| 08546194 | SMITH | KILTON | | 20111206 | 20111206 | 20111206 |
| 08589524 | YOUNG | CHARLESETTA | | 20120113 | 20120202 | 20120113 |