# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-05391-SCJ
### Ebenezer Baptist Church of Atlanta, Georgia, Inc. et al v. Raffensperger et al
### Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 12/19/2019.

TIME COURT COMMENCED: 2:00 A.M.
TIME COURT CONCLUDED: 5:30 P.M.   COURT REPORTER: Jana Colter
TIME IN COURT: 3:30   DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger
Leslie Bryan representing Fair Fight Action, Inc
Maia Cogen representing Fair Fight Action, Inc
Alexander Denton representing Brad Raffensperger
Brian Lake representing Brad Raffensperger
Allegra Lawrence representing Fair Fight Action, Inc
Dara Lindenbaum representing Fair Fight Action, Inc
Vincent Russo representing Brad Raffensperger
Elizabeth Tanis representing Fair Fight Action, Inc
Bryan Tyson representing Brad Raffensperger
** Paul Smith (phv application pending) for Plaintiffs |
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [159]Motion for Preliminary Injunction TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Hearing held on Plaintiffs' Motion for Preliminary Injunction held. Oral argument heard. Plaintiffs' witness Dr. Michael McDonald sworn and testified. Plaintiffs' exhibit 1 admitted. Defendants' witness Chris Harvey sworn and testified. Defendants' exhibits 1-9 admitted. Plaintiffs' exhibits 2, 3, and 4 admitted. Matter taken under advisement, with order to follow. The Court also took up a discovery dispute (parties' position letters attached.) Parties will endeavor to resolve issues among themselves; if unable to do so, the Court will hear from counsel by conference call on 12/23/2019. |
| HEARING STATUS: | Hearing Concluded |

EXHIBIT STATUS:        Exhibits retained by the Court to be forwarded to the Clerks Office.