## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FAIR FIGHT ACTION, INC., *et al.*,

    **Plaintiffs,**

v.

BRAD RAFFENSPERGER, *et al.*,

    **Defendants.**

CIVIL ACTION FILE

NO. 1:18-CV-5391-SCJ

## ORDER

The Court enters the following order for purposes of perfecting the record as to the deadlines established at the January 30, 2020 hearing concerning the parties' discovery disputes and scheduling.

**Proposed Scheduling Orders**:

- Plaintiffs shall file a proposed (*second amended*) scheduling order by **Friday, January 31, 2020.**[1]
- Defendants shall file a proposed (*second amended*) scheduling order by **Tuesday, February 4, 2020.**

---

[1] Unless otherwise indicated, all filings shall be via CM/ECF utilizing the "Notice of Filing," "Proposed Order," or other appropriate descriptions.

### List of Employees:

- On or before **Tuesday, February 4, 2020**, Defendants shall file a complete list of the names of all current and former employees of the Secretary of State's Elections Division and Deputy Secretary of States, employed since 2016.  This list shall also include job titles and job descriptions, *if possible*.

## Rule 30(b)(6) deposition motion

- Plaintiffs' motion for leave to conduct an additional 30(b)(6) witness deposition is due **Tuesday, February 4, 2020**.
- Defendants' response brief is due **Monday, February 10, 2020**.
- A reply brief is not necessary.

## Privilege log

- Defendants' privilege log is due at the conclusion of Defendants' document production.

## Defendants' expert reports

- Defendants shall file a notice (per expert) as to when Defendants believe their 30-day responsive expert report time period starts.
- Plaintiffs may file a responsive brief if they contest Defendants' notice.

## Plaintiffs' rebuttal experts

- Plaintiffs shall have **two days** after the deposition of Defendants' last expert to inform the Court as to whether they intend to hire rebuttal experts.

2

### Expert depositions

- The Court suggests that the deposition of Dr. Mayer be scheduled for the week of **February 24, 2020**. The Court will also (upon notification) provide expert deposition dates for any expert depositions that the parties cannot agree on amongst themselves.

### Hard copies of documents

- Defendants shall provide a written response to Plaintiffs' hearing arguments and the Court's question concerning the status of discovery searches for hard copies by **Tuesday, February 4, 2020**.

### PowerPoints, hearing exhibits, demonstrative documents

- The parties shall email the PowerPoints presented at the January 30, 2020 hearing to Pamela Wright, Courtroom Deputy Clerk.
- All demonstrative documents and hearing exhibits (presented at the January 30, 2020 hearing) shall be filed on CM/ECF.

### Discovery correspondence

- On or before **Tuesday, February 4, 2020**, Defendants shall file their discovery correspondence that relates to the August 2019 through December 2019 discovery letters presented by Plaintiffs at the January 30, 2020 hearing.

### Weekly status reports

- Beginning **Friday, February 7, 2020**, the parties shall file weekly status reports that detail the status of their discovery efforts and notify the Court of any discovery disputes that cannot be resolved amongst themselves. The status reports are due on **Fridays by 12:00 P.M.**

3

IT IS SO ORDERED this _30th_ day of January, 2020.

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

4