IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FAIR FIGHT ACTION, INC.,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER,** *et al.*, <br><br> Defendants. | **CIVIL ACTION FILE** <br> No. 1:18-cv-05391-SCJ |

## ORDER

This matter is before the Court upon review of Defendants' Status Report Regarding Discovery. Doc. No. [221]. In said report, Defendants request, *inter alia*, that Plaintiffs identify and produce a final list of declarants supporting their claims of voter disenfranchisement or suppression. Id. at p. 7.

Accordingly, Plaintiffs are **ORDERED** to identify and produce a final list of said declarants to Defendants by **5:00 p.m. on Friday, February 14, 2020**.

**IT IS SO ORDERED** this 10th day of February, 2020.

s/Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**