**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **FAIR FIGHT ACTION, INC.,** *et al.*, | |
| **Plaintiffs,** | **CIVIL ACTION FILE** |
| v. | **NO. 1:18-CV-5391-SCJ** |
| **BRAD RAFFENSPERGER,** *et al.*, | |
| **Defendants.** | |

## ORDER

The Court enters the following order on its own motion in anticipation of Defendants' forthcoming privilege log and for purposes of determining proper custodians for discovery records searches.

The Restatement (Third) of the Law Governing Lawyers § 73 cmt. b (Am. Law Inst. 2000) provides in relevant part that in extending attorney-client privilege to organizations, "[t]he first [pivotal question] is defining the group of persons who can make privileged communications on behalf of an organization."

To this regard, the Court **ORDERS** Defendants to define the group of persons (i.e., current and former employees since 2016) who are authorized to

make privileged communications on behalf of the Elections Division of the Georgia Secretary of State's Office. Defendants shall respond to this Order via a notice of filing on CM/ECF by **FRIDAY, FEBRUARY 14, 2020**.

**IT IS SO ORDERED** this 10th day of February, 2020.

s/Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**