IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> Defendants. | CIVIL ACTION FILE <br> No. 1:18-cv-5391-SCJ |

## SECOND AMENDED SCHEDULING ORDER

This Court's July 11, 2019 scheduling order [Doc. No. 79] is amended as follows:

Upon consideration of the arguments presented at the January 2020, discovery hearing, the Court **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1

Discovery begins on July 15, 2019. The parties are assigned to a four-month discovery track, which shall be followed by a 30-day expert discovery track.[1] The following schedule governs discovery:

**Submission of the parties' joint *proposed* protective order**: July 15, 2019.

- **Close of fact discovery:**

    - **Responses to requests for production:**[2] March 2, 2020.

    - **Conclusion of depositions of Plaintiffs' declarants:**[3] April 27, 2020.

- **Expert discovery begins**: November 15, 2019.

- **Deadline for naming additional proposed experts except potential rebuttal experts**: February 10, 2020.

- **Outstanding reports from Plaintiffs' expert witness for which reports all data and documents have been produced**: February 18, 2020.

---

[1] Counsel shall abide by the *Instructions for Cases Assigned to the Honorable Judge Jones* [Doc. No. 34] regarding the procedures set forth therein for discovery disputes.

[2] This extension applies to remaining outstanding requests for production only.

[3] These depositions shall be limited to those declarants named by Plaintiffs on or before Friday, February 14, 2020.

2

- **Depositions of Plaintiffs' expert witnesses whose reports are produced on or before February 17, 2020**: Week of February 24, 2020.
- **Outstanding expert reports from Plaintiffs' expert witnesses for which reports Plaintiffs are still waiting on additional document productions from Defendants**: 10 days after Defendant informs the Court that the relevant materials have been produced.[4]
- **Defendants' expert reports**: March 24, 2020.
- **Conclusion of depositions of Defendants' expert witnesses**: April 28, 2020.
- **Plaintiffs' disclosure of rebuttal experts**: Plaintiffs shall notify the Court whether they intend to identify rebuttal experts on April 30, 2020.
- **Expert discovery ends**:
  - if Plaintiffs do not identify rebuttal experts, April 30, 2020.
  - if Plaintiffs identify rebuttal experts, on June 4, 2020.
- **Dispositive and <u>Daubert</u> motions**: 30 days after the end of expert discovery.

---

[4] If Plaintiffs disagree that the relevant materials have been produced, they shall inform the Court of that disagreement within two days of Defendants' communication to the Court.

- **Responses to dispositive and <u>Daubert</u> motions**: 30 days after the filing of any dispositive motion(s).

- **Replies in support of dispositive and <u>Daubert</u> motions**: 15 days after the filing of any response(s) to any dispositive motions.[5]

- **Proposed pretrial orders**: 30 days after the Court rules on outstanding dispositive motions.

- **Trial date**: the parties will be notified of a trial date after the Court has ruled on all outstanding dispositive motions.

A strong presumption shall exist against further extensions of deadlines set out in this discovery order.

IT IS SO ORDERED this 11th day of February, 2020.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[5] The Court may rule on <u>Daubert</u> motions prior to trial.