IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FAIR FIGHT ACTION, INC., *et al.*,

  Plaintiffs,

v.

BRAD RAFFENSPERGER, *et al.*,

  Defendants.

CIVIL ACTION FILE
No. 1:18-cv-5391-SCJ

## ORDER

Upon its own motion, the Court **ORDERS** the following:

Defendants shall, before **5:00pm on Thursday, February 13**, provide the Court with a list that includes

- The names of each custodian from the Georgia Secretary of State's Office whose electronic documents have been searched in the discovery phase of the pending litigation;[1]
- For each custodian, the search terms that have been applied to their electronic documents;[2] and

---

[1] This includes custodians Defendants have agreed to search but are still in the process of searching.

[2] Plaintiffs' requests for production listed specific search terms to be applied to different categories of custodians. The Court requires a record of each custodian searched and the search terms applied to that custodian.

1

- The names of each custodian whose hard copy documents have been searched or are in the process of being searched.

IT IS SO ORDERED this 11th day of February, 2020.

*Steve C. Jones*
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE