# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

FAIR FIGHT ACTION, *et al.*,

    *Plaintiffs*,

    v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants*.

Civil Action File
No. 1:18-cv-05391-SCJ

## PLAINTIFFS' FEBRUARY 14, 2020, STATUS UPDATE PURSUANT TO THE COURT'S JANUARY 31, 2020, ORDER (ECF No. 205)

**I.     Defendants' Document Productions**

On Friday, February 7, Defendants sent by FedEx to Plaintiffs' e-discovery vendor in Minnesota a hard drive of "Production 29," putatively containing over 100,000 pages of documents Bates labeled STATE-DEFENDANTS-00234925 through STATE-DEFENDANTS-00335175.  Plaintiffs' vendor received that hard drive the afternoon of Tuesday, February 11, and predicts it will complete the upload of those documents to Plaintiffs' e-discovery review platform by end of day on Friday, February 14.

## II.    Plaintiffs' Expert Witnesses

### a.  <u>Status of Expert Reports</u>

Plaintiffs have confirmed with their expert witnesses Halderman, Mayer, Herron, and McDonald that each will meet this Court's February 18, 2020, deadline for submission of expert reports.  (ECF No. 8).

### b.  <u>Status of Expert Deposition Scheduling</u>

| Expert | Dates and Locations Offered | Status |
|---|---|---|
| Dr. Halderman | February 25, in Ann Arbor or Detroit. | Date and location confirmed at Detroit airport hotel. |
| Dr. Mayer | February 24, 26, or 28, in Madison. | February 26 confirmed; location in Madison to be determined. |
| Dr. Herron | February 26, in New York City. | Confirmed for Jenner & Block. |
| Dr. McDonald | February 28, in Atlanta. | Confirmed at Lawrence & Bundy |
| Dr. Graves | February 25, in Boston. | Confirmed in Boston at MIT Sloane School. |

## III.   Plaintiffs' List of Declarants

As the Court ordered (ECF No. 225), Plaintiffs will provide Defendants a final list of declarants by 5:00 p.m. today.

## CERTIFICATE OF COMPLIANCE

I certify this Status Update has been prepared in a Times New Roman 14-point font, one of the selections this Court has approved.  *See* LR 5.1(C)(3).

Respectfully submitted, this, the 14th day of February, 2020.

*/s/ Leslie J. Bryan*
Allegra J. Lawrence (GA Bar No. 439797)
Leslie J. Bryan (GA Bar No. 091175)
Maia Cogen (GA Bar No. 832438)
Suzanne Smith Williams (GA Bar No. 526105)
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street
Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com
suzanne.williams@lawrencebundy.com

Thomas R. Bundy (Admitted *pro hac vice*)
**LAWRENCE & BUNDY LLC**
8115 Maple Lawn Boulevard
Suite 350
Fulton, MD 20789
Telephone: (240) 786-4998
Fax: (240) 786-4501
thomas.bundy@lawrencebundy.com

Dara Lindenbaum (Admitted *pro hac vice*)
**SANDLER REIFF LAMB ROSENSTEIN &
BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW
Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

Elizabeth Tanis (GA Bar No. 697415)
John Chandler (GA Bar No. 120600)
957 Springdale Road, NE
Atlanta, GA 30306
Telephone: (404) 771-2275
beth.tanis@gmail.com
jachandler@gmail.com

Kurt G. Kastorf (GA Bar No. 315315)
**THE SUMMERVILLE FIRM, LLC**
1226 Ponce de Leon Avenue, NE
Atlanta, GA 30306
Telephone: (770) 635-0030
Fax: (770) 635-0029
kurt@summervillefirm.com

Matthew G. Kaiser (Admitted *pro hac vice*)
Sarah R. Fink (Admitted *pro hac vice*)
Scott S. Bernstein (Admitted *pro hac vice*)
Norman G. Anderson (Admitted *pro hac vice*)
**KAISERDILLON PLLC**
1099 Fourteenth Street, NW
Eighth Floor West
Washington, DC 20005
Telephone: (202) 640-2850
Fax: (202) 280-1034
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com
sbernstein@kaiserdillon.com
nanderson@kaiserdillon.com

Andrew D. Herman (Admitted *pro hac vice*)
Nina C. Gupta (Admitted *pro hac vice*)
**MILLER & CHEVALIER CHARTERED**
900 Sixteenth Street, NW
Washington, DC 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
aherman@milchev.com
ngupta@milchev.com

Kali Bracey (Admitted *pro hac vice*)
**JENNER & BLOCK LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Fax: (202) 639-6066
kbracey@jenner.com

Jeremy M. Creelan (Admitted *pro hac vice*)
Jeremy H. Ershow (Admitted *pro hac vice*)
**JENNER & BLOCK LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 891-1600
Fax: (212) 891-1699
jershow@jenner.com
jcreelan@jenner.com

Von A. DuBose
**DUBOSE MILLER LLC**
75 14th Street N.E., Suite 2110
Atlanta, GA 30309
Telephone: (404) 720-8111
Fax: (404) 921-9557
dubose@dubosemiller.com

Johnathan Diaz (Admitted *pro hac vice*)
Paul M. Smith (Admitted *pro hac vice*)
**CAMPAIGN LEGAL CENTER**
1101 14 St. NW Suite 400
Washington, DC 20005
Telephone: (202)736-2200
psmith@campaignlegal.org
jdiaz@campaignlegal.org

*Counsel for Fair Fight Action, Inc.; Care in Action, Inc.; Ebenezer Baptist Church of Atlanta, Georgia, Inc.; Baconton Missionary Baptist Church, Inc.; Virginia-Highland Church, Inc.; and The Sixth Episcopal District, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on February 14, 2020, I caused to be served the

foregoing **PLAINTIFF'S FEBRUARY 14, 2020, STATUS UPDATE**

**PURSUANT TO THE COURT'S JANUARY 31, 2020, ORDER (ECF No.**

**205)** by filing it through the Court's ECF system, which will serve the following

counsel:

> Chris Carr, Esq.
> Attorney General
> Dennis Dunn, Esq.
> Deputy Attorney General
> Russell Willard, Esq.
> Senior Assistant Attorney General
> **Georgia Office of the Attorney General**
> 40 Capitol Square
> Atlanta, GA 30334
> ccarr@law.ga.gov
> ddunn@law.ga.gov
> rwillard@law.ga.gov
>
> Bryan P. Tyson, Esq.
> Bryan F. Jacoutot, Esq.
> Diana LaRoss, Esq.
> Special Assistant Attorneys General
> **Taylor English Duma LLP**
> 1600 Parkwood Circle
> Suite 200
> Atlanta, GA 30339
> Telephone: (678) 336-7249
> btyson@taylorenglish.com
> bjacoutout@taylorenglish.com
> dlaross@taylorenglish.com

Joshua Barrett Belinfante, Esq.
Vincent Robert Russo, Jr., Esq.
Brian Edward Lake, Esq.
Carey Allen Miller, Esq.
Alexander Denton, Esq.
Special Assistant Attorneys General
**Robbins Ross Alloy Belinfante Littlefield, LLC**
500 Fourteenth St., N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381
Fax: (404) 856-3250
jbelinfante@robbinsfirm.com
blake@robbinsfirm.com
vrusso@robbinsfirm.com
cmiller@robbinsfirm.com
adenton@robbinsfirm.com

*/s/ Leslie J. Bryan*
Leslie J. Bryan
Georgia Bar No. 091175