# EXHIBIT A

NCOA List Maintenance Process

## Purpose

This document outlines the National Change of Address (NCOA) list maintenance process as it is currently set up.  The purpose of this review is to identify areas for change before running the process again in 2019.

## Overview

The NCOA Process is designed to identify voters that have moved from the address currently on their voter registration record.  The process is completed through four steps.

1. NCOA Out – Exporting a copy of the voter registration file from ElectioNet
2. USPS Data Compare – NCOA Out file is compared with United States Postal Service (USPS) data by a third party vendor
3. NCOA In – The file generated by the USPS vendor is imported into ElectioNet to identify the voters to be included in the NCOA process.  Confirmation notices are generated and records are queued up to be placed on the 40 day clock.
4. Start Clock – Start the 40 day clock for voters sent confirmation notices

## Details

### NCOA Out

The NCOA Out process is a built in functionality of ElectioNet that will export a file to be used by the USPS NCOA vender.  This process can be scheduled by any SOS Super State Administrator by navigating to Activities > External Interfaces > Scheduling.  On this page, the user will navigate to the "NCOA OUT" section, and set the date and time for the export file to be generated.  The user will then select Start to schedule the export.

A pipe delimited text file will be placed on a PCC maintained FTP site that contains the following information for all voters currently in Active status.

- Registration Number
- County
- Registration Date
- Title
- First Name
- Middle Name
- Last Name
- Suffix
- Address
- City
- State
- Zip
- Zip + 4
- Date Added

STATE-DEFENDANTS-00287546

The system defaults to export the mailing address on the record.  If the voter does not have a mailing address, the system includes the residential address in the address field.

**USPS Data Comparison**

The NCOA Out file is sent to the USPS vendor.  The current vendor is Total Data Technologies, which is a contractor working with Anchor Computer.  The contact information for our point of contact is included below.

Todd Pestal

Total Data Technologies, Inc

E-mail: tpestal@cox.net

Phone: 402-561-9960

Fax: 402-561-9962

The USPS vendor compares the information in the NCOA Out file with USPS NCOA data from the previous 48 months.  This database includes all changes of address information on file with the USPS.  The comparison criteria depends on the type of address change submitted.  The majority of moves for our purposes are Individual moves and Family moves.  When comparing SOS data with the USPS NCOA data for an individual move, the USPS vendor will determine two records a match if the First and Last name match in both data sources and the address provided by the SOS matches the old address supplied by the individual.  Family moves are similar, except the first name is not used for matching purposes.  The last name and address are compared and must match.

Move Type and Comparison Criteria Summary

1.  Individual Move
    a.  First Name
    b.  Last Name
    c.  Address
2.  Family Move
    a.  Last Name
    b.  Address

Once the data comparison is complete, the USPS vendor provides a new file to the SOS office.  This file is in the same format as the NCOA Out file, but it contains 150 additional fields.  The field in column 60 is used by ElectioNet to identify records to be included in the NCOA process.  Please see the file labeled "23512lyt" for field mapping.

**NCOA In**

The NCOA In process takes the file generated by the USPS vendor and imports it into ElectioNet.  Once the USPS response file has been placed on the FTP server by PCC, the NCOA In process can be scheduled by any SOS Super State Administrator by navigating to Activities > External Interfaces > Scheduling.  On this page, the user will navigate to the "NCOA IN" section and set the date and time for the file to be imported.  The user will then select Start to begin the process at the scheduled time.

STATE-DEFENDANTS-00287547

When the process runs, it will generate a confirmation notice for records marked in the NCOA In file with one of the following codes in the 60th column.  The column name is "NCOALink Return Code".

- A - COA Match
- 91 - COA MATCH - SECONDARY NUMBER DROPPED FROM COA
- 92 - COA MATCH - SECONDARY NUMBER DROPPED FROM INPUT
- 01 - COA MATCH - FOREIGN MOVE
- 02 - COA MATCH - MOVE LEFT NO ADDRESS
- 05 - COA MATCH - A NEW ADDRESS CAN NOT BE PROVIDED
- 14 - COA MATCH - NEW ADDRESS WOULD NOT CONVERT
- 19 - FOUND COA - NEW ADDRESS NOT ZIP+4 OR DPV CONFIRM

The confirmation notices generated can be accessed on the Report Status screen, broken out by county. These will also be pushed to the print vendor's FTP site to be printed.  Please see the file "NCOA_CONFIRMATION_NOTICE_FIELD_MAPPING" for specific details on the information exported from ElectioNet used to create the confirmation notices.

An additional report titled the "Postage Report" is also generated through this process.  This report shows the estimated cost of mailing the confirmations notices for each county.  The postage report can be viewed in the report queue under the Report Status screen by any state user.

**Start Clock**

The Start Clock functionality will start the 40 day clock for all voters a confirmation notice was generated for through the NCOA In process.  SOS Super State Administrators can access this functionality in ElectioNet under Activities > Elector List Maintenance > Start Clock.  On this screen, the Notice Type should be set to NCOA and then the Start button selected.  This will create an entry in the record's "View Corres." tab indicating when the confirmation notice is sent.

If the voter does not respond to the confirmation notice or the registrar does not update the record within 40 days, the record's status will be moved from active to inactive, with an audit entry added to the audit history to reflect this change.

STATE-DEFENDANTS-00287548