**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FAIR FIGHT ACTION, INC., *et al.*,

    Plaintiffs

v.

BRAD RAFFENSPERGER, in his official
Capacity as Secretary of State of Georgia;
*et al.*,

    Defendants.

Civil Action File

No. 1:18-cv-05391-SCJ

**TO:  Deirdra Reed**
      **c/o Henry R. Chalmers, Esq.**
      **Arnall Golden Gregory LLP**
      **Suite 2100**
      **171 17th Street, N.W.**
      **Atlanta, Georgia  30363**
      **henry.chalmers@agg.com**

### NOTICE OF CONTINUED DEPOSITION OF DEIRDRA REED

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of

Civil Procedure, counsel for Defendants Brad Raffensperger, et al., will take the

continued oral deposition of **Deirdra Reed** by telephone, unless parties agree on

another location, on **Wednesday, June 10, 2020**, beginning at **8:00 a.m.** and

continuing thereafter until completed.  Call in information is as follows:

**Telephonic Dial in: 888-337-8218.** Attorney/Witness Passcode: **845871#.**

The deposition shall be taken before a Notary Public or some other officer authorized by law to administer oaths for use at trial.  The deposition will be taken by telephonic oral examination with a written record made thereof.  The deposition will be taken for the purposes of cross-examination, discovery, and for all other purposes permitted under the Federal Rules of Civil Procedure or other applicable law.

This 5th day of June, 2020.

**Robbins Ross Alloy Belinfante Littlefield LLC**
*/s/ Alexander Denton*
Josh B. Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Melanie L. Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
500 14th Street, N.W.
Atlanta, Georgia 30318

Telephone:   (678) 701-9381
Facsimile:    (404) 856-3250

**State Law Department**

Christopher M. Carr
Attorney General
GA Bar No. 112505
Brian K. Webb
Deputy Attorney General
GA Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
GA Bar No. 760280
40 Capitol Square, S.W.
Atlanta, Georgia 30334

**Taylor English Duma LLP**

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
1600 Parkwood Circle - Suite 200
Atlanta, Georgia 30339
Telephone:  (678) 336-7249

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 5, 2020, I caused to be served the foregoing

**NOTICE OF CONTINUED DEPOSITION OF DEIRDRA REED** by filing

same with the Court and sending via email addressed to the following:

**Lawrence & Bundy LLC**
Allegra Lawrence-Hardy
Leslie J. Bryan
Maia J. Cogen
Suzanne Smith Williams
1180 West Peachtree Street, NW
Suite 1650
Atlanta, GA 30309
Allegra.Lawrence-
Hardy@lawrencebundy.com
Leslie.Bryan@lawrencebundy.com
Maia.Cogen@lawrencebundy.com
Suzanne.Williams@lawrencebundy.com

**KaiserDillon PLLC**
Matthew G. Kaiser
Sarah R. Fink
Scott S. Bernstein
Norman G. Anderson
1099 14th Street, NW
8th Floor West
Washington, DC 20005
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com
sbernstein@kaiserdillon.com
nanderson@kaiserdillon.com

**Lawrence & Bundy, LLC**
Thomas R. Bundy
8115 Maple Lawn Blvd.
Suite 350
Fulton, MD 20759
Thomas.Bundy@lawrencebundy.com

**Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.**
Dara Lindenbaum
1090 Vermont Ave, NW
Suite 750
Washington, DC 20005
lindenbaum@sandlerreiff.com

Elizabeth Vranicar Tanis
John A. Chandler
957 Springdale Road, N.E.
Atlanta, GA 30306
beth.tanis@gmail.com
jachandler@gmail.com

**Kastorf Law, LLC**
Kurt G. Kastorf, Esq,
1387 Iverson Street NE
Suite 100
Atlanta, GA 30307
kurt@kastorflaw.com

**Jenner & Block LLP**
Kali Nneka Bracey
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
KBracey@jenner.com

**Miller & Chevalier Chartered**
Andrew D. Herman
Nina C. Gupta
900 16th St. NW
Washington, DC 20006
aherman@milchev.com
ngupta@milchev.com

Paul M. Smith
Jonathan Diaz
Campaign Legal Center
Suite 400
1101 14th Street, N.W.
Washington, DC  20005

**Jenner & Block LLP**
Jeremy H. Ershow
919 Third Avenue
New York, New York 10022
jershow@jenner.com

**DuBose Miller LLC**
Von A. DuBose
75 14th Street N.E., Suite 2110
Atlanta, GA  30309
dubose@dubosemiller.com

Henry R. Chalmers, Esq.
Arnall Golden Gregory LLP
Suite 2100
171 17th Street, N.W.
Atlanta, Georgia  30363
henry.chalmers@agg.com

*/s/ Alexander Denton*
Alexander F. Denton
Georgia Bar No. 660632