IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, *et al.* *Plaintiffs*, v. BRAD RAFFENSPERGER, *et al*, *Defendants*. | CIVIL ACTION FILE NO. 1:18-cv-05391-SCJ |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON JURISDICTION

Defendants Brad Raffensperger, in his official capacity as Secretary of State, the State Election Board, and State Election Board Members Rebecca Sullivan, David Worley, and Anh Le, also in their official capacities (collectively, the "Defendants"), move this Court for summary judgment in their favor pursuant to pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1. As shown by the attached Defendants' Brief in Support of Their Motion for Summary Judgment on Jurisdiction, the Exhibits attached to and filed with that Brief, and the deposition testimony filed with this Court, there are no material issues of fact in dispute and, as a matter of law, Defendants are entitled to summary judgment on all of Plaintiffs' claims.

WHEREFORE, Defendants respectfully request that this Court enter summary judgment in their favor and cast all costs against Plaintiffs.

Respectfully submitted this 29th day of June, 2020.

**STATE LAW DEPARTMENT**

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
40 Capitol Square, S.W.
Atlanta, Georgia 30334

**ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC**

Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Alexander Denton

Georgia Bar No. 660632
adenton@robbinsfirm.com
Melanie L. Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250


**TAYLOR ENGLISH DUMA LLP**

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678.336.7249

*Attorneys for Defendants*

- 4 -

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON JURISDICTION was prepared double-spaced in 13-point Century Schoolbook pursuant to Local Rule 5.1(C).

/s/ *Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411

- 4 -