# EXHIBIT 3

# In the Matter Of:

## Fair Fight vs Raffensperger

### 30(b)(6) Hermon Scott

*November 15, 2019*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

```
 1      A.    I said I wasn't there.  I didn't say I
 2   didn't know about it.
 3      Q.    Okay.
 4      A.    A lot of things happen -- happen with our
 5   church that I'm not there, but that doesn't mean I'm
 6   not responsible, or know about it.
 7      Q.    Okay.
 8      A.    So how does that relate to me?
 9      Q.    Well, not so much, how does it relate to
10   you.  If it relates to you, please, by all means,
11   explain, but I'm just trying to figure out how that
12   activity fits into the organizational structure of
13   Baconton, or the operational structure of Baconton.
14            As I've understood it so far, the
15   voting-related issues are something that is headed up
16   by you, as the pastor.  This appears to be something
17   that -- and maybe I'm incorrect, and please correct
18   me if I'm wrong -- was handled -- or was not
19   specifically headed up by you.  How does that occur?
20   How does that happen?
21      A.    Well, the young adults do their -- they
22   have their fellowship.  I think probably a better way
23   of saying it would be voter awareness for that -- for
24   that day.  And so they wanted to do something.  And
25   they did something for voter awareness.
```

```
 1                Now, it comes back to me the same way as
 2    if I had a family group that got together and did a
 3    family seminar on family.  And I'm not necessarily
 4    there, but I'm responsible for it, because it's a
 5    part of my purview as -- for religious instructions.
 6         Q.    Okay.
 7         A.    So I don't have to be there for all of it,
 8    but they -- I'm responsible for it.
 9         Q.    Were you the driving force behind it?
10         A.    No, I have some young folk who
11    said -- well, our young adult ministry, who would
12    say, yeah, we want to do this.  And so I said, by all
13    means.  Because the idea of the young -- young
14    involvement, youth involvement, and not just voter
15    registration, but for any aspect of the church, you
16    want to get as many folk as you can involved.  And
17    once they get involved, and they have idea, I'll say,
18    yep, let's try it.  Go for it.
19         Q.    Okay.
20         A.    And they will make it happen.
21         Q.    Okay.  So they gave you a heads up
22    beforehand?
23         A.    Yes.
24         Q.    Okay.  They have it pretty much all
25    figured out, what they were going to do?
```

```
 1              And I believe we've discussed -- and
 2   again, I don't want to rehash it -- the policies, the
 3   legislation, the statute that you believe fulfill
 4   that statement, correct?
 5        A.    Uh-huh.
 6        Q.    Do you believe -- or do you understand
 7   that the Secretary of State or the State Election
 8   Board, the defendants in this case, have discretion
 9   in which statutes to enforce?
10        A.    Ask me that again?
11        Q.    Do you believe -- or do you understand
12   that the Secretary of State, the State Election
13   Board, it indicated enforced unconstitutional and
14   otherwise unlawful legislation, created and enforced
15   unconstitutional and otherwise unlawful policies, and
16   engaged in gross mismanagement that resulted in an
17   election -- just to pare down what refers to -- to
18   what, in terms of the legislation that you believe is
19   unconstitutional and unlawful, is it your position
20   that the Secretary of State and the State Election
21   Board have discretion in choosing to enforce those
22   laws?
23        A.    They have no -- no discretion in enforcing
24   the law.  However, what I believe is that federal
25   law, federal court cases, they will supersede
```