# EXHIBIT 4

**In the Matter Of:**

Fair Fight vs Raffensperger

**Jacqueline Bartley - Confidential**

*October 25, 2019*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

```
 1   daughter's situation, yeah.
 2       Q.   Now the experience that you reference in your
 3   declaration is with regard to a primary election in
 4   2018; is that correct?
 5       A.   Uh-huh (positive response).  Yeah.  Yes.
 6       Q.   Ms. Bartley, are you familiar with the -- the
 7   lawsuit that your declaration is used in?
 8       A.   No, I am not.
 9       Q.   Okay.  So -- well, were you aware before you
10   received the e-mail a week ago that your declaration
11   was being used in a lawsuit?
12       A.   No.
13       Q.   Okay.  Do you currently know anything about
14   this lawsuit, other than what has happened --
15       A.   Well --
16       Q.   -- to you?
17       A.   -- what I know is that I was someone who had
18   an issue and I was asked to tell my -- I was expected
19   to come here today and tell my story, what happened.
20       Q.   Do you know who the parties are in this
21   litigation?
22       A.   I do not know.
23       Q.   Do you know what Fair Fight Action is?
24       A.   I have heard of that organization or that
25   entity.
```

