# EXHIBIT 6

# In the Matter Of:

# Fair Fight vs Raffensperger

# Deborah Brown - Confidential

*October 25, 2019*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

```
 1   to -- to be about?
 2       A.   Generally to make voting fair and right for
 3   the citizens of Georgia.
 4       Q.   Do you know what relief or outcome is being
 5   sought in this litigation?
 6       A.   No.
 7       Q.   Okay.  When were you made aware that your
 8   declaration was going to be used specifically in this
 9   lawsuit?
10       A.   I think about a week ago.
11       Q.   So take me back.  When you contacted the --
12   when you -- when you called the number you saw on the
13   news to submit a declaration, when was that?
14       A.   It would've been the day after the election.
15       Q.   And you don't recall what program you were
16   watching that you got this number from?
17       A.   Just local news.
18       Q.   Okay.  Do you know who or what organization
19   was affiliated with that number?
20       A.   At the time that I called, just an
21   organization that was trying to rectify voting
22   problems.
23       Q.   Did you think or have any reason to believe
24   that the organization was affiliated with the State
25   itself?
```

