# EXHIBIT 7

# In the Matter Of:

## Fair Fight vs Raffensperger

## Alvilynn Callaway

*October 18, 2019*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

```
 1        A.   Could you restate that?
 2        Q.   Would you have any reason to doubt me as
 3   just a matter of procedure on conducting elections
 4   that, when a voter arrives at a polling place and
 5   does not appear on the voter registration roll,
 6   that they would be given --
 7        A.   For that county?
 8        Q.   -- that they would be given a provisional
 9   ballot?
10        A.   That was my understanding based on the
11   information I got from Clayton -- from Macon
12   County.
13        Q.   And do you understand that a provisional
14   ballot, because you're casting a provisional
15   ballot, does not mean necessarily that a
16   provisional ballot is automatically accepted as a
17   vote?
18        A.   No, I didn't understand that.
19        Q.   Okay.
20        A.   Because I -- if that was an
21   understanding, I had enough time to go to Macon
22   County.  I would have made it my business.  I would
23   have made an effort to go to Macon County and vote.
24   I would have went home and voted.
25        Q.   Okay.
```

