# EXHIBIT 8

# In the Matter Of:

## Fair Fight vs Raffensperger

## 30(b)(6) Jessica Livoti

*October 22, 2019*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

```
 1   be able to vote who were otherwise eligible to
 2   vote?
 3        A.   I've never spoken to Brian Kemp, so I'm
 4   not sure that I can determine what his intention
 5   is.  But I would say we believe that, as Secretary
 6   of State, it's very important for -- he's in charge
 7   of the elections.
 8             In our estimation, the elections were not
 9   able to -- in our estimation, in the elections
10   voters were not able to do what they intend, which
11   is exercise their right to vote and have those
12   ballots be counted.
13             You know, at my job, when I'm in charge
14   of things, if I mess up, I have to face the
15   consequences for it.
16        Q.   Now, are you aware that elections are run
17   by county election superintendents and not the
18   Secretary of State?
19             MS. TANIS:  Objection to form.
20             THE WITNESS:  I am aware that
21        elections are overseen by the Secretary
22        of State and the State Board of Elections
23        and that there are individual county
24        Board of Elections that oversee the
25        polling place workers in their county.
```