# EXHIBIT 9

**In The Matter Of:**

*Fair Fight Action v.*
*Raffensperger*

*Diana Cofield*
*November 1, 2019*

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



REGENCY-BRENTANO, INC.
*Certified Court Reporters*

**Min-U-Script® with Word Index**

```
 1   the -- at the precinct?
 2        A    No.
 3        Q    Okay.  How long were you at that precinct?
 4        A    I was there from before lunch to about --
 5   I was -- yeah, from 11:00 o'clock to about 12:30.
 6        Q    And these five African-American voters --
 7   what is the overall -- do you remember about how
 8   many or the percentage of African-American voters
 9   that was that went to vote provisionally?
10        A    No.
11        Q    Did you see African-American voters who
12   were -- who went through the normal process -- and
13   by "normal," meaning they were given a voter
14   certificate and looked up in the registration
15   database?
16        A    Yes, I seen them do it.
17        Q    Do you recall about how many went through
18   the regular process?
19        A    No, I don't.
20        Q    Do you know if the individuals who were
21   sent to the provisional ballot table -- if they were
22   registered to vote?
23        A    Really don't.
24        Q    Do you know if they were registered at the
25   precinct that you were observing?
```

**Regency-Brentano, Inc.**

```
1        A     No.
2        Q     Did you report this issue?  When you saw
3   that the African-American voters were going to the
4   provisional table, did you tell anyone?
5        A     When I got ready to go, I went outside.
6   And the manager -- she came out.  And I asked her
7   why are they doing that?  Because they was sitting
8   them around the table.  And she said because they
9   wasn't properly trained.
10       Q     And who wasn't properly trained?
11       A     She said the poll workers.
12       Q     And do you recall the poll manager's name?
13       A     Mary Bridges.
14       Q     And do you know who was supposed to train
15  the poll workers?  Is it Troup County or the
16  Secretary of State's office?
17       A     Troup County.
18       Q     Okay.  Did you report the issue to anyone
19  else?
20       A     Yes.
21       Q     And who did you report to?
22       A     The board.  Election board in Troup
23  County.
24       Q     And what happened after -- or when did
25  you -- sorry.  Let me back up.  When did you report
```