# EXHIBIT 10

# In The Matter Of:

*Fair Fight Action v.*
*Raffensperger*

*Carlos del Rio*
*February 19, 2020*

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



REGENCY-BRENTANO, INC.
Certified Court Reporters

**Min-U-Script® with Word Index**

```
 1   when I went, and I, I said I need a space in between,
 2   they said their system doesn't allow us to do that.
 3        Q    Okay.  That happened again --
 4        A    In 2015.
 5        Q    Okay.  What about when you renewed this
 6   online after you, after you lost it?
 7        A    I think when I renewed online you just say
 8   I need a new version of my driver -- I don't think
 9   they give you the option of changing anything.
10        Q    Okay.
11        A    And I think if you want to change
12   something, I think what the system says, if you want
13   to change something you have to go in person with the
14   documents, blah, blah, blah.
15        Q    Okay.  Just so -- and I understand it's,
16   it's detailed a little bit in here.  You indicated
17   you might have a few more words.
18             Could you walk me through once you're
19   actually interacting with the poll worker regarding
20   looking you up what happened?
21        A    So the first thing is after I completed my
22   form and I got there and I gave them the form and I
23   gave them my driver's license, they looked me up
24   and -- you know, they scanned the driver's license,
25   then they looked me up.  And this person looked at me
```

