# EXHIBIT 11

# In the Matter Of:

## Fair Fight vs Raffensperger

### 30(b)(6) Raphael Warnock - Confidential

*November 07, 2019*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

```
 1   to review your new article in the Washington Post.
 2        A.   Sure.
 3        Q.   Okay.  And is that article what we've
 4   marked as Exhibit 8?
 5        A.   Yes.
 6        Q.   Okay.  So let's talk about Exhibit 8,
 7   then.  And on the second physical page, come back
 8   to the middle of that paragraph, the first
 9   paragraph:
10             "The system is functioning exactly
11        as it was designed."
12             Does Ebenezer Baptist --
13        A.   Where are we?
14        Q.   I'm sorry.  Exhibit 8, middle of the
15   first full paragraph.
16        A.   First page?
17        Q.   Second page.
18        A.   Second page.  I see it, okay.
19        Q.   "The system is functioning exactly
20        as it was designed."
21             Does Ebenezer Baptist Church have
22   evidence of a designed intent behind the current
23   Georgia elections system that you're referencing
24   there?
25             MR. DUBOSE:  Objection.
```

```
 1              THE WITNESS:  I'm speaking.
 2   BY MR. TYSON:
 3        Q.  Uh-huh.
 4        A.  And I believe that there's evidence.
 5   I -- when you say does Ebenezer Baptist Church have
 6   evidence of that, it's a little bit of a tricky
 7   situation because there's diversity within the
 8   congregation.
 9              So all of my members don't share my
10   views, theological or political.  And they're not
11   required to and there's no need to.  But the
12   corporation, that is, the trustees of the church
13   and the deacons, apparently felt that there was
14   enough evidence to vote unanimously to sue the
15   state of Georgia.
16        Q.  Uh-huh.
17        A.  So there's -- it's a 6,000 member church,
18   a lot of diverse opinions, people on both sides of
19   the aisle and independents.  So that's -- so when
20   you say does Ebenezer have, are we talking about
21   the church?  The members?
22              Are we talking -- but the corporation
23   itself represented by the trustees and the deacons
24   felt that there was enough compelling evidence to
25   file a lawsuit, or to serve as a plaintiff in a
```