# EXHIBIT 12

**In the Matter Of:**

Fair Fight vs Raffensperger

**Phoebe Einzig-Roth**

*October 18, 2019*

Trustpoint.One

3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

1    special election, I believe.

2        Q    So you have voted since the November 2018

3    elections?

4        A    Yes.

5        Q    Have you experienced any problems voting

6    in those elections?

7        A    No.

8        Q    When you say you were contacted by the

9    Abrams campaign after posting the -- your Facebook

10   post, how did they contact you?

11       A    I don't remember.

12       Q    And you indicated that the Abrams campaign

13   turned into Fair Fight Action; is that correct?

14       A    After Stacy Abrams stepped down, I started

15   becoming -- contacted by Fair Fight Action instead of

16   the Abrams campaign.

17       Q    What do you mean stepped down?

18       A    Like she conceded.

19       Q    So after Stacy Abrams conceded the

20   governor's race, you began to be contacted by the

21   Fair Fight Action group?

22       A    Yes.

23       Q    How did they contact you?

24       A    I don't remember.

25       Q    Do you have any e-mails from the Fair