# EXHIBIT 14

**In The Matter Of:**

*Fair Fight Action v.*
*Raffensperger*

*Atlas Gordon*
*April 20, 2020*
*Certificate of Non-Appearance*

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



REGENCY-BRENTANO, INC.
*Certified Court Reporters*

**Min-U-Script® with Word Index**

Atlas Gordon - April 20, 2020                              4
Certificate of Non-Appearance

1        MR. LAKE:  This was to be the deposition of
2    Mr. Atlas Gordon to be taken by the Defendant
3    {sic} of State Brad Raffensperger in the matter
4    of Fair Fight Action v. Raffensperger, Civil
5    Action File Number 1:18-cv-05391.
6        I'll go ahead and mark as Exhibit 1 in this
7    case -- I believe everyone already has a copy --
8    the subpoena for Mr. Atlas' deposition.  It was
9    scheduled for April 20th at noon today, or
10   April 20th of today at noon.
11       It is currently 12:15 and Mr. Gordon has
12   not appeared, so with that we will just note his
13   nonappearance for the record.  And I believe the
14   court reporter agency actually has a -- like a
15   notice of nonappearance sort of form; is that
16   correct?
17       THE REPORTER:  Yes.
18       MR. LAKE:  Okay.  With that, we would like
19   to request that.
20       And pending anything else from opposing
21   counsel, we can go ahead and conclude the
22   deposition.
23       MR. KASTORF:  No.  Nothing else from the
24   plaintiffs.
25       (Proceedings adjourned at 12:16 p.m.)

**Regency-Brentano, Inc.**