# EXHIBIT 15

**In The Matter Of:**

*Fair Fight Action v.*
*Raffensperger*

*Thyrsa Gravely*
*October 31, 2019*

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



REGENCY-BRENTANO, INC.
Certified Court Reporters

Min-U-Script® with Word Index

```
 1  ballot?
 2       A    Around September 24th -- I'm sorry.  My
 3  state write-in ballot?
 4       Q    For the --
 5       A    Yes.  On the 19th.  November 19th of 2018.
 6       Q    Have you voted in elections since that
 7  time?
 8       A    Yes.
 9       Q    Have you experienced any voting issues
10  since that time?
11       A    I have not.
12       Q    You indicated previously that you had
13  canvassed in support of Stacy Abrams in the 2018
14  election; correct?
15       A    That's correct.
16       Q    So is it safe to say you wanted
17  Miss Abrams to be governor?
18            MS. WILLIAMS:  Objection.
19       A    Yes.
20  BY MR. LAKE:
21       Q    Not meant as a trick question.
22            Did you offer your declaration in any way
23  to help Miss Abrams?
24       A    No.
25            MS. WILLIAMS:  Objection.
```