# EXHIBIT 17



Case 1:18-cv-05391-SCJ   Document 451-17   Filed 06/29/20   Page 2 of 18

```
 1     A.  Swing State Consulting.
 2     Q.  Okay.  What is Swing State Consulting?
 3     A.  It's a consulting firm that I formed
 4  after Big Change Strategies.
 5     Q.  Are you -- is it an L.L.C. or --
 6     A.  Uh-huh.
 7     Q.  Okay.
 8     A.  Yes.
 9     Q.  Are you the only member?
10     A.  Yes.
11     Q.  Okay.  Is it still active?
12     A.  Yes.
13     Q.  Does it have clients today?
14     A.  Yes.
15     Q.  Are the clients for Swing State
16  Consulting campaigns or are they independent
17  non-profits like New Georgia Project and Voter
18  Access Institute, or both?
19     A.  Yeah.  Independent projects.
20     Q.  Ms. Abrams declared her candidacy for
21  governor in 2017; is that right?
22     A.  Yes.
23     Q.  Okay.  And what was your role with the
24  Abrams For Governor campaign?
25     A.  I was the campaign manager.
```

```
 1   team?
 2        A.   Dara Lindenbaum and additional attorneys
 3   at Sandler Reiff.  And then there were other
 4   attorneys retained late that I cannot list.
 5        Q.   Sure.
 6             What is your current role with Fair Fight
 7   Action?
 8        A.   I serve as its C.E.O.
 9        Q.   Okay.  And what is the purpose of Fair
10   Fight Action?
11        A.   Fair Fight Action works to engage and
12   educate an electorate and advocate.  And since the
13   2018 elections and the incredible voter suppression
14   that we have seen, that mission has been
15   significantly impacted.
16             And we've diverted a significant amount
17   of resources to fight voter suppression in terms of
18   expenditures and time, programs that we have
19   implemented to counteract the wrongdoing.
20        Q.   And is Fair Fight Action, I mean, it's --
21   in a corporate sense, isn't it the Voter Access
22   Institute and it changed its name?
23        A.   That's correct.
24        Q.   It's the same corporate entity?
25        A.   That's correct.
```

Trustpoint.One

```
 1          A.   It could be with or without intent.
 2          Q.   Okay.  Do you have any personal knowledge
 3     of any member of the State Election Board
 4     expressing an intent to target communities of color
 5     or low income neighborhoods in voting policy?
 6          A.   I don't recall.  I'm not sure.
 7          Q.   Okay.  Do you have any personal knowledge
 8     of then-Secretary Kemp expressing an intent to
 9     disproportionately impact community of color
10     voters?
11          A.   I can only recall a couple of statements
12     that were reported in the press about his concern
13     that lots of African-Americans were voting.  I
14     believe there was something that he said that was
15     reported in the press of 2016, also something to
16     that effect that he said in 2018.
17          Q.   Okay.  Do you have any personal knowledge
18     of any statements he's made that indicate or
19     otherwise evidence an intent to intentionally
20     discriminate against persons of color?
21          A.   I can't think of other statements
22     offhand.
23          Q.   Okay.  And the same for low income
24     voters?
25          A.   Correct.
```



