# EXHIBIT 23

# In the Matter Of:

Fair Fight vs Raffensperger

## Jeffrey Marion - Confidential

*November 22, 2019*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

```
 1   down until about 11:00 a.m.  So no votes were cast
 2   before 11:00 a.m."; correct?
 3       A    Yes.
 4       Q    How do you know that no votes were cast before
 5   11:00 a.m.?
 6       A    I didn't leave.  We stayed while the machines
 7   were down.  They tried to get them up.  We had to wait.
 8   They sent somebody out to get more machines or
 9   something.  They came back with that.  Then the cords
10   didn't work.  So at this time I'm calling my job,
11   telling them I'm not coming in until I cast my vote,
12   so ...
13       Q    So let's briefly jump down to paragraph 7.
14       A    Okay.
15       Q    You state, "The line to vote was wrapped
16   around the school by the time I got to vote"; right?
17       A    Yes.
18       Q    Between 7:00 a.m. and 11:00 a.m., where in
19   that line were you?
20       A    I wasn't in line no more.  We were all sitting
21   down at tables, waiting for them to get the machines
22   up.
23       Q    Okay.  And no individual voted on a
24   provisional ballot between 7:00 a.m. and 11:00 a.m.?
25       A    Provisional ballot, that's the paper?
```

```
 1      Q    Uh-huh (affirmative).
 2      A    People were voting on that.  I just didn't
 3   want to do it.
 4      Q    Okay.  So if we go back to paragraph 4 --
 5      A    Okay.
 6      Q    -- you state, "No votes were cast before 11:00
 7   a.m."; correct?
 8      A    Yes.
 9      Q    But what you mean to say is that no votes were
10   cast on a DRE machine before 11:00 a.m.?
11      A    That's fine, yes.  You could say that.
12      Q    Okay.  And I understand that -- I should say
13   generally we're not trying to catch you in a squeeze or
14   anything.  We're just trying to clarify the testimony.
15      A    I'm good.
16      Q    Okay.  So there were individuals casting
17   provisional ballots during that time?
18      A    Yeah.  But I don't know what time they
19   started.
20      Q    Okay.  So you state in paragraph 5, "At first
21   we were told the license verification machine was
22   broken"; correct?
23      A    Yes.
24      Q    And do you know what an express poll machine
25   is?
```

```
 1      Q    Because you were waiting to use a DRE machine?
 2      A    Yes.
 3      Q    Okay.  So I take that to mean you were pretty
 4   close to the front of the line; right?
 5      A    Yes.
 6      Q    Okay.  And there were probably others that had
 7   not yet checked in that were waiting past the poll
 8   worker?
 9      A    I think they all got mixed in by then.  So
10   people that didn't want to use the ballot, the paper
11   ballot, they were just sitting around.  Everybody was
12   sitting around.  I don't -- it was still a line out,
13   but us, we was in there sitting.
14      Q    And why didn't you want to use a paper ballot?
15      A    I don't trust them.
16      Q    Why is that?
17      A    I don't like them.
18      Q    Do you believe that they are more prone to
19   fraud or --
20      A    Yes.
21      Q    -- miscalculation?
22      A    Yes.
23      Q    All of the above?
24      A    All of the above.
25      Q    Okay.  And so your preference is to vote on an
```

```
 1   electronic machine?
 2       A    Yes.
 3       Q    Because it gives you more confidence in the
 4   accuracy?
 5       A    It does.
 6       Q    Okay.  Do you consider it easier to vote on
 7   than a paper ballot?
 8       A    No.
 9       Q    About the same?  You just don't trust the
10   paper?
11       A    I don't trust the paper, right.
12            MR. MILLER:  Could we go off the
13       record for a second?
14            (A discussion ensued off the record.)
15   BY MR. MILLER:
16       Q    Mr. Marion, I'm going to hand you a document
17   which we will mark as Exhibit 3, which has been
18   produced in this case and is Bates numbered
19   PLTFS-FFA-002450.
20            (Defendants' Exhibit 3 was marked.)
21            MR. MILLER:  I should further clarify
22       that Bates numbering continues on through
23       002452.
24            MR. KASTORF:  The one that's marked
25       with a sticker, does that have the full
```