# EXHIBIT 26



Deposition of:
# Michael McDonald , PhD

*February 28, 2020*

In the Matter of:

# Fair Fight Action, Inc., Et Al. v. Raffensperger, Brad, Et Al.

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Michael McDonald , PhD                    February 28, 2020
Fair Fight Action, Inc., Et Al. v. Raffensperger, Brad, Et Al.

Page 16

1    was for the PI work?

2          A    As I recall, it was roughly $10,000.

3          Q    Let's get into Roman numeral I, the

4    summary paragraph.  You say that you were asked by

5    the plaintiff's counsel to investigate the

6    reliability of a list of registrants.  In what sense

7    are you using the word "reliability" here?

8          A    I'm using it in the sense that -- whether

9    or not that list is accurately reflective of people

10   who are otherwise still residing at the address that

11   they find on their voter registration record.

12         Q    So basically assessing, among the 313,000

13   people, how many have moved and how many haven't; is

14   that a fair approximation?

15         A    For the purposes of this report, yes.  I

16   would say yes, that's true.

17         Q    And then are you offering opinions about

18   if the list isn't reliable that the removals were

19   not appropriate?

20         A    That's a legal question, so -- I'm just

21   providing you the evidence of what I've looked at,

22   so I can't provide a legal opinion on that.

23         Q    So it's fair to say then you've analyzed

24   this list, and the legal effect, you're not

25   commenting on that.  You're just saying this is what

Michael McDonald , PhD                February 28, 2020
Fair Fight Action, Inc., Et Al. v. Raffensperger, Brad, Et Al.

Page 18

1    where they were registered to vote, and ultimately

2    that's -- the evidence of that fact is what your

3    report is about; is that correct?

4            MR. CREELAN:  Objection as to form.

5        A    Yes, primarily that is what the report is

6    trying to address is whether or not the list

7    maintenance purposes or processes in Georgia are

8    indeed identifying people who have moved from their

9    registration address.

10   BY MR. TYSON:

11       Q    And you're not opining on the intent

12   behind Georgia's voter list maintenance procedures?

13       A    Yes, I don't have any knowledge of the

14   intent of the Secretary of State's office behind

15   their list maintenance procedures.

16       Q    Next bullet on the top of page 3 talks

17   about the national change of address matches and

18   compares that with the no contact registrants.  Can

19   you explain a little bit more about what that bullet

20   is summarizing?  I know we'll get into some of the

21   meat of it in a little bit, but maybe just a

22   high-level summary?

23           MR. CREELAN:  Objection as to form.

24       A    Yeah --

25   BY MR. TYSON:

Michael McDonald , PhD          February 28, 2020
Fair Fight Action, Inc., Et Al. v. Raffensperger, Brad, Et Al.

Page 25

1        A     Yeah.  Yeah.

2        Q     So the thing we're discussing, the purge

3    list is the list of people who actually had their

4    status moved from inactive to canceled.  Is that the

5    correct group?

6        A     It is my understanding that the 290,134

7    would be, yes, those people -- inclusive of those

8    people, yes.

9        Q     And it's your understanding that no one is

10   ever removed from the voter file, just that their

11   voting status has changed to canceled, correct?

12             MR. CREELAN:  Objection.

13       A     Yes.  There is a canceled file that exists

14   as well, so information about records that have been

15   canceled are retained within the election management

16   database within Georgia.

17   BY MR. TYSON:

18       Q     Based on your experience in election

19   administration, would you say voters who are on a

20   canceled list are no longer on the -- no longer in

21   the voter registration database?

22       A     No, they are still in the database, it's

23   just that they have a different status than other

24   people who are recorded within the database.

25       Q     And what I'm trying to understand there --

Michael McDonald , PhD                February 28, 2020
Fair Fight Action, Inc., Et Al. v. Raffensperger, Brad, Et Al.

