# EXHIBIT 27

**In The Matter Of:**

*Fair Fight Action v.*
*Raffenensperger*

*Dr. Lorraine Carol Minnite*
*December 13, 2019*

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



REGENCY-BRENTANO, INC.
*Certified Court Reporters*

**Min-U-Script® with Word Index**

```
 1  do you know what states you were looking at
 2  when that was written?
 3       A.   Well, there were many states
 4  involved, because there are state parties,
 5  party organizations.  But also, state
 6  legislators who were passing laws that have,
 7  very likely have a suppressive effect on
 8  voting.
 9       Q.   And 2012, when you were writing
10  that, did you consider Georgia as one of those
11  states?
12       A.   I don't remember.
13       Q.   Your report does not opine on
14  Georgia legislators' motivations for passing
15  election laws, does it?
16       A.   I don't think so.  I will say in my
17  report, I very briefly mention the fact that in
18  the first federal challenge to Georgia's photo
19  ID law, 2005, 2006, Judge Murphy found that it
20  functioned as a poll tax.
21       Q.   And the legislature addressed that,
22  right?
23       A.   Yes.
24       Q.   And ultimately, Georgia's voter ID
25  was upheld?
```