# EXHIBIT 28

# In the Matter Of:

## Fair Fight vs Raffensperger

## Kirsten Morris

*November 18, 2019*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

```
 1        A.    I suppose I take issue with the word
 2   "transit."  When I think of transit, I'm thinking
 3   purely of the mailing process.  And like I said, I'm
 4   not sure what happened between mailing and it being
 5   processed at the Board of Elections.
 6        Q     Okay.  I believe that your testimony
 7   earlier is that the My Voter Page indicated your
 8   ballot was received on November 13th, 2018; is that
 9   correct?
10        A.    I don't remember the exact wording on the
11   My Voter Page, but that sounds right.
12        Q.    Okay.  If your ballot was not received by
13   the appropriate entity in time for your vote to count
14   in the November 2018 election, I suppose just assuming
15   that premise, would it be fair to say that your issue
16   is with that?  The time of travel, the inability to
17   get the ballot to where it needs to be by that date?
18        A.    Yes.
19        Q.    You indicated earlier that you understood
20   Fair Fight Action to be founded or affiliated with
21   Stacy Abrams, correct?
22        A.    Yes.
23        Q.    Did you submit your Declaration in any way
24   or in part to assist or support Ms. Abrams?
25              MS. COGAN:  Objection.
```