# EXHIBIT 29

**In the Matter Of:**

Fair Fight vs Raffensperger

**Elizabeth Murphy**

*November 20, 2019*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

```
 1        A.    Yes.   That was -- that was afterwards.   In

 2    fact, I have a letter from Athens-Clarke -- from

 3    Athens-Clarke County that -- an official notification of

 4    provisional ballot status that I -- that I actually

 5    received back from them November 19.   Because I had -- I

 6    had called them to ask if my provisional ballot, you

 7    know, was going to count, and later -- a few days later,

 8    on November 19, they sent me back an actual letter in

 9    the mail letting me know that -- notifying me that the

10    provisional ballot that was cast at the November 6

11    general special election was counted.

12            So I have a letter from them, dated

13    November 19, just letting me know that -- and I had also

14    talked to them on the phone, but they sent me this

15    letter back letting me know that the provisional ballot

16    had been counted.   But I think it was around that time

17    -- or after that time that I -- you know, that I also

18    talked to somebody at -- I guess it was with the -- with

19    the Abrams people.

20        Q.    Okay.  And who did you talk to then?  Do you

21    recall?

22        A.    No, I really don't.  I'm sorry.  I don't -- I

23    don't recall who it was.

24        Q.    Was it over the phone or by email?

25        A.    I, at first, called over the phone.
```



```
 1        Q.   Okay.  And was that -- do you remember the
 2   number?
 3        A.   No.  I'd have to go back and look and see if I
 4   even still have the number.  I don't know if I do.
 5        Q.   That's okay.  And do you recall who that
 6   number was associated with?
 7        A.   No.  I don't -- I don't remember the official
 8   name of the organization.
 9        Q.   But you stated earlier that you thought in
10   some way they were associated with the Abrams campaign.
11   Is that accurate?
12        A.   Yes.  Uh-huh.
13        Q.   Okay.  But you're not entirely sure what exact
14   organization?
15        A.   No, I'm not.
16        Q.   Okay.  And let's talk about that phone call.
17   What did you discuss at that point?
18        A.   I just explained to them that I had been --
19   what exactly had -- had transpired at my voting
20   location; that I had been told that I had already voted,
21   and I had not, but that they had -- I had been able to
22   fill out a, you know, provisional ballot.  But I had
23   then gone down to the Athens voter registration office
24   downtown and had found, from what the people were
25   telling me and the checking they were doing, that it
```



```
 1    -- from the paperwork I've received, I was under the

 2    impression that this was against the State and not

 3    against any local -- local voting outfit or county.

 4         Q.   And so you state in your declaration that you

 5    voted provisionally; correct?

 6         A.   Yes.  I was allowed to vote provisionally.

 7         Q.   And you further state that the -- you were

 8    told at the voter registration office that, My

 9    provisional vote would count; correct?

10         A.   Yeah, I was told that my provisional vote

11    would count.  And then a few days later, I actually even

12    got a letter from them letting me know that my

13    provisional vote had been counted.

14         Q.   Okay.  And you stated earlier that letter --

15    you got that letter on the 19th of November; is that

16    correct?

17         A.   Yes.  I got that, yeah, through snail mail on

18    November 19.

19         Q.   Okay.  And did you let any of the individuals

20    you worked with to prepare this declaration know that

21    you were informed your vote counted?

22         A.   Yeah.  I let them -- I let them know that I

23    voted provisionally.  Yes.

24         Q.   Well, I'm specifically asking about when you

25    got the confirmation from the elections office that it
```

