# EXHIBIT 31

# In the Matter Of:

## Fair Fight vs Raffensperger

## Robyn Roberts

*November 22, 2019*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

```
 1    Wellesley College Road, Decatur, Georgia, 30030 is
 2    essentially a conflation of both your home address
 3    and your daughter's address --
 4         A.    It is.
 5         Q.    - at school, or former address at
 6    school?
 7               And again, sitting here today, I
 8    understand you delivered the voter registration
 9    document.  You are not able to testify as to what
10    information was on the form that your daughter
11    provided, correct?
12         A.    I cannot.
13         Q.    Okay.  Do you know if your daughter has
14    had an opportunity to vote since the 2018 runoff
15    election?
16         A.    Yes, one time.
17         Q.    Okay.
18         A.    Just recently.
19         Q.    Okay.  That was earlier this month?
20         A.    Yes.
21         Q.    Do you know if she did vote in that
22    election?
23         A.    She did.
24         Q.    Okay.  And how did she vote then?
25         A.    In person.
```

```
 1            Q.   Did she have any issues voting in person?
 2            A.   No, sir.
 3            Q.   Okay.  You indicated earlier that one of
 4   the reasons, or the reason that you submitted your
 5   declaration is that you wanted to notify the
 6   County of people not getting their absentee
 7   ballots, correct?
 8            A.   Correct.
 9            Q.   Do you know if DeKalb County is a
10   Defendant in this action?
11            A.   I do not know.
12            Q.   Do you know who the Defendants in this --
13            A.   But, I mean, the Board of Elections I
14   assume.
15            Q.   The DeKalb County Board of Elections?
16            A.   I would assume, since they're part of the
17   election system in the state of Georgia.
18            Q.   Okay.  And again, I'm not, not trying to
19   play games or ask you to assume things.  Do you
20   know  - and believe me, your Notice of Deposition
21   has the Secretary of State, Brad Raffensperger on
22   there presumably where he is a Defendant in this
23   action.  Do you know any of the other Defendants?
24            A.   I don't think I do.
25            Q.   Okay.  Are you aware of  - and I believe
```