# EXHIBIT 32

# In the Matter Of:

## FAIR FIGHT ACTION vs BRAD RAFFENSPERGER

18-cv-5391 (SCJ)

---

# GEORGIA OFFICE OF THE SECRETARY OF STATE

*August 16, 2019*

---

*30(b)(6)*



800.211.DEPO (3376)
EsquireSolutions.com

1  training materials for all of those?

2      A    We do.

3      Q    And also for people who work in county

4  elections and registration offices?

5      A    We provide the materials generally at the

6  high level for either the election superintendent or

7  the registrar or the combined board, and then they

8  may choose and probably choose to use that materials

9  as they go down the line of training their poll

10 workers.

11     Q    How about, does the office of the

12 Secretary of State provide training materials for

13 poll workers?

14     A    We do prepare some general information

15 that could be used by poll workers, but it's

16 generally designed to be, be a resource for the

17 counties to use for poll workers.

18     Q    Is that true for poll managers as well?

19     A    Generally.

20     Q    So, in general, what, what kind of media

21 does the Secretary of State's training material use?

22     A    Well, we've gotten a little bit more high

23 tech as the years have gone on.  We use a lot of

24 webinars currently, and then we generally post them

25 online as recordings afterwards.  So that if



1  somebody isn't able to attend the webinar, they can

2  review it later.

3           We use email, send out documents.  We use

4  PowerPoint presentations at conferences.  We use --

5  have used videos for counties to train poll workers,

6  poll managers, things like that.

7           Of course, send information out through

8  email.

9           We have Firefly, which is a -- as I said,

10 is maintained by the Secretary of State's office but

11 which counties can access, which is the main

12 repository where people can access documents and

13 videos, forms, things like that.

14     Q    Is that, is that public facing or is that

15 closed?

16     A    It's subscription only for elected

17 officials.  It's not public facing.  You have to --

18 we have to authorize users.

19     Q    You have to have an ID and login and you

20 have to approve their access to it?

21     A    That's correct.

22     Q    Do you do any kind of course materials for

23 instructors?

24     A    We do.  As part of the certification

25 requirement for a county election superintendent to



1  the counties in that region decide to have and will

2  often invite us to attend.

3      Q    And do you have statewide meetings to

4  bring everyone together?

5      A    The only real statewide meeting is the

6  annual conference, and that, that is -- this past

7  year -- earlier this year was in March, down in

8  Jekyll Island.

9          It will be -- for the following year it

10 will be in December of this year, in Savannah.  But

11 that's, that's a one-time -- the two associations,

12 the Georgia Registrars Association used to be

13 separate from the Georgia Election Officials

14 Association, but is more and more counties went to a

15 combined board, you ended up with the people going

16 to the same conference twice a year.  And so those

17 two associations have actually combined into a

18 single conference, single association.

19          And so there's just one annual conference

20 a year.

21     Q   Okay.  Now, sounds like what you've been

22 describing is material that you're providing to the

23 various county officials.  Does the Secretary of

24 State's office have a way for poll workers to get

25 information about elections directly from the



 1  again as I'm reviewing documents.  So if I come up

 2  on a question, I'll ask her for some clarification,

 3  and she'll provide it.

 4          So, yeah, I speak to her probably five

 5  times a day.

 6      Q    And you mentioned, mentioned that the

 7  training materials are kept on Firefly?

 8      A    Yes.

 9      Q    Has this been true for the entire period

10  from 2014 until today?

11      A    It -- Firefly, I don't believe, was around

12  in 2014.  I think Firefly -- Firefly preceded me in

13  2015.  I don't know exactly when it began, but it

14  wouldn't have been in existence for long before me.

15          And it's my understanding that the

16  training materials were placed on Firefly.  That was

17  the standard practice once it was developed.  That's

18  one of the whole reasons it was developed, is to

19  provide sort of an online resource for counties as

20  they, as they sought training materials for

21  themselves and their poll workers.

22      Q    So where would the old training materials

23  be held if they're not on Firefly?

24      A    We've got files with -- I don't know if

25  there are any, but if they exist, then they are



 1  probably in a file in our office.

 2      Q    Let me put it this way:  If we ask you to

 3  give us the training materials from 2014, where

 4  would you go to look for them?

