# EXHIBIT 33

# In the Matter Of:

## FAIR FIGHT ACTION vs RAFFENSPERGER

18-cv-5391 (SCJ)

---

## OFFICE OF THE SECRETARY OF STATE

*January 06, 2020*

---

*30(b)(6)*



800.211.DEPO (3376)
EsquireSolutions.com

1      A    Not talking about these things?  I'm not
2   sure I understand what you're asking.
3      Q    I'm going to take this in bite-size
4   pieces.  So that's really what I'm trying to do.  So
5   I want to exclude from this question whether there
6   have been any changes to policies or practices other
7   than might have been made with respect to voting
8   machines or --
9      A    Other than voting machines?
10     Q    -- and provisional ballots.
11          Yes.  And provisional ballots.  Other than
12   those two things.
13     A    Okay.  Well, first of all, we don't
14   provide provisional ballots to the counties.  The
15   Secretary of State's Office, center of election
16   system, provides the database for the counties to
17   create their ballots, whether it's absentee,
18   provisional, and the counties are solely responsible
19   for obtaining their own provisional ballots.
20          So we don't provide any provisional
21   ballots to the counties.
22          As far as the equipment, we've made a lot
23   of plans and have executed on a lot of them since
24   2018 regarding new equipment, in terms of
25   purchasing, going through an RFP process, signing a



1  directly to me, too.

2      Q    How are the new voting machines being

3  allocated to particular precincts or polling places?

4      A    That's done by the county.

5      Q    In your December 5th, 2019 deposition you

6  testified that The Secretary of State's Office has

7  been encouraging counties to increase the number of

8  polling places they have, correct?

9      A    Yes, ma'am.

10     Q    Have the counties done that?

11     A    Some have.

12     Q    Which counties?

13     A    I know Paulding and Forsyth County have

14  increased.

15         I know that Chatham County is planning to

16  increase.  I don't know that they've taken the

17  official action with their boards to do that but

18  they're planning on adding either one or more

19  additional polling places.

20         And there may have been others.  Those are

21  the ones that kind of come to the forefront.

22     Q    How many polling places total have been

23  added in the last year and a half?

24     A    I don't -- I don't know.

25     Q    Is it more than 10?



1  county elections officials?

2       A    Yes.

3       Q    What changes has it made?

4       A    A couple.  First of all, we have increased

5  the number -- the depth and the -- or the number and

6  depth, I will say, of training opportunities for the

7  counties that we provide.

8            We do at least monthly webinars with the

9  -- the training administrator does.  We put out

10 training documents when changes happen in the law or

11 things like that get updated.

12           You know, respecting your request not to

13 talk about the new training stuff, a lot of times in

14 these calls I have with the counties, while they're

15 focused primarily on the new equipment and things

16 related to that, we also will talk about other

17 things that are happening, training issues that come

18 up.  So I wouldn't say that it's a hundred percent

19 about the new voting system.  It's probably 75

20 percent about the new voting system, but would also

21 use that opportunity to provide reminders, updates,

22 training, whatever, on things that might be coming

23 up there that are topical.

