# EXHIBIT 34

# In the Matter Of:

Fair Fight vs Raffensperger

# Bishop Reginald Jackson

*October 21, 2019*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

```
 1         is the Secretary of State's office is
 2         responsible for oversight of the
 3         elections.
 4    BY MR. BELINFANTE:
 5         Q.   Is it your belief that the Secretary of
 6    State's office intentionally had fewer voting
 7    machines available for purposes of impacting the
 8    election?
 9         A.   I wouldn't have knowledge of that.
10         Q.   Okay.  Is it your position that the State
11    Election Board caused fewer machines to be present
12    at a polling location to impact the election?
13              MS. BRYAN:  Objection to form.
14              THE WITNESS:  I wouldn't have
15         knowledge.  But my only point would be
16         somebody had to make some decision on how
17         many voting machines were going to be in
18         different polling places, and I would
19         hope they would make that decision based
20         on what the turn-out was during early
21         voting.
22    BY MR. BELINFANTE:
23         Q.   But sitting here today, you don't know
24    who that person is that would make --
25         A.   No.
```

```
 1        Q.   Okay.  And so not -- I'm not trying to
 2   split hairs here, but do you believe that Secretary
 3   Kemp -- is it the position of the Sixth District
 4   A.M.E. church that Secretary Kemp failed to oversee
 5   the election or that Secretary Kemp intentionally
 6   caused voters not to be able to vote who were
 7   otherwise entitled to vote?
 8        A.   Our contention is that he did not
 9   effectively oversee the election.
10        Q.   Okay.
11        A.   That's like the Falcons coach, I don't
12   think he did anything intentionally, but he didn't
13   do a very good job.
14        Q.   And similar question, do you -- is it the
15   position of the Sixth District A.M.E. church that
16   the State Election Board failed to oversee the
17   election or intentionally caused persons who were
18   eligible to vote to not be able to vote?
19        A.   See, my contention is the State Election
20   Board has done a lousy job of handling elections
21   since I've been in Georgia.  Because the issue is
22   who's in charge of the election, is it the
23   Secretary of State or is it the election board?
24   I'm not sure if both can be.
25        Q.   And so is it the position of the A.M.E.
```

```
 1   those documents that have been provided to the
 2   Sixth District's attorney through members
 3   complaining about voting experiences, are you aware
 4   of any documentation that would show or otherwise
 5   tend to prove that there was intentional
 6   discrimination on the part of either then-Secretary
 7   Kemp or the State Election Board?
 8        A.   I just think the --
 9             MS. BRYAN:  Objection to form.
10             THE WITNESS:  I just think the
11        conduct of the election on Election Day
12        demonstrates that.
13   BY MR. BELINFANTE:
14        Q.   But you don't know of documents to do it?
15        A.   No, I don't think anybody would have any
16   documents that they would allow to get out to show
17   that they suppressed the vote.
18        Q.   Okay.  I'll show you what we'll mark as
19   Exhibit 16.
20        A.   I'm going to tell my staff don't let me
21   write no more --
22        Q.   That's a common thing I hear in
23   depositions.
24                       (Whereupon, Defendant's
25                       Exhibit 16 was marked for
```

```
 1            MR. BELINFANTE:  Thank you.
 2   BY MR. BELINFANTE:
 3       Q.   Is the Sixth Episcopal District A.M.E.'s
 4   position that Secretary Kemp intentionally
 5   suppressed votes of minorities?
 6       A.   The Sixth Episcopal District position is
 7   that attempt was made to suppress the black vote.
 8   And our position is, whether it was the Secretary
 9   of State, whether it was the State Election Board
10   since they keep coming up, whoever it was, for us
11   the end result is the same, that, in fact, the
12   black vote was suppressed.
13       Q.   And is -- was that --
14       A.   And I don't think it was coincidence.
15       Q.   And so is it the Sixth Episcopal
16   District's position that it was, in fact,
17   intentional to suppress minority votes?
18       A.   Yes.
19       Q.   Okay.  And what evidence do you have to
20   support that it was an intentional decision made to
21   suppress minority votes?
22       A.   A lot of incidents that happened that
23   we've talked about today happened in minority
24   areas.  You didn't have happen in other areas of
25   the state what happened in areas where
```

```
 1   predominantly minority people are located.
 2       Q.   And those are the things we discussed
 3   today, "exact match"?
 4       A.   The "exact match," "use it or lose it,"
 5   the people whose names were dropped from the roll,
 6   people who had to use provisional ballots, just a
 7   number of things which made it more difficult for
 8   minorities to vote than, say, for whites to vote.
 9       Q.   Okay.  And do you believe that minority
10   voter registration was higher in 2018's election
11   than in prior --
12       A.   Oh, yes.
13       Q.   -- elections in Georgia?  Okay.
14       A.   Matter of fact, I think it's interesting
15   that the former Secretary of State, now the
16   governor, even took Ms. Abrams to court because she
17   had a voter registration effort --
18       Q.   Are you familiar with that effort?
19       A.   -- some years ago.  Well, I know it was
20   alleged that there was fraud or whatever, but I
21   don't think it was ever proved or demonstrated in
22   court.
23       Q.   Do you know who actually made the
24   allegations that there was fraud involved in the
25   voter registration?
```



```
 1   there was an effort to close polling locations.
 2           Whether or not the State approved it or
 3   not, it -- but again, and I think if I'm correct,
 4   the Secretary of State at that time, Brian Kemp,
 5   eventually came out and said that those polling
 6   sites should not have been closed.
 7           But whether or not -- you know, again,
 8   the Secretary of State's office is responsible for
 9   oversight of the election.  And I think out of
10   this, somebody needs to define what it means for
11   the Secretary of State to have oversight of the
12   election.
13       Q.  Okay.  But sitting here today, you're not
14   aware of anything where the Secretary told a county
15   or a city to close or consolidate a location?
16       A.  No.  If I was in the office, I might have
17   a little evidence, but.
18       Q.  In your personal office or the
19   secretary's office?
20       A.  The Secretary of State's office.
21       Q.  Understood.  Okay, sir.
22           Is it the position of the Sixth Episcopal
23   District that the laws governing what has been
24   referred to as "exact match" --
25       A.  Uh-huh.
```