# EXHIBIT 35



Deposition of:
# Daniel Smith , Ph.D.

*January 28, 2020*

In the Matter of:

# Fair Fight Action, Inc., Et Al. Vs. Raffensperger, Brad, Et Al.

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Case 1:18-cv-05391-SCJ   Document 451-35   Filed 06/29/20   Page 3 of 11
Daniel Smith , Ph.D.                                      January 28, 2020
Fair Fight Action, Inc., Et Al. Vs. Raffensperger, Brad, Et Al.

Page 134

1    style.
2        Q.   And of that subset of absentee votes, you
3    found a white voter rejection rate of 2.3 percent and a
4    black voter rejection rate of 3.7 percent?
5        A.   Yes, that's correct.
6        Q.   And you note that the rejection rate for black
7    voters is nearly 65 percent higher than the rejection
8    rate for white voters, correct?
9        A.   Yes.
10       Q.   And unless I missed somewhere, you're not
11   really opining about why that is, you're just pointing
12   out that it is; is that correct?
13       A.   Again, I think that's correct.  I'm letting
14   the data speak for themselves.
15       Q.   And did you conduct any sort of analysis to
16   determine whether these results could be equally
17   explained by chance, any sort of progression or any
18   analysis on that front?
19       A.   I'm really kind of opposed to that type of
20   analysis because this is actually the administrative
21   data of record.
22            And so I have stayed away in this table and
23   from doing that type of analysis because I can, on the
24   face of it, say that not only is 3,162 greater than
25   2,468, I can also say that of those who cast mail-in

Case 1:18-cv-05391-SCJ   Document 451-35   Filed 06/29/20   Page 4 of 11
Daniel Smith , Ph.D.                         January 28, 2020
Fair Fight Action, Inc., Et Al. Vs. Raffensperger, Brad, Et Al.

Page 135

1  ballots, with the mail-in ballot style, who were black,
2  have 3.72 percent rejected as opposed to the same
3  category for whites, at 2.26.
4           And I can say with certainty that it's 60 some
5  odd percent greater, and I can say with certainty it's
6  about one and a half percent greater.
7           There's no need for progression.  This is not
8  a sample.  This is the raw data from, presumably, the
9  official results coming from the State of Georgia.
10      Q.   Again, obviously, a variety of factors that
11  can influence an acceptance and rejection.
12           Did you look at all whether any of these
13  voters rejections, were they first time voters, were
14  they experienced voters, did you conduct any analysis on
15  those other factors?
16      A.   No, I did not.
17      Q.   And if there was a particular campaign that
18  had a heavy absentee ballot focus on African-American
19  voters, for example, and got a disproportionately high
20  number of first time African-American voters voting
21  absentee, you would expect to see higher rejection rate,
22  wouldn't you?
23      A.   Again, it depends.  There is certainly
24  evidence out there suggesting younger voters may be more
25  predisposed to have a rejected absentee ballot than

Case 1:18-cv-05391-SCJ   Document 451-35   Filed 06/29/20   Page 5 of 11

Daniel Smith, Ph.D.                                    January 28, 2020
Fair Fight Action, Inc., Et Al. Vs. Raffensperger, Brad, Et Al.

Page 136

1  those more veteran.  But no, I did not conduct that type
2  of analysis.
3      Q.  And in Table 2 it looks like the rejection
4  rate for Hispanic and Asian voters was higher than the
5  rejection rate for white or black voters; is that right?
6      A.  Yes, according to the data that I have.
7      Q.  And the other category refers to other racial
8  categories, or does that include the unknown racial
9  category?
10     A.  I think the unknown is the NA, yeah.  So other
11 is an official category in the voter file, if I recall
12 correctly.  Or it's all those that are not -- all those
13 that have a race that are not white, black, Hispanic,
14 Asian.  In fact, Georgia differentiates between race and
15 ethnicity, so I'm sure that I conditioned on all that.
16 These would be the residuals with the race.  The NA are
17 the ones that have no information.
18     Q.  So in paragraph 47, you then seek to visualize
19 this and looked at the percentage of absentee ballots
20 cast by black voters and the percentage of absentee
21 ballots cast by black voters that were rejected,
22 correct?
23     A.  Correct.
24     Q.  And you see, obviously, on Figure 1 it's a
25 wide distribution, a lot of dots in a lot of different

Case 1:18-cv-05391-SCJ   Document 451-35   Filed 06/29/20   Page 6 of 11
Daniel Smith , Ph.D.                                January 28, 2020
Fair Fight Action, Inc., Et Al. Vs. Raffensperger, Brad, Et Al.

