# EXHIBIT 36

# In The Matter Of:

*Fair Fight Action v.*
*Raffensperger*

---

*Pamela Terekhova*
*December 4, 2019*
*Certificate of Non-Appearance*

---

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



**REGENCY-BRENTANO, INC.**
*Certified Court Reporters*

Min-U-Script® with Word Index

Pamela Terekhova - December 4, 2019          4
Certificate of Non-Appearance

```
 1              DECEMBER 4, 2019
 2           DEPOSITION OF PAMELA TEREKHOVA
 3          MR. LAKE:  This will be the deposition of
 4     Pamela Terekhova.  We will mark as Exhibit 1
 5     the notice of deposition for this to take place
 6     via phone at 8:30 on December 4, 2019.
 7          Ms. Cogan, do you want to state your name
 8     for the record?  Okay.  She left.  Okay.
 9     Having just spoke with Ms. Cogan over the
10     teleconference line, plaintiff's counsel is
11     unable to cover the deposition and has not
12     spoken with Ms. Terekhova.  As such, we will
13     continue this deposition for a later day.  The
14     time is now 8:35.
15          (WHEREUPON, THE DEPOSITION WAS
16     CONCLUDED AT 8:35 A.M.)
17          (PURSUANT TO RULE 30(e) OF THE FEDERAL
18     RULES OF CIVIL PROCEDURE AND/OR O.C.G.A.
19     9-11-30(e), SIGNATURE OF THE WITNESS HAS BEEN
20     WAIVED.)
21
22
23
24
25
```

**Regency-Brentano, Inc.**