# EXHIBIT 37

**In The Matter Of:**

*Fair Fight Action v.*
*Raffensperger*

*Jeanette Thomas*
*December 4, 2019*

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



REGENCY-BRENTANO, INC.
*Certified Court Reporters*

**Min-U-Script® with Word Index**

```
 1    pushed it in.
 2         Q    Okay.
 3         A    The machine wouldn't -- you know, wouldn't
 4    come on like it's supposed to.
 5         Q    Did that issue get fixed, were you able to
 6    vote?
 7         A    Yes, I was able to vote, uh-huh, because
 8    the people came over and they showed me or they
 9    set-up everything where they pushed it in or
10    however.  I guess I wasn't pushing it in the right
11    way.
12         Q    Any other issues you had?
13         A    No.
14         Q    Okay.  Have you been able to vote since
15    the incident that you describe in your declaration?
16    Did you vote in the past November elections?
17         A    Yes, uh-huh, I was able to vote.
18         Q    Did you have any issues then?
19         A    No.  Can I say something?
20         Q    Certainly.
21         A    Okay.  When I went in to vote on this
22    situation, they pulled me up on the computer, but my
23    address was still in Albany, Georgia.  But, I had
24    already voted when I first moved to Waycross in 2015
25    and I had changed everything and got set in here in
```