# EXHIBIT 38

## In The Matter Of:

*Fair Fight Action v. Raffensperger*

*Margaret Tyson*
*December 9, 2019*

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



REGENCY-BRENTANO, INC.
*Certified Court Reporters*

**Min-U-Script® with Word Index**

```
 1  NAACP and then they drafted it; is that correct?
 2       A    Well, I, I -- I'm not certain, but that's
 3  possible.  I know I reviewed it and made some
 4  corrections on it, so -- but that was over a year
 5  ago.  So I don't, I don't know for sure, but that's
 6  possible.
 7       Q    Ms. Tyson, can you summarize what this case
 8  is about in your own words as you understand it?
 9       A    I guess I think that Fair Fight over the
10  course of that last 2018 election identified that
11  individuals as well as any number of precincts that
12  there were issues around voting, whether it involved
13  long lines or closed polling places like mine to
14  people not being able to cast their provisional vote,
15  et cetera; that they felt like that there was voter
16  suppression, possibly.
17       Q    And, Ms. Tyson, do you know what relief is
18  being sought in this investigation?
19       A    I do not.
20       Q    And what are you hoping to achieve as an
21  outcome regarding your own personal situation?
22       A    Well, I guess, even, even if it was a
23  mistake, it is a -- it's sort of a passive way of not
24  taking voters rights seriously.  So I guess I just
25  wanted to be counted.  I want, I want voters to have
```