# EXHIBIT 39

# In the Matter Of:

## Fair Fight vs Raffensperger

## 30(b)(6) Matthew Laney

*October 23, 2019*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

```
 1             MR. KASTORF:  -- objection to form.
 2             MR. DENTON:  Yeah, I just didn't --
 3       okay.  Okay.
 4  BY MR. DENTON:
 5       Q.  You can answer the question if you --
 6             MR. DENTON:  Would you mind reading
 7       it back?
 8             (Whereupon, the record was read by
 9       the court reporter as follows:
10             Q   "Do you believe defendants
11       intended to discriminate against voters
12       on the basis of race?")
13             THE WITNESS:  I believe I already
14       answered that question.  I -- it's
15       impossible for me to know what anyone's
16       intentions are.
17             But I think the actions are certainly
18       in line with Georgia's history of
19       discrimination and frustrating voters
20       getting to the polls, particularly among
21       communities of color.
22  BY MR. DENTON:
23       Q.  Have you provided documents to the
24  Internal Revenue Service describing the purpose of
25  the church?
```