# EXHIBIT 40

# In The Matter Of:

*Fair Fight Action v.*
*Raffensperger*

---

*Eunice Walden*
*April 17, 2020*
*Telephonic Deposition*

---

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



**REGENCY-BRENTANO, INC.**
*Certified Court Reporters*

Min-U-Script® with Word Index

```
 1        A.    Yes.

 2        Q.    All right.  Have you had any involvement

 3   or interactions with Fair Fight, either before

 4   submitting this declaration or afterward, up until,

 5   of course, you received the subpoena from us and had

 6   this deposition, any --

 7        A.    No.

 8        Q.    -- other interactions with Fair Fight?

 9        A.    No.

10        Q.    Okay.  Until you received the subpoena

11   from us, were you aware that your declaration had

12   been submitted in a lawsuit?

13        A.    No.

14        Q.    Do you know what this lawsuit is about?

15   And I don't mean in a -- I'm not asking you to

16   testify as an attorney.  But are you familiar with

17   this lawsuit?

18        A.    I'm assuming it's about me not being able

19   to vote.

20        Q.    Okay.  Well, that's what I mean, I'm not

21   asking you to assume.  You are not a plaintiff on

22   behalf -- in this case, are you?

23        A.    No.

24        Q.    Okay.  So all I'm asking is -- well, let

25   me ask this way:  Before you received the subpoena,
```