# EXHIBIT 41

# In The Matter Of:

*Fair Fight Action v.*
*Raffensperger*

*Nicolas Winbush*
*April 13, 2020*

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



REGENCY-BRENTANO, INC.
*Certified Court Reporters*

**Min-U-Script® with Word Index**

```
 1  polling location is at the NFL OFFICEWORKS on --
 2       A    Yes.
 3       Q    -- Cabin Drive?
 4       A    Yeah.  Log Cabin Drive.
 5       Q    Oh.  Yes.  Thank you.
 6            Have you ever voted at that location
 7  before?
 8       A    No.  That was the first time.
 9       Q    Okay.  And in paragraph 4, you requested an
10  absentee ballot; is that correct?
11       A    Yeah.  My wife did because I believe she
12  was voting absentee and I think she requested an
13  absentee ballot for both of us.  I received the
14  absentee ballot, but I never voted absentee.  So I
15  just took the absentee ballot with me to, to NFL
16  OFFICEWORKS on the day of the election basically to
17  show, you know, I haven't voted yet, but here's my
18  absentee.  You know, I want to vote in person.
19       Q    Okay.  So you -- so the absentee ballot was
20  sent to you?  You did receive it?
21       A    Yes.  But I never, I never voted absentee.
22       Q    Okay.  Just one minute.  I'm just reviewing
23  my notes here.
24            Okay.  In paragraph 4B you said you, you
25  went to vote in person and --
```