# EXHIBIT 42

Control Number : 14071172

## STATE OF GEORGIA

### Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

## CERTIFICATE OF AMENDMENT
### NAME CHANGE

I, **Robyn A. Crittenden**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**VOTER ACCESS INSTITUTE, INC.**
**a Domestic Nonprofit Corporation**

has filed articles/certificate of amendment in the Office of the Secretary of State on 12/05/2018 changing its name to

**Fair Fight Action, Inc.**
**a Domestic Nonprofit Corporation**

and has paid the required fees as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said articles/ certificate of amendment.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on 12/14/2018.



Robyn A. Crittenden
Secretary of State

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000260

ARTICLES OF AMENDMENT

TO THE

ARTICLES OF INCORPORATION OF

VOTER ACCESS INSTITUTE, INC.

2018 DEC 14 AM 9: 17

Pursuant to the provisions of Georgia Code § 14-3-1005, the undersigned corporation adopts the following Articles of Amendment to its Articles of Incorporation:

1. The current name of the Corporation before amendments were adopted was Voter Access Institute, Inc.

2. The proposed name of the Corporation after amendments were adopted is Fair Fight Action, Inc.

3. The amendments were duly adopted by the board of directors without member approval as approval was not required.

4. The following Amendments to the Articles of Incorporation were adopted by the Corporation on November 19, 2018 in the manner prescribed by the Article VIII of the Articles of Incorporation of the Corporation, the Georgia Nonprofit Corporations Code, and the Bylaws of the Corporation:

   **ARTICLE I:**

   The organization shall be a corporation under the laws of the State of Georgia, under the corporate name of ~~Voter Access Institute, Inc.~~ **Fair Fight Action, Inc.**

   **ARTICLE VI:**

   The Corporation is not organized and will not be operated for the pecuniary gain or profit of any individual. No part of the property or net earnings of the Corporation shall inure to the benefit of, or be distributed to, any individual, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article II hereof.

1

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000261

The Corporation will qualify at all times as a social welfare organization exempt from federal income tax under section 501(c)(4) of the Code. Notwithstanding any other provision of these Articles of Incorporation, the Corporation shall never be authorized to engage in any activity except in furtherance of the purposes for which the Corporation is organized, and the Corporation shall not carry on any activities not permitted to be carried on by a corporation exempt from federal income tax under sections 501(a) and 501(c)(4) of the Code.

~~The Corporation shall never directly or indirectly participate or intervene in (including the publishing or distributing of statements) any political campaign on behalf of any candidate for public office, and the Corporation shall not engage in any activities which would subject it to tax under section 4955 of the Code. The Corporation may seek legislation germane to the organization's programs and may further its exempt purposes through lobbying as its sole or primary activity.~~

5. Accordingly, Articles I and VI of the Articles of Incorporation are amended to read as follows:

**ARTICLE I:**

The organization shall be a corporation under the laws of the State of Georgia, under the corporate name of **Fair Fight Action, Inc.**

**ARTICLE VI:**

The Corporation is not organized and will not be operated for the pecuniary gain or profit of any individual. No part of the property or net earnings of the Corporation shall inure to the benefit of, or be distributed to, any individual, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article II hereof.

The Corporation will qualify at all times as a social welfare organization exempt from federal income tax under section 501(c)(4) of the Code. Notwithstanding any other provision of these Articles of Incorporation, the Corporation shall never be authorized to engage in any activity except in furtherance of the purposes for which the Corporation is organized, and the Corporation shall not carry on any activities not permitted to be carried on by a corporation exempt from federal income tax under sections 501(a) and 501(c)(4) of the Code.

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000262

6. The Corporation does not have members. Therefore, approval by members was not required.

7. The amendments were adopted unanimously by the Corporation's directors on November 19, 2018.

8. The undersigned certifies that a request for publication of a notice of the filing of articles of amendment to change the corporation's name, along with the publication fee of $40.00 has been forwarded to the legal organ of the county of the registered office as required by O.C.G.A. §14-3-1005.1.

9. The articles of amendment will be effective upon the filing with the Secretary of State.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Amendment on November 21, 2018

By: *[signature]*
Lauren Groh-Wargo
In her capacity as CEO

3

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000263