# EXHIBIT 43

| | |
|---|---|
| To: | Sara Ghazal ███@georgiademocrat.org]; Justin Berger ███ |
| Cc: | Penn Payne ███@pennpayne.com] |
| From: | Liza Conrad |
| Sent: | Wed 08/21/2019 2:46:05 PM UTC |
| Subject: | Re: Speaking to Hannah Spero |
| Received: | Wed 08/21/2019 2:46:04 PM UTC |

The hotline saved so many votes.

She hasn't signed yet so we can suggest an edit – thanks for flagging!

---

**From:** Sara Ghazal ███@georgiademocrat.org>
**Date:** Tuesday, August 20, 2019 at 12:06 PM
**To:** Justin Berger ███@gmail.com>
**Cc:** Liza Conrad ███@fairfightaction.com>, Penn Payne ███@pennpayne.com>
**Subject:** Re: Speaking to Hannah Spero

Nice to see that our hotline saved this vote.

However, it is the county, not the state, that processes voter registrations--so that is a little frustrating to read the misplaced blame here.

Sara Tindall Ghazal
Voter Protection Director
Democratic Party of Georgia
www.georgiademocrat.org
Direct: 678-278-2016 x 506

**Georgia Voter Protection Hotline: 888-730-5816**

[redacted image]

On Mon, Aug 19, 2019 at 8:11 PM Justin Berger ███@gmail.com> wrote:
Thank you!

Justin Berger
███

> On Monday, Aug 19, 2019 at 18:58, Liza Conrad ███@fairfightaction.com> wrote:
> Yep! Attached here.

On 8/19/19, 5:30 PM, "Justin Berger" ███@gmail.com> wrote:

Hey Liza, Hannah mentioned she had been working on affidavit with you and she just recently sent you a draft of it. Could you send me a copy of that?

Best,
Justin

> On Aug 19, 2019, at 12:10, Liza Conrad ███@fairfightaction.com> wrote:
>
> Got it, thanks!
>
> On 8/19/19, 12:05 PM, "Justin Berger" ███@gmail.com> wrote:

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-003949

> \
> Liza,\
> \
> I hope you're well. I just wanted to give you a heads-up that Penn and Sara asked me (as a volunteer) to reach out to Hannah Spero because they believe that her story is so compelling, that they want to see if she would be willing to speak about her voting experience before the DeKalb County Commissioners.\
> \
> I'll keep you posted!\
> \
> Best,\
> Justin\
> 

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-003950