# EXHIBIT 44

**From:** Sarah Laurand <@gmail.com>
**Sent:** Tue, 26 Feb 2019 08:34:22 +0000
**Subject:** Re: Your Voter statement - signature needed
**To:** Vasu Abhiraman <@lawrencebundy.com>, Liza Conrad <@gmail.com>

LaurandS_voterdeclaration.pdf

Apologies for the delayed response. Everything in the document is fine and I am attaching the signature page. I will post a full copy to your office.
Sarah Laurand

On Tue, Dec 18, 2018 at 10:13 PM Vasu Abhiraman <@lawrencebundy.com> wrote:

> Hello Sarah! Vasu from Lawrence & Bundy here, formerly with the Stacey Abrams campaign. How are you?
>
> Thank you for working with us to share your voter experience in support of our legal efforts. Attached is a draft statement with your story. Please read it carefully.
>
> If everything is accurate, please print, sign and date the document, then send me a scan of your signed electronic copy through email. You can also fax it to:
>
> **Mailing:** After you have sent the electronic copy to me through email, please send the physical copy of the signed document to this address:
>
> Leslie Bryan
> Lawrence & Bundy
> 1180 W Peachtree St. NW, Suite 1650
> Atlanta, GA 30309
>
> Many thanks, Sarah, for your contribution to voting rights in Georgia. Feel free to reach out if you have questions or concerns about this process at this email or
>
> Kindness,
>
> Vasu

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-004887