# EXHIBIT 45

**To:**       Info[Info@fairfightaction.com]
**From:**     Patty Nathan Case 1:18-cv-05391-SCJ    Document 451-45    Filed 06/29/20    Page 2 of 4
**Sent:**     Tue 06/04/2019 2:04:46 AM UTC
**Subject:**  Re: INVITE ONLY: Democracy Warrior Organizing Day Summit
**Received:**          Tue 06/04/2019 2:04:52 AM UTC

Hillary,
I registered for the Saturday Summit. I haven't received any further information. What is the location of the Summit?

Thanks
Patty Nathan


On May 16, 2019, at 12:09 PM, Hillary Holley <info@fairfightaction.com> wrote:




Patty –

In 2018, you were a strong activist from #TeamAbrams, and as the Director of Organizing for Fair Fight, the organization founded by Stacey Abrams to protect voting rights, I believe the only way to create lasting change is with people power.

Throughout 2019 and leading into the 2020 elections, Fair Fight will be launching groundbreaking democracy initiatives, continuing to push forward our federal lawsuit, fighting voter suppression, and holding bad actors accountable. These projects will require a strong, statewide coalition of grassroots volunteers, organizers, and activists to ensure that we, together, make real our right to vote.

I am inviting you to join me at Fair Fight's first Democracy Warrior Organizing Day Summit. Here, at this invite-only event, we will strengthen our statewide coalition that will be the key to fighting voter suppression. You have the option to attend one of the TWO summits:

**Atlanta, Georgia**
**Saturday, June 8**
**9:30 AM - 3 PM**
**Location: TBA**

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391
pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-005904

**Macon, Georgia**
**Saturday, July 20**
**9:30 AM - 3 PM**
*Location: TBA*
RSVP HERE

At the summit, you will hear from Fair Fight CEO Lauren Groh-Wargo and gain advocacy skills from some of the best organizers and activists in Georgia and the nation. Fair Fight will be providing lunch and snacks throughout the day.

If you are interested in coming but need financial assistance with traveling, no worries! In both RSVP links, there is an option to select "I'm interested but need financial assistance." We will follow up with those who need financial assistance in order to ensure our summits are equitable and representative of Georgia. We will also follow up with hotel recommendations in case you plan on staying in town for the night. Please be sure to fill out the RSVP form accurately so we can accommodate accordingly.

I look forward to meeting you and becoming partners in this movement. Thank you for all you do, and let's get it done.

In Solidarity,
Hillary Holley

*P.s. If you would like to nominate one fellow activist who did not receive an invite, please be sure to fill out the above form by Wednesday, May 22.*

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391
pending in the United States District Court for the Northern District of Georgia

1270 Caroline Street
Suite D120-447
Atlanta, GA 30307

©2018 Fair Fight Action, All rights reserved

Contributions to Fair Fight Action are not tax-deductible.
**Unsubscribe**

Paid for by Fair Fight Action

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391
pending in the United States District Court for the Northern District of Georgia