# EXHIBIT 46

Sent: Mon, 26 Nov 2018 19:15:31 -0400
Subject: RE: Draft Statement - Larson
From: Leslie Bryan <@lawrencebundy.com>
To: 'Nancy Larson' <@gmail.com>
Cc: Heather Samuelson <@gmail.com>, Heather Snyder <@lawrencebundy.com>, <@spirosconsulting.com>, <@spirosconsulting.com>, <@staceyabrams.com>, <@staceyabrams.com>, <@staceyabrams.com>, <@staceyabrams.com>, <@staceyabrams.com>, <@staceyabrams.com>

Case 1:18-cv-05391-SCJ    Document 451-46    Filed 06/29/20    Page 2 of 5

Nancy – just mail it to me at your convenience. Address below.

**Leslie J. Bryan**
Counsel

**LAWRENCE & BUNDY LLC**

1180 West Peachtree Street, NW
Suite 1650
Atlanta, GA 30309
404-400-3350 main
404-400-3338 direct
404-609-2504 fax
leslie.bryan@lawrencebundy.com
www.lawrencebundy.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

From: Nancy Larson <@gmail.com>
Sent: Monday, November 26, 2018 7:09 PM
To: Leslie Bryan <@lawrencebundy.com>
Cc: Heather Samuelson <@gmail.com>; Heather Snyder <@lawrencebundy.com>; <@spirosconsulting.com>; <@staceyabrams.com>; <@staceyabrams.com>; <@staceyabrams.com>
Subject: Re: Draft Statement - Larson

Leslie,
I think I missed this one. Can I still get the original copy to you all? I'm in Avondale Estates, working from home tomorrow. We could meet at Banjo Coffee here or could meet someone halfway if helpful and you can still use it.

You are welcome to call or text as well, since I only check this email occasionally during the work day.

Best to all,
Nancy

--
Nancy Larson, LEED AP O+M

On Mon, Nov 12, 2018 at 10:10 PM Leslie Bryan <@lawrencebundy.com> wrote:
Nancy, I am copying the field folks so they can coordinate. Where will they be picking it up?

From: Nancy Larson <@gmail.com>
Date: Monday, November 12, 2018 at 10:01 PM

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-007705

To: Heather Samuelson <​@gmail.com>
Cc: Heather Snyder <​@lawrencebundy.com>, Leslie Bryan <​@lawrencebundy.com>
Subject: Re: Draft Statement - Larson

Please find attached. Let me know when you would like to meet up to pick up the original signed and notarized document.

--
Nancy Larson, LEED AP O+M

On Mon, Nov 12, 2018 at 1:21 PM Nancy Larson <​@gmail.com> wrote:
> Okay, I'll do that this evening.
>
> Nancy Larson, LEED AP O+M
>
>
>> Sent from my iPhone
>> On Nov 12, 2018, at 12:58 PM, Heather Samuelson <​@gmail.com> wrote:
>>
>> Thank you Nancy! If you are able to print, notarize, and scan a copy of the notarized statement back to us, that would be great. We will still need to get the original from you, but this will help keep the process moving.
>>
>>> On Mon, Nov 12, 2018 at 12:55 PM Nancy Larson <​@gmail.com> wrote:
>>> Heather,
>>> Thank you. This looks fine to me. I've filled in my address and attached here. Thank you for connecting me with a print copy and notary. There is a print shop and notary a couple of blocks away from me if that would help facilitate getting this over to you -- just let me know.
>>> Nancy
>>>
>>> --
>>> Nancy Larson, LEED AP O+M
>>>
>>>
>>>> On Mon, Nov 12, 2018 at 12:34 PM Heather Samuelson <​@gmail.com> wrote:
>>>> Hi Nancy,
>>>>
>>>> Thank you so much for taking the time to talk yesterday.
>>>>
>>>> Attached is a draft statement. Please review to make sure that it accurately describes your observations. Can you also send me your home address to include in here?
>>>>
>>>> I know that you are having trouble with your printer right now. We can coordinate sending someone to meet you to sign and notarize this. I added Leslie Bryan and Heather Snyder here who can help facilitate that.
>>>>
>>>> Heather
>>>>
>>>>> On Sun, Nov 11, 2018 at 3:33 PM Leslie Bryan <​@lawrencebundy.com> wrote:
>>>>> Nancy – Heather Samuelson will be following up. Thanks.
>>>>>
>>>>> Leslie

