# EXHIBIT 47

| | |
|---|---|
| **To:** | Leslie Bryan <██████@lawrencebundy.com> |
| **Cc:** | Bonnie Burke <██████@lawrencebundy.com>; Heather Snyder <██████@lawrencebundy.com> |
| **From:** | Dermody, Kelly M. |
| **Sent:** | Tue 11/13/2018 2:32:00 AM UTC |
| **Subject:** | RE: Poll Watcher Issues - Fulton County |
| **Received:** | Tue 11/13/2018 2:32:18 AM UTC |

Kelly Dermody Declaration-Voter Protection (Georgia).DOCX

Hi – this is a draft. Please let me know if you'd like me to shorten anything, including/especially the bio which I added per the suggestion. Best, Kelly

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Kelly M. Dermody
██████@lchb.com

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

---

**From:** Leslie Bryan [mailto:██████@lawrencebundy.com]
**Sent:** Monday, November 12, 2018 2:10 PM
**To:** Dermody, Kelly M.
**Cc:** Bonnie Burke; Heather Snyder
**Subject:** RE: Poll Watcher Issues - Fulton County

Here are a couple from other poll watchers. Thanks!

**From:** Dermody, Kelly M. <██████@lchb.com>
**Sent:** Monday, November 12, 2018 5:08 PM
**To:** Leslie Bryan <██████@lawrencebundy.com>
**Cc:** Bonnie Burke <██████@lawrencebundy.com>; Heather Snyder <██████@lawrencebundy.com>
**Subject:** RE: Poll Watcher Issues - Fulton County

Hi Leslie – small world! And I'd be happy to do an affidavit. Do you have an exemplar that you could share to get me started on format?

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Kelly M. Dermody
██████@lchb.com

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

---

**From:** Leslie Bryan [mailto:██████@lawrencebundy.com]
**Sent:** Monday, November 12, 2018 1:57 PM
**To:** Dermody, Kelly M.
**Cc:** Bonnie Burke; Heather Snyder
**Subject:** FW: Poll Watcher Issues - Fulton County

Kelly – I feel sure we've met at some point. I used to be at Doffermyre Shields Canfield & Knowles and am a huge fan of EJC (please give her my best). Our firm is representing Stacey and the campaign in deciding next moves. I would love it if you would work with Bonnie Burke in my firm to draft an affidavit about your experiences (and include your professional background). If you have time to do a first draft, that would be incredibly helpful. What we are hoping to highlight are individual issues that poll watchers observed and systemic issues that you saw as well. Thanks for your time.
Leslie

**Leslie J. Bryan**
Counsel

**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, NW
Suite 1650
Atlanta, GA 30309
404-400-3350 main
404-400-3338 direct
404-609-2504 fax
leslie.bryan@lawrencebundy.com
www.lawrencebundy.com

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-009331

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Dara Lindenbaum <███@sandlerreiff.com>
**Sent:** Monday, November 12, 2018 4:47 PM
**To:** Dermody, Kelly M. <███@lchb.com>; Leslie Bryan <███@lawrencebundy.com>
**Subject:** Re: Poll Watcher Issues - Fulton County

Thank you! I'm looping you in with Leslie Bryan who will be in touch.

Sent from my iPhone
On Nov 12, 2018, at 4:25 PM, Dermody, Kelly M. <███@lchb.com> wrote:

> Hi Dara – I got this message and wanted to reach out in case you needed more input than was provided in the more than 25 incident reports I did for my polling station, Therrell High School, SW Atlanta (Fulton County). I saw a little bit of everything there, but for sure saw voters turned away for address mismatches and being kicked off the rolls, and I fought to get provisional ballots provided. The boiler heard from me many times, and I got names and contact info for almost half of the 29 provisionals cast (some folks left without providing their info). I also heard about addresses with multiple registration problems (documented, with contact info) and at least one voter completely prevented from voting in any way by being shuttled from place to place when she had voted at the precinct before and had checked online to confirm it. I attach a few of my write ups. Thanks.
>
> **Kelly M. Dermody**
> ███@lchb.com
> 
>
> Lieff Cabraser Heimann & Bernstein, LLP
> 275 Battery Street, 29th Floor
> San Francisco, CA 94111-3339
> www.lieffcabraser.com

**From:** Voter Protection [mailto:voterprotection@georgiademocrat.org]
**Sent:** Saturday, November 10, 2018 2:04 PM
**Cc:** ███@sandlerreiff.com
**Subject:** THANK YOU Poll Watchers!!! And we still need your help!

Friends,

First, THANK YOU for your service during early vote and on November 6. Your work was an integral part of our efforts. There were issues in all of the counties and you jumped on them and addressed them thoughtfully and professionally. Your work assured that people had the opportunity to vote. And the information we gathered will help us to get to work when the smoke clears to move forward with our program in the future.

We're still fighting for every single vote and to make sure every valid ballot is counted. We have an additional request for you. Many of you saw major problems at your precincts, and we need to talk to you about them. If you had large scale problems at your precinct such as running out of provisional ballots, folks leaving because of long lines, voters turned away without being offered a provisional ballot, voters who are sure they are registered to vote but didn't appear on the roles, and other major problems, please email Dara Lindenbaum at ███@Sandlerreiff.com as soon as possible.

We will continue to need your help in the next few weeks. We have at least 2 statewide races going to a run-off on December 4th and we'll need your help again poll watching! You've seen the importance of having poll watchers on the ground able to help voters cast their ballots and getting them all the information they need to make sure their ballot counts.

Again, thanks for your support and please be on the look out for future communications from the voter

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-009332

protection team!

Best,
**Andrea S. Young**
Deputy Voter Protection Director
Coordinated Campaign,
Democratic Party of Georgia
**Voter Protection Hotline: 888-730-5816**

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-009333