# EXHIBIT 48

**Subject**: Re: Looking for DeKalb Election night download
**From**: Marilyn Marks <​█████████████████>
**To**: Jack DeLapp <█@fairfightaction.com>, Melody Oliphant <█@fairfightaction.com>
**Cc**: Lauren Groh-Wargo <█@swingstateconsulting.com>, 'Sarah Riggs Amico' <█@sarahforgeorgia.com>, 'Sara Ghazal' <█@georgiademocrat.org>
**Date Sent**: Friday, April 12, 2019 3:30:10 PM GMT-04:00
**Date Received**: Friday, April 12, 2019 3:30:17 PM GMT-04:00

Thanks so very much!
Can't wait to dig in.
Marilyn Marks

**From**: Jack DeLapp <█@fairfightaction.com>
**Date**: Friday, April 12, 2019 at 1:22 PM
**To**: Marilyn Marks <█@aspenoffice.com>, Melody Oliphant <█@fairfightaction.com>
**Cc**: Lauren Groh-Wargo <█@swingstateconsulting.com>, 'Sarah Riggs Amico' <█@sarahforgeorgia.com>, 'Sara Ghazal' <█@georgiademocrat.org>
**Subject**: Re: Looking for DeKalb Election night download

Hey y'all,

Sorry for the delay here. See attached for three raw files from election night, taken at 10:35, 11:08, and 11:51 PM. I'm also attaching a file called DeKalb change over time, which tracks changes in totals as the night went on. Several precincts reported initial election night results and then added more votes to them in subsequent updates in the gubernatorial - I have not looked downballot but this may have happened in other races as well (ie if they missed counting one machine initially entirely).

Precincts that definitely changed over the course of election night/since then were:

Kittredge Elem

Rockbridge Elem

Epworth

Glenwood 04

Glenwood 05

Let me know if there's anything else useful I can provide.

Thanks,

Jack DeLapp

1 / 24

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000331

**From:** Marilyn Marks <███@aspenoffice.com>
**Sent:** Wednesday, April 10, 2019 5:52:18 PM
**To:** Melody Oliphant
**Cc:** Lauren Groh-Wargo; 'Sarah Riggs Amico'; 'Sara Ghazal'; Jack DeLapp
**Subject:** Re: Looking for DeKalb Election night download

Thanks so much.
Jack, thanks in advance.
Marilyn Marks

---

**From:** Melody Oliphant <███@fairfightaction.com>
**Date:** Wednesday, April 10, 2019 at 5:50 PM
**To:** Marilyn Marks <███@aspenoffice.com>
**Cc:** Lauren Groh-Wargo <███@swingstateconsulting.com>, 'Sarah Riggs Amico' <███@sarahforgeorgia.com>, 'Sara Ghazal' <███@georgiademocrat.org>, Jack DeLapp <███@fairfightaction.com>
**Subject:** Re: Looking for DeKalb Election night download

Hi Marilyn,

The best person to ask would be Jack DeLapp, whom I've copied here and served as our Data Director on the campaign. Thank you so much for all you're doing to protect voting rights in Georgia.

My best,

Melody

---

**From:** Marilyn Marks <███@aspenoffice.com>
**Sent:** Wednesday, April 10, 2019 5:23:49 PM
**To:** Melody Oliphant
**Cc:** Lauren Groh-Wargo; 'Sarah Riggs Amico'; 'Sara Ghazal'
**Subject:** Looking for DeKalb Election night download

Melody,
We have found some funky things on the machine tapes that changed between what was posted on the door and the 11/9 update.
Do you have results by precinct loaded early on in the election tabulation? Election night or 11/7?
If you can share a copy, that would be great.
Thanks.
Marilyn

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000332

**Subject**: Re: Looking for DeKalb Election night download
**From**: Jack DeLapp <​@fairfightaction.com>
**To**: Marilyn Marks <​@aspenoffice.com>, Melody Oliphant <​@fairfightaction.com>
**Cc**: Lauren Groh-Wargo <​@swingstateconsulting.com>, 'Sarah Riggs Amico' <​@sarahforgeorgia.com>, 'Sara Ghazal' <​@georgiademocrat.org>
**Date Sent**: Friday, April 12, 2019 1:20:29 PM GMT-04:00
**Date Received**: Friday, April 12, 2019 1:22:28 PM GMT-04:00
**Attachments**: detail 2-DEKALB-1035.xls, detail 4-DEKALB-1108.xls, detail 5-DEKALB-1151.xls, dekalbchangeovertime.xlsx

Hey y'all,

Sorry for the delay here. See attached for three raw files from election night, taken at 10:35, 11:08, and 11:51 PM. I'm also attaching a file called DeKalb change over time, which tracks changes in totals as the night went on. Several precincts reported initial election night results and then added more votes to them in subsequent updates in the gubernatorial - I have not looked downballot but this may have happened in other races as well (ie if they missed counting one machine initially entirely).

Precincts that definitely changed over the course of election night/since then were:
Kittredge Elem
Rockbridge Elem
Epworth
Glenwood 04
Glenwood 05

Let me know if there's anything else useful I can provide.

Thanks,

Jack DeLapp

---

**From**: Marilyn Marks <​@aspenoffice.com>
**Sent**: Wednesday, April 10, 2019 5:52:18 PM
**To**: Melody Oliphant
**Cc**: Lauren Groh-Wargo; 'Sarah Riggs Amico'; 'Sara Ghazal'; Jack DeLapp
**Subject**: Re: Looking for DeKalb Election night download

Thanks so much.
Jack, thanks in advance.
Marilyn Marks

---

**From**: Melody Oliphant <​@fairfightaction.com>
**Date**: Wednesday, April 10, 2019 at 5:50 PM
**To**: Marilyn Marks <​@aspenoffice.com>
**Cc**: Lauren Groh-Wargo <​@swingstateconsulting.com>, 'Sarah Riggs Amico' <​@sarahforgeorgia.com>, 'Sara Ghazal' <​@georgiademocrat.org>, Jack DeLapp <​@fairfightaction.com>
**Subject**: Re: Looking for DeKalb Election night download

Hi Marilyn,

The best person to ask would be Jack DeLapp, whom I've copied here and served as our Data

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000333

Director on the campaign. Thank you so much for all you're doing to protect voting rights in Georgia.

My best,
Melody

---

**From:** Marilyn Marks <█████@aspenoffice.com>
**Sent:** Wednesday, April 10, 2019 5:23:49 PM
**To:** Melody Oliphant
**Cc:** Lauren Groh-Wargo; 'Sarah Riggs Amico'; 'Sara Ghazal'
**Subject:** Looking for DeKalb Election night download

Melody,
We have found some funky things on the machine tapes that changed between what was posted on the door and the 11/9 update.
Do you have results by precinct loaded early on in the election tabulation? Election night or 11/7?
If you can share a copy, that would be great.
Thanks.
Marilyn

4 / 24

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-000334