# EXHIBIT 49

| | |
|---|---|
| To: | Leslie Bryan [REDACTED]@lawrencebundy.com]; 'Colleen Corona' [REDACTED]@live.com] |
| Cc: | Heather Snyder [REDACTED]@lawrencebundy.com] |
| From: | Bertha L. Burruezo |
| Sent: | Sun 11/11/2018 11:32:42 PM UTC |
| Subject: | RE: Poll watcher |
| Received: | Sun 11/11/2018 11:32:52 PM UTC |

Yes, confirmed. We called her today and left a message for her to call us. We will follow up with her again tomorrow.

Bertha L. Burruezo, Esq.
Attorney & Counselor at Law
[REDACTED] (T)

**From:** Leslie Bryan
**Sent:** Sunday, November 11, 2018 6:31 PM
**To:** 'Colleen Corona'
**Cc:** Bertha L. Burruezo ; Heather Snyder
**Subject:** RE: Poll watcher

Thank you. We will make sure. Bertha, please confirm.

**From:** Colleen Corona [REDACTED]@live.com>
**Sent:** Sunday, November 11, 2018 5:44 PM
**To:** Leslie Bryan [REDACTED]@lawrencebundy.com>
**Subject:** Re: Poll watcher

Hello,
I was in today to sign an affidavit. In it, I gave the name of a voter. I asked that she is checked with to confirm. Just wanted to check that her input is sought. I would not want my affidavit posted publicly with her name without her knowledge or confirmation.
Thank you,
Colleen Corona

On Nov 10, 2018, at 5:49 PM, Leslie Bryan [REDACTED]@lawrencebundy.com> wrote:

> Ms. Corona, I am a lawyer representing the Abrams campaign and I am interested in talking with you about your experience as a poll worker. I just tried you phone but did not get an answer. Would you please call me at [REDACTED]? Thanks very much,
> Leslie
>
> **Leslie J. Bryan**
> **Counsel**

1180 West Peachtree Street, NW
Suite 1650
Atlanta, GA 30309
404-400-3350 main
404-400-3338 direct
404-609-2504 fax
[REDACTED]@lawrencebundy.com
www.lawrencebundy.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-010427