# EXHIBIT 51

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Patricia Davis. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ███ ███████████ Atlanta, GA.

3. I have reviewed the list below and I believe that my situation most closely fits into the category that I have checked:

   a. _____ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was not accepted.

   d. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) and was not offered a provisional ballot even though I reside in the county in which the precinct was located where I tried to vote.

   e. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) because I was told I was not a resident of the county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

f. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

g. _____ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

h. _____ There were long lines at my polling location and I saw people leaving without voting.

i. _____ There were long lines at my polling location and I had to leave without being able to cast my vote.

j. __x___ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

k. _____ Other – please explain - _____

_____

4. My individual circumstances are the following: **I got in line at 8:30 and left at noon. My regular polling place was closed due to renovations. We only had 3 voting machines and were told by election worker there were only 39 cards. By 11:30, 5 more Voting machines were brought in by**

PLTFS000649

**Jesse Jackson. What normally took me 10 minutes took 3.5 hours. I saw my neighbor and others leave who didn't want to wait in line.**

5. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 14ᵗʰ day of December, 2018.

Signature

PLTFS000650