# EXHIBIT 52

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Fredrick Dixon. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ▮ ▮, Atlanta, GA 30318.

3. I have reviewed the list below and I believe that my situation most closely fits into the category that I have checked:

    a. _____ I requested an absentee ballot but I never received it.

    b. _____ I received an absentee ballot and returned it but my ballot was rejected.

    c. _____ I received an absentee ballot and returned it but my ballot was not accepted.

    d. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) and was not offered a provisional ballot even though I reside in the county in which the precinct was located where I tried to vote.

    e. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) because I was told I was not a resident of the

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

f. \_\_\_\_\_ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

g. \_\_\_\_\_ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

h. \_\_\_\_\_ There were long lines at my polling location and I saw people leaving without voting.

i. \_\_\_\_\_ There were long lines at my polling location and I had to leave without being able to cast my vote.

j. \_\_\_\_\_ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

k. __X__ Other – see below.

4. My individual circumstances are the following: I moved 8 years ago and my address was updated with U.S.P.S. and the Georgia Department of Driver Services. I thought my address was also

changed for voting purposes. I was able to vote at West Manor Park Recreation Center in a previous election. However, when I tried to vote at that location on Election Day, I was told that I was not at the correct polling location. I received a provisional ballot, but I was told that my vote might not be counted because I was in a different voting district from the one where I was registered to vote.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the ____ day of November, 2018.

*Fredrick Dixon*

Sworn to and subscribed before me
This the ____ day of November, 2018.

CHRYSTIAN S WOODS
Notary Public, Georgia
Cobb County
My Commission Expires
January 23, 2022

Notary Public