# EXHIBIT 53

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
<u>**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**</u>

1. My name is Lamarra George. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Atlanta, Georgia 30312.

3. I have reviewed the list below and I believe that my situation most closely fits into the category that I have checked:

    a. \_\_\_\_\_ I requested an absentee ballot but I never received it.

    b. \_\_\_\_\_ I received an absentee ballot and returned it but my ballot was rejected.

    c. __✓__ I received an absentee ballot, returned it, received a confirmation of receipt, yet my vote was not counted.

    d. \_\_\_\_\_ I was not permitted to vote using a voting machine (a DRE) (circumstances below) and was not offered a provisional ballot even though I reside in the county in which the precinct was located where I tried to vote.

    e. \_\_\_\_\_ I was not permitted to vote using a voting machine (a DRE) (circumstances below) because I was told I was not a resident of the

PLTFS000214

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

f. \_\_\_\_\_ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

g. \_\_\_\_\_ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

h. \_\_\_\_\_ There were long lines at my polling location and I saw people leaving without voting.

i. \_\_\_\_\_ There were long lines at my polling location and I had to leave without being able to cast my vote.

j. \_\_\_\_\_ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

k. \_\_\_\_\_ Other – please explain - _____

_____

4. My individual circumstances are the following: **My son, Julien Christopher George, is currently living and attending Marist College in**

Florence, Italy. Julien requested and received an absentee ballot via e-mail. He also received an electronic ballot via e-mail. Julien cast his ballot for November 6th, 2018, election, and received a confirmation from Ralph Jones at Fulton County stating that his vote had been received and counted on October 31, 2018. Having checked the MVP website online for confirmation of his vote, the website states that Julien, in fact, had not returned his ballot. This is not true. Attached is a copy of the e-mail he received confirming receipt of his vote.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 12th day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the 12 day of November, 2018.

_____
Notary Public

Glen Paul Freedman
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires 11/5/19

# Heather Snyder

| | |
|---|---|
| **From:** | Elizabeth Conrad |
| **Sent:** | Monday, November 26, 2018 11:08 AM |
| **To:** | Heather Snyder; Leslie Bryan |
| **Subject:** | Fw: Ballot Request Received |

**From:** Lamarra George
**Sent:** Monday, November 26, 2018 10:55 AM
**To:** Elizabeth Conrad
**Subject:** Fwd: Ballot Request Received

Ms. Conrad, please see the email confirm receipt of Julien's ballot. Please let me know if there is anything else you need.

Thank you.

Lamarra George, CCR-2582.

(Julien George's mother)

----- Forwarded Message -----
**From:** Julien George
**To:** Lamarra George
**Sent:** Friday, November 9, 2018, 9:59:06 AM EST
**Subject:** Fwd: Ballot Request Received

---------- Forwarded message ---------
From: <electronicballot_noreply@sos.ga.gov>
Date: Wed, Oct 31, 2018 at 3:55 PM
Subject: Ballot Received
To:

Dear JULIEN CHRISTOPHER GEORGE,

We have successfully received your ballot for one or more upcoming elections via facsimile.

To find information regarding election dates and other general updates, please visit the Georgia Secretary of State's website for military and overseas voters at:
http://sos.ga.gov/index.php/elections/military_and_overseas_voting2.

If you need any additional information or assistance, please contact your county elections office at:

1

PLTFS000217

RALPH JONES
UOCAVA CONTACT, FULTON COUNTY
130 PEACHTREE STREET 2186
SW
ATLANTA, GA 30303 - 3460
4046127060 (phone)
4046123697 (fax)
[ELECTIONS.ABSENTEE@FULTONCOUNTYGA.GOV](mailto:ELECTIONS.ABSENTEE@FULTONCOUNTYGA.GOV)

Thank you for being a Georgia voter.

This e-mail is an automated notification and is unable to receive replies. Please communicate directly with your county election office. They will be happy to assist you with any question or concern you may have.