# EXHIBIT 54

| Sent: | Thu, 16 May 2019 21:54:55 +0000 |
| From: | Liza Conrad Case 1:18-cv-05391-SCJ    Document 451-54    Filed 06/29/20    Page 2 of 2 |
| To: | Liza Conrad ██████ @fairfightaction.com>, Hope Wollensack ██████ @fairfightaction.com> |
| Bcc: | |

**Subject:** Next steps: conversation with Leader Abrams 5/15

Fair19.xlsx

Dear community leaders,

Thank you so much for joining our conversation with Leader Stacey Abrams and Senator Freddie Powell Sims yesterday in Americus. We deeply appreciate your time and input.

As Leader Abrams shared, we are fighting for you and for Southwest Georgia. But, we need your help. **Can you please connect Fair Fight with 3-5 individuals who experienced any issue with voting or who have a story to share about voting?** These might be your neighbor, members of your church, coworkers, or friends. I've included a few ideas of how to go about this:

- Talk to folks in your community and explain to them how Leader Abrams is fighting for them. Their experience is important and can help the court end Georgia's suppressive practices. Share why this is important to you.
- Organize a meeting with these individuals at a home, church, library, etc., and we will come to take their stories.
- Or, just send me their contact information and we will follow up with the voters directly.
- We are happy to answer any questions folks have about Fair Fight, our lawsuit, signing a declaration, etc.

**All stories must be documented by June 15th in order to include them in our historic lawsuit.**

To continue building community, I have attached a spreadsheet with the contact information for everyone who attended. Please feel free to reach out to Hope Wollensack and me any time—we are at your service. My number is 703-887-8404. Hope is cc'd on this email and her number is 504-439-6649; she is leading local democracy reforms and is eager to partner with you to improve access to voting in your community.

Thank you again for your commitment and contributions to this work. Leader Abrams, Hope, and I look forward to partnering with you to fight voter suppression in South Georgia.

All the best,
Liza

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391
pending in the United States District Court for the Northern District of Georgia