# EXHIBIT 55

| | |
|---|---|
| **To:** | Kavi Vu▮▮▮▮▮@gmail.com] |
| **Cc:** | Marisa Pyle[▮▮▮@fairfightaction.com]; Hillary Holley[▮▮▮@fairfightaction.com]; Daniel Jackman[▮▮▮@fairfightaction.com] |
| **From:** | Liza Conrad |
| **Sent:** | Mon 02/24/2020 5:45:17 PM UTC |
| **Subject:** | Volunteering to document voters experiences in March |
| **Received:** | Mon 02/24/2020 5:45:19 PM UTC |

Hi Kavi,

How are? Hope that 2020 is off to a great start! We are in the midst of building out a team to document the March Primary and would love your help. Are you able to volunteer at all in March to document voters' experiences with Fair Fight Action? And do you know anyone else who might be interested in joining this effort? See below for more details and happy to chat if you have thoughts or questions!

All the best,
Liza

--

It's time: 2020 is here and on March 2, Georgians will start to cast their ballots for the March 24 Presidential Preference Primary. **Fair Fight Action needs volunteers to serve as declaration takers and declaration chasers during the March Presidential Preference Primary! You can sign up here.**

With your help, we can work to ensure that all eligible voters can make their voices heard, as well as learn how the election is being administered.

**Declaration Takers** will talk to voters who had issues or problems at the polls to get their stories. For this role, you will be either stationed outside of polling locations, speaking to voters as they leave, or you'll be calling voters to follow up with them after voting. Declaration takers' primary role is to **document voters' experiences**. Fair Fight Action will provide training to volunteers for this role. It can be done either remotely or in-person in GA.

**Declaration Chasers** will travel to voters to bring them a hard-copy declaration for them to complete after they have spoken to a Fair Fight team member. This process makes it easier for Georgians to share their voting experience. The primary role of Declaration Chasers is to **drive to voters so they can complete their declarations.** You must be physically in GA for this role.

For both roles, we're seeking volunteers available throughout the day, although you can choose which dates during Early Voting, on Election Day, and post-Election Day that you are available.

Voting starts in just over two weeks. Sign up now and thank you for helping to protect voting rights in Georgia!

Thank you for your commitment to voting rights across the state.

--
Liza Conrad
Director of Voter Protection, Fair Fight
▮▮▮▮▮

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-006187