# EXHIBIT 56

That sounds like a great space!
What if we reserve the room from 3:30-6pm? And the event would run from 4-5:30pm. We would share an overview of Fair Fight then hopefully collect stories on the spot.

Do you think this conflicts with work schedules too much?

We can also coordinate a meet and great or happy hour afterward?

Hope

On May 14, 2019, at 2:40 PM, Laura Walker ███@aol.com> wrote:

> Thank you, Hope! There are rooms at the library that are available for that date. Our library is centrally located, on bus lines, and is a familiar meeting place for many. Can I reserve it for this event? If so - what time period would you like?
> Laura

-----Original Message-----
From: Hope Wollensack ███@fairfightaction.com>
To: ███@aol.com ███@aol.com>
Sent: Tue, May 14, 2019 12:10 pm
Subject: Event Description

Hey Laura,

Below is a blurb for the event we discussed! Please edit as you see fit. We discussed having the event on June 14th, shortly after the June 9th outreach event.

---

**Did you experience difficulties voting in the 2018 election? Fair Fight wants to listen to your story.** Fair Fight wants to hear from voters, poll workers, and poll watchers in Muscogee County and surrounding areas who experienced or observed issues. If you waited in a long line, had issues with an absentee or provisional ballot, or more—we are here to listen and uplift your story.

- Date: June 14th
- Time: [please include]
- Location: [please include]

Fair Fight was founded by Stacey Abrams to combat voter suppression. In November, Fair Fight challenged Georgia's unconstitutional elections policies and procedures in a historic federal lawsuit against the Georgia Secretary of State and Board of Elections. Since then, we have uplifted the stories over 250 voters who experienced difficulties as part of our lawsuit. These stories are instrumental in understanding how voters were discouraged from voting and often disenfranchised across the state. Your story can help ensure that the votes and voices of the people of Georgia are heard.

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-005283