# EXHIBIT 57

| | |
|---|---|
| Bcc: | Randy Faigin David [████]@comcast.net] |
| To: | Keme Hawkins [████]@gmail.com] |
| From: | FFA Story |
| Sent: | Sat 09/28/2019 2:23:15 PM UTC |
| Subject: | Re: Change of Address on Voter Registration |
| Received: | Sat 09/28/2019 2:23:16 PM UTC |

Hi Keme--

I am so sorry this happened to you. Everything you wrote is incredibly helpful and powerful. It is terrible that you or anyone should be made to feel this way. It motivates me even more to make your experience the catalyst for change. If a well educated woman who is at the polls with another person can be made to feel this way, imagine the experience of a young mom who is by herself and holding a cranky baby.

I'm revising your declaration right now and have a few more question. I'm sorry to be a pain, but I think this is going to be a very powerful statement, and we want to make it as effective as possible.

Did your roommate also fill out the change of address card with USPS and update her voter registration? Did she also get a new drivers license with the new address around the same time as you?

Your declaration will be telling two different compelling stories. One is the harassment and feeling of powerlessness that you experienced. The other is the fact that two people in very similar, if not identical, situations were treated completely differently by the Board of Elections.

Thank you for your commitment to this process!

--Randy

---

From: Keme Hawkins [████]@gmail.com>
Sent: Friday, September 27, 2019 6:33 PM
To: FFA Story
Subject: Re: Change of Address on Voter Registration

Hi Randy,
Yes. My roommate moved in with me at the same time - May 2018. She did not live there before me. And we voted at the same location together. She received a yellow card.

The experience of voting in the runoff in July 2018 made me feel very uneasy. I felt targeted and slightly mocked. It was as if I had done something wrong or was going about the voting process incorrectly. I felt insecure and inept like there was some information that I was supposed to have but didn't have for some reason, even though I'd done nothing differently than what I'd always done when voting in Dekalb county. I also felt fearful of the police presence when the poll worker kept calling attention to my political affiliation by yelling "Democrat" and embarrassed when he made a big deal about me asking questions about the paper ballot I received. It was as if I was somehow doing something illegally or making a fuss - being disruptive or just ignorant of the process.

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-004815

When I saw the errant address on my voter registration I felt completely defeated and belittled. I felt as though my right to vote was taken from me. I felt incredibly vulnerable and personally attacked by the state government. The power dynamics in that were incredibly intimidating! I guess the word is powerless. I felt powerless.

Hope this helps.

Best,
Keme

Sent from my iPhone

On Sep 27, 2019, at 2:24 PM, FFA Story <Story@fairfightaction.com> wrote:

> Hi Keme--
>
> I'm working on your declaration and have a question. I apologize if you told me this last night and the information didn't make it into my notes. When you voted on July 24, 2018, did your roommate vote at the same time? If so, was she given a yellow card or a paper ballot? Did she move into your current residence in May 2018 at the same time that you did or had she already been at that address?
>
> Also, we like to conclude the statements from voters with a summary of how their experience has made them feel. Is there anything specific you would like me to say in the conclusion of the statement?
>
> Thank you!
>
> --Randy

**From:** Keme Hawkins <​@gmail.com>
**Sent:** Friday, September 27, 2019 8:36:35 AM
**To:** FFA Story
**Subject:** Re: Change of Address on Voter Registration

Hi Randy,

I am happy to know that my vote counted. It means a lot. I sincerely thank you for taking the time to call me yesterday, check my July 2018 vote and for all of the work you and the Fair Fight team are doing to help protect citizens' right to vote! God bless you!
I look forward to the next steps of verifying the statement. Also, I left a message with the voter protection hotline asking them to also verify my registration. I'd be happy to let you know their response.

All the best,
Keme

Sent from my iPhone

On Sep 27, 2019, at 7:01 AM, FFA Story <Story@fairfightaction.com> wrote:

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-004816

Hi Keme--

Thank you so much for taking the time to talk to me yesterday. I'm going to work on your statement today. I appreciate you sending me copies of your emails and correspondence with the DeKalb Board of Elections so promptly.

I checked your voting record in our database, and your vote in the July 24, 2018 primary runoff counted.

Thank you for your and your roommate's commitment to voting and voting rights.

--Randy

---

**From:** Keme Hawkins <@gmail.com>
**Sent:** Thursday, September 26, 2019 6:06:03 PM
**To:** FFA Story
**Subject:** Fwd: Change of Address on Voter Registration

To Randy:
Emails between Keme Hawkins and Wanda Drake at Deklab County re: Voter Registration address change.

---------- Forwarded message ---------
**From: Keme Hawkins** <@gmail.com>
Date: Tue, Sep 24, 2019 at 9:16 PM
Subject: Re: Change of Address on Voter Registration
To: Drake, Wanda <wmdrake@dekalbcountyga.gov>

Thank you so much Ms. Wanda for the speed and care with which you have handled this situation.

I just believe it is so important to be vigilant about confirming my voter registration especially with all of the news of voter purging and voter suppression happening in key battleground states like Georgia.

There are important election coming up and I want to make sure I am able to participate.

Please make sure you and your family as well as your community are also eligible to participate in their civic duties.

Thank you and God bless you!

Best,
Keme Hawkins, Ph.D.

Sent from my iPhone

> On Sep 24, 2019, at 5:28 PM, Drake, Wanda <wmdrake@dekalbcountyga.gov> wrote:
>

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-004817

> Good afternoon, Ms. Hawkins, attach is a copy of your registration card. The record has been updated. The original card will take 3 to 4 week for you to receive in the mail. If you need to contact me please feel free.
>
>
> Wanda Drake
> 4380 Memorial Drive, Suite 300
> Decatur, GA 30032
> 404-298-4028
> wmdrake@dekalbcountyga.gov
>
> -----Original Message-----
> From: Keme Hawkins [████████@gmail.com]
> Sent: Tuesday, September 24, 2019 4:40 PM
> To: Drake, Wanda
> Subject: Change of Address on Voter Registration
>
> Dear Ms. Wanda,
>
>
> My name Keme Hawkins
>
> I would like to change my address on my voter registration to:
>
> ████████████████████
> Chamblee, Ga 30341-2881.
>
> I also filled out a change of address form online with the reference number:
> ████
>
> I believe my address was fraudulently changed to an erroneous address of Peachtree Industrial Boulevard in an attempt to suppress my vote.
>
> Please make these changes as soon as possible.
>
> Thank you,
> Keme Hawkins
>
> Sent from my iPhone
> <hawkins .pdf>

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-004818