# EXHIBIT 59

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Courtney Benita Mitchell I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ███████████, Atlanta GA

3. I have reviewed the list below and I believe that my situation most closely fits into the category that I have checked:

   a. _____ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was not accepted.

   d. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) and was not offered a provisional ballot even though I reside in the county in which the precinct was located where I tried to vote.

   e. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) because I was told I was not a resident of the county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

PLTFS000671

f. \_\_\_\_\_ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

g. \_\_\_\_\_ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

h. \_\_\_\_\_ There were long lines at my polling location and I saw people leaving without voting.

i. \_\_\_\_\_ There were long lines at my polling location and I had to leave without being able to cast my vote.

j. \_\_\_\_\_ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

k. \_\_\_\_\_ Other – please explain - _____

_____

4. My individual circumstances are the following: I am a truck driver and cover the whole country. I went home specifically to vote. On November 1st I drove my big rig to Adamsville Recreation center and parked. I went to the door and saw people coming out because it was closed down due to no

PLTFS000672

power. Every other place around had lights. No signs were put on the door about the early closing. There were about 30 people in line behind me who also left. I did get to vote the following day.

5. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the ____ day of December, 2018.

*Courtney Benita Mitchell*