# EXHIBIT 60

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Hattie M. Allen. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Dekalb County and my address is ▮▮▮▮▮▮▮▮▮▮, Atlanta, GA 30316.

3. My individual circumstances are the following:

   a. My absentee ballot was rejected because I wrote my name as Hattie Allen instead of Hattie M. Allen. I called to report what happened, and it was arranged for me to be picked up after my doctor's appointment and walked me to the front of the voting line because I could not stand due to problems with my legs.

   b. I was then able to vote in person with no issue. Voting is very important to me.

4. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

PLTFS000632

6. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 6th day of November 2018.

                                            Hattie M. Allen

PLTFS000633