# EXHIBIT 61

# DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Mona Chase. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is ▮▮▮▮▮▮▮▮▮▮▮, Marietta GA 30067.

3. My individual circumstances are the following:

    a. Prior to election day I received an absentee ballot but decided not to use it because I was coming back into town and would be home for election day. On Election Day, I went in to my designated polling location to vote and told the officials I never used the absentee ballot.

    b. I was told that I either had to go back home to get the absentee ballot or that I would have to vote provisionally. I told the poll workers that I didn't have a ride back to my house and that I had destroyed the absentee ballot.

    c. I ended up voting with a provisional ballot at my designated polling location.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the ____ day of November, 2018.

_Mona Chase_
Signature

Sworn to and subscribed before me
This the 13th day of November, 2018.

_Jennifer L. Mosbacher_
Notary Public

My Commission Expires July 30, 2022

[Notary Seal: Jennifer L. Mosbacher, Notary Public, Cobb County, Georgia]