# EXHIBIT 62

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. I am Teri Coley Adams. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I reside at ▮▮▮▮, Cochran Georgia, 31014.

3. I voted early in the November 6, 2018, federal election in Georgia. I voted on or about October 17, 2018.

4. I voted for ▮▮▮▮ for governor.

5. As I was near completion of my voting, the synopsis page change my vote from ▮▮▮ to ▮▮▮.

6. When this happened, I restarted the process and again, my vote for ▮▮▮ was again changed to ▮▮▮ before my very eyes.

7. On the third time my ▮▮▮ vote was properly cast.

8. After hearing news reports that others were having problems, I reported what happened to me to the poll workers at the Bleckley County Courthouse, where I had voted. I let them know it was machine no. 2.

9. Their only response was "did it take your vote?"

10. I give this Declaration freely, without coercion and without expectation of reward.

PLTFS000355

11. I understand that in giving this Declaration, I am not represented by a lawyer, nor has any lawyer asked me to be their client or to serve in anyway other than as a witness in this litigation.

12. I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

This 13 day of November, 2018.

Teri Coley Adams

Sworn to and subscribed before me
This the 13 day of November, 2018.

Notary Public

PLTFS000356