# EXHIBIT 63

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Tiffany Alridge. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Henry County in Georgia and my residence address is ▮ ▮, Stockbridge, Georgia 30281.

3. My individual circumstances are the following:

   On two occasions when I was early voting, I picked a ▮ and the ▮ would be highlighted. This happened when I voted for ▮ and one other candidate. I told a poll worker who told me to go in and push it again. I reviewed my ballot at the end, and it showed that I had voted for ▮. I went back and chose ▮ I did not review my ballot again.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct.

r affiant sayeth not, this the 15th day of November, 2018.    Furthe

PLTFS000478

Signature: Tiffany Alridge

Sworn to and subscribed before me
This the 15th day of November, 2018.

_____
Notary Public



PLTFS000479