# EXHIBIT 64

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Cassandra Massiah. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia.

3. My individual circumstances are the following:

   While early voting, I chose a ▉▉▉ and it showed up ▉▉▉. I hit it again and it worked. This happened on three different occasions with three different candidates. I reviewed my ballot at the end, and it was correct.

4. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

   Further affiant sayeth not, this the 30 day of January, 2019.

   _Cassandra Massiah_
   Signature