# EXHIBIT 65

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Janie L. McGhin. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Lowndes County in Georgia and my residence address is ▬▬▬▬▬ Valdosta, Georgia, 31062.

3. I have been voting in Valdosta for at least twenty years. This election was very important to me.

4. I am a Registered Nurse Practitioner and have been a nurse for over 40 years. I taught RNs for seven years at Abraham Baldwin Agricultural College and taught other health care science classes for twenty-three years. I have seen so many patients who are suffering with chronic illnesses like diabetes and high blood pressure. They cannot afford their medication; it's medicine or food. My patients come first. This year, as I evaluated the candidates, I was inspired by candidates who I felt would protect my patients.

5. Moreover, I was upset that the Secretary of State was running for office while maintaining his job. What does it tell you if someone is running for office while holding their position? To me, it says that the system is unfair and put me on notice as I prepared to cast my ballot.

6. Finally, I was born in Mexico and raised in Texas. Brian Kemp's vitriolic anti-immigrant rhetoric and ads were offensive to me and to all immigrants. I have worked in migrant clinics and know how hard these people work. Nobody else wants to do their jobs. They are needed here.

7. For these reasons, I was invested in casting my ballot for ▇▇▇▇ and other ▇▇▇▇. During Early Vote, I went to vote at the Lowndes County Board of Elections.

8. I got to the machine and read through all the instructions, as I always do. When I finished, something in my brain said, "go back and check and make sure that everything is the way it's supposed to be." I hardly ever do this because I'm generally in a hurry. But, because this election was so important to me and because I had concerns about how it was being run, I reviewed my votes.

9. As I reviewed my votes, I noticed that two votes had flipped: my Lt. Governor vote had been switched from ▇▇▇▇ to the ▇▇▇▇ candidate, as had my vote for School Superintendent.

10. I fixed my voted for Lt. Governor and School Superintendent. I reviewed my votes again, and after seeing that they were correct, cast my ballot.

11. I was terribly upset. For years I've heard about issues with voting—people say the machines are rigged, etc.—and I assumed it was all talk. How could someone rig the machines. But then it happened to me!

12. I asked to speak to Deb Cox, the Elections Supervisor. I explained what happened to me. Ms. Cox dismissed my comment, saying that the machines had just been calibrated and were all correct. She looked at my hands and hypothesized that my long nails might have pressed the wrong button or the sweat on my hands had caused the machine to malfunction.

13. This was offensive. I have a cell phone and the screen is extremely sensitive. When I try to press the screen with my nail, it doesn't work. I have to press the screen with my finger. Further, my hands were not sweaty. Ms. Cox told me she would review the machine and call me to let me know what she found out.

14. As I was speaking with Ms. Cox, I observed another voter using the machine.

15. I never received a call from the Lowndes County Board of Elections.

16. I am still mad. I felt like Ms. Cox was implying that I did not know how to use technology. I am a Registered Nurse Practitioner. I have to do all my charting on the computer. I spend multiple hours a day using the computer, entering notes on my patients. Moreover, I use electronic medical equipment

such as electrocardiograms. I know that if I punch the wrong thing, I need to fix it. I had not pressed the wrong button. It was inappropriate for Ms. Cox to blame my long fingernails or perspiration when she should have just checked the machines.

17. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

18. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

19. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _10_ day of _May_, 2019.

_Jamie L. McShin NP-C, CDE_
Signature