# EXHIBIT 66

**Cc:** Luttrell, Barbara Ann [ ] @ppse.org]; [ ] @newgeorgiaproject.org] @newgeorgiaproject.org]; Stephanie Ali [ ] @acluga.org [ ] @acluga.org [ ] @acluga.org]; Melody Gilham [ ] @fairfightaction.com]; [ ] @newgeorgiaproject.org [ ] @newgeorgiaproject.org]; [ ] @newgeorgiaproject.org [ ] @newgeorgiaproject.org]

**To:** [ ] @ppse.org [ ] @ppse.org]; [ ] @acluga.org [ ] @acluga.org]; [ ] @newgeorgiaproject.org [ ] @newgeorgiaproject.org]; [ ] @prochoiceamerica.org [ ] @prochoiceamerica.org]

**From:** Hillary Holley

**Sent:** Tue 03/19/2019 11:36:26 PM UTC

**Subject:** HB 481 Press Conference

**Received:** Tue 03/19/2019 11:36:27 PM UTC

Hi Everyone,

(Sorry for this lengthy email--just want to give everyone as many details as possible)

First, I want to say Fair Fight Action is very excited to work with all of you. While we are a voting rights organization, we want to stand with our allies while they fight the consequences of stolen elections through voter suppression.

On this email, we have Planned Parenthood Southeast, NARAL Pro-Choice Georgia, the New Georgia Project Action Fund, and the ACLU of Georgia. Everyone has agreed to hold a joint press conference focusing on the negative, economic impacts of HB 481. The intention here is to put pressure on Georgia's business leaders and the Georgia Chamber of Commerce to come out against HB 481. Please note that Fair Fight Action is only working behind the scenes because we believe our presence would be a distraction from the ultimate goal of killing this bill.

Here is what we've put together. *These are all suggestions so please let me know if you any suggestions or concerns.*

**Press Conference**

HB 481 is Bad for Business and Georgia's Economy

Thursday, March 21st, 10 a.m.

Georgia State Capitol

**Here is a speaker list\* (this is only a list, not a line up):**

PPSE: Staci Fox, President and CEO

ACLU of GA: Andrea Young, Executive Director

NGPAF: Rev. Billy Honor and Dr. Stella Nunga

NARAL: Laura Simmons, State Director

*\*FFA is still gathering tech, film, and rural GA doctor surrogates*

**Logistics and Needs for TOMORROW**

- Each organization should send your desired logo to this email thread

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

- PPSE will send approved advisory and also send final to everyone on this thread. Once the advisory is sent, all organizations can then send to their press lists. (FFA have been tipping off national press. We will send the advisory as an FYI to friendly, national journalists and make it clear Stacey Abrams wont be attending).

- I believe PPSE plans on sending out advisory tomorrow afternoon.

- PPSE: Is Liliana still confirming exact location at Capitol? Let me know if FFA needs bring a portable podium and sound system.

- If everyone could send general talking points/toplines to the team, that would be great. We want to make sure we're covering everything.

## Logistics and Needs for THURSDAY

- We should all plan on getting to the Capitol at 9:30 a.m. to confirm ROS.

- Presser will begin at 10:05

- Will open up to Q&A (Barbara, Aimee, and Ana Marie, let me know if you have reservations)

- After presser, organizations can pull off and hold individual interviews with cameras and reporters.

Please let me know your thoughts and/or concerns. Thank you for reading through this email. I'm really excited about all of this and think it could make a difference.

Best,

Hillary

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia