# EXHIBIT 67



From: Hillary Holley
Sent: Fri 03/29/2019 2:42:32 PM UTC
Subject: REQUEST: Local Elected Officials Sign Onto Letter Opposing HB 481
Received: Fri 03/29/2019 2:42:33 PM UTC
Local Elected Official HB 481.pdf

All—

This is Hillary Holley, the Senior Organizing Manager for Stacey Abrams' new organization Fair Fight Action. We are currently helping our pro-choice allies fight Brian Kemp's anti-abortion bill, HB 481. As many of you may have read, this bill is one the most restrictive abortion bills in the nation. Many local and national businesses, film and television workers, actors and actresses have came out in opposition. However, **we believe that Speaker of the House Ralston and Governor Kemp should hear from Georgia's local elected officials because you all represent the people of Georgia. Will you please sign this letter opposing HB 481?**

Please respond to this email if you are interested in signing the letter attached. There is NO need to returned this letter signed. You can simply let me know I have permission to add your name, tell me your office title, and the city/town you represent.

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-005431

We believe the bill will come to a vote TODAY, so please respond to this email by NOON if you would like your name to be included.

Thank you for all of your help and representing the people the Georgia.

Best,

Hillary Holley

---

March 29, 2019

Honorable David Ralston
Speaker of the House
332 State Capitol
Atlanta, GA 30334

Governor Brian Kemp
206 Washington Street
111 State Capitol
Atlanta, GA 30334

Dear Speaker Ralston and Governor Kemp,

We as Georgia local elected officials, representing all regions of the state, are writing to urge you both to stop House Bill 481. Everyday, we witness Georgia's healthcare crisis and the drastic need to expand healthcare access. From maternal mortality, hospital closures, and too many Georgians without insurance, we find it disturbing that Georgia's General Assembly has made restricting healthcare access, rather than expanding, a legislative priority.

While we see the Film and Television Industry speaking out against this bill, which is appreciated, we know that you two want to hear from local Georgians. It is unconscionable that Georgia, rural Georgia in particular, continues to suffer after the both of you promised to put partisan politics aside and focus on growing Georgia's economy and overall well being.

As you know, there are dozens of counties that do not have single OB-GYN as well as several counties without a doctor at all. We urge you to listen to Georgia's medical industry. They treat and serve our constituents daily, leaving them knowing what is best, so with letters from the Medical Association of Georgia, Georgia Academy of Family Physicians, and 300 Georgia medical students all opposing HB 481, we simply do not understand why you would ignore these concerns. Rather than wasting taxpayers dollars on a bill that will lead to costly litigation, let us do Georgians a service and use those dollars to improve their lives.

We ask you to do what is best for the health of our constituents and stop pushing the divisive, expensive, and dangerous

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-005432

Written with Georgians on our minds,

Georgia's local elected officials

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391
pending in the United States District Court for the Northern District of Georgia

PLTFS-FFA-005433