# EXHIBIT 68

| | |
|---|---|
| Message | |
| **From**: | Shane Hamlin [shane.hamlin@ericstates.org] |
| **Sent**: | 5/22/2019 7:26:09 PM |
| **To**: | Alice P Miller [APMiller@dcboee.org]; Chris Piper [chris.piper@elections.virginia.gov]; Chrissy Peters [Chrissy.Peters@sos.mo.gov]; Christy Wilson [Christy.Wilson@sos.iowa.gov]; Clay Helms [Clay.Helms@sos.alabama.gov]; David Maeda [David.Maeda@state.mn.us]; dbecker@electioninnovation.org; Donald Kersey (DKersey@wvsos.com) [DKersey@wvsos.com]; Elaine Manlove (elaine.manlove@state.de.us) [elaine.manlove@state.de.us]; Erica Gaylon [erica.galyon@ky.gov]; Gail Fenumiai [Gail.Fenumiai@alaska.gov]; Holmes, Stuart [stuart.holmes@sos.wa.gov]; John Lindback [john.lindback@gmail.com]; Fuchs, Jordan [/o=SOS/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=63e837ca8be649339d45c3190e2872df-Fuchs, Jordan]; Judd Choate (Judd.Choate@SOS.STATE.CO.US) [Judd.Choate@SOS.STATE.CO.US]; Justin Lee [justinlee@utah.gov]; Linda Lamone (linda.lamone@maryland.gov) [linda.lamone@maryland.gov]; Mandi Grandjean [agrandjean@ohiosecretaryofstate.gov]; Mandy Vigil [Mandy.Vigil@state.nm.us]; Marci Andino [marci@elections.sc.gov]; Marks, Jonathan [jmarks@pa.gov]; Mary Wagner [maryc.wagner@maryland.gov]; Meagan Wolfe [Meagan.Wolfe@wisconsin.gov]; 'Petty, Janine' [jpetty@azsos.gov]; Reeves, Peggy [Peggy.Reeves@ct.gov]; Rob Rock [rrock@sos.ri.gov]; Sally Williams [williamss1@michigan.gov]; Sandvoss, Steve [SSandvoss@elections.il.gov]; Sherri Hadskey [sherri.hadskey@sos.la.gov]; Steve Trout [steve.trout@oregon.gov]; Wayne Thorley [wthorley@sos.nv.gov] |
| **CC**: | Anne Steele [Anne.Steele@sos.mo.gov]; Brandi Seskes [bseskes@ohiosecretaryofstate.gov]; Brian Leach [bleach@elections.sc.gov]; Brittany Westfall [Bwestfall@wvsos.com]; Harvey, Chris [/O=SOS/OU=GASOS/cn=Recipients/cn=wharvey]; Dupler, Barbara [bdupler@pa.gov]; Ericka Haas [ericka.haas@ericstates.org]; Gregory McBurney [gmcburney@sos.ri.gov]; Heidi Burhans [Heidi.Burhans@sos.iowa.gov]; Howard Snider [hsnider@elections.sc.gov]; James Heo [james.heo@elections.virginia.gov]; Joe Benson [jbenson@azsos.gov]; John Bennett [John.Bennett@sos.alabama.gov]; Julie Strother [julie.strother@state.mn.us]; Kathy Boockvar [kboockvar@pa.gov]; Kelly, Amy [AKelly@elections.il.gov]; Rayburn, Kevin [/o=SOS/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0d20faa4e37c493c884b6ddaaa5b7140-Rayburn, Kevin]; Lori Augino [Lori.Augino@sos.wa.gov]; Matthew Tlachac [mtlachac@ohiosecretaryofstate.gov]; Moser, Michael [micmoser@pa.gov]; Rick Retzman [rick.retzman@ericstates.org]; Sally Steffen [sally@steffen-law.com]; Sarah Whitt [sarah.whitt@ericstates.org]; Stacy Mahaney [Stacy.Mahaney@sos.mo.gov]; Terri Stroud [TStroud@dcboee.org]; Terri Williams [williamst9@michigan.gov]; Thomas, Kyle [KThomas@elections.il.gov]; Trish Vincent [Trish.Vincent@sos.mo.gov]; Wendland, Justus [JWendland@sos.nv.gov] |
| **Subject**: | Georgia's Membership and Public Announcement |

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Members,

I'm pleased to report that Georgia is now a member in good standing. Hurrah! To put a cherry on top this wonderful news, Sec. Raffensperger issued a media release this morning announcing their membership. We can all speak publicly about having them onboard.

Georgia's Member Representative, Deputy Secretary of State Jordan Fuchs, is on this email, as are Chris and Kevin. Feel free to officially welcome them.

-Shane

**Shane Hamlin** | Executive Director
ERIC | Electronic Registration Information Center
1155 F Street NW, Suite 1050
Washington, DC 20004
Mobile: (360) 789-0786 | Office: (202) 695-3464

www.ericstates.org