# EXHIBIT 69

## DECLARATION UNDER PENALTY OF PERJURY

### PURSUANT TO 28 U.S.C. § 1746

1. My name is Ngoc Anh Thi Tran. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia, and my residence address is ▇▇▇, Norcross, GA 30037. I am an almost 80-year-old Vietnamese immigrant and an American citizen who had a lot of trouble voting the 2018 General Election.

3. On November 1, 2018, a woman named Cam Ashling knocked on my door. She spoke Vietnamese and told me that she was assisting residents in my community with voting. She encouraged me to vote early.

4. I do not speak much English and had no idea where to go to vote. I was thankful that a woman who spoke Vietnamese came to encourage me to vote. That, along with Stacey Abrams, helped me decide that I should go vote. I liked Stacey Abrams and wanted to vote for her. Her round cheeks reminded me of myself. I have never felt like someone running for office represented me, which is why I have never voted before. With Stacey Abrams, I did. I wanted my first time voting to be for her.

5. Ms. Ashling volunteered to drive me to my polling location but wanted to first make sure I was registered to vote. When she checked the Secretary of State's website for my voter registration status, it said that my file was not active and to call the Gwinnett County Board of Elections. She then called the Gwinnett County Board of Elections. They found my file and said that I had to go in person to the Gwinnett County Board of Elections and prove my citizenship.

6. The Board of Elections said that my name was not exactly matched in the database. They also said that I was listed as a man when I am a woman. They said that I needed to show them my naturalization paperwork. I got that paperwork when I became a citizen, almost a decade ago. It was so long ago that I was worried I wouldn't be able to find the paperwork. Luckily, my husband knew where it was.

7. Ms. Ashling then took me in her car for the drive to Lawrenceville to the Gwinnett County Board of Elections We stopped for lunch on the way. We had to stand in line at the Gwinnett County Board of Elections, which took a large toll on my energy. I was tired and frustrated with how complicated it was for me to simply vote. After waiting for a little while, I was moved to the front of the line because of my age and we were able to talk to someone.

8. Ms. Ashling translated to me that my voter status wasn't valid because my name and gender were incorrect. Ms. Ashling explained that my name did not exactly match the

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-001119

voter registration records because one space was missing. The elections people looked at my citizenship documents and corrected my name and gender on the voting records so that I would be able to vote. As an American Citizen, I feel frustrated that my name almost kept me from being able to vote.

9. I then went to vote and had Ms. Ashling join me so that she could translate the ballot and guide me through the process. Eventually, I was able to cast my ballot. It took the entire day for me to be able to vote. Without Ms. Ashling's help, I would not have been able to vote for Stacey Abrams.

10. I give this Declaration freely, without coercion, and without any expectation of compensation or other rewards.

11. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in any way as anything other than a witness in this litigation.

12. I declare under penalty of perjury that the foregoing is true and correct.
Further affiant sayeth not, this the ____ day of _____, 2019.

_____
Signature
Ngoc Anh Thi Tran

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-001120

## DECLARATION UNDER PENALTY OF PERJURY

## PURSUANT TO 28 U.S.C. § 1746

1. Tên của tôi là Ngọc Anh Thị Trần. Tôi trên 18 tuổi và tôi có khả năng làm chứng tất cả điều trong tuyên bố này.

2. Tôi cư dân ở Gwinnett County, Georgia và địa chỉ nhà tôi là ▇▇▇▇▇▇, Norcross, GA 30037. Tôi là cụ sắp 80 tuổi qua Mỹ từ Việt Nam. Tôi là công dân Mỹ nhưng gặp rất nhiều khó khăn bầu cử trong cuộc tuyển ở Georgia năm 2018.

3. Ngày 1 tháng 11, 2018, một cô tên Cam Ashling gõ cửa nhà tôi. Cô ấy nói tiếng Việt và nói cho tôi biết là cô đang giúp người ở trong cộng đồng tôi đi bầu cử. Cô ấy khuyến khích tôi đi bỏ phiếu sớm.

