# EXHIBIT 70

DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Carlos del Rio. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is ▬▬▬▬▬, Decatur, GA.

3. I am the Hubert Professor and Chair of the Department of Global Health at the Rollins School of Public Health at Emory University. I am licensed to practice medicine in the State of Georgia.

4. Attached as Exhibit 1 is my statement about my experience attempting to vote in DeKalb County. While I was ultimately able to cast my vote, it was a frustrating experience and I can only imagine the powerlessness that others less fortunate than I may have felt as they attempted to exercise a fundamental American right.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 15 day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the 15 day of November, 2018.

_Nancy Sterk_
Notary Public

**Nancy Sterk**
**NOTARY PUBLIC**
**Fulton County, GEORGIA**
**My Comm. Expires**
**06/15/2021**

PLTFS000364

On Tuesday November 6th I left home and drove directly to my customary polling place at Sagamore Hills Elementary. I got there by 6:50 AM and there was already a line outside waiting for the school to open. At 7 AM the school open and I got in line which was quite long and took close to 45 min to make it to where you complete your form. Afterwards I got in line to the table where they take your government issued ID. When I got there and they scanned my license (see below) they said that I was not registered to vote.



I told them that I was and actually pulled out my cell phone and went to the GA voter registration site (https://www.mvp.sos.ga.gov/MVP/mvp.do) where I entered my information and then showed them this screen:



They then stated that the problem was that my registration was with my last name as "del Rio" while in my driver's license my last name was "delrio" (no space) and that there was not a match. I told them then that the problem was that the GA DMV did not allow a space in the last name and thus DELRIO vs my name, which was actually DEL RIO. I also told them that I thought that the exact match ruling had been struck down. The volunteer doing the registration told me she was going to check with someone else and, when she returned, she told me "for this time we will allow you to vote".