# EXHIBIT 72

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Hank Bromley. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Chatham County in Georgia and my residence address is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Savannah, Georgia 31404.

3. My individual circumstances are the following: On election day, I worked as a volunteer giving voters rides to their polling stations. One of my passengers Doris Alexander, experienced great hardship when trying to vote. Specifically, Ms. Alexander applied for an absentee ballot but never received it. When we arrived to the polling location, she was told that because she was already issued a ballot she could not vote unless she had the absentee ballot with her. I asked if she could vote using a provisional ballot. We were told that they did not have any provisional ballots left. A poll worker had asked several hours earlier for more to be delivered; however, none had yet arrived. A poll manager made a call to headquarters to see if they could cancel Ms. Alexander's absentee ballot even though it was not physically present; it took two to three hours to get an answer. Headquarters did successfully cancel Ms. Alexander's absentee ballot, and she was able to vote using the voting machines. Although Ms. Alexander's issues were

remedied, I noticed that the polling station was located adjacent to Savannah State University, which is a Historically Black University. During my wait, several black students were told they were not on the list of registered voters and were denied access to the voting machines. Some were forced to vote using provisional ballots when additional ballots finally arrived. Others left without voting before the additional ballots arrived.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 15th day of November, 2018.

_____
Hank Bromley

Sworn to and subscribed before me
This the 15th day of November, 2018.

_____
Notary Public

KATHRYN G. SHELTON
Notary Public, Georgia
Chatham County
My Commission Expires
September 24, 2019

PLTFS000426