# EXHIBIT 73

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Carolyn E. Stephens. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I served as a Poll Watcher for the Democratic Party of Georgia on November 6, 2018.

3. The following are issues I observed when I was at the Cedar Shoals High School Polling Location:

   a. Voter One moved to Athens in 2017. He went to the Division of Motor Vehicles tag office on Lexington, Road and changed his voter registration on around March of 2017, so he could vote in Athens. On November 5, 2018 the night before the general election, he checked the Athens-Clarke Board of Elections website. It confirmed that he was registered to vote at Cedar Shoals High School polling station. On November 6, 2018 at the polling station, he was told that he could not vote at Cedar Shoals. When the poll manager called the Board of Elections, she told him that he would have to go to Lawrenceville (a one-hour drive), where he used to live, in order to vote. Because he had been given time off from work to vote, he had to return immediately to work without voting. He took a registration form and

PLTFS000043

said he would have to come back to complete a provisional ballot. I do
not know if he returned to vote.

b. Voter Two registered to vote before the registration deadline and more
than a month before Election Day. He received no notice of any
problem with his registration. When he arrived to vote, he found that
he was not listed on any voter rolls. He was unable to vote because the
poll manager could not get advice from a Board of Elections person
because no one answered her phone call. The poll manager asked
Voter Two to return at 2:00 p.m., by which time she thought she
would have been able to reach her supervisor who could tell her how
to advise him. He said he would return.

c. Voter Three mailed in her voter registration with her current and
correct address in Athens in September of 2018. She said she mailed it
directly from a U.S. Post Office to make sure it was correctly posted.
She knew registration closed in October. When she was at the Cedar
Shoals High School voting station on November 6, she was told that
she was registered to vote only in Milledgeville (her former home two
hours from Athens). She was not offered a provisional ballot. At first,
she indicated that she would drive to Milledgeville, but before she
left, she said that she was unlikely to be able to drive the 4 hours it

PLTFS000044

would require to vote. She did not vote. Her brother, who lives at her same address, is listed as Voter Four below. He was initially prevented from voting on Election Day.

d. Voter Four (the brother of Voter Three) had changed his voter registration to reflect his Athens address. When he attempted to vote at Cedar Shoals High School on Election Day, he was initially unable to do so. The poll manager called the Board of Elections who also talked with Voter Four. They told him that someone had entered his name into the system incorrectly (I think originally someone told him it didn't match his social security number). He was able to correct this mistake on the phone and he voted at Cedar Shoals after the phone conversation.

e. Voter Five said she was purged from the voter roll because she missed at least one electoral cycle. The voter had to leave to get to a doctor's appointment on time.  The poll manager asked her to return at 2:00 p.m. when she could complete a provisional ballot. I do not think she returned.

f. Voter Six arrived at the Cedar Shoals High School  polling location at 7:13 p.m. He told the poll manager that a person (name was stated) from the Board of Elections told him to get to Cedar Shoals High

PLTFS000045

School  by 7:30 and complete a provisional ballot. When I spoke with

him, I learned that Voter Six had  registered to vote two to three days

before the registration deadline ended. A man offered to register him

at the Athens Neighborhood Health Center near where Voter Six

works as a security guard. On election day, he was surprised to find

that he was not registered. He said he was frustrated and angry and

raised his voice when speaking with someone at the Board of

Elections. He insisted on being allowed to vote. The person told him

to complete a provisional ballot at  Cedar Shoals High School. He said

he called the emergency voter number, among others, in order to vote.

He completed a provisional ballot.

g.  Voter Seven moved to Athens, GA and voted at a Clarke County

voting station in 2016. At 6:45 p.m. she was told at the Cedar Shoals

High School  polling location that she was supposed to be in

Crawford, Georgia to vote. She said she had not lived in Crawford  for

the past two years.  The poll manager asked her to talk with someone

from the Board of Elections. Voter Seven told the Board of elections

representative that she had voted in Athens in 2016 and did not

understand the reason she could not vote there on election day.  The

person  acknowledged to Voter Seven that they had the record in their

PLTFS000046

system of her voting in Athens in 2016. They told her that when she went to the DMV on December 28, 2017, Oglethorpe County had "pulled you back in". Voter Seven told the poll workers that she had registered at the DMV on November 28, 2017 not December 28. Voter Seven told me she was concerned not only with the fact that they had an incorrect address in her registration but that they had the incorrect date on which she registered. She was not told that she could complete a provisional ballot. It was 6:45 and polls were closing at 7:00. I suggested she complete a provisional ballot even if it did not count after someone had a chance to review her dispute about registration. Voter Seven completed a provisional ballot at 6:55 p.m. on election day.

h.  I observed multiple people leave without voting throughout the day because of varied problems. Six of the seven voters that thought they were correctly registered to vote were African-Americans. The person who was not African-American voted after 7:00 p.m. Most of the voters with issues were not offered provisional ballots. I did not understand why people who claimed they had correctly registered as citizens of Athens-Clarke County were not advised to record their

PLTFS000047

votes on provisional ballots in case the registration errors were later assessed as County rather than voter mistakes.

    i.  Voters with whom I spoke to told me that they were being directed to drive 30 minutes, one hour, or two hours to another county to vote. As far as I could determine, provisional ballots were not being offered as alternatives to driving long distances when they believed they had registered correctly to vote where they live.

    j.  On the morning of the election, I reported that people were registering to vote when they were getting their driver's licenses from the Athens-Clarke County DMV. I realized during the day that they were describing the DMV county tag office on Lexington Road as the place where they registered to vote, not the driver's license office as I had originally reported. Multiple voters told me that their voter registrations were filed from the DMV office. A long-time poll worker told me that registering people to vote from the DMV office had resulted in voters with previous, rather than current addresses for voter registration. According to this poll-worker, this had been an on-going problem that they had been unable to stop.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

PLTFS000048

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the __13__ day of November, 2018.

_Carlyn E Stephens_
Signature

Sworn to and subscribed before me
This the _13th_ day of November, 2018.

_Carla Braswell_
Notary Public

**Carla Braswell**
**Notary Public, State of Georgia**
**Clarke County**
**My Commission Expires 02/11/2022**

PLTFS000049