# EXHIBIT 75

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Margaret Tyson. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Grady County in Georgia and my residence address is ▮ ▮, Cairo, Georgia 39828.

3. My individual circumstances are the following: I work for a small organization in Grady County. On election day, a polling precinct switched locations because it was being used as a FEMA disaster recovery center. The issue was that the only notification voters were given of the change was in the newspaper. The newspaper stated that everyone affected by the change had been notified by mail but that had not occurred. There was notice placed on the door of the former polling precinct, but that notice was one of four others and it did not give voters a clear indication of where the new polling place was. From 11:30 a.m. until approximately 7 p.m., my colleagues and I spent the day directing voters to the new polling place. This was disheartening because of all those affected by the change and had to be re-routed, 70% were people of color. At some point during the day, I called the Superintendent of Elections for Grady County to notify her of my concern that voters were being disenfranchised by the inadequately announced change in polling precincts. She informed me that they were going to send

someone over to redirect. To my knowledge, no one was ever sent. At the end of the day, we encountered at least 150 people who had to be redirected to the new precinct.

4. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 28 day of December, 2018.

Margaret Tyson

PLTFS000678