# EXHIBIT 76

FOR IMMEDIATE RELEASE

10/20/2015

**Secretary of State Brian P. Kemp Announces New Poll Worker Training Website**

ATLANTA - Georgia Secretary of State Brian P. Kemp launched a new poll worker training website today. The site, which can be accessed at georgiapollwokers.sos.ga.gov, contains over 60 minutes of interactive poll worker training videos, a comprehensive poll worker training manual, training tips, helpful links, legal references, and more. Additionally, the website is designed to serve as a tool to train poll workers, and is also available to anyone interested in learning more about the voting process.

While Georgia election law places the responsibility of training polling place officials on the county-level election officials, Secretary Kemp is committed to providing resources and suggesting best practices for these officials. When asked about the new website Secretary Kemp responded, "Poll Workers are so important. A poll worker is the last person a voter interacts with before they enter the voting booth to cast a ballot. Ensuring that a poll worker is properly trained is county election superintendents' responsibility, and I know that they take that responsibility seriously. This office is devoted to assisting them with that training obligation."

The user friendly and intuitive design of the website is intended to accommodate all skill levels. The website offers a wide variety of resources, but the highlights of the site are the 18 interactive training videos and a revised poll worker training manual. The topics covered include: qualifications of poll workers, campaign activity, ADA voters with disabilities, Primary and General Elections, emergency preparedness, prohibited activity, poll watchers, opening of polls, election paperwork, voter certificates, supplemental voters list, ExpressPoll and electors lists, line management, photo ID, provisional ballots, and closing of the polls.

The Secretary of State is committed to provide the most up-to-date information for poll worker training in advance of the 2016 Presidential Election Cycle. The new website serves as an update to the previous poll working training video and poll worker training manual.

Brian Kemp has been Secretary of State since January 2010. Among the office's wide-ranging responsibilities, the Secretary of State is charged with conducting secure, accessible, and fair elections, the registration of corporations, and the regulation of securities, charities, and professional license holders.

###