# EXHIBIT 77

**To:** Cam T. Ashling [@gmail.com]
**From:** Cam T. Ashling [Case 1:18-cv-05391-SCJ   Document 451-77   Filed 06/29/20   Page 2 of 2
**Sent:** Thur 04/11/2019 9:34:34 PM UTC
**Subject:** Georgia's Voting Machine 'Reform' Is a Threat to Free and Fair Elections
**Received:**          Thur 04/11/2019 9:34:41 PM UTC

Dear Friends and Supporters,

Please sign our popular petition addressed to Chairman Elijah Cummings of the House Oversight Committee and Representative Jamie Raskin of the Civil Rights and Liberties Committee asking them to investigate Georgia's new flawed election machines to replace the same flawed machines through the enactment of HB316. This new statute mandates easily hackable and untrustworthy electronic ballot marking devices (BMDs) with unreadable and unverifiable paper trails with bar codes to count your vote. They are not audible or verifiable. Overwhelming expert testimony and documentation adduced at many prior hearings conclusively show that these BMD's are a very bad idea, unsafe and can change election results. They likely have been! Help us stop GA from having another 10 years of easily tampered with voting machines. Sign the petition now! Even Sara Riggs Amico, the former LT. Governor candidate signed it because these BMDs machines lost 127,000 votes in her race in 2018. Yes, votes went missing or just got deleted.

chng.it/wkgd7TM86X

We have 9,462 signatures and we only need 538 more to reach 10,000 for Congresswoman Lucy McBath of Georgia to hand deliver our letter and petition to Chairman Elijah Cummings! They know this petition is coming and they are waiting for it! If you have already signed it please SHARE it or TWEET it for us! Democracy needs you now!
Georgia's Voting Machine 'Reform' Is a Threat to Free and Fair Elections
https://rewire.news/article/2019/04/03/georgias-voting-machine-reform-is-a-threat-to-free-and-fair-elections/

Regards,
**Cam T. Ashling, CFP®, CAIA**
Chair/Treasurer
Direct: 4 [redacted]

Georgia Advancing Progress Political Action Committee (GAP PAC)
Visit us at www.gappac.org
Donations Payable to: Georgia Advancing Progress PAC
Mailing Checks: c/o Cam T. Ashling
3809 Wieuca Rd., NE, Atlanta, GA 30342
PayPal Address: gappacinc@gmail.com
*General Correspondence: P.O. Box 19145, Atlanta, GA 31126*
Facebook: https://www.facebook.com/GAPPACInc/

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391
pending in the United States District Court for the Northern District of Georgia