# EXHIBIT 79

# Making an Application for By Mail Absentee Ballot

## When must the ballots be available?
### O.C.G.A. § 21-2-384

- Absentee ballots must be ready for voting not more than 49 days but not less than 45 days prior to any presidential preference primary, general primary other than a municipal general primary, general election other than a municipal general election, or special primary or special election in which there is a candidate for a federal office on the ballot. O.C.G.A. § 21-2-384(a)(2)
- **Absentee ballots for municipal elections must be ready for voting at least 22 days prior to any municipal primary or general election.**
- In the case of runoff elections, absentee ballots must be made available as soon as possible.
- In case of special elections  or special primaries, within 3 days after receiving absentee ballots but no earlier than 22 days prior to the election, the ballot must be mailed and also be available for in person voting.
- **The election superintendent is responsible for preparing absentee ballots and supplies for delivery to the registrar or absentee ballot clerk.**
- *No absentee ballot can be mailed or voted in office the day prior to an election.*

Absentee Ballot Procedures

CONFIDENTIAL

Georgia Election Official Certification

STATE-DEFENDANTS-00008136

# Processing By Mail Absentee Ballot
## O.C.G.A. § 21-2-381, O.C.G.A. § 21-2-384

**10**

- If the person is not registered, the absentee ballot clerk shall immediately mail a voter registration application to the person.

- **No absentee ballot shall be mailed to an address other than the permanent mailing address provided on the elector's registration record or a temporary out of county or out of municipality address, except in the case of a physically disabled elector.**

- Enter date received on the application

- In order to be found eligible to vote an absentee ballot by mail, the registrar or absentee ballot clerk shall compare the identifying information on the application with the information on file in the registrar's office and, if the application is signed by the elector, compare the signature or mark of the elector on the application with the signature or mark of the elector on the elector's voter registration card

- Municipal Election Superintendents must provide a copy of the absentee ballot application to the county registrar immediately so that the signature on the absentee ballot application can be compared to the signature on the voter registration application.

**Absentee Ballot Procedures**

CONFIDENTIAL

# Georgia Election Official Certification

STATE-DEFENDANTS-00008137

# Processing By Mail Absentee Ballot
## O.C.G.A. § 21-2-381, O.C.G.A. § 21-2-384

**11**

- If found eligible, the absentee ballot shall be mailed to the elector, including a mailing envelope for the absentee ballot, and the uniform instructions for the specific voting system used.

- If additional information is needed, a letter should be written immediately.

- If a person is found ineligible, he or she must be notified in writing immediately of the rejection and the reason for the rejection. A copy must be retained for at least one year.

**Absentee Ballot Procedures**

CONFIDENTIAL

**Georgia Election Official Certification**