# EXHIBIT 80

# Processing By Mail Absentee Ballot

## What happens when a voted absentee ballot is returned?
## O.C.G.A. § 21-2-386

- Record date and time received

- The registrar compares the identifying information on the oath with information on file in the office; shall compare the signature or mark on the oath with the signature or mark on the voter registration card and the absentee ballot application or facsimile for validity.

- If validated, sign below the elector's oath.

- Add to absentee numbered list of voters.

- If a ballot is rejected, write 'rejected' on the envelope along with the reason for the rejection. The board of registrars or absentee ballot clerk shall promptly notify the elector of such rejection, a copy of which notification shall be retained in the files of the board of registrars or absentee ballot clerk for at least two years.

- All ballots, certified and rejected, shall be kept safely and unopened prior to the closing of the polls on the day of the election unless prior notice has been provided.

**Absentee Ballot Procedures**

**Georgia Election Official Certification**

CONFIDENTIAL    STATE-DEFENDANTS-00008139