# EXHIBIT 81

# DECLARATION UNDER PENALTY OF PERJURY
# PURSUANT TO 28 U.S.C. § 1746

1. My name is Norman Broderick. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is ▮ ▮ Powder Springs, GA 30127.

3. I am retired military. I was in the military for 24 years and I have voted absentee before, while being stationed overseas.

4. For the 2018 Georgia General Election, I could not exercise my right to vote due to unacceptable errors from elections officials.

5. I tried to vote absentee. I filled out all of my forms correctly, and I sent them in on time. But my ballot arrived at the wrong address, and elections officials would not resolve the situation.

    a. I work at the Shaw Air Force Base in Sumter, SC, so I knew I needed to vote absentee this election cycle. I submitted an application for an absentee ballot well in advance of the election.

    b. I went to the Cobb County Elections website. I designated my residential address as one in Georgia and my mailing address as one in South Carolina to ensure that the ballot was sent to me.

    c. I typed the form myself to ensure there were no mistakes. I emailed it in per the website instructions.

PLTFS000610

d. Later, my wife checked the mail at our home in Georgia and informed me that my ballot had arrived at my address in Georgia, instead of my address in South Carolina.

e. I clearly indicated that the ballot needed to be sent to South Carolina.

f. At that point, I knew that I did not have time to return to Georgia to vote before Election Day, and I hoped to find a resolution for the issue with the Cobb County Board of Elections.

g. I emailed the Cobb County officials to let them know I was disappointed with the process and that I wanted to file a grievance. I then visited the Cobb County Board of Elections website to file a grievance detailing my issue.

h. On the Saturday after the election, November 10, I received a call back.

i. An elections official informed me that they indeed made a mistake with my ballot and that, unfortunately, I would not be able to vote this cycle.

j. She acknowledged that the elections officials had failed on their end. They committed an error by mailing my ballot to the incorrect location.

PLTFS000611

   k. She stated that after they receive the absentee ballot application, the ballot issuance process involves three separate people who verify that the information is correct.

   l. Through three stages of the process, all three people, tasked with verifying the correct information, failed to ensure that my absentee ballot would be sent to the proper address.

   m. The elections official informed me that a resolution would not be possible and that my ballot would not be counted.

   n. I have copies of my application to vote absentee and the chain of email correspondence with the Cobb County Board of Elections.

   o. As someone who served for decades in our military, the fact that my absentee ballot was mishandled by elections officials is unacceptable.

   p. I did everything I needed to do to vote on my end, only to watch as my right to vote was taken away from me this election cycle.

6. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

7. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

8. I declare under penalty of perjury that the foregoing is true and correct.

PLTFS000612

Further affiant sayeth not, this the 6 day of December, 2018.

*Norman Broderick*
Norman Broderick

PLTFS000613