# EXHIBIT 82

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Jade Allen. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ▬▬▬▬▬▬▬▬ College Park, Georgia 30337.

3. I am a student at Lane College in Jackson, Tennessee. At the time of the 2018 election, I was a junior studying mass communications.

4. In September 2018, my mom texted me and told me to apply for an absentee ballot for the November election. I applied for an absentee ballot on line in September and requested that the ballot be sent to my address at college since it was during the school semester.

5. I did not receive the absentee ballot and checked with the mail room at my college to make sure it had not been misplaced. I received other mail at my school mail box so I knew the mail system was working.

6. I called the Voter Protection Hotline the first week of October since I still had not received an absentee ballot. The hotline volunteer called the Fulton County Board of Elections with me on the phone. During our three way call, the person at the Board of Elections looked me up and said she could see my request for an absentee ballot and said that they had sent it.

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-001130

7. The Board of Elections said that they would send me another absentee ballot but that it might not get to me in time for me to return it by the deadline for voting. This phone call took place on a Friday and the Board of Elections would not be able to send the ballot until the next week. The person at the Board of Elections told me I should send the absentee ballot back express mail to make sure it arrived in time.

8. I checked my college mail box regularly after talking to the Board of Elections, but never received an absentee ballot. I was unable to vote in the 2018 election.

9. I voted for the first time in the 2016 presidential election. I wanted to vote in the 2018 election in Georgia because my mom had always stressed the importance of voting and having my voice heard. She taught me that voting is something we just have to do.

10. I tried to vote in the November 2018 election and am frustrated that I was not able to. This is especially disappointing because it was a close election and my voice was not heard.

11. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-001131

12. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

13. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 29 day of August, 2019.

Signature
Jade Allen

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS-001132