# EXHIBIT 83

## DECLARATION UNDER PENALTY OF PERJURY

1. My name is Margot Fumo and I am over 18 years of age and competent to testify about the matters contained herein.

2. I understand that this Declaration is intended for use in litigation involving the conduct of the 2018 general election.

3. I reside in Fulton County, Georgia but I am a student in college in South Carolina. Because I would not be in the state on election day, I applied for and received an absentee ballot.

4. I completed my ballot and mailed it back on October 18th. But, even now, there is no record on the Secretary of State's "My Voter" page to tell me what happened to my ballot so I have no way of knowing whether it was counted or not.

5. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation,

7. Pursuant to 28 U.S.C. §1746, I declare that the foregoing is true and correct.

This the 24 day of November, 2018

_Margot Fumo_
Margot Fumo

PLTFS000563