# EXHIBIT 84

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Stasha D. Thaxton. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is ▮▮▮▮▮▮▮▮▮▮, Lithonia, GA 30058.

3. I am a registered voter in Georgia. This was my first time voting and I was excited to vote.

4. I requested an absentee ballot in September and received one in the mail.

5. After I completed the ballot, my mother mailed it at the same time as her own absentee ballot.

6. My mother's ballot was received on October 29, 2018. My ballot, however, has not been received or counted, according to the the Georgia Secretary of State's "My Voter Page" website.

7. I do not understand why my ballot was not processed and counted. My excitement to vote has turned to skeptisicm. My vote should be counted.

8. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

9. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

10. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 15 day of December, 2018.

*Stasha Thorn*
Signature

PLTFS000631