# EXHIBIT 86

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Natalya Kelly. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is ███████████████ Stone Mountain, Georgia 30087.

3. I received an absentee ballot and returned it, but my ballot was rejected.

4. My individual circumstances are the following: I requested an absentee ballot and after over a month and a half, I never received it. I called my local electoral office and was informed that there were issues with postage and mailing. I believed this to be a ridiculous excuse as to why I never received my ballot because I live very close to the electoral office. After speaking with the manager, I was able to get the original absentee ballot cancelled and a new one sent to my residence. My new absentee ballot came twenty-four hours before election day. I quickly filled it out and mailed it back. Shortly after, I went to the My Voter Page website to verify that my absentee ballot was received and counted. The status stated that it was rejected for insufficient oath information. I called my local electoral office for clarification on what the status meant. The representative informed me that it meant I did not put a date of birth or address on the ballot. I know for a fact that I wrote my address on the ballot and signed it before sending it back. I

PLTFS000804

will admit that I did not recall seeing a space to put my date of birth. However, as I informed the representative, this is unsettling because had I received my original absentee ballot in time, I would have had enough time to cure any deficiencies. I asked her if my ballot would be counted, despite the fact that I did not include my date of birth. She could not answer that question. I am afraid that my vote will not be counted due to a harmless error.

5. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the __ day of December, 2018.



Natalya Kelly

PLTFS000805

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Natalya Kelly. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is ███████████████ Stone Mountain, Georgia 30087.

3. I received an absentee ballot and returned it, but my ballot was rejected.

4. My individual circumstances are the following: I requested an absentee ballot and after over a month and a half, I never received it. I called my local electoral office and was informed that there were issues with postage and mailing. I believed this to be a ridiculous excuse as to why I never received my ballot because I live very close to the electoral office. After speaking with the manager, I was able to get the original absentee ballot cancelled and a new one sent to my residence. My new absentee ballot came twenty-four hours before election day. I quickly filled it out and mailed it back. Shortly after, I went to the My Voter Page website to verify that my absentee ballot was received and counted. The status stated that it was rejected for insufficient oath information. I called my local electoral office for clarification on what the status meant. The representative informed me that it meant I did not put a date of birth or address on the ballot. I know for a fact that I wrote my address on the ballot and signed it before sending it back. I

will admit that I did not recall seeing a space to put my date of birth. However, as I informed the representative, this is unsettling because had I received my original absentee ballot in time, I would have had enough time to cure any deficiencies. I asked her if my ballot would be counted, despite the fact that I did not include my date of birth. She could not answer that question. I am afraid that my vote will not be counted due to a harmless error.

5. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the __ day of December, 2018.

Natalya Kelly