# EXHIBIT 87

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Dinesh Chandra. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia and my residence address is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Lawrenceville, GA 30044.

3. I am 72 years old and voted by absentee ballot so that I would not have to stand on a long line to vote. I returned my absentee ballot on November 5, 2018 in person to the Gwinnett County Board of Registration and Elections office located at 455 Grayson Highway, Lawrenceville, Georgia. After arriving at the Board of Elections office, I handed my ballot to the person at the desk. The person at the desk asked me to sign a sticker they put on the envelope and I did so. The person then took my ballot to another room to compare my signature with the signature they have on file for me. After approximately five minutes, the employee returned and told me that the signatures matched. The employee told me that there was nothing else I needed to do to make my ballot count. No other instructions were given to me. On November 8, 2018, I learned that my absentee ballot was rejected because it was missing the year of my birth. On the same day, I went to the same Board of Elections office and explained that my ballot was not counted

because it was missing the year of my birth. I was told that nothing could be done to correct the error and my ballot would not be counted. I believe that since my signature matched and the rest of my information was on the ballot, my ballot should be counted.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the ____ day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the ____ day of November, 2018.

_____
Notary Public

