# EXHIBIT 88

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Maya Cross. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am registered to vote in DeKalb County in Georgia and my registered address is ▮▮▮▮▮▮▮▮▮, Avondale Estates, GA 30002.

3. For the 2018 Georgia General Election, I attempted to vote absentee, but I was subjected to a very frustrating and flawed process. Despite doing everything I could to cast my ballot, I was deprived of my right to vote.

   a. I am an absentee voter because I am a temporary overseas resident. I am in my third year as a volunteer with the United States Peace Corps in Colombia.

   b. Attempting to vote absentee in the 2018 General Election was a very difficult process for me.

   c. To begin, I mailed my absentee ballot request on October 2nd from Colombia to Georgia through the U.S. embassy. The mail arrives to Washington D.C. through the diplomatic pouch and is then transferred to USPS for delivery to Georgia.

   d. In my absentee ballot request I asked that my absentee ballot be emailed to me. I waited a couple of weeks and did not receive any

PLTFS000637

email from DeKalb County. On October 23rd, I took it upon myself to call DeKalb County internationally through Skype.

e.  DeKalb County officials told me that they didn't know anything about my request, but nonetheless decided to email me my absentee ballot the same day.

f.  The possibility exists that my absentee ballot request got lost in the mail, but I doubt it. If I had not been willing to expend my time and resources to call DeKalb County, after weeks of not receiving my ballot, I would have not even had the chance to vote.

g.  I filled out my absentee ballot and mailed it from Colombia through the Embassy on November 1. My ballot followed the same process as my ballot request, first going to Washington through the diplomatic pouch and then to Georgia through USPS.

h.  On November 10, I started email correspondence with DeKalb County as the Secretary of State's My Voter Page did not indicate that my ballot had been received. On November 15, I was told by Dekalb County that from the Colombian embassy an absentee ballot should only take a week to arrive.

i.  On December 4, I again checked the My Voter Page and my ballot was listed as rejected. The page seems to claim that my ballot was

PLTFS000638

received on November 19, and since that was after the deadline, my vote was never counted.

j. Having to deal with this process internationally has been very stressful. I am lucky that as a Peace Corps Volunteer, I have a schedule flexible enough to allow me to spend hours investigating and calling to make sure that my voice is heard.

k. What about those who have a less flexible work schedule? What about those who have children and don't have hours to spend online trying to figure if their voice was actually heard? What if I hadn't had the time or the energy to call DeKalb County internationally after I didn't receive the absentee ballot?

l. I am deeply angry that my vote was not counted. I did everything I could on my end to exercise my right to vote, and I believe my right to vote was taken away from me.

m. The difficulty I had voting absentee as an eligible Georgia voter, and the fact that my vote was not counted, is completely unacceptable.

4. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

PLTFS000639

5. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 28 day of December, 2018.

Maya Cross

PLTFS000640