# EXHIBIT 89

# Absentee Provisional Voting: Voters Without Proper Identification

An elector who registered by mail (IDR) for the first time in Georgia and returned an absentee ballot WITHOUT providing appropriate identification must cast an absentee provisional ballot.

- This applies to ALL elections, including municipal
- The code for this type of voter is IR.

If an elector listed as IDR does not provide appropriate identification by Election Day his/her ballot will be treated as a provisional ballot and the following steps will be taken:

> 1. Place these ballots on an absentee provisional numbered list of voters.
> 2. At the close of the polls, the Registrar or absentee ballot clerk will deliver these ballots to the Election Superintendent.
> 3. The Election Superintendent will note the number of ballots on the absentee ballot recap form.
> 4. The Election Superintendent will maintain these ballots in a secure container.
> 5. If the Registrar or absentee ballot clerk receives the required identification from the elector within the time frame specified by law the ballot will be counted. The Registrar or absentee ballot clerk will provide the Superintendent with a list noting which ballots are to be counted and which have been rejected.
> 6. The Superintendent will count the accepted absentee provisional ballots.

- An IDR voter is permitted to return their identification in the outer envelope of the absentee ballot.

**Absentee Ballot Procedures**

**Georgia Election Official Certification**

CONFIDENTIAL   STATE-DEFENDANTS-00008147