# Exhibit 90

## Documents Provided Via Flash Drive Due to Size