# EXHIBIT 93

## DECLARATION UNDER PENALTY OF PERJURY

1. My name is Delaney Powers. I am over 21 years of age and competent to testify to the matters contained herein. I reside at ▉▉▉▉▉▉▉▉▉▉, Woodstock, Georgia located in Cherokee County. I am a disabled veteran and use a service dog in my daily life.

2. On October 17, 2018, in advance of the November 6, 2018 General Election, I went on-line to voter.org to check my registration status and that of my husband, Clifford Rainey, Jr.

3. In looking on voter.org, I saw that we were both registered to vote and that our address was shown as ▉▉▉▉▉▉▉▉▉▉, Woodstock, Georgia. And, it showed our polling location was the Mill Creek Middle School on Arnold Mill Road, in Woodstock.

4. On November 6, Election Day, my husband and I took our eight-year old son and my service dog with us to vote at the Mill Creek Middle School. My husband had taken off a half-day from work for the specific purpose of voting.

5. We arrived at the polling location at about 3:00 p.m. There was not much of a line and we presented our identification to a poll worker. The poll worker checked my husband's registration, told him it was acceptable, and handed him a yellow access card. My husband entered a voting booth and cast his ballot.

6. When I presented my identification, however, I was told that my address on file was 112 Little River Drive and that I could not vote at that location. They told me I had to go to the First Baptist Church of Woodstock in order to be able to vote.

7. I have never lived at 112 Little River Drive. In fact, I had never heard of Little River Drive. I was never offered the opportunity to cast a provisional ballot at the Mill Creek

Middle School and I had no idea that casting such a ballot was an option. I now understand that had I been afforded that opportunity – even if I resided on Little River Drive – I would have been able to vote and my vote would have been counted in all races for which I was eligible to vote (including all of the state-wide races).

8. I was, however, determined to vote in this election so, instead of casting a provisional ballot, my husband, my son, and my dog went to the First Baptist Church – about fifteen minutes away. When we arrived there, we had to wait at least thirty minutes in order for me to vote. By that time, my dog had been working all day and I had to leave him in the car.

9. Ultimately, I was able to cast my vote but I felt like there were impediments at every turn including the inexplicable changing of my address.

Further affiant sayeth not, this the 9th day of November, 2018.

*Delaney Powers*
Delaney Powers

Sworn to and subscribed before me
the 9th day of November, 2018.

*Glen Paul Freedman*
Notary Public

Glen Paul Freedman
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires 11/5/19

PLTFS000074