# EXHIBIT 95

# DECLARATION UNDER PENALTY OF PERJURY
# PURSUANT TO 28 U.S.C. § 1746

1. My name is Michael William Bell. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, MARIETTA, GA, 30060.

3. My polling place is LABELLE ELEMENTARY SCHOOL-FO04, 230 CRESSON DR., MARIETTA, GA, 30060.

4. For the 2018 Georgia General Election, my mother and I did not receive the absentee ballots we requested before showing up to our polling place on Election Day, November 6. I was forced to cast a provisional ballot instead of a regular ballot at my polling place.

    a. My mother and I each requested our absentee ballots in October. According to MVP on the Secretary of State's website, my ballot request was received and issued on 11/2/18. Since we had not received our absentee ballots by Election Day, we decided to go vote in person.

    b. We went to vote at our polling place, LABELLE ELEMENTARY SCHOOL, arriving around 7 am and waiting around 2 hours to get to the front of the line. We showed our IDs to the poll worker.

c. The poll worker examined a paper, presumably a record of absentee ballot requestors, and determined that we had requested absentee ballots. The poll worker asked us if we had our absentee ballots with us, but we did not. We were both told by the poll worker that everything was ok with our ballots. We were not offered provisional ballots or electronic voting. We were confused by the poll worker's response since we had not submitted our absentee ballots.

d. We felt brushed off by the poll worker and subsequently left. On our own volition, we returned to Labelle Elementary School around 6 pm since we were suspicious about our earlier interaction and inability to vote in person. We again waited in line about 2 hours. When my mother approached the poll worker, my mother told the poll worker that she should be able to vote provisionally.

e. The poll worker called Cobb Board of Elections or the Secretary of State, and afterwards we were directed to the provisional ballot voting line. Only one woman was working the provisional voting line.

f. We cast our provisional ballots and were not given receipts. We were not told to contact Cobb Board of Elections within 3 days if their ballot needed curing. As of 11/13/18, Cobb County has not contacted us about our provisional votes. We do not know if our ballots were

counted or not. My absentee ballot eventually arrived, after Election Day, November 6, 2018.

    g. My mother and I were prevented from casting regulars ballots at Labelle Elementary. Instead, we were forced to cast provisional ballots after a lengthy, confusing, tiring process.

5. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 18 day of November, 2018.

*Michael William Bell* (signature)

Michael William Bell