# EXHIBIT 96

## DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746

1. My name is Allen Burleson. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Cobb County and my address is ███████ Marietta, GA 30066.

3. My individual circumstances are the following:

    a. My wife and I both went to the DMV to get our voter registrations changed to match our driver's licenses in our county after we moved. She and I did the exact same thing at the DMV, no difference.

    b. On Election Day, I arrived around 9 a.m. to vote at Beautiful Savior Church with my wife and waited approximately 20-30 minutes to get to the front of the line. My wife entered first and was able to vote electronically without an issue.

    c. I showed my license to the first poll worker and I was allowed to enter the location. I believe the poll worker was checking to make sure I was in the right precinct by "eye balling" it. I arrived at the next poll worker and gave him my license. The poll worker said that I was in the wrong precinct and had to vote provisionally.

PLTFS000765

d. The poll worker called the Board of Elections and told me that the reason for the error was that I or someone at the DMV had selected an option that stated I did not want to be registered to vote at my new address, which I did not ask for or choose.

e. While waiting to vote provisionally, the poll worker made a comment that "You know that they're only going to count a few of these names right?" The poll worker was an older man in his 70s.

f. I cast my provisional ballot and received a receipt - the ordeal totaling around 2 hours.

g. I was not informed at the precinct that I had to contact the Board of Elections to cure my ballot. I was also not contacted within the 3 days by Cobb County to cure my ballot. I only knew about curing my ballot because I received a text at 4:50 pm to cure my vote but did not see it until after 5 pm, which was after the deadline.

h. I did not get a chance to cure my ballot so my vote remains uncured as far as I know.

i. My registration, as reflected on the Secretary of State's My Voter Page, is still incorrect as of December 20, 2018, displaying my old address in Fulton County.

j. I have no idea why my wife and I were treated differently, and why she was able to vote a regular ballot while I had to vote a provisional ballot, when we went to the DMV together and filled out our paperwork the exact same way in order to change our voter registrations.

4. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 31 day of January, 2019.

Allen Burleson

PLTFS000767