# EXHIBIT 97

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Ikechukwu Eziefula. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is ▮▮▮▮▮▮▮▮▮▮▮, Austell, GA 30106.

3. I am registered to vote at my residence address and my polling place, as verified on the Georgia Secretary of State's "My Voter" page, is listed as "SOUTH COBB REGIONAL LIBRARY-MA0, 805 CLAY RD., MABLETON, GA, 30126."

4. For the 2018 Georgia General Election, I was forced to cast a provisional ballot instead of a regular ballot at the polling place for my residence address.

    a. I had previously requested and received an absentee ballot but lost the absentee ballot for this cycle. As a result, I choose to vote on Election Day at my designated polling location.

    b. On Election Day, November 6, 2018, my wife and I went to vote at South Cobb Regional Library.

    c. At the polling location I completed a form cancelling my absentee ballot but was informed I would still not be able to vote on a voting

PLTFS000461

  machine. I was told by the poll worker that I would have to cast a provisional ballot.

  d. I completed a provisional ballot and was provided with a pink slip of paper as evidence of the provisional ballot completion, however, I was not able to vote on the voting machine.

  e. My wife and I both experienced the same issues.

  f. I was prevented from casting a regular ballot at South Cobb Regional Library. Instead, I was forced to cast a provisional ballot.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 16th day of November, 2018.

              _____
              Ikechukwu Eziefula

Sworn to and subscribed before me
This the 16 day of November, 2018.

PLTFS000462



Notary Public



