# EXHIBIT 98

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Carl Hall. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, Atlanta, GA, 30331

3. My polling location SMYRNA FIRE STATION #3-SN2A, 2825 PARK RD SMYRNA, GA, 30080

4. My individual circumstances are the following:

    a. I am registered in Cobb County but live in Fulton County. I first went to a precinct in Fulton but the poll workers told me to go to the fire station in Cobb because my driver's license still says Cobb County. I went to the school in Cobb instead (a different polling location) because it looked like everyone was voting there. After waiting in line for three to four hours and since, by then, it was after 7:30 p.m., I told the election officials I would have to fill out a provisional ballot since I was at the incorrect polling location. Both polling locations are in the same county (Cobb) and are located across the street from each other.

    b. The election officials did not give me anything after I filled out the provisional ballot. An orange paper was put in the envelope with the ballot. I did call the Cobb County Board of Elections to make sure my vote counted. When I called, the person on the line told me that as long as I was in the correct county, my vote counted.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 13 day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the 13 day of November, 2018.

_____
Notary Public

[Notary Seal: REBECCA DEHART, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA]