# EXHIBIT 99

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1.  My name is Sam Awad. I am over eighteen years of age and competent to testify to the matters contained herein.

2.  I am a resident of Cobb County in Georgia, and my residence address is ▮▮▮▮▮ ▮▮▮▮▮▮▮, Marietta, Georgia 30066.

3.  The matters described herein are based on my first-hand, personal knowledge.

4.  On Election Day, November 6, 2018, I went to Chalker Elementary School ("Chalker"), which is in Cobb County, to vote. This was my first time voting, and I knew this election was important.

5.  Chalker was not the location where I was assigned to vote. Instead, I was assigned to vote at Marietta Sixth Grade Academy, which is also in Cobb County. I went to Chalker to vote instead of my assigned voting location because Chalker was the closest voting location to where I work.

6.  I am a business owner in the automotive industry, and I have a busy work schedule. I work 60-70 hours per week, and it is important for me to be at work to supervise the employees who work for my business because we work on expensive cars and if I am away from work for an extended period of time, something could go wrong.

7.  When I arrived at Chalker, a poll worker at the door told me that I could not vote at Chalker. Another poll worker told me that I could vote at Chalker, but that it

would take a long time.  After being told that I could vote at Chalker, I waited in line for an hour and a half to vote.  After waiting in line for an hour and a half, another poll worker told me that I could not vote at Chalker.  I explained that Chalker was the closest voting location to my work and that I would not have time to go to the location where I was assigned to vote that day because I could not be away from work for an extended period of time.  The poll worker told me that I would have to cast a provisional ballot and that I would have to wait in another line in order to do so.  I waited in line for another 30 minutes to cast my provisional ballot.

8.    After I cast my provisional ballot, the poll worker told me to put my ballot in an envelope.  The poll worker also told me that my vote would probably not be counted.

9.    I did not receive a piece of paper explaining what a provisional vote was or what my rights were, including how to correct a deficiency and how to check whether my ballot was counted.

10.    A friend also went with me to vote at Chalker.  Chalker was also not my friend's assigned voting location.  My friend was also required to cast a provisional ballot and did not receive a piece of paper explaining what a provisional vote was or what his rights were.  During the time I was waiting to vote at Chalker, I saw quite a few people who were assigned to a different voting location, but were trying to vote at Chalker.

PLTFS000319

11.    I give this Declaration and/or Affidavit freely, without coercion, and without any

      expectation of compensation or other reward.

12.    I understand that in giving this Declaration and/or Affidavit, that I am not

      represented by a lawyer. Nor has any lawyer asked me to be their client or to

      serve in anyway as anything other than a witness in this litigation.

13.    I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the __13__ day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the __13__ day of November, 2018.

_____
Notary Public

JUSTIN PITTS
Notary Public, Georgia
DeKalb County
My Commission Expires
February 11, 2022

PLTFS000320