# EXHIBIT 100

# DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Courtnie Danielle Fore. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is ▮ ▮, Marietta, Georgia 30064. I am registered to vote at my residence address.

3. My polling location is NEW SALEM BAPTIST CHURCH-MR4C, 836 NEW SALEM RD NW, KENNESAW, GA, 30152.

4. I made no changes to my voter registration prior to the 2018 Georgia General Election.

5. For the 2018 Georgia General Election, I was forced to cast a provisional ballot instead of a regular ballot or an emergency ballot at the polling place for my residence address, where I am registered.

    a. On Election Day, November 6, 2018, my brother, my father, and I showed up to vote at New Salem Baptist Church around 7 AM. The three of us checked in with a poll worker after waiting 30-40 minutes.

    b. As I advanced to the next stage of the check-in, the poll worker that was handling my ID card returned my card, and then handed me a yellow electronic voting card after shuffling it around.

PLTFS000066

c. I waited in another line for the voting machines, with my yellow electronic voting card in hand, for around 5 minutes until I was able to obtain a spot at a voting machine.

d. After I inserted the yellow card into the machine, the machine displayed an error message. I brought this error message up to the attention of one of the poll workers, who suggested I try another machine. I did so, and the other machine also displayed an error message.

e. The poll worker then took my electronic voting card and did not give me another card as I had expected. Instead, a few poll workers ended up discussing the situation, and none of them seemed to know what to do. I even heard one of the poll workers say "it seems she has already voted."

f. Following this, I was given a provisional ballot, not an emergency ballot, and given extremely confusing, contradictory instructions on how to fill out the ballot. This ordeal also involved my name being misspelled multiple times by a poll-worker, and marks being made by poll workers on my ballot that could not be deciphered.

    g. In the meantime, during this experience, my brother and father, who are registered at the same address where I am registered, were able to cast regular ballots.

    h. After turning in my provisional ballot, I attempted to follow up with the Cobb County Board of Elections to make sure that it was counted. I received confusing information from the Cobb Board of Elections, and also was told that "emergency" and "provisional" ballots are the same, which I do not believe to be true.

    i. I expected and believe I was entitled to cast a regular ballot at New Salem Baptist Church. Instead, I was forced to cast a provisional ballot and endure poll workers who did not seem properly informed.

6. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

7. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

8. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 17th day of November, 2018.

_____
Courtnie Danielle Fore

PLTFS000068

Sworn to and subscribed before me
This the  13  day of November, 2018.

_____
Notary Public

