# EXHIBIT 102

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Alvilynn Callaway. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of MACON County in Georgia and my residence address is ▮▮▮▮▮, Montezuma, GA.

3. My individual circumstances are the following: I am registered to vote in Macon County. The week before the election I was in Clayton County with my family because my mother-in-law was in hospice and we were expecting these to be her last days. Because I was with my family and we did not know when she would pass, I did not think that I would be able to make it back to Macon to vote. I contacted the elections board to see if I could vote here in Clayton early. I was told that I could vote early in Clayton and would be given a provisional ballot.

4. I went to a polling station in Clayton County, where I was told by the poll worker, again, that I could vote early and use a provisional ballot. I was given a provisional ballot and I cast my vote there in Clayton County.

5. After the election, I heard that there had been issues of people's votes not being counted, specifically related to provisional and absentee ballots. I called one of the 800 number hotlines and told them my story. I was

PLTFS000564

informed that my vote may not have counted because I cast a provisional

ballot in a county where I wasn't registered to vote.

6. This voting experience has been a nightmare for me. I have voted in every

election which I was able to vote. I have never been in a situation where I

had to worry about my vote being counted. It is important to me that my

vote counts.

7. At every point in this process I was told that I could cast my provisional

ballot in Clayton County and it would count. I was told this when I called

ahead of time. I was told this when I was in person at the polling station

where I cast my vote. If at any point I had been told that there was a

possibility that my vote would not have counted, or that I could not vote in

Clayton County, I would have gone back to Macon County just to vote, and

then come back to be with my family. But I was told that there would be no

issues with my provisional ballot.

8. I give this Declaration freely, without coercion, and without any expectation

of compensation or other reward.

9. I understand that in giving this Declaration, that I am not represented by a

lawyer. Nor has any lawyer asked me to be their client or to serve in anyway

as anything other than a witness in this litigation.

10. I declare under penalty of perjury that the foregoing is true and correct.

PLTFS000565

Further affiant sayeth not, this the $\mathcal{2}\mathcal{6}$ day of November, 2018.

_____
Signature

PLTFS000566