# EXHIBIT 104

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Ann Brown. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia, and my current home address is ▬▬▬▬▬▬▬▬▬, Atlanta, Georgia 30318.

3. My voting experience was not good. On Election Day, November 6, 2018, I went to vote at Pitman Park Recreation Center. It was not organized, people were complaining about how long they were spending in line; people were shouting; it was very confusing; and the poll workers were not helpful.

4. I waited there for an hour. But my bones are bad; I can't stand long, and I have a pinched nerve on the left side of my neck and can't sit long either. Plus, it was getting dark and raining, and Pitman Park Recreation Center is in the Pittsburgh neighborhood of Atlanta, and that area is not good. I had to leave.

5. I did the best I could, but being there was too much on me. I am very disappointed that I did not get to vote, but they have got to do a better job. They have to be more organized so people don't have to stay in line that long.

PLTFS000021

6. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

7. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

8. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 13 day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the 13 day of November, 2018.

_____
Notary Public



JUSTIN PITTS
Notary Public, Georgia
DeKalb County
My Commission Expires
February 11, 2022

PLTFS000022