# EXHIBIT 107

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1.  My name is Erika Underwood-Jackson. I am over eighteen years of age and competent to testify to the matters contained herein.

2.  I am a resident of Fulton County in Georgia and my residence address is ██ ████████████, Atlanta, GA, 30310.

3.  For the 2018 Georgia General Election, I was very disturbed by what I experienced and observed at my polling location, Pittman Park.

    a.  I arrived at my polling location at Pitman Park a little bit before 8 AM. When I arrived my polling place was in disarray. A line has spiraled on the way to three voting machines.

    b.  Most of the people I spoke to who were in line had been there since the polling place opened at 7 AM.

    c.  The line moved very slowly. There was no seating for the elderly and disabled so they had to stand which caused most of them to go home.

    d.  I observed around 25 elderly and disabled voters leave the line. The fact that these voters were not given any other way to vote is a travesty.

    e.  The line moved so slowly it felt as if there were technical issues with all of the voting machines and none of them were in operation.

PLTFS000714

**f.** Other voters and I asked to speak to a manager several times but a manager never came over to address us. One the poll workers told us that they should've had eight machines and that they had been calling since before they opened up to get those other machines.

**g.** While waiting in line, I called Secretary of State's office at least 12 times. Each time I was hung up on or placed on hold for an excessive amount of time.

**h.** Finally, I got on the phone with someone who told me nothing could be done and that more machines would not be coming. I also called Fulton County Board of Elections office and was hung up on several times.

**i.** In the end, I stood in line for five hours to vote.

**j.** I have never experienced such disorganization implemented to deprive people of their legal right to vote ever in my life, until that day.

**k.** Pitman Park is not my usual voting location. I typically vote at Gideon but it was closed this election cycle.

**l.** However, I found out from speaking to other voters that at least two polling locations were closed and these voters were condensed into the Pittman Park polling location, perhaps tripling the number of registered voters for this polling location.

PLTFS000715

**m.** At my previous voting location, the longest I have ever waited to vote was 45 minutes.

**n.** I even have video that was shot showing how disorganized it was at the polling location.

**o.** I am shocked at what I observed this election cycle. I have never seen the referee also playing in the game.

**p.** I don't understand how a person running for an office is not made to step down from overseeing the election.

4. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 24 day of January, 2019.

Signature