# EXHIBIT 110

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Hollie Barnidge.  I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Chatham County in Georgia, and my residence address is ███████████████, Pooler, GA  31322.

3. I have reviewed the list below and I believe that my situation most closely fits into the category that I have checked:

   a. _____ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was not accepted.

   d. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) and was not offered a provisional ballot even though I reside in the county in which the precinct was located where I tried to vote.

   e. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) because I was told I was not a resident of the

county in which I was attempting to vote despite the fact that I had

changed my address in a timely manner.

**f.** _____ I was not permitted to vote using a voting machine (a DRE)

(circumstances below). I asked for a provisional ballot but was told

that it was too early in the day for provisional ballots or that there

were not enough provisional ballots or that no provisional ballots

remained.

**g.** _____ I moved counties but did not change my registration address.

When I attempted to vote in my new county, the poll workers told me

to return to my old county in order to vote.

**h.** __x__ There were long lines at my polling location and I saw people

leaving without voting.

**i.** _____ There were long lines at my polling location and I had to leave

without being able to cast my vote.

**j.** _____ There were problems with the voting machines at the precinct

at which I voted or attempted to vote.

**k.** _____ Other – please explain - _____

_____

**4.** My individual circumstances are the following:

I went to vote on election day. My polling place was Rothwell Baptist Church. There was a sign supporting Brian Kemp in yard of the church.

I went in the morning, and I waited for an hour and 20 minutes before I had to leave to go to a meeting. I came back after the meeting, but I had to wait 4.5 hours in line before I was able to vote.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _____ day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the ⊥⊔⊢ day of November, 2018.

_____
Notary Public

KATHRYN G. SHELTON
Notary Public, Georgia
Chatham County
My Commission Expires
September 24, 2019