# EXHIBIT 113

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Jeffery Young. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia and my residence address is ███████████████, Snellville, Georgia, 30039.

3. My individual circumstances are the following:

    a. On election day my polling place, Annistown Elementary, had six voting machines. I arrived at 8:45 am to vote and there were about 125 people or more in line.

    b. While in line I heard that the machines were down, and that no one had voted yet. At that time, they were bringing in two more machines but those ended up not working either.

    c. Later we were told that the issue wasn't with the machines, but was instead with the cards. A representative from the board of elections was there and said they sent someone to get new cards.

    d. The representative at the polling location made an announcement that people could fill out provisional paper ballots. About 60 people chose to fill out provisional ballots.

    e. I was able to vote at 12:49 pm.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

PLTFS000196

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 13th day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the ____ day of November, 2018.

_____
Notary Public

[Notary Seal: HYE JUNG LEE, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA, MY COMMISSION EXPIRES OCTOBER 04, 2022]

PLTFS000197