# EXHIBIT 114

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Margaret P.S. Church ("Maggie Church"). I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Essex County in Massachusetts and my residence address is ▮▮▮▮▮▮▮▮▮▮ Lawrence, MA 01841.

3. On November 6, 2018, I was a poll watcher at Central United Methodist Church, 501 Mitchell St SW in Atlanta. In this capacity, I witnessed numerous issues at our polling location including the following:

    - As early as 7:20am, voters came to our location to vote but discovered at the check-in that they were at the wrong location. These voters received information about where to go to vote, according to the information in the computer.

    - At 8:30am the I.D. scanner was not working and had to be rebooted. This process took about five minutes, but further held up the already long line of voters.

    - As early as 8:55am, we received many students from Morehouse, Clark and Spelman. Some of these voters had been told to come to our polling station from a prior location and told this was their correct voting place. When they arrived here, they were told they were in the

wrong location. Some were told that Morehouse was their proper location and they could go back there to vote or else they could cast a provisional ballot. No one was turned away. Many voters chose to cast a provisional ballot rather than wait in yet another long line.

- At 11:25am, a voter came in and said she was told that this was her proper voting location on the website "Iwillvote.com," but she was told here that she was at the wrong location. She cast a provisional ballot.

- At the check-in line, roughly between noon and 1:00pm, I witnessed one voter who said he was registered but he did not show up on the registered voter list. I do not know whether he was allowed to vote or voted by provisional ballot.

- At 2:45pm I watched a poll worker spend approximately 20 minutes on the phone getting information about the correct voting location at Morehouse College. Morehouse students from some other location(s) were being told to come to this location to vote. Our poll workers were not sure why the students were sent to this location, and called to verify the correct voting address at Morehouse. I believe that these students were initially told to vote at 833 Fair Street, but the actual location was at the Morehouse gym. I am not clear if the address was

incorrect in the online system or if voters were being told by the other polling location workers to come to this location instead. As a result of this confusion, some of these students went back to the Morehouse gym, while other college students cast provisional ballots. Many of these students were concerned about casting provisional ballots but did so saying, "As long as my vote counts, I'll cast a provisional ballot." I was struck by how many times I heard this phrase.

- Voters came in with absentee ballots that had not yet been cast and wanted to vote. Other voters wanted the poll workers to check the status of their absentee ballot or had an issue with their absentee ballot. Poll workers spent quite a lot of time on the phone resolving these issues. Use of poll workers to resolve these issues, however, held up the provisional ballot process.
- The predominant choke point at this location was the fact that there were only two computers (Express Polls) to check-in voters.
- Ultimately, 94 provisional ballots were cast at this location, the great majority of which were due to voters being told that they were at the wrong location. Many of those people had already been to another location before coming to this location. The line at this location for voters was at least an hour to an hour and a half the entire day.

PLTFS000243

- I worked on the inside of the building and only observed the voters who waited long enough to advance in line to the inside, but the line outside was quite long. At 3:45pm, several voters became visibly angry and frustrated with the long lines and lengthy 90 minute wait time and at least one voter that I observed left the polling station without voting. Two women were waiting in line for about an hour before they even came inside the building. They were frustrated that the polling location had only two machines to check I.D.s when the location had seven voting machines. The one woman left without voting (she was the one person I saw leave without voting), while the other woman stayed and voted.
- At approximately 4:45pm, the polling station ran out of white envelopes for provisional ballots. At first, some ballots were double-enveloped in pink envelopes but then the polling station ran out of pink envelopes as well. The poll manager called before 4:40pm to request more envelopes because the location was running low, but the envelopes did not arrive until 5:20pm. I observed at least ten voters who waited for the envelopes to be delivered. Some voters waited anywhere from 10 – 40 minutes for an envelope after having waited in line for at least an hour and a half. Many of these same people had

PLTFS000244

already come to this location after waiting at a prior location and then being told to come here.

- When the polls closed, 53 people remained in line but were able to vote.

- 613 votes were registered by the DRE but only 612 had matching executed certificates, despite a recount. The voter list check-in showed 610 voters, and three voters were entered outside the machine. As stated above, we had 94 provisional ballots.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 12th day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the 12 day of November, 2018.

_____
Notary Public