# EXHIBIT 115

# DECLARATION UNDER PENALTY OF PERJURY
# PURSUANT TO 28 U.S.C. § 1746

1. My name is Chad Carter. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County and my address is ▮▮▮▮▮▮▮▮▮▮ ▮▮, Atlanta, GA, 30313.

3. My individual circumstances are the following:

    a. I have been voting at the same polling location since I was 18. I am now 34. At the polling location the line was out the door similar to an amusement park. There were approximately 40 people outside and more inside. I waited for an hour and a half. There were two machines available for voter verification and four voting machines open in total.

    b. Most of the individuals in line were students, and they didn't know what was going on. I have never waited this long to vote in line. In the past I have been in line for 8 minutes max.

4. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

PLTFS000581

**6.** In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 11/19/18 day of November, 2018.

*/s/ Chad Carter*

Chad Carter

PLTFS000582