# EXHIBIT 117

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Andrea Oki. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is ▓▓▓▓▓▓▓▓▓▓▓ Dunwoody, GA 30338.

3. I am an experienced attorney and a graduate of Brooklyn Law School and Hollins College.

4. On November 6, 2018, I was a poll watcher at IGL BAUTISTA NUEVA JERUSALEN, 5300 Williams Rd, Gwinnett, Precinct 123.

5. The lines were long all day at this location and wait times were 1-2 hours all day. I witnessed voters leave the line and abandon voting because they ran out of time to wait and observed others who walked up to the line and left when they realized how long the line was.

6. I witnessed voters who were turned away and not permitted to vote when the poll workers could not locate the voter's registration in the Express Poll. Those voters were not given a provisional ballot unless they asked for one. Later in the evening, around 5:00 pm or so poll worker began offering provisional ballots to voters who were on the Express Poll for that location.

7. I observed one woman who was told she was not registered to vote, despite the fact that she had been registered to vote in the past. The last time she voted, she said, was in 2012. She was not permitted to vote and was turned away.

8. On several occasions, I heard a poll worker tell a voter that the address the voter gave was not the same as the address in the computer. The voter was told to put the old address on the oath form and was allowed to vote but was also given a change of address form and told to complete it and mail it in later. I thought this was odd but was glad the voter was able to vote.

9. The poll workers would stop the voting process every hour to do a vote count. They would wait until all seven voting machines were empty and then do the count, put the number of votes on a sign outside, and then begin checking in voters again. They did this until the end of the night when the polls closed at 7:00 pm.

10. I spoke with two voters who were told that the state records showed they had already voted, but they had not. They had not requested an absentee ballot or participated in early voting. They were permitted to complete provisional ballots, however.

11. I saw three people from the Department of Justice come and interview the polling staff. They were at the location for about an hour.

PLTFS000006

12. I give this Declaration and or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

13. I understand that in giving this Declaration and or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

14. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 14 day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the 14 day of November, 2018.

_____
Notary Public

[Notary Seal: J W THOMAS, NOTARY PUBLIC, CARROLL COUNTY, GA, MY COMMISSION EXPIRES JUNE 27, 2021]