# EXHIBIT 118

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Sharonda Arianna Goff. I am over eighteen years of age and competent to testify to the matters contained herein.
2. I am a resident of Cobb County in Georgia and my residence address is ███ ███████████, Smyrna, GA, 30080.
3. My polling location is the ARGYLE ELEMENTARY SCHOOL-SN1A 2420 SPRING RD, SMYRNA, GA, 30080.
4. My individual circumstances are the following:

   a. I voted in 2016 without any issues. On Election Day 2018 I was in line at 5 p.m. and waited two hours. When I was finally about to vote the poll workers told me I was in the wrong precinct and needed to go to the location across the street (the elementary school listed above).

   b. Since the polling location across the street had already closed I had to cast a provisional ballot.

   c. After Election Day I called the voter protection hotline and was alerted that I was incorrectly categorized as "PR." PR is incorrect because I was properly registered but out of precinct and in the same county.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.
6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.
7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 15 day of November, 2018.

*Sharonda Arianna Goff*

Sworn to and subscribed before me
This the 15 day of November, 2018.

PLTFS000391

_____
Notary Public



JUSTIN PITTS
Notary Public, Georgia
DeKalb County
My Commission Expires
February 11, 2022

PLTFS000392