# EXHIBIT 119

DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is ~~Alice~~ NG Gordon [Atlas]. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Chatham County in Georgia and my residence address is ▮▮▮▮▮▮▮, Pooler, Georgia.

3. I have reviewed the list below and I believe that my situation most closely fits into the category that I have checked:

   a. _____ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was not accepted.

   d. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) and was not offered a provisional ballot even though I reside in the county in which the precinct was located where I tried to vote.

   e. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) because I was told I was not a resident of the

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

f. __X__ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

g. _____ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

h. _____ There were long lines at my polling location and I saw people leaving without voting.

i. _____ There were long lines at my polling location and I had to leave without being able to cast my vote.

j. _____ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

k. _____ Other – See below.

4. My individual circumstances are the following: I have been registered to vote for years, and have always voted in the same place. Someone came to

PLTFS000029

my house about a 2 weeks before the election and asked me to update my registration.

5. I ran a wheelchair-accessible taxi company here in Savannah, called Transportation Specialists. We operated in partnership with CAT Teleride.

6. My wife early voted, but I stayed in that line from 6:40 PM to 9:43 PM. At 9:43, they told me I was not on the list and could only vote with a provisional. Apparently, my polling place had been switched to a new location called "Randolph". However, my polling place was out of provisional ballots. I was told I could go to Randolph, but they only told me that after I'd been in line for so long and I wouldn't be able to get to Randolph in time.

7. The poll-watchers called the Randolph location, but they told me that they had closed at 7PM.

8. I was not belligerent, I wasn't even upset, I was more shocked. I think there are more people like me or felt just discouraged. This should not be the way any candidate wins. I want both candidates to have a level playing.

9. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

PLTFS000030

10. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

11. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 13th day of November, 2018.

*[signature]*
Alice Gordon
Atlas

Sworn to and subscribed before me
This the 13th day of November, 2018.

_____
Notary Public

KATHRYN G. SHELTON
Notary Public, Georgia
Chatham County
My Commission Expires
September 24, 2019

PLTFS000031