# EXHIBIT 120

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Tracey Fletcher. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Clayton County in Georgia and my residence address is ▬▬▬▬▬▬▬▬▬▬, Ellenwood, GA 30294.

3. I am the Senior Pastor of Amanda Flipper AME Church. Voting is very important to me.

4. I moved to Clayton County about two years ago. I was excited to vote in the 2018 general election and went to one of the early voting locations to cast my ballot. This was my first time voting in Clayton County.

5. I arrived at the early voting location at around 2:00 in the afternoon. The line to vote was out the door and around the building. I waited in line for about 45 minutes before I got into the building.

6. Once I got into the building, the line continued to move slowly. I was surprised at how few people were in the building given the length of the wait. The number of people in line didn't reflect how long the line took. I have no idea why it took so long.

7. Once I got to the front of the line, casting my vote was quick. There were about 9 or 10 voting machines.

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS001080

8. I experienced long lines when I voted in the past in Cobb County. I was not surprised at the long lines in Clayton County. I stayed in the line because I'm determined to vote. It feels like long lines to vote are prehistoric yet so typical of voting in African American communities.

9. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

10. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

11. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 12 day of November, 2019.

Tracey Fletcher

Confidential pursuant to Protective Order entered in Fair Fight Action Inc. v. Raffensperger Case No. 18-5391 pending in the United States District Court for the Northern District of Georgia

PLTFS001081