# EXHIBIT 121

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is April Baier. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ▮▮▮▮▮▮▮▮▮▮, Fairburn GA 30213.

3. For the 2018 Georgia General Election, I experienced and observed various issues voting including very long lines.

   a. My polling location has changed every year.

   b. This year it was at the Fairburn Baptist Church. I got to on Election Day around 5/6pm because I thought the lines would be shorter. I had to wait twenty or thirty minutes just to find a parking space. I kept driving around and around and finally someone left. There was nobody helping with parking.

   c. There were only 10 voting booths for a few hundred people in line. The line was moving very slowly and sometimes not at all. One woman saw my kids getting irritated and antsy and she offered to let me cut, and then another woman ahead of her let me cut again.

   d. My children are two years old and eleven years old, and my son has special needs.

PLTFS000691

e. By the time I left, it was very dark. I had been waiting in line for at least an hour or so. If I hadn't been able to cut the line, I would have been in line for more than two hours.

f. People are senior citizens, people have health problems, people have neurological problems — they can't stand in line for hours. My sister wasn't even able to vote because she is pregnant and the line in her location was even longer. She couldn't stand in line for that long.

g. I don't know why this system is so messed up in Georgia. I'm originally from Oregon. My family said that they have never waited in line. They get their ballot a few weeks before the Election, everything is printed and easy to use.

h. Why can't our system be just be like others states, like Oregon? Other states don't have to wait in long lines.

i. The way Georgia runs election is deeply disturbing. You don't know what they're doing behind the scenes.

4. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

PLTFS000692

6. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the ____ day of December, 2018.

_____
Signature

PLTFS000693