# EXHIBIT 124

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Annette Cox. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Clay County in Georgia and my residence address is █████ █████████ Fort Gaines, GA, 39851.

3. I live in Days Cross Roads, Georgia, a rural community in Clay County. Because of polling location closures, my community has a hard time exercising our right to vote.

4. Most people in my community work in Eufaula, Alabama, which is at least a thirty-minute drive from Days Cross Roads. Some folks work as nurses and others work at a chicken plant. Many people work the night shift, from 7pm to 7am.

5. Many people in my community do not have transportation, especially the elderly. If you do not have your own transportation, you have to pay someone to drive you. There is no public transportation in Clay County.

6. Fort Gaines, the biggest town in Clay County, is several miles in the opposite direction from Eufaula. There are no jobs in Fort Gaines, which is why folks drive to Alabama.

7. There used to be many polling locations in Clay County, including one down the road from my house at the fire station. It was just a few miles from where we live and it was easy to get there. Some folks could even walk.

PLTFS000878

8. But, several years ago and to our great surprise, the county closed all the polling locations except for one in Fort Gaines. I never heard anything about the closure of the polling locations.

9. I am an active member of St. Peter's Church and the Southwest Georgia Project, and I generally know when things are happening in my community. But I never heard anything about closing polling locations. If I had, I would have done something about it.

10. Now, everyone has to go to Fort Gaines to vote, which makes it hard to vote.

11. This year, I voted during early vote at the courthouse, which could be intimidating to some people. You have to go through security, and they take your phone and keys.

12. During early vote, the courthouse closes opens at 8:30am and closes at 4:30pm. On election day, you vote 7am to 7pm at the social service building, which is also in Fort Gaines.

13. How are people who work 7pm to 7am supposed to vote?

14. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

15. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

PLTFS000879

**16.** I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 22 day of _May_, 2019.

Signature

PLTFS000880