# EXHIBIT 125

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Blakke Gravely I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Henry County in Georgia and my residence address is ▮ ▮ Ellenwood, GA.

3. My individual circumstances are the following: **My usual polling location was changed due to construction there. I went on line to learn where to go and then went to the courthouse to vote, as I learned. I had not received a notice by mail of the new location. At the court house, with three other people, I was told I was at the wrong place and was told where to go to vote. I went there. After waiting for over two hours, I finally came to the front of the line and learned, for the first time, that I was in the wrong place. I needed to get to work, so I didn't have time to go elsewhere. I have a four year old daughter so I couldn't go again to vote after work. I was offered a provisional ballot, which I voted.**

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 14th day of November, 2018.

Signature: Blake Gravely

Sworn to and subscribed before me
This the 14th day of November, 2018.

Notary Public