# EXHIBIT 126

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Lottie Moore. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Clay County in Georgia and my residence address is █████ ███████, Morris, GA, 39867.

3. I used to have a polling location close to my home. The polling location was on the same street as I live. I believe my polling location closed around 2002.

4. When I found out the polling location closed, my community and I were very upset. Many elderly people couldn't go and vote because it was too far.

5. I think the reason they closed our precincts was to keep people from voting. I kept wondering why they would move this polling location away from my neighborhood. Many of my neighbors ended up not voting because they said it was too far. Some of my neighbors have cars, but some of them don't. My old polling location was diverse. It had about 50 percent black people and 50 percent white.

6. Now, the closest polling location is in Fort Gaines, GA, which is about an hour drive.

7. I used to have a car, but it broke down. When my mother got ill, I had to care for her. That's when we both started voting by mail.

PLTFS000916

8. This year, I received my absentee ballot in late September. I completed it and mailed it back in a few days later.

9. I never had a chance to check if it counted; I didn't know that I could check to see if my vote counted. I assumed that, by mailing my ballot like I always have, my vote would count.

10. Some people from Fair Fight were able to check on my ballot, and they found out that it did not count. They said that it says "Not returned" in the ballot status section.

11. I do not understand why they said that my ballot was not returned when I mailed it back in. I think they are making this up.

12. I was very upset to find out that my vote did not count. Voting is very important to me.

13. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

14. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

15. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 22 day of _May_____, 2019.

_____
Signature