# EXHIBIT 127

| | |
|---|---|
| From: | Pitts, Ameika |
| Sent: | Wednesday, January 03, 2018 4:47 PM |
| To: | Susan Payne |
| Subject: | RE: Question - Notification of Change in Polling Place |

Good afternoon Ms. Susan,

I have listed the code below that I feel will help you with this.

## § 21-2-265. Duty of superintendent to select polling places; change; petition objecting to proposed change; space for political parties holding primaries; facilities for disabled voters; selection of polling place outside precinct to better serve voters

- (a) The superintendent of a county or the governing authority of a municipality shall select and fix the polling place within each precinct and may, either on his, her, or its own motion or on petition of ten electors of a precinct, change the polling place within any precinct. Except in case of an emergency or unavoidable event occurring within ten days of a primary or election, which emergency or event renders any polling place unavailable for use at such primary or election, the superintendent of a county or the governing authority of a municipality shall not change any polling place until notice of the proposed change shall have been published for once a week for two consecutive weeks in the legal organ for the county or municipality in which the polling place is located. Additionally, on the first election day following such change, a notice of such change shall be posted on the previous polling place and at three other places in the immediate vicinity thereof. The occupant or owner of the previous polling place, or his or her agent, shall be notified in writing of such change at the time notice is published in the legal organ.

- (b) Except in case of an emergency or unavoidable event occurring within ten days of a primary or election, which emergency or event renders any polling place unavailable for use, if a petition is presented to the superintendent of a county or the governing authority of a municipality on or before the day set for hearing of the petition for change of a polling place, signed by 20 percent of the electors of the precinct objecting to the proposed change, such change shall not be ordered.

Let me know if you need any further assistance.

Best ♥

*Ameika Pitts*
Election Liaison
Georgia Secretary of State Brian P. Kemp's Office
apitts@sos.ga.gov
404.654.6028 (D) (F)

---

**From:** Susan Payne [mailto:SPayne@cityofdanielsville.us]
**Sent:** Wednesday, January 3, 2018 10:11 AM

1

GA00784681

**To:** Pitts, Ameika
**Subject:** Question - Notification of Change in Polling Place

Ameika

Good morning. I am the election superintendent for the City of Danielsville, Madison County, GA. My city recently entered into an IGA with the county election board to have our elections handled by county beginning 1/1/18. Due to this change our polling location will change and I need to notify all of our citizens.

I need to know the proper steps to take in notifying my citizens of this change in polling location. Is there specific language that I need to use on the postcard?

Thanks for your help in this matter.

Sincerely,

*Susan Payne*
City Clerk
The City Of Danielsville, Georgia
www.cityofdanielsville.us
706-795-2189

"If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please contact 706-795-2189 if you receive this e-mail in error."