# EXHIBIT 128

| | |
|---|---|
| **From:** | Harvey, Chris |
| **Sent:** | Monday, August 21, 2017 11:24 AM |
| **To:** | Shea Hicks |
| **Subject:** | RE: Relocating a Voting Precinct Timeline |

Are you referring to changing a polling place rather than precinct lines?

The requirements of O.C.G.A. 21-2-265 specify the requirements for a polling place change.

O.C.G.A. 21-2-260 and following reference requirements for precinct changes.

Chris Harvey
Elections Director, Georgia Secretary of State

404-657-5380 DIRECT
404-985-6351 MOBILE

**From:** Shea Hicks [mailto:shicks@gordoncounty.org]
**Sent:** Monday, August 21, 2017 11:05 AM
**To:** Harvey, Chris
**Subject:** Relocating a Voting Precinct Timeline

Chris,

I need to relocate one of our voting precincts to a new location....NO Boundary Changes, just a relocation of the voting precinct.

Do I have time to do this before November's Special Election. I know I need to publish my notice 2 weeks in the legal section before the change. Just making sure I'm meeting the deadlines.

I'm going to publish the notice this week and next week, then have my meeting on September 11th to vote on the changes..

Shea Hicks,
Chairperson
Gordon County Board of Elections and Voter Registration Office
PO Box 715
Calhoun, GA 30703-0715
706-629-7781
Fax: 706-629-7198

Know

Before

You Go........

1

GA00785126

Are you registered to vote? - Where to vote? - Who's on the Ballot? - When to vote?

2

GA00785127