# EXHIBIT 130



159 Wilson Street, Fort Gaines, GA to , Morris, GA 39867

Drive 9.2 miles, 13 min



Map data ©2020   2 mi

🚗 **via GA-39 N/Eufaula Rd**
Fastest route, the usual traffic

**13 min**
9.2 miles


Groceries


Hotels


Gas stations


Parking Lots


More