# EXHIBIT 131

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| FAIR FIGHT ACTION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official Capacity as Secretary of State of Georgia; *et al.*,<br><br>Defendants. | Civil Action File No.<br><br>1:18-cv-05391-SCJ |

**DECLARATION OF CHRIS HARVEY**

Pursuant to 28 U.S.C. § 1746, I, CHRIS HARVEY, make the following declaration in support of Defendants' Motion for Summary Judgment on the Merits of Plaintiffs' Claims:

1.

My name is Chris Harvey. I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

2.

I currently am the Director of Elections in the Office of the Georgia Secretary of State. I have held that position since July 2015. From August 2007 to July 2015, I was the Chief Investigator and Deputy Inspector General for the

Secretary of State's office, investigating, among other things, potential violations of state election law. For more than a decade, I have acquired firsthand knowledge of Georgia's election processes at both the state and county level.

3.

On December 30, 2019, the Secretary of State ("Secretary") decertified the direct-electronic recording ("DRE") voting machine system, which had been in use in Georgia, including during the November 2018 election. A true and correct copy of the Decertification of the DREs is attached as **Exhibit A.**

This occurred at the end of a process to purchase and deploy a replacement for the DREs called ballot-marking devices ("BMDs"), which the Secretary certified on August 9, 2019 for use throughout the state as O.C.G.A. § 21-2-300(a)(2) requires. The BMDs have been fully distributed and are in use in all counties in Georgia.

4.

In accordance with Ga Comp. R. & Regs. 590-8-3-.01, on December 31, 2019, the Secretary certified that the Voter Registration System is being maintained in a manner consistent with the standards set forth Ga Comp. R. & Regs. 590-8-3-.01(b) and that the standards set forth therein had been reviewed to ensure they remain generally consistent with industry standards. A true and

correct copy of the Secretary's certification of compliance with this rule is attached as **Exhibit B.**

5.

Since December 19, 2019, the Secretary restored Charlesetta B. Young from cancelled status to inactive status. As of June 22, 2020, Ms. Young's voter status remained inactive. A copy of Ms. Young's Enet voter registration information is attached as **Exhibit C**.

6.

Enet voter registration information shows that, since December 19, 2019, David Hopkins, Kilton Smith, and Clifford Douglas Thomas each re-registered to vote and, at least as of June 22, 2020, appear on the list of active voters. Mr. Thomas also voted in the June 2020 primary. Copies of the Enet voter registration information for Mr. Hopkins, Mr. Smith, and Mr. Thomas are attached as **Exhibit D**.

7.

There are approximately 2,300 polling places in Georgia.

8.

Firefly is an electronic communications system that allows the Secretary's Office to communicate with County-level officials.

9.

The Secretary's Office often prepares and disseminates Election Nuggets, Election Updates, "3T's," presentations to members of the Georgia Association of Voter Registration and Election Officials (and/or its predecessor entities the Voter Registrars Association of Georgia and the Georgia Association of Election Officials), Poll Worker Manuals and Certification Courses. A true and correct copy of those documents is attached to State Defendants' Motion for Summary Judgment as **Exhibit (90)**.

10.

A true and correct copy of a 2015 press release announcing the Secretary's publicly available poll worker training resource page is attached to State Defendants' Motion for Summary Judgment as **Exhibit (76)**.

11.

A true and correct copy of a May 22, 2019 email I received reporting Georgia's membership in the Electronic Registration Information Center, a nonprofit organization that assists states with keeping accurate voter registration rolls is attached to State Defendants' Motion for Summary Judgment as **Exhibit (68)**.

*[Signature appears on following page]*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of June, 2020.