1  and said, you're not registered to vote.
2           And, and I said, no.  I actually am.  So I
3  pulled my phone, I went to the voter registration
4  site, I pulled up the website, and I showed her the
5  website on the phone.  Now, here you have it on
6  computer, but I pulled my voter registration on the
7  phone.  I said, here I am.  I am registered to vote.
8  She said to me, oh, but you're registered with your
9  name having a space and your ID does not have a
10 space, and, and, therefore, you have a non-match.
11 And I said to her, well, my understanding is that the
12 no match, you know, no match has been struck down.  I
13 don't need an exact match.  And this person said --
14 so I should be able to vote.
15          And this person said, well, let me go talk
16 to my supervisor.  So she stood up and took my ID and
17 everything and went and talked to her supervisor.
18 That took a couple minutes.  And, and then this
19 person came back and said, and said -- handed me my
20 document back and said, honey, this time we're going
21 to let you vote.  And I said, well, number one, you
22 don't call me honey.  And, number two, you're not
23 letting me vote.  This is my constitutional right.
24          And that was the last of our interactions.
25 And then he handed me the voting sheet.  I went to

```
 1   the machine and voted.  And that was it.
 2         Q    Just so I'm clear on the timeline, when she
 3   said that there was an issue with your name not
 4   matching, she had not spoken with her supervisor at
 5   that point?
 6         A    She had not spoken to -- I mean, she just
 7   handed me back my document and said you're not
 8   registered to vote here; basically saying, you know.
 9   And I said, I'm sorry, but I am registered to vote
10   here.
11         Q    Okay.  Did this poll worker happen to have
12   a name tag or anything of that sort?
13         A    You know, I don't recall.
14         Q    Okay.  Did you ever speak with anyone there
15   at the facility other than her?  Did you speak with
16   the poll manager or her supervisor?
17         A    No, because she went and spoke to that
18   person.
19         Q    Okay.  You didn't ask to --
20         A    No.
21         Q    -- speak?
22         A    I mean, I think if she had come back and
23   said my supervisor says you can't vote, I would have,
24   you know, then said can I speak to your supervisor.
25         Q    You say it took her a couple minutes?
```

```
 1        A    No.
 2        Q    Okay.  Well, then, it seems a ridiculous
 3   question, but I'll ask anyway.
 4             Have you offered your declaration or your
 5   testimony in any way to assist or support Ms. Abrams?
 6        A    No.  But I would say that, that, that
 7   Ms. Abrams had never contacted me, but I was
 8   surprised when she published an editorial in the New
 9   York Times which actually quoted my case.
10        Q    Okay.  When did that occur?
11        A    I can't remember the date, but if you, if
12   you Google "Stacey Abrams New York Times voter
13   suppression del Rio," my name appears there.  So she
14   used my case as an example.  And I must say that the
15   first time I found out about it is when a friend
16   called me and said, oh, did you notice you're in
17   today's New York Times?  I said, no idea.
18        Q    Was that sometime within the last year;
19   last six months?
20        A    Last year it has to be.  I mean, you know,
21   May.  I don't know.  I don't know the exact date,
22   but -- I can't remember the date on this, but...
23        Q    That's fine.  I'm sure --
24        A    Okay.  Here it is.  Here it is.  This is
25   the editorial.  It was May 15, 2019.  And there's a
```

```
 1   little paragraph in here that says, a particularly
 2   egregious example involves a voter last name who is
 3   del Rio.
 4        Q    Okay.  Would you, please, read that section
 5   for the record.
 6        A    It says, a particularly egregious example
 7   involved a voter whose last name is, quote, unquote,
 8   del Rio.  He was affected by the policy merely
 9   because his department of motor vehicles office where
10   he registered to vote did not allow a space in last
11   name.  He was delRio -- one word there -- but the
12   voter rolls do not allow spaces.  No exact match.
13   Voters like Mr. del Rio face unnecessary hurdles.
14   And poll workers were not trained properly to make
15   sure the voice -- that voices like his were heard.
16   So that's the paragraph.
17        Q    Do you agree with her statement?
18        A    Pretty much.  Yes.
19        Q    Okay.
20        A    And I, I have no contribution in drafting
21   that, I would say.
22        Q    Okay.  The statement you just read -- and
23   I'll ask -- the article would speak for itself.
24             But, to your knowledge, does it indicate
25   that you were able to vote in that incident?
```

```
 1      A     No.  I don't think so.
 2            MR. LAKE:  Okay.  I'm going to take a
 3      moment to look over my notes, but I'm happy
 4      to --
 5            MR. CHANDLER:  Sure.
 6            MR. LAKE:  -- pass the witness.
 7            MR. CHANDLER:  Sure.
 8            MR. LAKE:  I should be close to finishing
 9      up.
10            MR. CHANDLER:  Sure.
11            Let me just ask you a couple questions.
12            THE WITNESS:  Sure, sir.
13                  CROSS-EXAMINATION
14   BY Mr. Chandler:
15      Q     In your declaration it says that you are
16   head of global health at the Rollins School?
17      A     Yeah.
18      Q     Are you still that?
19      A     No, no.  I actually stepped down when I
20   moved to take this position here at Grady.
21      Q     Tell me about that position.
22      A     So I --
23      Q     What does that mean?
24      A     So I've been at Emory for, as I said, since
25   November of two thousand and -- 1996 and I've had
```

```
 1  multiple positions.  And I was named chair of the
 2  department of global health at the Rollins School of
 3  Public Health in April of 2009.  And I held that
 4  position until October 31st of 2019 when I moved in
 5  to this position.
 6       Q    What did that position entail?
 7       A    It's, it's primarily -- you know, I was the
 8  chair of the department in School of Public Health
 9  and, you know, supervising faculty, teaching public
10  health students, and, and doing research.
11       Q    Okay.
12       A    Traveling a lot around the world basically.
13       Q    Any public role in traveling around the
14  world talking to people?
15       A    I mean, lecturing, but not necessarily --
16  no, no official role.
17            MR. CHANDLER:  Gotcha.  Thank you.
18            MR. LAKE:  Are you --
19            MR. CHANDLER:  Sure.
20                 RECROSS-EXAMINATION
21  BY Mr. Lake:
22       Q    The -- just go back to your interaction
23  with the poll worker on November 6th.
24            Do you know about how long the interaction
25  took?  I believe you indicated it was --
```

    **A**    What we're talking right now. I mean, it must have been, you know, whatever -- I mean, if we reenact it, I would say, you know, I got there. I hand her my stuff. She looked at it. She scanned the license. She looked at it again. She looked in her computer. And it took her, you know, maybe a minute of looking and asking her coworker.

    And, and then she -- after she asked her coworker it was obvious she wasn't finding me. And then she turned around to me and said, you're not registered. And I said, yes, I am. And that's when we -- so, you know, I would say the whole thing must have taken a couple minutes.

    **Q**    Okay. Then a few more minutes for her to speak to her supervisor?

    **A**    Yeah. I would say if you take the total event, maybe eight to ten minutes.

    MR. LAKE: Okay. Dr. del Rio, I don't think I have any more questions for you. I would like to say thank you very much for --

    THE WITNESS: Thank you.

    MR. LAKE: -- taking the time. We greatly appreciate it.

    THE WITNESS: Appreciate you guys coming over.