1   personal knowledge of someone being denied an
2   absentee ballot that they were otherwise entitled
3   to because of their race?
4        A.   I can't give you a specific name offhand
5   except that I can, again, point you to all of those
6   many declarations and affidavits and then tens of
7   thousands of people we spoke to who were told they
8   had a funny name or spelling of their name or a
9   space in their name or a hyphen or some apostrophe
10  or all manner of things that had an intentional, in
11  my view had -- was intentionally meant to make it
12  harder for African-Americans, naturalized citizens,
13  et cetera, to vote.
14       Q.   Okay.  Do you have personal knowledge of
15  someone who went to vote early in person or
16  requested an absentee ballot or -- and was told
17  that they could not because of their race?
18       A.   No.
19            MR. BELINFANTE:  We can go off the
20       record for a second.
21            (Whereupon, a discussion ensued off
22       the record.)
23            (Whereupon, there was a brief
24       recess.)
25            (Whereupon, there was a luncheon

```
 1   vendors, were they in state?  Were they based
 2   in-state or were they based on out of state, do you
 3   know?
 4        A.  As of, like, their corporate headquarters
 5   or the staffing?  What do you mean?
 6        Q.  I guess they could always move here once
 7   they get the contract.  But prior to the contract,
 8   were they in-state companies?
 9            I'm not interested in a company that,
10   let's say, works everybody's here but it's a
11   Delaware company.  I'm talking about in terms of --
12   well, let me ask you this way.
13            How did you decide which vendors to use
14   at the New Georgia Project?
15            MS. LAWRENCE-BUNDY:  And Josh, let me
16        just object here.  I feel like we're
17        getting pretty far afield from the claims
18        in this lawsuit, and particularly with
19        regard to New Georgia Project.
20            I'll let it go for a while, but I
21        just want to let you know that I'm
22        concerned about the direction we're
23        going, because I don't quite see how it
24        relates to Ms. Groh-Wargo's testimony in
25        her deposition today.
```

```
 1          A.   I don't recall.
 2          Q.   Let me draw your attention to the second
 3   page.  In the first [sic, second] full paragraph,
 4   the second -- I'm sorry, third sentence reads:
 5               "In addition, we will utilize
 6          motivational messaging that has been
 7          tested in Georgia with unregistered and
 8          low propensity African-American and
 9          Latinos around why voting matters, using
10          themes of voter suppression, educational
11          opportunities for kids, healthcare,
12          hospital closures and Medicaid
13          expansion, and economic opportunities
14          for adults of all ages."
15               Do you see that?
16          A.   I do.
17          Q.   Okay.  And the date of this document, it
18   says at the top of Page 1, is Plans For Fall of
19   2014.  Do you have any reason to believe that date
20   is inaccurate?
21          A.   No.
22          Q.   Okay.  And do you individually know what
23   this was referring to in terms of voter suppression
24   in 2014?
25          A.   Voter Access Institute did a poll.  I
```

```
 1   don't remember --
 2        Q.   I see.
 3        A.   -- all that was in there, but I do think
 4   there were one or two questions related to voter
 5   suppression.
 6        Q.   Okay.  And do you know if the Voter
 7   Access Institute still has a copy of that poll?  Or
 8   I should say, does Fair Fight currently maintain a
 9   copy of the poll?
10        A.   I believe so.
11        Q.   Okay.  I'll show you what we'll mark as
12   Exhibit 28.
13                       (Whereupon, Defendant's
14                        Exhibit 28 was marked for
15                        identification.)
16   BY MR. BELINFANTE:
17        Q.   Have you seen this document before?
18        A.   Yes.
19        Q.   Is this a Voter Access Institute
20   document, meaning, I should say, was it prepared
21   for Voter Access Institute?
22        A.   Yes.
23        Q.   Do you know, who is Field Strategies?
24        A.   It's a vendor.
25        Q.   And what do they do?
```

Voter Access Institute Fall 2014 Plans: Georgia 501(c)4

## OVERVIEW

The need for voter registration and education in Georgia is stark. In 2013, Georgia was ranked Georgia 41st among all states in voter registration rate and 38th in voter turnout[1]. The Voter Access Institute was formed in 2014 to address this problem and to work to improve the educational levels about voting of the most underrepresented communities in the state, specifically the growing African American, Latino and Asian America communities. In fall of this year, VAI is working to educate new registrants from these communities as well as infrequent progressive voters on the importance and ease of voting in the November general election.

Voter Access Institute Education and Mobilization Targets
New Registrants                 110,000
Infrequent Progressives         711,213
*Voted in both 2008 and 2012 but not 2010*

Georgia offers all voters three different ways to vote: by mail, in person at early voting centers in all counties, or on Election Day. It is critical that voters receive educational materials to understand the different voting options they have, and how to go about casting their ballot by their preferred method. Voters must provide a photo ID when voting in person. We will assist new registrants and currently registered voters who do not possess an appropriate ID with securing a free state-issued identification.