Page 26

1    I know that the term "purge" is used extensively in

2    the litigation and in your report.  Purge, I would

3    understand, is the records are gone, but what you're

4    saying is on the purge list, those individuals are

5    still in the voter registration database, they're

6    just not eligible to vote.

7             MR. CREELAN:  Objection as to form.

8        A    Correct, they are still in the database.

9    They still have a record -- persistent record within

10   the database, yes.  So if we wanted to restore them,

11   it would be possible to restore those records.

12   BY MR. TYSON:

13       Q    Is there a reason why you chose the term

14   "purge list"?

15       A    It's what I just consider what we're

16   talking about here to be the process of removals

17   from active status or inactive status to a canceled

18   status.

19       Q    And have you consistently referred to

20   individuals being moved to a canceled status in

21   other states as a purge?

22             MR. CREELAN:  Objection as to form.

23       A    Yes, when I speak with reporters or speak

24   at -- to election administrators at various events,

25   I generally use the shorthand "purge."

Michael McDonald , PhD                February 28, 2020
Fair Fight Action, Inc., Et Al. v. Raffensperger, Brad, Et Al.

Page 27

1    BY MR. TYSON:

2        Q    By using the term "purge," are you

3    implying that something wrong was done?

4            MR. CREELAN:  Objection as to form.

5        A    No.

6    BY MR. TYSON:

7        Q    Let's begin next looking at the

8    characteristics of the registrants on the purge

9    list.  First of all, you're reporting the statistics

10   based on kind of the reason someone was put in

11   inactive status; is that correct?

12           MR. CREELAN:  Objection as to form.

13       A    Correct, so in -- as I understand what the

14   NGE list was at the time that it was generated was

15   that these are individuals who are in inactive

16   status, and it was not -- that was in October 30th,

17   and it wasn't until December that they were actually

18   moved from an inactive status to a canceled status

19   within the database.  So at the time that the list

20   was generated, these would be people who were in an

21   inactive status.

22   BY MR. TYSON:

23       Q    So let me give you a hypothetical.  I'm a

24   registered voter; I'm an active voter.  How would

25   I -- what are the steps that would be necessary for

Michael McDonald , PhD                    February 28, 2020
Fair Fight Action, Inc., Et Al. v. Raffensperger, Brad, Et Al.

Page 36

1    of Hispanic origin registrants on the purge list as

2    compared to the voter file.  Are you with me on

3    that?

4        A    Yes.

5        Q    And so is that a disparate impact on white

6    voters?

7              MR. CREELAN:  Objection as to form.  I

8    have to -- I have to clarify my objection because

9    it'll come up again for the record so it's clear.

10   He's already testified his report doesn't and he's

11   not here to opine on the legal significance of the

12   statistics that he's talking about.  So when you ask

13   a question that asks about the disparate impact,

14   which is, of course -- has legal significance, I

15   think it assumes something that he's already

16   disclaimed in his responses.

17             So I could keep objecting, but I think it

18   might help you for me to clarify that so you can

19   tailor your question to that.

20             MR. TYSON:  Thank you.

21   BY MR. TYSON:

22       Q    Let me try to ask it this way:  The

23   sentence about 2.0 percentage points more white not

24   of Hispanic origin registrants on the purge list,

25   does that mean that more -- does that mean that

Michael McDonald , PhD                    February 28, 2020
Fair Fight Action, Inc., Et Al. v. Raffensperger, Brad, Et Al.

Page 37

1    there are more white voters on the purge list than

2    there are in the overall voter registration

3    database?

4         A    Yes, that is correct.

5         Q    And likewise, in the next paragraph that

6    there are 2.9 percentage points fewer black not of

7    Hispanic origin registrants on the purge list as

8    compared to the voter file, does that mean there are

9    fewer black voters on the purge list than their

10   share of the voter file?