 5      A    Primarily, Firefly.

 6      Q    And then secondarily?

 7      A    We'd check with the people that have been

 8  in training in our office to see if they were aware

 9  of other, of other things.  John Holman, for

10  example, who is our system manager, was the training

11  administrator when I began.  So I would go back as

12  far as I could to make sure we covered everything

13  that we had.

14      Q    During the time period of 2014 until

15  essentially the present, what was the process at the

16  Secretary of State for developing training

17  materials?

18      A    We had a training administrator that would

19  -- worked pretty closely with the counties.  From

20  2014 on, the training administrator had already been

21  promoted from a county liaison position, sort of a

22  natural progression.  So they were people who

23  already had strong relationships with counties.  So

24  as they talked with counties, they would find --

25  hear the questions and find the weak spots.



1  orders that came out the end of last year, we would

2  generally do that via email.  And then we would

3  often post the documents on Firefly rather than

4  sending attachments for security sake.

5      Q    Is there any other way that you

6  communicate feedback?

7      A    Feedback?

8      Q    I'm sorry.

9          MR. HERMAN:  Strike that.

10 BY MR. HERMAN:

11     Q    Is there any way that you'll communicate

12 to the, to the local election officials?

13     A    Sometimes I'll pick up the phone and call

14 them I'll certainly do that.  If there's, if there's

15 a local issue, I'll do that.  Of course, it's hard

16 to call 159 officials on an issue, but I, I talk

17 with election officials every day.

18     Q    Is there any record of your conversations

19 with them?

20     A    No.

21     Q    So you can just pick up the phone and call

22 somebody?

23     A    Yes.

24     Q    I'm going to show you now Georgia Code

25 Annotated 21-2-50.



1  any requirements of local election officials or poll

2  workers to demonstrate their familiarity with the

3  rules and regulations?

4      A    Well, the election superintendents are

5  required to be certified by us, and they demonstrate

6  that by taking the course and passing the tests and

7  the hands-on portion of Michael Barnes.  So they do

8  have to demonstrate proficiency in order to be

9  certified.

10          When the counties do the training of their

11  local officials, it's up to them.  They have to --

12  they have to report that they've provide training.

13          I don't think it's common to have a lot of

14  testing, but they generally demonstrate proficiency,

15  because, again, the elections director, the county

16  elections director, election superintendent, is the

17  one that's going be talking to me or talking to the

18  State Election Board if they don't get it right.  So

19  they have a pretty -- they have a pretty vested

20  interest in making sure that their poll workers are

21  pretty well trained.

22      Q    Is there a recertification process for the

23  officials?

24      A    There's not a recertification process.

25  However, they have to get 12 hours of continuing



 1  education.

 2      Q    And what kind of -- what kind of

 3  education?

 4      A    It's usual the conference.  But they can

 5  also attend other -- some of them attend courses at

 6  Auburn University Election Center, do things like

 7  that, that they can get credit for as well.

 8      Q    And is that 12-hour requirement something

 9  the State mandates?

10      A    Yes.

11      Q    Between 2014 and 2018, what resources did

12  the Secretary of State's office provide to local

13  officials to train, educate, or assist them beyond

14  what you put out from your office?

15          Is there a budget for training, send them

16  to conferences, anything like that?

17          MR. BELINFANTE:  Object to the form.

18      Q    Do you provide them with any additional

19  resources for training purposes beyond what the

20  State provides?

21          MR. BELINFANTE:  Object to the form.

22      A    We don't generally provide money.  Now,

23  with the new voting system we do have money put

24  aside.  So we will start doing that with this new

25  training we're doing.



1  voting for some counties as people would have liked.

2        We got complaints there were too many

3  advanced voting locations.

4        We got complaints that there were law

5  enforcement officers present in some polling places.

6        We got complaints that some of the lines

7  were long.

8        We got -- you know, complaints about --

9  off the top of my head, that's, that's a small

10  sample.

11    Q    Did you get complaints about vote

12  switching at machines?

13    A    We got a -- I want to say about -- we got

14  some complaints about DREs doing something, whether

15  it's vote switching, whether it was not recording

16  the vote properly.  I want to say we got about a

17  dozen, maybe 15 of those kind of complaints.

18    Q    What about complaints about provisional

19  ballots not being enough?

20    A    I don't think we got complaints about

21  provisional ballots, there not being enough

22  provisional ballots.

23        We got complaints about people having to

24  vote provisional ballots.  And, again, I can't swear

25  there was not a single email saying something about



 1  not enough provisional ballots.

 2          I know that -- as a matter of fact, I was

 3  reviewing an email just recently, where Dave Worley,

 4  who is the democratic member of the State Election

 5  Board, emailed me on election day and said that in

 6  Floyd County he had gotten a report that they didn't

 7  have provisional ballots.  And so I immediately got

 8  in contact with the election director there, who

 9  assured me they did and that had -- actually

10  restocking what they already had.

11          So a lot of times election day complaints

12  are very, very fluid and by the time it gets to an

13  email, it's gone through three people, and when you

14  find out what's actually going on, it's not

15  necessarily a problem.

16          But to get back to my answer, I couldn't

17  say there wasn't a single email about some of those

18  things.  But we didn't -- you know, provisional

19  ballots are generally only an election day issue.

20  So we didn't get a ton of those, but we did get

21  some.

22      Q    Now, I assume you got -- a majority of

23  your complaints came from voters; is that correct?

24      A    Well, we actually got -- the majority

25  certainly.



1  consistent with that, make that -- some of those

2  processes easier.

3          And, you know, I think the new voting

4  system, increased security measures, Secretary of

5  State's not running for Governor currently.  You

6  know, basically everything that came up that we

7  could address we have, you know, looked at

8  addressing.

9      Q    What do you mean you've looked at

10  addressing?

11      A    Well, I'll give you an example.

12          With the cancellation process that is --

13  was modified in 316, HB 316, that requires us to

14  give notice to somebody who's going to be cancelled

15  between 30 and 60 days.  Well, what we decided to do

16  is instead of just making -- you know, the lowest

17  common denominator would be to send somebody a

18  postcard and say, hey, you're getting ready to have

19  your voter registration cancelled, you can go to

20  this website or do these things to fix it.  We're

21  sending out a confirmation notice that actually they

22  return to us, if they get one of those notices, if

23  they scheduled to be cancelled.

24          If it comes to their house and they

25  realize, I don't want to be cancelled, they can fill



1      Q    What's the Secretary of State's policy or

2   practice in informing the counties and other local

3   election officials about exactly what supplies they

4   need to have?

5      A    We've got, we've got inventory forms that

6   are available, and when the store opens, Rochelle

7   Simmons will send out an email to the counties

8   saying pre -- prior to the election, hey, the store

9   is now open, you've got until X, you know, this

10  three weeks or three months or whatever, to order

11  your supplies.

12         But they -- I mean the counties know what

13  they need, and we've got a history of what they

14  ordered, so we could see if they're -- you know,

15  some counties want, you know, way more stuff than

16  they need.  Of course, sometimes we have to deal

17  with with limited amounts.  Some counties like to

18  have 500,000 voter registration applications on hand

19  at all times.  We don't have that, but we get them

20  what they need.

21     Q    How are their needs communicated to the

22  Secretary of State's office?

23     A    Usually through the store.  And then if

24  somebody has a special situation, they'll often

25  email either Rochelle or me directly and say, hey,



 1  I've got the special circumstance, can I get more of

 2  this stuff, or I need something else.

 3       Q    How do you order from the store?

 4       A    How does a county order from a store?

 5       Q    Yes.

 6       A    They go online to a website and they --

 7  like an online order.  So they'll say I want 500

 8  voter registration applications and 10,000 absentee

 9  ballot envelopes, and that gets processed by our

10  warehouse manager, who ships them out.

11       Q    Is that recorded by the Secretary of State

12  somehow?

13       A    Yes.  The orders are, are stored -- or

14  they're recorded.

15       Q    Can you just show up at the store?  Is

16  there a physical location?

17       A    No.  Well, there is a warehouse but, no,

18  you can't just show up with a shopping bag and a --

19       Q    And hand cart?

20       A    -- checkbook, no.  It's all -- now, if

21  there were a situation where somebody needed

22  something in an overnight situation, we could work

23  with them.  If they -- especially if a metro county

24  said we got to have something now, we could have

25  them show up at the warehouse and, and get them what



 1  we had.

 2      Q    But is there a written -- does the

 3  Secretary of State have a written policy or

 4  procedure on how to order, or is it all just online?

 5      A    It's, it's online.  And, like I said,

 6  Rochelle Simmons sends out an email to the -- or

 7  does a Buzz -- usually an email and Buzz post

 8  saying, hey, everyone, the store is open, here is

 9  the website, go to it to order your supplies between

10  this date and this date.

11      Q    Does the Secretary of State's office have

12  a policy or practice of alerting people when you

13  think there's going to be a high volume election?

14      A    Yes, but, but it's -- it's usually sort of

15  common knowledge.  I mean general elections,

16  gubernatorial elections, presidential elections,

17  those are going to be big elections.

18          House District 6 in 2017, to replace

19  Congressman Price with Karen Handel and John Ossoff,

20  was an unusually heavy special election.

21          But generally the counties, the counties

22  know when -- if they know that it's -- if it's a

23  special election to replace a county board of

24  election member and they got 3,000 registered

25  voters, they can pretty much guess the turnout and



1  do just fine.

2       Q    So you trust the counties to understand

3  what the turnout is going to be?

4       A    Well, we do emphasize the size and the

5  scope and the gravity of what's going on.  We don't

6  just assume that they know everything.  But the fact

7  is they're, you know -- most of them have been

8  through this before and know what a mid-term

9  election is like, know what a presidential election

10  is like, know what some of the challenges are going

11  to be.  And so they're generally prepared.

12          But, yes, we would, we would tell them --

13  you know, we spent a lot of time at the conference

14  this past, this past March talking about these kinds

15  of things.  Hey, cybersecurity is going to be more

16  of an issue than ever.

17          Absentee ballots were sort of made a

18  comeback in 2018 over the levels that we had seen in

19  the past.

20          And so, you know, is that trend going to

21  continue or is it going to -- you have to be

22  prepared for any and all.  I mean advanced voting,

23  the trends in advanced voting have gone way up and

24  weekend advanced voting has gone way up.  And so

25  they have to respond to that.



1    Q    And is that the primary means of

2  communication, the conference that you have?

3    A    That's the most direct way because it's

4  all of us in one big room.  But throughout,

5  throughout the -- throughout the year, like I said,

6  sending out election bulletins, going to their

7  regional meetings.

8         Before the 2018 election, I went to -- I'm

9  not sure if I'd say most, but I went to a lot of

10  regional meetings and talked with them about, you

11  know, what we would be looking at in 2018, some of

12  the challenges and, you know, showing, you know, we

13  were there to support them, telling them what we saw

14  sort of on the horizon and getting them ready.

15    Q    And does the Secretary of State's office

16  have any procedure for ensuring that the counties

17  have the necessary supplies before the election?

18    A    Just other than reminding them that they

19  need them and reminding them where to get them and

20  how to get them, no.  Unless it's something very

21  specific that we would provide in a specific way.

22         For example, some of the technology that

23  will be necessary for the voting machines that's

24  hand-delivered to them, we would certainly do that

25  in a very direct, instructional way.  But other than



1  reminding them that, like we do with UOCAVA, hey,

2  make sure you do these things to avoid getting

3  tripped up on UOCAVA or failing to do something you

4  need to on UOCAVA, do these things.

5      Q    And how do you communicate that reminder?

6      A    Generally through emails, or OEB's, or

7  Buzz posts.

8      Q    If I can go back to Code Section 21-2-50

9  and direct your attention to Section 11, which is in

10  the middle of the second page.

11          We've talked extensively about training

12  this morning.  So I'll just ask specifically, and

13  let me just read it to make the record clear.

14          Section 11 says that the Secretary of

15  State is required "to conduct training sessions at

16  such places as the Secretary of State deems

17  appropriate in each year for the training of

18  registrars and superintendents of elections."

19          Does the Secretary of State's office have

20  specific policies and procedures with respect to the

21  training that it's required to provide for

22  superintendents and registrars?

23      A    We do some.  We have the certification

24  requirements for election officials.  They have the

25  -- superintendents have to be certified within six



1       A     Not that are I think separate from what's

2  already in the code about required training and

3  things like that.

4       Q     Can you expand on that?

5       A     Well, the fact that you have to be

6  certified within six months of being appointed and

7  you get your 12 hours of continuing education,

8  provide poll worker training.  Counties have to

9  provide poll worker training for their poll workers.

10 That stuff is what I mean.

11      Q     Are there any policies that aren't in

12 writing that address this obligation under the

13 statute, under the regulation?

14      A     I don't believe so.  I don't believe so.

15      Q     Do you have any policies or procedures for

16 training superintendents and registrars on what they

17 should train their personnel about, their poll

18 workers, their people that they supervise?

19      A     Generally, it's the law.  I mean we

20 generally teach them and instruct them to train them

21 that this is the law.

22            I like to -- when I'm involved in talking

23 with election superintendents about training, and

24 it's my practice, generally we're talking with them

25 about anything -- cite to the code.  I say I



1  generally don't like to tell somebody to do

2  something without giving them a citation for why

3  they must do it or must not do it.

4         So I encourage the counties to use the

5  code and the State Election Board rules and say

6  specifically it says here thou shall or thou shall

7  not, XYZ.

8         We make all of the training materials

9  available on Firefly.  We encourage people to sign

10  up for the training webinars.  It really is sort of

11  a Train The Trainer scenario where we're giving them

12  the information to them, for them to take back and

13  customize for their offices.

14     Q    You say you encourage the superintendents

15  and registrars to train in that fashion.  How do you

16  encourage them?

17     A    Usually through personal conversations.  I

18  mean they'll call me and they may have a question

19  about a code.  I don't get a lot of calls per se

20  about training questions, like how do I train

21  somebody on this, but they may have a question about

22  clarifying some practice or another, and I tell

23  every, every election official that calls me, I say

24  get out your book and turn to 21-2-238.  Whatever

25  the code section is, let's read it together.  It



1  says, thou shall not blah, blah, blah, blah, blah.

2  I know what this means to me.  It should mean the

3  same thing to you.

4          And this is -- on my experience, this is

5  where people mess up in whatever this particular

6  thing is.  They'll wait too long to do something or

7  they won't do it immediately, and that causes

8  problems down the line.  You let stuff back up and

9  it cause problems, you can't get caught up.  And so

10  that's where I directly talk with them and say, if

11  you're doing this, make sure you do it this way and

12  avoid these pitfalls.

13     Q    Is that information also provided to them

14  through the certification process?

15     A    Well, it depends on -- not -- certainly

16  not everything is covered in the certification

17  process but the big picture items are covered in the

18  certification process.

19          But if there's a question about a specific

20  issue, then I'd go straight to the code or straight

21  to the State Election Board rules and say, hey,

22  here's where you can find information on this.  And

23  sometimes we'll talk about it and sometimes they

24  just need to be directed to where the actual answer

25  is.



1    Q    So what you're talking about is sort of a

2  reactive, responding to inquiries from people about

3  their obligations; is that correct?

4    A    Yes.

5    Q    Approximately how many registrars have you

6  talked to, say, in the last year in that fashion?

7    A    Well, now, you've got registrars and

8  election directors.  Are we combining the terms?

9    Q    Let's combine the terms.

10    A    Okay.  County election directors, in the

11  last year, probably half of them, and probably

12  two-thirds of them multiple times.

13    Q    And how about over the last three years?

14    A    Most of them.  Although there's some

15  counties that just stay out there and just do

16  everything and need very little -- have very few

17  questions and they just show up and they do their

18  thing and they have no problems.  And I, you know, I

19  don't talk to them very often.  I talk to them at

20  conferences, of course.

21    Q    A student counties?

22    A    I suppose -- yeah.  You just don't get

23  complaints from them.  They just go along and

24  operate without any kind of complaints.

25    Q    What counties are those?



 1     A    Gosh.  It's interesting because they're

 2  not at the top of my head, so I almost have to look

 3  at a map and find the ones I don't know about.

 4  There are a lot of good counties out there.  And

 5  there are some counties -- as a matter of fact, I'd

 6  say most of the counties are very good.

 7          But some counties, frankly, just need a

 8  little bit more hand-holding.  Some of them are much

 9  more concerned about confirming what they think to

10  be true, and so they'll call me.

11          Some counties are sort of the leader in

12  their regions, so they get questions from other

13  counties or they want to let me know about things

14  that are going on.  So I spend a lot of time talking

15  with county election directors.

16     Q    Did the Secretary of State's office change

17  any of its, its training policies after the 2018

18  election?

19     A    I don't think it changed the policies.

20  Like I said, we've increased the output because we

21  think there's increased -- there's just new issues

22  that they have to deal with that have changed more

23  so.  I mean HB 316 was a pretty monumental election

24  bill in terms of what it changed, and so there's

25  just a lot of work to be done to make sure everybody



1              Again, I'll just read it.  This involves

2    "policies that the Secretary of State implemented at

3    any time since 2012 about the removal of voter from

4    its registration rolls for any reason, including

5    under Section 21-2-234 (use it or lose it) or under

6    Section 21-2-220.1."

7              Now we say use it or lose it.  What

8    terminology do you use?

9        A    Well, it's sort of two processes.  You've

10   got no contact.  And then no contact refers to the

11   process where somebody is cancelled.  So they sort

12   of go -- they can go together.

13             But 21-2-234 is generally -- we would call

14   it no contact.

15       Q    No contact.  I'm sorry, what was the other

16   process?

17       A    It's the process where voters who have

18   been inactive through two general elections are

19   cancelled.

20       Q    So what are the differences between no

21   contact?

22       A    Well, if some -- this is a change this

23   year with HB 316.  Previously, if somebody had no

24   contact with the elections or registration system

25   for three years, they would be sent a notice, a



1  confirmation notice from their county saying, hey,

2  are you still there, do you want to remain

3  registered to vote, we haven't heard from you in

4  three years.

5          If you -- if the voter responded and sent

6  that card back, they would remain active.

7          If the voter didn't send the card back or

8  was returned as undeliverable from the post office,

9  then the voter would go into inactive status -- I'm

10  sorry.  Yeah, would go into inactive status.

11          And when a voter is in inactive status,

12  they can still vote.  They show up on the express

13  poll.  They can cast a ballot, they can sign a

14  petition, they can change their address or

15  re-register.  Any action basically within the

16  election or voter registration system automatically

17  makes them active again and would take them off of

18  the inactive list.

19          Somebody that's been on the inactive list

20  through two general elections is subject to having

21  their status cancelled in the voter registration

22  system and then would have to re-register in order

23  to vote.

24      Q    And, again, you're the individual that the

25  Secretary of State's office has designated to



1  rights logging on and saying, okay, cancel, and the

2  action would have been -- the cancellation would

3  have been.

4          Now, the action, you have to have two

5  people that approve it within, I think, a 30-minute

6  window.  And it's me, I do it first, and then in the

7  last case it was Ryan Germany that was the second

8  confirming person, that has to be done within 30

9  minutes.

10     Q    So, so let's take a step back, and I

11  apologize if I'm ignorant about this, but just --

12  start with the process of how a voter is removed.

13  Explain mechanically exactly what you do.

14     A    And if I start too far back let me know.

15          But once, once somebody ends up on the

16  inactive list -- and there are ways you can end up

17  on the inactive list of voters.  Do you want me to

18  go through that process?

19     Q    No.

20     A    Okay.  So once you're on the inactive list

21  of voters and you've been on that through two

22  general election cycles, for whatever reason, you're

23  subject to removal.  It's done in odd-numbered years

24  and it's generally done towards the end of

25  odd-numbered years.  One of the reasons for that is



1  because -- of course, there's no systematic list

2  maintenance to be done within 90 days of a federal

3  election.  Well, in even-numbered years I don't

4  think we've got 90 days between primaries, certainly

5  not next year with the PPP in March and then a

6  primary, and then a primary runoff, and then the

7  general election.  There's simply no -- there's no

8  90-day window really that that could be done, and

9  it's not something we would want to do right before

10  a large election anyway.

11          So the practice is to do it in

12  odd-numbered years, late summer, early fall, and as

13  a result of House Bill 316 we now have to send out

14  notices to voters between 30 and 60 days before the

15  process happens.

16          So we have gotten the list already of the

17  people who will be subject to this cancellation, and

18  we are -- we had to make some changes in our eNet

19  system to comply with the new requirements to send

20  notices, and we're working on that process and that

21  will take place a little bit later this year.

22          But it's simply you identify the voters,

23  you put them in a list, and then you go into the

24  process and you, you know, you click on the things

25  and you execute the cancellation.



1            The voter status is updated to cancel.
2    They're not removed from the list.  They stay on the
3    list as, as a cancelled voter.  It's recorded in
4    their history, and that's it.
5        Q    And that's done manually in the
6    registration system; is that correct?
7        A    Yes.
8        Q    And you are one of the people who
9    physically does that?
10        A    Yes.
11        Q    Along with another person?
12        A    Yes.
13        Q    And that person's job description is?
14        A    Well, last time it was Ryan Germany, who
15    is general counsel.
16        Q    So there's a specific -- there are
17    specific people who do that?
18        A    Well, there's a -- he did it -- he did it
19    -- he and I did it in 20 -- 2017.  There's not a
20    policy that, that person does it but it does require
21    two separate people to do it.
22        Q    What requires two separate people?
23        A    The way we built the system.  So when we,
24    when we went into eNet, and it was not lost on me
25    that the person who had the job before me had



 1      Q    Cancelled.  Sorry.

 2      A    Because they -- purged implies they're

 3  gone from the system, and they're not.  They're in

 4  the system as cancelled.

 5           We don't -- you don't register by party in

 6  Georgia, so there's no way to know what somebody's

 7  party affiliation is.

 8      Q    Gender?

 9      A    I don't have the -- I don't have the

10  numbers with me.

11      Q    Is that going to be true for all of these?

12      A    For the ones where there is a number.

13           Now, religion, there's no -- there's

14  nothing in the voter registration system that would

15  indicate anyone's religion, so there wouldn't be any

16  data for that.

17      Q    Has the Secretary of State's office done

18  any analysis to ascertain whether the statute is

19  applied in a manner that does not discriminate on

20  the basis of race?

21      A    I don't think so.  None that I'm aware of.

22      Q    Has there ever been any discussion of

23  doing an analysis of that type?

24      A    I think there have been discussions around

25  litigation with some of these, some of these issues.



1  Holman.  But, again, everything kind of comes back

2  to me to be responsible for what does and doesn't

3  happen.

4            (WHEREUPON, Plaintiff's Exhibit-6 was

5        marked for identification.)

6  BY MR. HERMAN:

7        Q    I'm going to show you Plaintiff's Exhibit

8  6, which is a copy of 220.1.

9            So based on our conversation, you are

10 familiar with this?

11       A    Yes.

12       Q    So could you please describe generally

13 what is the method or system that the Secretary of

14 State uses to remove voters from the voting list

15 under Section 21-2-220.1?

16       A    To remove voters from the voter list?

17       Q    Well, or to --

18       A    Nobody gets removed from the voter list

19 under this law.

20       Q    Can you explain the way the process works?

21       A    Okay.  Somebody registers to vote and the

22 law requires that they provide their driver's

23 license number, if they have one, or the last four

24 of their social, if they have one.  If they don't --

25 if they have one or the other, if they don't provide



1   a driver's license and they provide photo ID when

2   they register to vote, they are automatically

3   registered and active to vote.  They still go

4   through the DDS verification.  However, by checking

5   they provided ID, it overrides any DDS failure that

6   might happen.

7          Same way with -- I know you're not talking

8   about citizenship, but it's like citizenship the

9   same way.  If you mark -- if the registrar, when

10  they enter the data into eNet, marks the person

11  provided ID or citizenship documents, it overrides

12  any rejection that DDS would have put on it

13  normally.

14      Q    Why would DDS have put a rejection on it

15  normally?

16      A    Well, not necessarily rejection.  What

17  would have happened is if there was no ID and no --

18  and they couldn't verify a driver's license number

19  or social security number, it would come back as

20  pending, and previously somebody would be in pending

21  status, and that person would be able to vote if

22  they showed up, provided ID.  That would have cured

23  that pending issue or citizenship, if that was the

24  issue.  It would have cured that and they would have

25  been able to vote.  Now, the --



1        Q    I'm sorry.  That was pre-HB 316?

2        A    Correct.

3             With the changes in 316, now the person is

4   made an active voter.  So they're made an active

5   voter, they're sent a precinct card, but they're in

6   what's called MIDR status, which means they need to

7   show ID in order to complete the registration.

8             So if you're one of those, you're one of

9   those folks, you register to vote without a picture

10  ID, and for whatever reason they couldn't verify

11  your identity, either through the last four of

12  social or driver's license number or lack thereof,

13  you would get a -- you would be an active voter.

14  You'd get a precinct card from your county and then

15  when you showed up to vote -- now, on your -- you

16  would also get a letter saying you had to provide ID

17  at some point.  You could do it before or you can do

18  it on election day.

19             So you show up to vote.  You have ID and

20  you present that.  They remove the MIDR status and

21  you're able to vote on whatever the normal voting

22  system is.

23        Q    What other issues could prompt receiving

24  MIDR status?

25        A    Really, it would be if you failed to



1  provide ID and you failed verification.

2          Now, if you didn't provide ID when you

3  registered but you put your driver's license number

4  and DDS was able to verify it, you wouldn't be in

5  MIDR status.  You would just be a full-time active

6  voter.  But if you don't produce ID and they can't

7  verify you, then you become an active MIDR voter.

8  Is that --

9      Q    Let's, let's do this.  Can you explain to

10  me the difference between the pre-HB 316 process and

11  the post pre-316 process.

12      A    The real difference is that pre-316, the

13  same process would happen.  The difference is when

14  you were unverified, in the VR system you would be

15  in pending status, which means you wouldn't get a

16  precinct card mailed to you.  And if you showed up

17  at the polling place, they'd say, Mr. Harvey, you're

18  in pending status, you need to show some kind of ID.

19  Which you could do, clear it up.  You'd be moved to

20  active status and you'd go ahead and vote.

21          The voter in some cases may not even

22  really notice a difference because you have to show

23  ID anyway.  But probably they would have noticed

24  because they would have been told -- they probably

25  would have been told you're in pending status, you



 1  need to show some ID.  And depending on how much

 2  attention the voter was paying, because they have to

 3  show ID anyway, they may just show ID, get it

 4  cleared up and then go vote and may not be any

 5  wiser.  But they would be --

 6      Q    And they would vote on a normal ballot?

 7      A    They would vote on a normal -- on a DRE.

 8      Q    I'm sorry.

 9      A    So that the process for the voter is

10  largely the same.  I mean you still show up, you

11  still present ID and get that MIDR tag taken off

12  your registration.

13          One of the big differences, one, you get a

14  precinct card showing that you're an active voter.

15  You also get a letter -- now, before you would have

16  also gotten a letter from the county saying, hey,

17  there's a problem with your verification, you need

18  to provide this in order to complete your

19  registration, which you could have done in advance.

20  You can still do in advance.  Take that MIDR tag off

21  and vote on a DRE, just like any other active voter.

22      Q    So the difference now is essentially what

23  bucket you're placed in?

24      A    Well, and the fact you get a precinct

25  card.  And the fact that you're listed as an active



1  voter.  And the other difference is that in the, in

2  the previous iteration, if you were pending after 26

3  months, you would roll off the system.  If you

4  didn't vote or didn't fix that after 26 months, you

5  would be rejected at that point.

6        Q    And now --

7        A    And now, MIDR -- you can be an active MIDR

8  for as long as possible, unless you went inactive

9  for some other reason.

10       Q    And what does MIDR stand for?

11       A    It's for missing ID required.

12       Q    So under, under either iteration of this

13  process, the Secretary of State has interpreted the

14  statute to mean there must be an exact match; is

15  that correct?

16       A    It means that you have an exact match on

17  last name, first name, date of birth, and last four

18  of social.  That has to match exactly.

19       Q    And when did the Secretary of State first

20  interpret the statute that way?

21       A    I believe that's been, that's been the

22  decision -- that's been the policy for years.  I

23  don't know exactly when it began.

24       Q    Did it predate your tenure?

25       A    I believe it did.