24           For example, reminding them that

25 qualifying is coming up and to review the materials



1  that are on Firefly, having to do with qualifying
2  candidates.
3          So those would be additional things that
4  we've done.
5          We've also, and this is sort of a -- kind
6  of straddling the line, because it is as a result of
7  new legislation, but we've got a mandatory cyber
8  training, cybersecurity training that we require
9  everybody that accesses our voter registration
10 system to take.  Now, that's a result of HB 392, I
11 think, but we implemented and trained on that at the
12 end of -- at the end of 2019.
13         We, in addition, we have increased our
14 presence at regional meetings that county election
15 officials call to provide -- again, sometimes it's
16 on the new voting system but often it's on other
17 topics or events that come up, or that are sort of
18 on the calendar, coming up on the calendar.
19         Our training calendar is basically --
20 mirrors the election calendar.  We're getting ready
21 to do a webinar I think either this week or next
22 week that's going to cover things like UOCAVA
23 training, because we're coming up on the
24 presidential privilege primary.  UOCAVA, absentee
25 balloting, candidate qualifying, things like that.



```
 1              So generally I will say while we do a lot
 2  of the same things we did prior to 2018, we're doing
 3  more of them.  I think we're doing them at a much
 4  higher level, with a lot more regularity and,
 5  frankly, in a lot more depth.
 6      Q    Prior to November of 2018, was The
 7  Secretary of State's Office providing monthly
 8  webinars?
 9      A    We were providing webinars.  I don't know
10  -- my impression, my memory is that they were not
11  quite as regular and they were not quite as in-depth
12  as the ones we do now.
13      Q    When you say --
14      A    But we were providing them.
15      Q    Excuse me.
16              When you say in-depth -- you used that
17  term a couple of times in connection with training
18  materials -- what do you mean?
19      A    I mean going beyond just necessarily the
20  letter of the law and saying you must do this in
21  three days.
22              To go a little bit deeper and sort of
23  explain why this is important, to try to give a
24  little bit more context to whatever it is we're
25  trying to train on.
```



 1  their poll workers.

 2      Q    You mentioned before in terms of the

 3  changes that you identified in training policies and

 4  practices putting out training documents when the

 5  law is changing, correct?

 6      A    Yes, ma'am.

 7      Q    That's something that the Secretary of

 8  State's Office has done prior to November of 2018;

 9  isn't it?

10      A    Yes.

11      Q    You also mentioned mandatory cybersecurity

12  training, correct?

13      A    Yes.

14      Q    Is there any other training that the

15  Secretary of State's Office provides other than its

16  certification training for superintendents and

17  registrars that is mandatory training?

18      A    Well, the certification, the initial

19  certification course you're talking about, the law

20  also requires that the county election officials

21  receive annual training.  It's generally done

22  through -- for the most part of the conference the

23  attendants at the state conference covers that.  But

24  probably other than that, no.

25      Q    And this mandatory cybersecurity training





 1  Rights Act.

 2      Q    Well, explain that answer to me.  I don't

 3  understand that answer.

 4      A    Okay.  I'm not aware of anything that we

 5  do or encourage that is not in compliance with the

 6  Voting Rights Act.  There's nothing we do that

 7  encourages or allows or suggests any discrimination

 8  in voting.

 9      Q    Well, my question is a little bit

10  different.  It's not, it's not whether or not you

11  encourage discrimination, but really what are the

12  policies and practices that the Secretary of State

13  has both for itself and for ensuring that counties

14  do not discriminate on the basis of race in election

15  practices?

16      A    Well, it would certainly be to investigate

17  any allegations that any of that's happening, which

18  we do very actively.  So if somebody makes an

19  allegation that something -- somebody's doing

20  something in violation of the Voting Rights Act, we

21  would immediately investigate and send that to the

22  State Election Board.

23           You know, that's -- and we've been doing

24  that for years.

25           So I mean to that extent, to deal with



1  when I mentioned Lynn Bailey was on this, on the

2  Rules Committee, she sort of consults with her

3  contingency in that group.  So they're aware of

4  what's going on.

5      Q    Does the Secretary of State have any

6  policy or practice to double-check the provisional

7  ballots that the counties provide?

8      A    What do you mean double-check?

9      Q    See if they're in compliance with whatever

10  the law --

11      A    The ballots themselves, or whether they're

12  accepted or rejected?

13      Q    No.  The actual ballots themselves.

14      A    Well, they're printed from our -- the

15  database we provide.  So we provide the database to

16  the counties.  The counties then either print their

17  own with a mobile ballot printer or they contract

18  with a printer to print their ballots, and they're

19  responsible for proofreading and checking for

20  accuracy.

21          If there's a problem with them, they have

22  to let us know because we have to change the

23  database.  So that's almost a built-in fix right

24  there.

25          So if they find a problem, they've got to



1  documents reflect that.  And to be clear, it still,

2  as I've testified before, and as I believe is still

3  true, it's ultimately the county's call.  I'm not

4  sure that in every case expanding polling places is

5  necessary or is practical.

6          So I don't know that -- I've not suggested

7  that every county in every circumstance needs to

8  increase their number of polling places.  I don't

9  think that's a realistic, accurate statement.  But

10  in cases where they've had problems, I have

11  encouraged that.

12          (WHEREUPON, Plaintiff's Exhibit-150 was

13      marked for identification.)

14  BY MS. TANIS:

15     Q    I'm handing you what I've marked as

16  Exhibit 150.

17          Do you recognize Exhibit 150, Mr. Harvey,

18  as a September 11, 2019 email exchange that involves

19  you and Tess Hammock and Jordan Fuchs and some other

20  people?

21     A    I do.  I recognize -- I haven't read it

22  yet, but I see that's what it is.

23     Q    Take a minute if you want to take a look

24  at the document.

25     A    Okay.



1  consider their polling places and whether they need

2  more polling places just for equipment purposes.

3  This equipment takes up a little bit more space.  If

4  you've got a space that is maybe smaller, then maybe

5  a time to consider an additional polling place.

6         If there are other restrictions on a

7  polling place, now is a good time to consider

8  polling places.  We've made that, we've made that

9  point to the counties as well.

10    Q    Okay.  And other than what you've already

11 testified about, is there anything else that the

12 Secretary of State's Office is planning to do to

13 encourage counties to increase the number of polling

14 places?

15    A    Not that I'm aware of.

16    Q    All right.  And other than what you've

17 already testified about, has the Secretary of State

18 made any changes to its policies or practices to

19 reduce long wait times for voting?

20         MR. BELINFANTE:  Object to the form.

21    A    Well, I mean we don't have anything to do

22 with long wait times.  Again, that's a county issue

23 that's generally a result of a county problem.

24         I think everything that I've talked about

25 before about us encouraging, you know, more



1  training, encouraging more polling places,

2  encouraging more advanced voting, encouraging more

3  people, more poll workers to move voters through the

4  voting process, all of those things are designed to

5  keep the process going.

6          As I testified in court, I believe it was

7  in court, that the accuracy of the voter's list

8  decreases wait times because it keeps people moving

9  through the system without having to stop and say,

10 wait a second, that's my address from two years ago,

11 I moved.  That decreases wait time.

12         So I think all of these things are

13 designed to help the counties decrease wait times.

14 But at the end of the day, it's up to the counties

15 to do things like measure -- look historically at

16 the voting, look at what turnout's been like, look

17 at how many -- you know, if half of your voters in a

18 polling place have voted during advanced voting,

19 what does that mean for Election Day?  If only a

20 quarter of them have voted on Election Day and we're

21 telling you there's going be a massive turnout, does

22 that tell you your polling place may need some --

23 more people or more resources or additional polling

24 places?

25         These are all things we're talking with



 1  Rights Act.

 2      Q    Well, explain that answer to me.  I don't

 3  understand that answer.

 4      A    Okay.  I'm not aware of anything that we

 5  do or encourage that is not in compliance with the

 6  Voting Rights Act.  There's nothing we do that

 7  encourages or allows or suggests any discrimination

 8  in voting.

 9      Q    Well, my question is a little bit

10  different.  It's not, it's not whether or not you

11  encourage discrimination, but really what are the

12  policies and practices that the Secretary of State

13  has both for itself and for ensuring that counties

14  do not discriminate on the basis of race in election

15  practices?

16      A    Well, it would certainly be to investigate

17  any allegations that any of that's happening, which

18  we do very actively.  So if somebody makes an

19  allegation that something -- somebody's doing

20  something in violation of the Voting Rights Act, we

21  would immediately investigate and send that to the

22  State Election Board.

23           You know, that's -- and we've been doing

24  that for years.

25           So I mean to that extent, to deal with