Page 139

1    level variables and model this differently.
2         Q.   Now, based on what you found in the rejection
3    rate in Figure 1, you're not saying that local election
4    officials are engaged in intentional racial
5    discrimination against African-American voters, are you?
6         A.   No, absolutely not.  Again, I'm not imputing
7    or impugning motive here.
8              What this plot does, which, I mean, I could
9    have easily just provided a table, but tables with 159
10   cases get unwieldy, I could have easily done that so you
11   could compare black and white percentage of absentee
12   ballot cast, and black and white rejection rates of
13   those absentee ballots cast.
14             County name, 159, and four columns of data,
15   it's really difficult to visualize from that the pattern
16   that I think is quite clear from this figure as well as
17   the Figure 2, and that is there is a lot of
18   heterogeneity; meaning there's a lot of counties that
19   those have very few blacks who voted an absentee ballot,
20   such as Pickens, that have a very high rejection rate.
21             You have others that I don't have labeled that
22   have less than 10 percent that didn't have many absentee
23   ballots cast by blacks rejected, you know, less than 3
24   percent, less than the statewide average, right.
25             So there's a lot going on there with respect

Case 1:18-cv-05391-SCJ   Document 451-35   Filed 06/29/20   Page 7 of 11
Daniel Smith , Ph.D.                                January 28, 2020
Fair Fight Action, Inc., Et Al. Vs. Raffensperger, Brad, Et Al.

Page 140

1   to rejection rates of absentee ballots cast by blacks
2   that this plot is trying to represent.  The regression
3   relation line merely suggests that the relationship is
4   positive in that bivariate sense.
5        Q.   When you say a relationship is positive in a
6   bivariate sense, is that just basically saying these two
7   variables are somehow related but we're not sure how?
8        A.   Sure.  They're correlated in this fashion.
9   It's not -- it's not excluding all other possible
10  factors, as we have already discussed.
11       Q.   And have you seen situations in past modeling
12  of datasets where a bivariate regression would show a
13  relationship and multivariate would not?
14       A.   Yeah, sure.  Again, I've got working papers on
15  absentee ballot rejection rates from Florida, for
16  instance, in which it has a bivariate relationship that
17  is positive, and I have thrown every possible control
18  variable known to mankind because I've got two some
19  million observations; their age, their past vote
20  history, their gender, whether they have a hyphenated
21  last name, whether they have an apostrophe in their
22  name, as well as what we would call county fixed
23  effects, what the party is of the supervisor in Florida,
24  what the support was for the republican candidate in the
25  county and the racial relationship still holds.  It

Case 1:18-cv-05391-SCJ   Document 451-35   Filed 06/29/20   Page 8 of 11
Daniel Smith , Ph.D.                                January 28, 2020
Fair Fight Action, Inc., Et Al. Vs. Raffensperger, Brad, Et Al.

Page 141

1   still holds.
2           So this is a very simple bivariate
3   relationship that I have plotted here.  I'm not saying
4   that throwing everything in the kitchen sink into a
5   model won't have this same relationship hold.  I didn't
6   do it.
7       Q.   Okay.  And in paragraph 48 you reference about
8   40 percent of all mailed absentee ballots cast in
9   Gwinnett, nearly 8 percent were rejected, the ones cast
10  by black voters.
11          Are you aware of Gwinnett County being in the
12  news for its rejection rate of absentee ballots
13  generally?
14      A.   Yes.
15      Q.   And again, you're not saying that that
16  rejection was racially motivated, correct?
17      A.   From what I read in the papers, there were
18  other issues with ballot design or absentee ballot
19  envelope design.
20      Q.   Going to Figure 2, I guess this is not quite
21  the inverse of the prior dataset, but could you just
22  walk me through it a little bit how Figure 2 differs
23  from Figure 1?
24      A.   You're absolutely right, it is quite not the
25  inverse, and that's because these are looking at the

Case 1:18-cv-05391-SCJ   Document 451-35   Filed 06/29/20   Page 9 of 11

Daniel Smith, Ph.D.                            January 28, 2020
Fair Fight Action, Inc., Et Al. Vs. Raffensperger, Brad, Et Al.

Page 154

1           have it who aren't able to overcome or don't have

2           the assistance to have remedies, I don't think

3           there's any intrinsic bias one way or the other.

4           I'm just an empiricist that is interested in

5           looking at these relationships.

6   BY MR. TYSON:

7       Q.   I believe you mentioned earlier that you read

8   the complaint in this case or are generally familiar

9   with the allegations in the case.

10      A.   I have no idea how many complaints or amended

11  complaints or whatever. I'm sure I read one complaint

12  at some point long ago. I have no idea when this

13  litigation even started. It may be a year old as far as

14  I know, so it may have been a year ago that I read

15  through that complaint. But yes, I am familiar with the

16  complaint.

17      Q.   And in the political science field, are you

18  familiar with the term "vote suppression" or "voter

19  suppression"?

20      A.   Yes.

21      Q.   And how would you define that term?

22      A.   It's a term that I generally try to stay away

23  from. It's one that, from my perspective, carries more

24  baggage than its utility.

25           I'm interested in how rules and institutions

Case 1:18-cv-05391-SCJ    Document 451-35    Filed 06/29/20    Page 10 of 11
Daniel Smith , Ph.D.                                          January 28, 2020
Fair Fight Action, Inc., Et Al. Vs. Raffensperger, Brad, Et Al.

Page 155

1   affect behavior.  That's what has driven me since I was
2   working on organized labor and these labor management
3   groups in Wisconsin and other states to direct democracy
4   campaigns and whether or not they actually led people to
5   turn out to vote because they were interested in ballot
6   issues as opposed to Republicans for Democrats.  It's
7   the same thing that animates my research now, looking at
8   institutional variation changes and how it affects
9   different populations from turning out to vote.
10           Voter suppression, to me, if I've used it,
11  it's something that I don't see a lot of utility in
12  because it kind of gets to intent.  When I do use it,
13  it's more with respect to expressive comments made where
14  it's clearly designed to reduce the likelihood of
15  certain populations to vote.
16           And so I hope that I have been, in my own
17  academic research, circumspect with respect to that
18  term.
19       Q.   Do you consider vote suppression as a term, a
20  partisan term in the political science world?
21       A.   I think it's become a partisan term, just like
22  voter fraud has become a partisan term.  Again, I don't
23  find either of those terribly useful as a political
24  scientist.  Again, that I've used those terms, hopefully
25  they're in the context of other political actors who are

Case 1:18-cv-05391-SCJ   Document 451-35   Filed 06/29/20   Page 11 of 11
Daniel Smith , Ph.D.                         January 28, 2020
Fair Fight Action, Inc., Et Al. Vs. Raffensperger, Brad, Et Al.

Page 156

1    using them.
2            But again, has it become a partisan term, I
3    think there's a lot of evidence to suggest it has.  Just
4    like people who cry there's a lot of voter fraud.  Two,
5    3 million fraudulent votes cast seems to become a
6    partisan term.
7            And from my perspective, again, as a scholar
8    and a scholar first who has a long record and one that
9    I'm very proud of, those terms don't do a lot for me as
10   an academic.  That I might have a Tweet out there "The
11   fraudulent fraud squad", it's a Tweet.
12           My reputation, I hope, is more than my Twitter
13   profile.
14           MR. TYSON:  I think we can all hope for that.
15           We can go off the record.
16           (Discussion off the record.)
17           MR. TYSON:  All right.  Dr. Smith, thank you
18       for your time today.  I don't have any further
19       questions for you.
20           MR. KAISER:  We've got no questions.
21           (Discussion off the record.)
22           THE COURT REPORTER:  And are you ordering?
23           MR. TYSON:  Electronic, yes.
24           THE COURT REPORTER:  PDF?
25           MR. TYSON:  Yes.