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-007706

Leslie J. Bryan
Counsel

Error! Filename not specified.
1180 West Peachtree Street, NW
Suite 1650
Atlanta, GA 30309
404-400-3350 main
404-400-3338 direct
404-609-2504 fax
leslie.bryan@lawrencebundy.com
www.lawrencebundy.com

Error! Filename not specified.Error! Filename not specified.

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Dara Lindenbaum <@sandlerreiff.com>
**Sent:** Sunday, November 11, 2018 3:08 PM
**To:** Nancy Larson <@gmail.com>; Leslie Bryan <@lawrencebundy.com>
**Subject:** RE: THANK YOU Poll Watchers!!! And we still need your help!

Thank you. I'm CCIng Leslie Bryan who will be in touch.

**From:** Nancy Larson <@gmail.com>
**Sent:** Sunday, November 11, 2018 8:40 AM
**To:** Dara Lindenbaum <@sandlerreiff.com>
**Cc:** Voter Protection <voterprotection@georgiademocrat.org>
**Subject:** Re: THANK YOU Poll Watchers!!! And we still need your help!

Absolutely. Let me know when you would like to have a conversation and I'll be sure to have my notes handy.

--
Nancy Larson, LEED AP O+M

On Sat, Nov 10, 2018 at 5:55 PM Dara Lindenbaum <@sandlerreiff.com> wrote:
Thank you, Nancy. We will follow up with you.

**From:** Nancy Larson <@gmail.com>
**Sent:** Saturday, November 10, 2018 5:32 PM
**To:** voterprotection@georgiademocrat.org
**Cc:** Dara Lindenbaum <@sandlerreiff.com>
**Subject:** Re: THANK YOU Poll Watchers!!! And we still need your help!

Hi,
While I didn't have any major problems at my assigned polling location in Tuesday, I would still be glad to have a conversation. I'm concerned about follow up with those who cast provisional ballots.

Thank you,

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-007707

Sent from my iPhone

On Nov 10, 2018, at 5:03 PM, Voter Protection <voterprotection@georgiademocrat.org> wrote:

> Friends,
>
> First, THANK YOU for your service during early vote and on November 6. Your work was an integral part of our efforts. There were issues in all of the counties and you jumped on them and addressed them thoughtfully and professionally. Your work assured that people had the opportunity to vote. And the information we gathered will help us to get to work when the smoke clears to move forward with our program in the future.
>
> We're still fighting for every single vote and to make sure every valid ballot is counted. We have an additional request for you. Many of you saw major problems at your precincts, and we need to talk to you about them. If you had large scale problems at your precinct such as running out of provisional ballots, folks leaving because of long lines, voters turned away without being offered a provisional ballot, voters who are sure they are registered to vote but didn't appear on the roles, and other major problems, please email Dara Lindenbaum at ███@Sandlerreiff.com as soon as possible.
>
> We will continue to need your help in the next few weeks. We have at least 2 statewide races going to a run-off on December 4th and we'll need your help again poll watching! You've seen the importance of having poll watchers on the ground able to help voters cast their ballots and getting them all the information they need to make sure their ballot counts.
>
> Again, thanks for your support and please be on the look out for future communications from the voter protection team!
>
>
> Best,
> **Andrea S. Young**
> Deputy Voter Protection Director
> Coordinated Campaign,
>     Democratic Party of Georgia
>
> **Voter Protection Hotline: 888-730-5816**

--

Nancy Larson, LEED AP O+M

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-007708