4. Tôi không biết tiếng Anh nhiều và không biết đi bỏ phiếu ở đâu. Vì đó, tôi rất cảm ơn là có một người biết nói tiếng Việt đã tới khuyến khích tôi đi bầu cử. Lý do đó và cô Stacey Abrams đã giúp tôi quyết định đi bầu cử. Tôi thích cô Stacey Abrams và tôi muốn bỏ phiếu cho cô ấy. Má tròn của cô Stacey giống như của tôi. Từ trước đến nay, tôi chưa bao giờ cảm thấy người nào trong chính trị thật sự đại diện tôi cho nên tôi chưa bao giờ bầu cử. Nhưng với cô Stacey Abrams, tôi muốn. Lần đầu tiên tôi bỏ phiếu, tôi muốn bỏ phiếu cho cô ấy.

5. Cô Ashling tình nguyện chở tôi tới địa điểm bỏ phiếu, nhưng trước đó cô ấy muốn bảo đảm là tôi đã ghi danh bầu cử. Lúc cô ấy tìm tên của tôi trên mạng của Secretary of State, hồ sơ của tôi hiện ra đã hết hạn và nói tôi phải gọi Gwinnett County Board of Elections. Cô ấy gọi Gwinnett County Board of Elections cho tôi, và họ tìm ra hồ sơ của tôi. Họ nói chúng tôi là tôi phải ra văn phòng Gwinnett County Board of Elections để chứng minh quyền công dân của tôi.

6. Board of Elections nói là tên của tôi không có giống nhau chính xác trong cơ sở dữ liệu, và trong hồ sơ của họ đề là tôi là đàn ông trong khi tôi là đàn bà. Họ nói tôi phải đưa xem giấy tờ nhập tịch của tôi, nhưng giấy tờ đó tôi nhận được sắp mười năm trước cho nên tôi sợ là sẽ không tìm được nữa. May quá là chồng tôi nhớ để ở đâu.

7. Cô Ashling lái xe cô ấy chở tôi đi Lawrenceville tới Gwinnett County Board of Elections. Chúng tôi dừng lại ăn trưa trên đường. Chúng tôi phải xếp hàng chờ ở Gwinnett County Board of Elections, vì đó tôi đã mất nhiều số năng lượng. Tôi đã rất mệt và bực bội với sự phức tạp đối với một điều đơn giản giống như bỏ phiếu. Sau một

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-001121

lúc chờ trong hàng, tôi đã được chuyển trên phía trước vì tuổi của tôi và cuối cùng tôi được nói chuyện với một người làm ở office Elections.

8. Cô Ashling đã dịch cho tôi và giải thích cho tôi là tình trạng bầu cử của tôi đã bị sai vì tên và giới tính của tôi đã bị sai trong hồ sơ. Cô Ashling giải thích là tên của tôi đã thiếu một miếng cách chữ. Người làm ở office Elections so tên và giới tính của tôi trong giấy tờ nhập tịch của tôi và đã sửa lại trong hồ sơ tôi cho tôi được đi bỏ phiếu. Tôi rất bực bội vì tên của tôi đã sắp ngăn cản tôi được bỏ phiếu dù khi tôi là công dân Mỹ.

9. Sau đó tôi đi bầu cử và có cô Ashling đi theo để giúp tôi dịch phiếu và giúp tôi qua toàn bộ quá trình. Cuối cùng, tôi cũng bỏ phiếu được. Tôi mất nguyên cả ngày để bỏ phiếu. Nếu không có cô Ashling giúp đỡ, tôi sẽ không bỏ phiếu cho cô Stacey Abrams được.

10. Tôi tự do đưa ra tuyên bố này, không ai ép buộc, và không có bất kỳ kỳ vọng bồi thường hoặc phần thưởng nào cả.

11. Tôi hiểu rằng khi đưa ra tuyên bố này, tôi không có luật sư đại diện và không có luật sư nào đã yêu cầu tôi trở thành khách hàng của họ hoặc phục vụ dưới bất kỳ hình thức nào khác ngoài nhân chứng trong vụ kiện này.

12. Tôi tuyên bố theo hình phạt khai man rằng những điều đã nói ở trên là đúng và chính xác.

Tôi không nói thêm, ngày 28 tháng October, 2019.

ANH TRAN
**Ngọc Anh Thi Tran**

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-001122