CHRIS HARVEY

# Exhibit A




# OFFICE OF SECRETARY OF STATE

*I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify that*

pursuant to the authority granted to the Secretary of State by Title 21, Chapter 2 of the Official Code of Georgia, the AccuVote Voting System, consisting of the Global Election Management System (GEMS), AccuVote TS R6 DRE Voting Station, AccuVote TSX DRE Voting Station, AccuVote OS Optical Scanner, ExpressPoll 4000 Electronic Poll Book, and ExpressPoll 5000 Electronic Poll Book, can no longer be lawfully used in Georgia beginning on January 1, 2020. Therefore, the previous certifications for the aforementioned system are hereby revoked, and the system is no longer certified for use in any primaries or elections in this state.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at the Capitol, in the City of Atlanta, this 30th day of December, in the year of our Lord Two Thousand and Nineteen and of the Independence of the United States of America the Two Hundred and Forty-Fourth




Brad Raffensperger

**Brad Raffensperger, Secretary of State**

# Exhibit B




# OFFICE OF SECRETARY OF STATE

*I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify that*

the Georgia Voter Registration System is being maintained in a manner consistent with the standards set forth in section (b) of Georgia Rule 590-8-3-.01 and that the standards set forth in said rule have been reviewed to ensure that they remain generally consistent with industry standards.




IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at the Capitol, in the City of Atlanta, this 31st day of December, in the year of our Lord Two Thousand and Nineteen and of the Independence of the United States of America the Two Hundred and Forty-Fourth

Brad Raffensperger

**Brad Raffensperger, Secretary of State**

# Exhibit C



Inquiry > Voter Registration

## Inquiry - View Voter Registration

**Voter Information**

| | |
|---|---|
| **Voter Name:** | CHARLESETTA B YOUNG |
| **Date of Birth:** | [redacted] |
| **Race:** | BLACK NOT OF HISPANIC ORIGIN |
| **Gender:** | FEMALE |
| **Voter Registration #:** | [redacted] |
| **Registration Date:** | 01/13/2012 |
| **Current Status:** | INACTIVE |
| **Status Reason:** | NO CONTACT |
| **Voter Phone:** | |
| **E-mail:** | [redacted] |
| **DL #/State ID:** | [redacted] |
| **Site ID / Location:** | 01 - DDS |
| **SSN (Full OR Last 4 Digits):** | [redacted] |
| **ID Required:** | NO |
| **US Citizen:** | YES |
| **Challenged Elector:** | NO |

**Residence Address**

| | |
|---|---|
| **Street No.:** | [redacted] |
| **Street Name:** | [redacted] |
| **Suffix:** | |
| **Apt/Unit:** | |
| **Address Line 2:** | |
| **Municipality:** | SAVANNAH |
| **Postal City:** | SAVANNAH |
| **County:** | CHATHAM |
| **Zip Code:** | 31404 - 3705 |
| **State:** | GA |
| **Added Date:** | 02/02/2012 |
| **Change/Audit Date:** | 12/23/2019 |
| **Date of Last Contact:** | 01/13/2012 |
| **Date of Last Status Change:** | 12/23/2019 |
| **Poll Worker Interest:** | |

**Voting Districts**

| | |
|---|---|
| **Congressional** | 001 |
| **Senate** | 002 |
| **House** | 165 |
| **Judicial** | EAST |

**County Districts**

| | |
|---|---|
| **Commission** | 2 |
| **School** | 2 |

**Municipal Districts**

| | |
|---|---|
| **City Council** | 3 |

| | |
|---|---|
| **County Precinct:** | 2-09C |
| **Municipal Precinct:** | 2-09S |
| **Voting Area/Combo #:** | 00409 |
| **County Polling Place:** | THE SALVATION ARMY<br>3000 BEE RD<br>SAVANNAH, GA 31404 - 0000 |
| **Municipal Polling Place:** | THE SALVATION ARMY<br>3000 BEE RD<br>SAVANNAH, GA 31404 - 0000 |

**VoteSafe:** Display Actual Address Display Signature

**Mailing Address**

| | | | |
|---|---|---|---|
| **Street No.:** | | **Apt/Unit:** | |
| **Suffix:** | | **Mailing City:** | |
| **Street Name / PO Box:** | | **Mailing State:** | |
| **Address Line 2:** | | **Zip Code:** | |

| User Name | Date/Time | Memo |
|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| CHARLESETTA B YOUNG | 01/13/2012 | [redacted] | [redacted] |

**Previous Status:**

| Status | Status Reason | Date changed | User Name |
|---|---|---|---|
| CANCELLED | NO ACTIVITY FOR 2 GENERAL ELECTION CYCLES | 12/23/2019 | SYSTEM |
| INACTIVE | NO CONTACT | 12/16/2019 | SYSTEM |
| ACTIVE | | 08/08/2015 | CONFIRMATION NOTICE |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| CHARLESETTA B YOUNG | 01/13/2012 | [redacted] | [redacted] |

| Date | Election Type | Election Category | Ballot Type | Challenged | Challenged Reason | Challenged Status | Party | Counted | Comments | County Vote Cast In |
|---|---|---|---|---|---|---|---|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| CHARLESETTA B YOUNG | 01/13/2012 | [redacted] | [redacted] |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 12/23/2019 1:57 PM | CHANGE | Status | 01/13/2012 | SYSTEM REVISION LEGAL | | SYSTEM | |
| 12/16/2019 11:15 PM | CHANGE | Status | 01/13/2012 | No Activity For 2 General Election Cycles | | SYSTEM | |
| 09/03/2015 8:43 PM | CHANGE | Districts | 01/13/2012 | REDISTRICTING | | REDISTRICTING | |
| 08/08/2015 10:30 PM | CHANGE | Status | 01/13/2012 | NO CONTACT | | CONFIRMATION NOTICE | |
| 04/19/2012 12:00 AM | NEW VOTER | | 01/13/2012 | CON | | ENETCONV | 01 - DDS |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| CHARLESETTA B YOUNG | 01/13/2012 | [redacted] | [redacted] |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|
| CN | 11/06/2019 | Didn't respond within 40 days | NGE Notices | |
| CN | 06/29/2015 | Didn't respond within 40 days | Confirmation Notices | |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| CHARLESETTA B YOUNG | 01/13/2012 | [redacted] | [redacted] |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|
| 12/16/2019 | Cancelled | No Activity For 2 General Election Cycles | |

Previous

# Exhibit D



Inquiry > Voter Registration

**Inquiry - View Voter Registration**

| Voter Information | | Residence Address | | Voting Districts | |
|---|---|---|---|---|---|
| Voter Name: | DAVID HOPKINS | Street No.: | [redacted] | Congressional | 012 |
| Date of Birth: | [redacted] | Street Name: | [redacted] | Senate | 022 |
| Race: | BLACK NOT OF HISPANIC ORIGIN | Suffix: | | House | 126 |
| Gender: | MALE | Apt/Unit: | | Judicial | AUGU |
| Voter Registration #: | [redacted] | Address Line 2: | | **County Districts** | |
| Registration Date: | 02/13/2020 | Municipality: | | Commission | 4 |
| Current Status: | ACTIVE | Postal City: | HEPHZIBAH | School | 4 |
| Status Reason: | | County: | RICHMOND | Super Brd Edu | 9 |
| Voter Phone: | [redacted] | Zip Code: | 30815 | Super Commis | 9 |
| E-mail: | | State: | GA | **Municipal Districts** | |
| DL #/State ID: | [redacted] | Added Date: | 09/30/2008 | City Commis | 4 |
| Site ID / Location: | 02 - MAIL-IN APPLICATIONS | Change/Audit Date: | 04/23/2020 | County Precinct: | 406 |
| SSN (Full OR Last 4 Digits): | [redacted] | Date of Last Contact: | 02/13/2020 | Municipal Precinct: | - |
| ID Required: | NO | Date of Last Status Change: | 03/02/2020 | Voting Area/Combo #: | 00208 |
| US Citizen: | YES | Poll Worker Interest: | | County Polling Place: | JAMESTOWN COMMUNITY CENTER 3647 NEW KARLEEN ROAD HEPHZIBAH, GA 30815 - 0000 |
| Challenged Elector: | NO | | | Municipal Polling Place: | |

VoteSafe: Display Actual Address Display Signature

**Mailing Address**

| | | | |
|---|---|---|---|
| Street No.: | | Apt/Unit: | |
| Suffix: | | Mailing City: | |
| Street Name / PO Box: | | Mailing State: | |
| Address Line 2: | | Zip Code: | |

| User Name | Date/Time | Memo |
|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| DAVID HOPKINS | 02/13/2020 | [redacted] | [redacted] |

**Previous Address:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] HEPHZIBAH | [redacted] GA | [redacted] 30815 - 6185 |

**Previous Status:**

| Status | Status Reason | Date changed | User Name |
|---|---|---|---|
| CANCELLED | NO ACTIVITY FOR 2 GENERAL ELECTION CYCLES | 03/02/2020 | 121AMALONE |
| INACTIVE | NO CONTACT | 12/16/2019 | SYSTEM |
| ACTIVE | | 08/08/2015 | CONFIRMATION NOTICE |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| DAVID HOPKINS | 02/13/2020 | [redacted] | [redacted] |

| Date | Election Type | Election Category | Ballot Type | Challenged | Challenged Reason | Challenged Status | Party | Counted | Comments | County Vote Cast In |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/04/2008 | GENERAL | STATE WIDE | Regular | | | | | Yes | | RICHMOND |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| DAVID HOPKINS | 02/13/2020 | [redacted] | [redacted] |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 04/23/2020 1:12 PM | CHANGE | Residence Address, Other | 02/13/2020 | USER CORRECTION | RICHMOND | 121KJOYNER | |
| 03/02/2020 2:48 PM | CHANGE | Status, Other | 02/13/2020 | | RICHMOND | 121AMALONE | 02 - Mail-In Applications |
| 12/16/2019 11:15 PM | CHANGE | Status | 11/29/2010 | No Activity For 2 General Election Cycles | | SYSTEM | |
| 08/08/2015 10:30 PM | CHANGE | Status | 11/29/2010 | NO CONTACT | | CONFIRMATION NOTICE | |
| 02/27/2014 2:54 AM | CHANGE | Districts | 11/29/2010 | REDISTRICTING | | REDISTRICTING | |
| 05/23/2012 12:00 AM | NEW VOTER | | 11/29/2010 | CON | | ENETCONV | 01 - DDS |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| DAVID HOPKINS | 02/13/2020 | [redacted] | [redacted] |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|
| CN | 11/06/2019 | Didn't respond within 40 days | NGE Notices | |
| CN | 06/29/2015 | Didn't respond within 40 days | Confirmation Notices | |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| DAVID HOPKINS | 02/13/2020 | [redacted] | [redacted] |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|
| 12/16/2019 | Cancelled | No Activity For 2 General Election Cycles | |

Previous



Inquiry > Voter Registration

**Inquiry - View Voter Registration**

**Voter Information**

| | |
|---|---|
| Voter Name: | KILTON SMITH |
| Date of Birth: | [redacted] |
| Race: | BLACK NOT OF HISPANIC ORIGIN |
| Gender: | MALE |
| Voter Registration #: | [redacted] |
| Registration Date: | 03/25/2020 |
| Current Status: | ACTIVE |
| Status Reason: | |
| Voter Phone: | |
| E-mail: | |
| DL #/State ID: | [redacted] |
| Site ID / Location: | 02 - MAIL-IN APPLICATIONS |
| SSN (Full OR Last 4 Digits): | [redacted] |
| ID Required: | NO |
| US Citizen: | YES |
| Challenged Elector: | NO |

**Residence Address**

| | |
|---|---|
| Street No.: | [redacted] |
| Street Name: | [redacted] |
| Suffix: | |
| Apt/Unit: | [redacted] |
| Address Line 2: | |
| Municipality: | WARNER ROBINS |
| Postal City: | WARNER ROBINS |
| County: | HOUSTON |
| Zip Code: | 31088 |
| State: | GA |
| Added Date: | 12/06/2011 |
| Change/Audit Date: | 04/01/2020 |
| Date of Last Contact: | 03/25/2020 |
| Date of Last Status Change: | 04/01/2020 |
| Poll Worker Interest: | |

**Voting Districts**

| | |
|---|---|
| Congressional | 008 |
| Senate | 020 |
| House | 147 |
| Judicial | HOUS |

**County Districts**

| | |
|---|---|
| Commission | LRG |
| School | 4 |

**Municipal Districts**

| | |
|---|---|
| City Council | 5 |
| County Precinct: | RECR |
| Municipal Precinct: | REC |
| Voting Area/Combo #: | 00439 |
| County Polling Place: | WR RECREATION - MCINTYRE ROOM<br>800 WATSON BLVD<br>WARNER ROBINS, GA 31093 - 0000 |
| Municipal Polling Place: | WR RECREATION - MCINTYRE ROOM<br>800 WATSON BLVD<br>WARNER ROBINS, GA 31093 - 0000 |

**VoteSafe:** Display Actual Address Display Signature

**Mailing Address**

| | |
|---|---|
| Street No.: | |
| Suffix: | |
| Street Name / PO Box: | |
| Address Line 2: | |
| Apt/Unit: | |
| Mailing City: | |
| Mailing State: | |
| Zip Code: | |

| User Name | Date/Time | Memo |
|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| KILTON SMITH | 03/25/2020 | [redacted] | [redacted] |

**Previous Address:**

| Street No | Street Name | Apt/Unit | Suffix | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | | | WARNER ROBINS | GA | 31088 - 3408 |

**Previous Status:**

| Status | Status Reason | Date changed | User Name |
|---|---|---|---|
| CANCELLED | NO ACTIVITY FOR 2 GENERAL ELECTION CYCLES | 04/01/2020 | 076SYOUNG |
| INACTIVE | NO CONTACT | 12/16/2019 | SYSTEM |
| ACTIVE | | 08/08/2015 | CONFIRMATION NOTICE |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| KILTON SMITH | 03/25/2020 | [redacted] | [redacted] |

| Date | Election Type | Election Category | Ballot Type | Challenged | Challenged Reason | Challenged Status | Party | Counted | Comments | County Vote Cast In |
|---|---|---|---|---|---|---|---|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| KILTON SMITH | 03/25/2020 | [redacted] | [redacted] |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 04/01/2020 10:23 AM | CHANGE | Residence Address, Status, Other | 03/25/2020 | | HOUSTON | 076SYOUNG | 02 - Mail-In Applications |
| 12/16/2019 11:15 PM | CHANGE | Status | 12/06/2011 | No Activity For 2 General Election Cycles | | SYSTEM | |
| 07/21/2017 8:16 PM | CHANGE | Districts | 12/06/2011 | REDISTRICTING | | REDISTRICTING | |
| 08/08/2015 10:30 PM | CHANGE | Status | 12/06/2011 | NO CONTACT | | CONFIRMATION NOTICE | |
| 01/11/2013 6:59 PM | NEW VOTER | | 12/06/2011 | CON | | ENETCONV | 01 - DDS |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| KILTON SMITH | 03/25/2020 | [redacted] | [redacted] |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|
| CN | 11/06/2019 | Didn't respond within 40 days | NGE Notices | |
| CN | 06/29/2015 | Didn't respond within 40 days | Confirmation Notices | |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| KILTON SMITH | 03/25/2020 | [redacted] | [redacted] |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|
| 12/16/2019 | Cancelled | No Activity For 2 General Election Cycles | |

Previous

Inquiry > Voter Registration

**Inquiry - View Voter Registration**

**Voter Information**

| | |
|---|---|
| Voter Name: | CLIFFORD DOUGLAS THOMAS |
| Date of Birth: | |
| Race: | BLACK NOT OF HISPANIC ORIGIN |
| Gender: | MALE |
| Voter Registration #: | |
| Registration Date: | 02/24/2020 |
| Current Status: | ACTIVE |
| Status Reason: | |
| Voter Phone: | |
| E-mail: | |
| DL #/State ID: | |
| Site ID / Location: | 02 - MAIL-IN APPLICATIONS |
| SSN (Full OR Last 4 Digits): | |
| ID Required: | NO |
| US Citizen: | YES |
| Challenged Elector: | NO |

**Residence Address**

| | |
|---|---|
| Street No.: | |
| Street Name: | |
| Suffix: | |
| Apt/Unit: | |
| Address Line 2: | |
| Municipality: | SOUTH FULTON |
| Postal City: | COLLEGE PARK |
| County: | FULTON |
| Zip Code: | 30349 - 6541 |
| State: | GA |
| Added Date: | 10/12/2005 |
| Change/Audit Date: | 06/08/2020 |
| Date of Last Contact: | 06/08/2020 |
| Date of Last Status Change: | 03/04/2020 |
| Poll Worker Interest: | NO |

**Voting Districts**

| | |
|---|---|
| Congressional | 99999 |
| Senate | 99999 |
| House | 99999 |
| Judicial | 99999 |

**County Districts**

| | |
|---|---|
| Commission | 99999 |

**Municipal Districts**

| | |
|---|---|
| County Precinct: | 88888 |
| Municipal Precinct: | - |
| Voting Area/Combo #: | 00000 |
| County Polling Place: | |
| Municipal Polling Place: | |

**VoteSafe:** Display Actual Address Display Signature

**Mailing Address**

| | | | |
|---|---|---|---|
| Street No.: | | Apt/Unit: | |
| Suffix: | | Mailing City: | |
| Street Name / PO Box: | | Mailing State: | |
| Address Line 2: | | Zip Code: | |

| User Name | Date/Time | Memo |
|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| CLIFFORD DOUGLAS THOMAS | 02/24/2020 | | |

**Previous Address:**

| Street No | Street Name | Apt/Unit | Suffix | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| | | | | | COLLEGE PARK | GA | 30349 - 6541 |
| | | | | | COLLEGE PARK | GA | 30349 - 6541 |

**Previous Status:**

| Status | Status Reason | Date changed | User Name |
|---|---|---|---|
| CANCELLED | NO ACTIVITY FOR 2 GENERAL ELECTION CYCLES | 03/04/2020 | 060CWALKER |
| INACTIVE | NO CONTACT | 12/16/2019 | SYSTEM |
| ACTIVE | | 08/08/2015 | CONFIRMATION NOTICE |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| CLIFFORD DOUGLAS THOMAS | 02/24/2020 | | |

| Date | Election Type | Election Category | Ballot Type | Challenged | Challenged Reason | Challenged Status | Party | Counted Comments | County Vote Cast In |
|---|---|---|---|---|---|---|---|---|---|
| 06/09/2020 | GENERAL PRIMARY | STATE WIDE | Absentee | | | | | Yes | FULTON |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| CLIFFORD DOUGLAS THOMAS | 02/24/2020 | | |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 06/08/2020 2:56 PM | CHANGE | Other | 06/08/2020 | ABSENTEE BALLOT | FULTON | 060CFICKLIN | |
| 05/08/2020 6:25 PM | CHANGE | Other | 05/08/2020 | ABSENTEE BALLOT | FULTON | 060CWALKER | |
| 03/04/2020 11:23 AM | CHANGE | Status, Other | 02/24/2020 | | FULTON | 060CWALKER | 02 - Mail-In Applications |
| 12/16/2019 11:15 PM | CHANGE | Status | 10/01/2010 | No Activity For 2 General Election Cycles | | SYSTEM | |
| 12/16/2016 1:54 PM | CHANGE | Residence Address | 10/01/2010 | REDISTRICTING | FULTON | 060SMOSS | |
| 08/08/2015 10:30 PM | CHANGE | Status | 10/01/2010 | NO CONTACT | | CONFIRMATION NOTICE | |
| 01/06/2014 3:23 PM | CHANGE | Residence Address | 10/01/2010 | REDISTRICTING | FULTON | 060SMARSHALL | |



| | | | | | |
|---|---|---|---|---|---|
| 06/26/2012 12:00 AM | NEW VOTER | 10/01/2010 | CON | ENETCONV11 | 01 - DDS |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| CLIFFORD DOUGLAS THOMAS | 02/24/2020 | [redacted] | [redacted] |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|
| CN | 11/06/2019 | Didn't respond within 40 days | NGE Notices | |
| CN | 06/29/2015 | Didn't respond within 40 days | Confirmation Notices | |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| CLIFFORD DOUGLAS THOMAS | 02/24/2020 | [redacted] | [redacted] |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|
| 12/16/2019 | Cancelled | No Activity For 2 General Election Cycles | |

Previous