**Progressive Voters by the Numbers**

| Tier | Description | People | Mailboxes | Phones |
|---|---|---|---|---|
| 1 | Voted in 2006, 2008 and 2012, but not 2010 | 187,384 | 169,544 | 155,737 |
| 2 | Voted in 2008 and 2012, but not 2010 | 711,213 | 598,298 | 530,385 |
| 3 | Voted in 2008 or 2012, but not 2010 | 2,225,544 | 1,517,534 | 1,378,161 |
| Total | | 3,124,141 | 2,285,376 | 2,064,283 |

*Gender*

| Male | | Female | |
|---|---|---|---|
| 229,659 | 39% | 356,316 | 61% |

*Race*

| Af Am | | Hisp | | White | | Other | |
|---|---|---|---|---|---|---|---|
| 392,850 | 67% | 14,279 | 3% | 118,269 | 21% | 60,218 | 9% |

Defendant's EXHIBIT-27   9/16/2019

---

[1] http://www.gafcp.org/sys_gafcp/doclib/news/CHI-Release2013.pdf

1 | Page

Confidential and Attorneys' Eyes Only pursuant to the Court's Protective Order (ECF No. 87) entered in Fair Fight Action, Inc. v. Raffensperger, Civil Action No. 18-CV-5391-SCJ, pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000034

*By Media Market*

| | | |
|---|---|---|
| Albany GA | 27,397 | 5% |
| Atlanta GA | 370,538 | 63% |
| Augusta GA | 34,451 | 6% |
| Chattanooga TN | 7,599 | 1% |
| Columbus GA | 22,543 | 4% |
| Dothan AL | 1,177 | 0% |
| Greenville SC-Asheville NC | 3,987 | 1% |
| Jacksonville FL | 9,122 | 2% |
| Macon GA | 47,957 | 8% |
| Savannah GA | 43,877 | 8% |
| Tallahassee FL-Thomasville GA | 17,418 | 3% |
| **Total** | **586,066** | |

**VOTER EDUCATION AND CONTACT OVERVIEW**

Our goal is to execute a robust effort to educate and mobilize new registrants from the Rising American Electorate as well as progressives who tend to skip gubernatorial year elections. We will do this through a multi-layered approach that works in concert to contact these targets by mail, phone and at their doorstep starting in September and running through Election Day.

Our plan will deploy the types of messaging and tactics we know works with low propensity voters. Official-looking early vote request applications and social pressure messaging will be key. In addition, we will utilize motivational messaging that has been tested in Georgia with unregistered and low propensity African American and Latinos around why voting matters using themes of voter suppression; educational opportunities for kids; health care, hospital closures and Medicaid expansion; and economic opportunities for adults of all ages.

Field Strategies is currently operating a paid canvass collecting voter registration applications from four offices in Atlanta, Columbus and Savannah that can be easily adapted into a mobilization program. From these offices, canvassers are deployed into the counties in and around Atlanta, Macon, Albany, Savannah and Columbus. These teams have the ability to run short term canvassing in and around Augusta and other areas with a density or our targets. Depending on funding, various components of this field effort can be scaled up or down.

This plan has three phases:

1. **Vote by Mail:** Voters who request ballots will begin receiving them 45 days before the Election. Each request form sent to a targeted voter will be sandwiched with phone calls and will be part of the door knock universe. At least one of the calls will be live, so voters unfamiliar with voting by mail will be able to have their questions answered.

   Canvassers can also carry postage-paid ballot applications with them to leave with voters. Georgia law also allows field staff to collect completed applications so long as they are returned immediately to the proper election office.

   Once ballots begin arriving to our voters, we will implement an aggressive chase program, ensuring that our voters who have requested ballots don't forget to fill them in and return them. The program will consist of calls, door knocks and mail.

Confidential and Attorneys' Eyes Only pursuant to the Court's Protective Order (ECF No. 87) entered in Fair Fight Action, Inc. v. Raffensperger, Civil Action No. 18-CV-5391-SCJ, pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000035

1. **Early Vote:** Targeted voters who did not vote by mail will be converted over to Early Vote in person efforts through additional phone and field contact and limited mail.

2. **Election Day:** For voters who do not successfully vote early by mail or in person, we'll educate them on their polling location and how to vote on Election Day.

**BUDGET SUMMARY**

| TARGET | ACTIVITY | COST |
|---|---|---|
| Vote By Mail | Vote By Mail Mail | $765,523 |
|  | Vote By Mail Phone | $610,470 |
|  | Vote By Mail Field | $627,187 |
| SUBTOTAL |  | $2,003,180 |
| Early Voting | Early Vote Mail | $270,300 |
|  | Early Vote Pone | $180,525 |
|  | Early Voting Field | $181,232 |
| SUBTOTAL |  | $209,232 |
| Election Day/GOTV | Election Day Mail | $270,300 |
|  | Election Day Phone | $86,250 |
|  | Election Day Field | $379,485 |
| SUBTOTAL |  | $820,035 |
| Program Management, Legal Costs and Expenses |  | $25,000 |
| TOTAL PROGRAM COST |  | $3,424,272 |

Confidential and Attorneys' Eyes Only pursuant to the Court's Protective Order (ECF No. 87) entered in Fair Fight Action, Inc. v. Raffensperger, Civil Action No. 18-CV-5391-SCJ, pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000036

# VAI
## VOTER ACCESS INSTITUTE
### PROSPECTUS

Defendant's
EXHIBIT- 30
9/16/2019

Confidential and Attorneys' Eyes Only pursuant to the Court's Protective Order (ECF No. 87) entered in Fair Fight Action, Inc. v. Raffensperger, Civil Action No. 18-CV-5391-SCJ, pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000055



**Voter Access Institute**
**Georgia Fall 2014 Voter Education and Mobilization**
*DRAFT PLAN*

## OVERVIEW

The need for voter registration and education in Georgia is stark. In 2013, Georgia was ranked 41st among all states in voter registration rate and 38th in voter turnout.[1] The Voter Access Institute was formed in 2014 to address this problem and to improve the educational levels about voting among the most underrepresented communities in the state, specifically the growing African-American, Latino and Asian-American communities. This fall, VAI will educate new registrants from these communities as well as infrequent progressive voters on the importance and ease of voting in the November general election.

| Voter Access Institute Education and Mobilization Targets | |
|---|---|
| New Registrants | 110,000 |
| Infrequent Progressives | 711,213 |
| *Voted in both 2008 and 2012 but not 2010* | |

Georgia offers all voters three different ways to vote: by mail, in person at early voting centers in all counties, or on Election Day. It is critical that voters receive educational materials to understand the different voting options and how to go about casting their ballot by their preferred method. Voters must provide a photo ID when voting in person. VAI will assist new registrants and currently registered voters who do not possess an appropriate ID with securing a free state-issued identification.

---

[1] http://www.gafcp.org/sys_gafcp/doclib/news/CHI-Release2013.pdf

PROSPECTUS

Confidential and Attorneys' Eyes Only pursuant to the Court's Protective Order (ECF No. 87) entered in Fair Fight Action, Inc. v. Raffensperger, Civil Action No. 18-CV-5391-SCJ, pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000056



**Progressive Voters by the Numbers**

| Tier | Description | People | Mailboxes | Phones |
|---|---|---|---|---|
| 1 | Voted in 2006, 2008 and 2012, but not 2010 | 187,384 | 169,544 | 155,737 |
| 2 | Voted in 2008 and 2012, but not 2010 | 711,213 | 598,298 | 530,385 |
| 3 | Voted in 2008 or 2012, but not 2010 | 2,225,544 | 1,517,534 | 1,378,161 |
| Total | | 3,124,141 | 2,285,376 | 2,064,283 |

*Gender*

| Male | | Female | |
|---|---|---|---|
| 229,659 | 39% | 356,316 | 61% |

*Race*

| Af Am | | Hisp | | White | | Other | |
|---|---|---|---|---|---|---|---|
| 392,850 | 67% | 14,279 | 3% | 118,269 | 21% | 60,218 | 9% |

*By Media Market*

| | | |
|---|---|---|
| Albany GA | 27,397 | 5% |
| Atlanta GA | 370,538 | 63% |
| Augusta GA | 34,451 | 6% |
| Chattanooga TN | 7,599 | 1% |
| Columbus GA | 22,543 | 4% |
| Dothan AL | 1,177 | 0% |
| Greenville SC-Asheville NC | 3,987 | 1% |
| Jacksonville FL | 9,122 | 2% |
| Macon GA | 47,957 | 8% |
| Savannah GA | 43,877 | 8% |
| Tallahassee FL-Thomasville GA | 17,418 | 3% |
| **Total** | **586,066** | |



PROSPECTUS

Confidential and Attorneys' Eyes Only pursuant to the Court's Protective Order (ECF No. 87) entered in Fair Fight Action, Inc. v. Raffensperger, Civil Action No. 18-CV-5391-SCJ, pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000057



**VOTER EDUCATION AND CONTACT OVERVIEW**

Our goal is to execute a robust effort to educate and mobilize new registrants from the Rising American Electorate as well as progressives who tend to skip gubernatorial year elections. We will do this through a multi-layered approach that works to contact these targets by mail, phone and field effort starting in September and running through Election Day.

Our plan will deploy the types of messaging and tactics we know works with low-propensity voters. Early vote request applications and voter encouragement will be key. In addition, we will utilize motivational messaging that has been tested in Georgia with unregistered and low propensity African-American and Latinos regarding why voting matters. Targeted messaging will use themes of voter suppression, educational opportunities for children, health care, hospital closures and Medicaid expansion, and economic opportunities for adults of all ages. Additional messaging may reflect issues of the environment, reproductive rights and the national importance of the 2014 elections.

Field Strategies is currently operating a paid canvas collecting voter registration applications from four offices in Atlanta, Columbus and Savannah that can be easily adapted into a mobilization program. From these offices, canvassers are deployed into the counties in and around Atlanta, Macon, Albany, Savannah and Columbus. These teams have the ability to run short-term canvassing in and around Augusta and other areas with density or our targets. Depending on funding, various components of this field effort can be scaled up or down.

This plan has three phases:

1. **Vote by Mail:** Voters who request ballots will begin receiving them 45 days before the Election. Each request form sent to a targeted voter will be sandwiched with phone calls and will be part of the door knock universe where there is adequate density of targets. At least one of the calls will be live, so voters unfamiliar with voting by mail will be able to have their questions answered.

   Canvassers can also carry postage-paid ballot applications with them to leave with voters. Georgia law also allows field staff to collect completed applications so long as they are returned immediately to the proper election office.

   Once ballots begin arriving to our voters, we will implement a chase program of door knocks, mail and phone calls, ensuring that our voters who have requested ballots do not forget to complete and return them.

2. **Early Vote:** Those voters who did not vote by mail will be converted over to Early Vote targets through additional phone and field contact and limited mail.

3. **Election Day:** For voters who do not successfully vote early by mail or in person, we will educate them on their polling location and how to vote on Election Day.

PROSPECTUS

Confidential and Attorneys' Eyes Only pursuant to the Court's Protective Order (ECF No. 87) entered in Fair Fight Action, Inc. v. Raffensperger, Civil Action No. 18-CV-5391-SCJ, pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000058



## BUDGET SUMMARY

| TARGET | ACTIVITY | COST |
|---|---|---|
| **Vote By Mail** | Vote By Mail, Mail | $765,523 |
| | Vote By Mail Phone | $575,470 |
| | Vote By Mail Field | $627,187 |
| **SUBTOTAL** | | **$1,968,180** |
| **Early Voting** | Early Vote Mail | $270,300 |
| | Early Vote Phone | $150,525 |
| | Early Voting Field | $181,232 |
| **SUBTOTAL** | | **$602,057** |
| **Election Day/GOTV** | Election Day Mail | $270,300 |
| | Election Day Phone | $86,250 |
| | Election Day Field | $379,485 |
| **SUBTOTAL** | | **$736,035** |
| **Catalist, VAN, Program Management and Legal Costs** | | $55,000 |
| **TOTAL PROGRAM COST** | | **$3,361,272** |

PROSPECTUS

Confidential and Attorneys' Eyes Only pursuant to the Court's Protective Order (ECF No. 87) entered in Fair Fight Action, Inc. v. Raffensperger, Civil Action No. 18-CV-5391-SCJ, pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000059



## HOW TO CONTRIBUTE

The Voter Access Institute is a 501(c)4 organization. Contributions are not deductible for federal income tax purposes. Contributions are not subject to public disclosure.

*To contribute by check:*

Voter Access Institute
One West Court Square
Suite 750
Decatur, Georgia 30030

*To contribute by wire:*

**Direct to Wire Routing Transit Number:** ▮
**Bank Name:**   Wells Fargo Bank, N.A.
**Bank Address:** 420 Montgomery, San Francisco, CA 94104
**BNF/Field 4200 (Account Number):** ▮
**Beneficiary Account:**  Voter Access Institute, Inc.

PROSPECTUS

Confidential and Attorneys' Eyes Only pursuant to the Court's Protective Order (ECF No. 87) entered in Fair Fight Action, Inc. v. Raffensperger, Civil Action No. 18-CV-5391-SCJ, pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000060