11        A    On the overall purge list, that is

12   correct.  There are some subcategories of those

13   lists where that does not hold true, so -- and as I

14   understand with respect to the no contact list

15   that -- well, in particular, not as I understand,

16   but in particular with respect to the no contact

17   list there are -- this tendency is actually reversed

18   for those that we find a greater share of

19   African-Americans on the no contact -- list for the

20   reason for no contact than on the overall NGE list.

21        Q    Can you explain that to me, the difference

22   there because I see that it still says there are 1.0

23   percentage points fewer registrants for no contact

24   as compared with the voter file for black not

25   Hispanic, so if you could walk me through what you

Michael McDonald , PhD                February 28, 2020
Fair Fight Action, Inc., Et Al. v. Raffensperger, Brad, Et Al.

Page 38

1    just described, I'd appreciate it.

2         A     Right.  So if we look at Table 1 on page

3    9, what I'm trying to explain here is that although

4    there are correctly a greater share of whites not of

5    Hispanic origin on the overall NGE list or purge

6    list, if you look within the racial categories

7    African-Americans are showing up under the no

8    contact designation at a higher percentage than they

9    are in the NCOA designation or the returned mail

10   designation is the gist of what I'm saying here.

11        Q     But you'd agree with me that

12   African-American registrants as a percentage for the

13   no contact list is still lower than the overall

14   percentage of African-Americans in the November 15th

15   voter file, correct?

16        A     That is correct.

17        Q     And I believe you've testified you're not

18   drawing any conclusions as to cause of why that

19   might be, right?

20             MR. CREELAN:  Objection as to form.

21        A     In terms of the racial demographic

22   characteristics, no, I'm not drawing any

23   conclusions.

24   BY MR. TYSON:

25        Q     Let me keep working through the tables

Michael McDonald , PhD                    February 28, 2020
Fair Fight Action, Inc., Et Al. v. Raffensperger, Brad, Et Al.

Page 40

1    higher percentage captured by no contact than by

2    NCOA and returned mail.  Am I reading that right?

3         A    That is correct.

4         Q    So when you noted a higher percentage of

5    black voters for no contact versus other methods,

6    that's just an observation, correct, it's not

7    anything beyond that?

8              MR. CREELAN:  Objection as to form.

9         A    I'm not -- I wasn't asked to provide an

10   opinion as to the significance of that, so I am

11   simply noting the statistics as they exist within

12   the NGE list and on the voter file.

13   BY MR. TYSON:

14        Q    Let's turn next to page 11 and your NCOA

15   match analysis.

16        A    I'm there.

17        Q    Okay.  So you contacted the firm Latino

18   Decisions -- I guess I was a little unclear.  Did

19   Latino Decisions engage L2 and TargetSmart or did

20   you engage them for the phone number match and then

21   provide that information to Latino Decisions?

22        A    I directed Latino Decisions to engage L2

23   and TargetSmart to do the NCOA match and produce

24   phone numbers for people who are on the NGE list.

25        Q    And do you recall the cost for Latino

Michael McDonald , PhD                 February 28, 2020
Fair Fight Action, Inc., Et Al. v. Raffensperger, Brad, Et Al.

Page 75

1    business reason and then had moved back, and they

2    had filed one of these NCOAs as well.

3          So we had that prior discussion about why

4    that may be true in the deposition, so that's

5    reaffirming again what I said previously.

6       Q    The other thing that struck me reading

7    through the survey was some of the questions that

8    you didn't ask.  And so you didn't ask whether

9    someone recalled receiving a notice from the

10   Secretary of State or their Board of Elections about

11   the status of their voter registration, right?

12      A    That's correct.

13      Q    Add you didn't ask if someone had updated

14   the address on their driver's license and whether

15   they had checked to update their voter registration

16   or uncheck that box.

17      A    That is correct.

18      Q    When you were conducting your analysis, at

19   any point did you look at the larger voter

20   registration database to determine if any of the

21   individuals you surveyed possibly had a duplicate

22   registration in the voter registration database?

23          MR. CREELAN:  Objection as to form.

24      A    I did not.

25   BY MR. TYSON: