# EXHIBIT 133

Declarant Chart

| Last Name | First Name | County at Issue | Declaration First Page Bates Number | Voter alleging first-hand issue? |
|---|---|---|---|---|
| Adams | Teri | Bleckley | PLTFS00035 | Yes |
| Allen | Hattie | DeKalb | PLTFS000632 | Yes |
| Allen | Jade | Fulton | PLTFS-001130 | Yes |
| Alridge | Tiffany | Henry | PLTFS000478 | Yes |
| Alston | Eboni | Cobb | PLTFS000548 | Yes |
| Alston | Vicki | Muscogee | PLTFS000989 | No |
| Anachuna | Ofodile | Cobb | PLTFS000272 | Yes |
| Antoine | Shanna | Gwinnett | PLTFS000474 | Yes |
| Ashling | Cam | Fulton | PLTFS000946 | No |
| Awad | Sam | Cobb | PLTFS000318 | Yes |
| Awan | Rita | DeKalb | PLTFS000480 | Yes |
| Baier | April | Fulton | PLTFS000691 | Yes |
| Bailey | Caroline | DeKalb | PLTFS000361 | Yes |
| Baiye | James | Gwinnett | PLTFS000190 | Yes |
| Baker | Tracey | Butts | PLTFS001142 | Yes |
| Barnidge | Hollie | Chatham | PLTFS000182 | Yes |
| Barnidge | Noell | Chatham | PLTFS000265 | Yes |
| Bartley | Jacqueline | DeKalb | PLTFS000707 | Yes |
| Baskett | Michele | Fulton | PLTFS000643 | Yes |
| Beard | Bertron | Gwinnett | PLTFS000585 | Yes |
| Bell | Lorene | Cobb | PLTFS000231 | Yes |
| Bell | Michael | Cobb | PLTFS000435 | Yes |
| Benning | Dexter | Bartow | PLTFS000762 | Yes |
| Berger | Justin | Fulton | PLTFS000960 | No |
| Beriwal | Surabhi | Fulton | PLTFS000339 | Yes |
| Bish | Allison | Gwinnett | PLTFS000001 | Yes |
| Blossomgame | Mary | DeKalb | PLTFS000645 | Yes |
| Borrero | Melinda | Fulton | PLTFS001011 | Yes |
| Boyd | Robin | Clayton | PLTFS000298 | No |
| Boyum | Sydney | Gwinnett | PLTFS000351 | Yes |
| Brinson | Sheena | DeKalb | PLTFS000685 | Yes |
| Bristow | Norma | DeKalb | PLTFS000995 | Yes |

| Last Name | First Name | County at Issue | Declaration First Page Bates Number | Voter alleging first-hand issue? |
|---|---|---|---|---|
| Broderick | Norman | Cobb | PLTFS000610 | Yes |
| Bromley | Hank | Chatham | PLTFS000425 | No |
| Brooks | Jamal | Gwinnett | PLTFS000550 | Yes |
| Brown | Elan | Cobb | PLTFS000416 | Yes |
| Brown | Antione | DeKalb | PLTFS000492 | Yes |
| Brown | Deborah | DeKalb | PLTFS000433 | No |
| Brown | Wanda | Douglas | PLTFS000641 | Yes |
| Brown | Ann | Fulton | PLTFS000021 | Yes |
| Brown | Otto | Liberty | PLTFS001045 | Yes |
| Brundage | Saundra | DeKalb | PLTFS000325 | Yes |
| Burleson | Allen | Cobb | PLTFS000765 | Yes |
| Callaway | Alvilynn | Clayton | PLTFS000564 | Yes |
| Calloway | Alyssa | Fulton | PLTFS000001 | Yes |
| Carmack | Shirley | Henry | PLTFS000771 | Yes |
| Carter | Chad | Fulton | PLTFS000581 | Yes |
| Carter | Kia | Henry | PLTFS000446 | Yes |
| Chandra | Dinesh | Gwinnett | PLTFS000077 | Yes |
| Chase | Mona | Cobb | PLTFS000261 | Yes |
| Church | Margaret | Fulton | PLTFS000241 | No |
| Clark | Alexus | Fulton | PLTFS000577 | Yes |
| Cofield | Willie | Troup | PLTFS000776 | No |
| Cofield | Diana | Troup | PLTFS000773 | No |
| Corona | Colleen | Fulton | PLTFS000063 | No |
| Cox | Annette | Clay | PLTFS000878 | Yes |
| Crain | Jane | DeKalb | PLTF001137 | Yes |
| Cramer | Samantha | Fulton | PLTFS001098 | Yes |
| Crawford | Jobie | Fulton | PLTFS001070 | Yes |
| Cross | Maya | DeKalb | PLTFS000637 | Yes |
| Damineni | Vineeta | Gwinnett | PLTFS000778 | Yes |
| Davis | Patricia | Fulton | PLTFS000648 | Yes |
| del Rio | Carlos | DeKalb | PLTFS000363 | Yes |
| Dermody | Kelly | Fulton | PLTFS000507 | No |
| DeRosa | Virginia | DeKalb | PLTFS000704 | Yes |

| Last Name | First Name | County at Issue | Declaration First Page Bates Number | Voter alleging first-hand issue? |
|---|---|---|---|---|
| Dey | Amrita | Gwinnett | PLTFS000651 | Yes |
| Dixon | Fredrick | Fulton | PLTFS000482 | Yes |
| Doan | Kevin | DeKalb | PLTFS001042 | Yes |
| Duncan | Chris | Fulton | PLTFS000378 | Yes |
| Dyson | Joan | Dougherty | PLTFS000782 | Yes |
| Edelman | Elizabeth | Fulton | PLTFS000086 | No |
| Edler | Rachel | DeKalb | PLTFS000572 | Yes |
| Einzig-Roth | Phoebe | DeKalb | PLTFS000290 | Yes |
| Evans | Theodore | Gwinnett | PLTFS000357 | Yes |
| Evering | Jessica | Cobb | PLTFS000689 | Yes |
| Eziefula | Ikechukwu | Cobb | PLTFS000461 | Yes |
| Fajardo | Rodolfo | Carroll | PLTFS000315 | Yes |
| Feenie | Kristi | Fulton | PLTFS000366 | Yes |
| Fennoy | Amari | Fulton | PLTFS000751 | Yes |
| Fletcher | Tracey | Clayton | PLTFS001080 | Yes |
| Fore | Courtnie | Cobb | PLTFS000066 | Yes |
| Fortune-Coles | Tammy | Rockdale | PLTFS000654 | Yes |
| Francois | Shirley | DeKalb | PLTFS000656 | Yes |
| Freeman | Felicia | Cherokee | PLTFS000997 | Yes |
| Friall | Annisha | DeKalb | PLTFS000570 | Yes |
| Fumo | Margot | Fulton | PLTFS000563 | Yes |
| Gadson | Ora | Dougherty | PLTFS000278 | Yes |
| Gaggero | Shannon | Fulton | PLTFS000330 | No |
| George | Lamarra | Fulton | PLTFS000214 | No |
| Gilliam | Tunnizia | Cobb | PLTFS000393 | Yes |
| Goff | Sharonda | Cobb | PLTFS000391 | Yes |
| Goitia | Lana | Walton | PLTFS000906 | Yes |
| Goldstrom | Lori | Cobb | PLTFS000233 | No |
| Gonzalez | Christian | Fulton | PLTFS001048 | Yes |
| Gonzalez | Eduardo | Gwinnett | PLTFS000699 | No |
| Gordon | Atlas | Chatham | PLTFS000028 | Yes |
| Grant | Kathryn | Lowndes | PLTFS000900 | No |
| Gravely | Blakke | Henry | PLTFS000429 | Yes |

| Last Name | First Name | County at Issue | Declaration First Page Bates Number | Voter alleging first-hand issue? |
|---|---|---|---|---|
| Greenberg | April | Fulton | PLTFS000785 | Yes |
| Greene | Antonio | Cobb | PLTFS000466 | Yes |
| Grice | Arquesia | Gwinnett | PLTFS001038 | Yes |
| Gronewald | Joy | Cobb | PLTFS000200 | Yes |
| Guardiola-Valle | Norma | Bibb | PLTFS000268 | Yes |
| Guerin | Lauretta | Fulton | PLTFS000658 | No |
| Haas | Olivia | DeKalb | PLTFS000274 | Yes |
| Halfon | Nicholas | Fulton | PLLTFS000423 | Yes |
| Halfon | Ilinca | Fulton | PLTFS000421 | No |
| Hall | Carl | Cobb | PLTFS000041 | Yes |
| Hanley | Christine | Cobb | PLTFS000396 | Yes |
| Hargrave | Jordan | Gwinnett | PLTFS000517 | Yes |
| Harris | Edward | Fulton | PLTFS000082 | Yes |
| Hart | Dennis | Fulton | PLTFS000075 | Yes |
| Hartley | Shanda | Cherokee | PLTFS001009 | Yes |
| Hawkins | Keme | DeKalb | PLTFS-FFA-004829 | Yes |
| Hawkins | Anna | Fulton | PLTFS000503 | Yes |
| Hayes | Maurice | Cobb | PLTFS001013 | Yes |
| Herbert | Brittany | Fulton | PLTFS-001127 | Yes |
| Herndon | Mandi | DeKalb | PLTFS000614 | Yes |
| Hill | Jacob | Gwinnett | PLTFS000472 | Yes |
| Himes | Erin | Fulton | PLTFS000171 | Yes |
| Hines | Phyllis | Troup | PLTFS000788 | No |
| Hokanson | Suzanne | Chatham | PLTFS000343 | No |
| Hollis | Cassandra | Fulton | PLTFS000052 | No |
| Hollis | Lonnie | Troup | PLTFS000794 | No |
| Holt | Jacqueline | Meriwether | PLTFS000414 | Yes |
| Holt | Dasia | Webster | PLTFS000383 | Yes |
| Honor | Billy | Fulton | PLLTFS001016 | No |
| Hoover | Amy | Fulton | PLTFS000546 | Yes |
| Huguet | Arnaud | Fulton | PLTFS000023 | Yes |
| Ingram | Lawrence | Cobb | PLTFS000468 | Yes |
| Irwin | Oretha | Clay | PLTFS000921 | Yes |

| Last Name | First Name | County at Issue | Declaration First Page Bates Number | Voter alleging first-hand issue? |
|---|---|---|---|---|
| Jackson | Colin | DeKalb | PLTFS000528 | Yes |
| Jackson | Kiara | Dougherty | PLTFS000796 | Yes |
| Jackson | Cazembe | Fulton | PLTFS0000060 | Yes |
| Jackson | Audrey | Gwinnett | PLTFS000032 | No |
| Jackson-Campbell | Tobias | Fulton | PLTFS000800 | Yes |
| Johnson | Shonkearia | Baldwin | PLTFS000336 | Yes |
| Johnson | Antoinette | Chatham | PLTFS000427 | Yes |
| Johnson | Emily | Chatham | PLTFS000629 | Yes |
| Jolivette | Roderick | Muscogee | PLTFS000701 | No |
| Jones | Vernon | Chatham | PLTFS000663 | Yes |
| Jones | Willie | Douglas | PLTFS000476 | Yes |
| Jones | Kimberly | Fulton | PLTFS000205 | Yes |
| Jordan | Tommie | Sumter | PLTFS001092 | Yes |
| Kang | Lianna Arah | Fulton | PLTFS000757 | Yes |
| Kang | Shannon | Fulton | PLTFS000923 | Yes |
| Kelly | Natalya | DeKalb | PLTFS000804 | Yes |
| Kelsey | Claudine | Cobb | PLTFS000536 | Yes |
| Kemp | Kirsten | Fulton | PLTFS000559 | Yes |
| Kenney-Tolentino | Patrick | DeKalb | PLTFS001074 | Yes |
| Kenney-Tolentino | Sophia | DeKalb | PLTFS001077 | Yes |
| Knowles | Julia | Dougherty | PLTFS000808 | Yes |
| Lack | Nathaniel | Fulton | PLFTS000374 | Yes |
| Lambert | Velma | Gwinnett | PTLFS000359 | Yes |
| Lansky | Jack | Fulton | PLTFS000591 | Yes |
| Larson | Nancy | DeKalb | PLTFS000263 | No |
| Lee | Gwendolyn | Dekalb | PLTFS000665 | No |
| Lee | Pamela | Wheeler | PLTFS000665 | Yes |
| Leech | Ouida | Baldwin | PLTFS000280 | No |
| Leo | Jonathan | Fulton | PLTFS001047 | Yes |
| Lepere | Alia | Fulton | PLTFS000450 | Yes |
| Lester | Joycelyn | Early | PLTFS000387 | Yes |
| Lewis | Karen | Gwinnett | PLTFS000925 | Yes |
| Lindsey | Kenneth | DeKalb | PLTFS000203 | Yes |

| Last Name | First Name | County at Issue | Declaration First Page Bates Number | Voter alleging first-hand issue? |
|---|---|---|---|---|
| Liscord | Barbara | Chatham | PLTFS000457 | No |
| Lockwood | Mollye | Fulton | PLTFS001086 | No |
| Longino | Sharonda | Fulton | PLTFS000727 | Yes |
| Longstreth | Patrick | Chatham | PLTFS000288 | No |
| Lucas | Jeannette | Dougherty | PLTFS000898 | No |
| Lucas | Frank | Lee | PLTFS000866 | Yes |
| Maciejewski | Jennifer | Cobb | PLTFS000722 | Yes |
| Maddox | David | DeKalb | PLTFS000368 | Yes |
| Manning | Melanie | Gwinnett | PLTFS000254 | No |
| Marion | Jeffrey | Gwinnett | PLTFS000669 | Yes |
| Marshall | Dawn | Fulton | PLTFS000454 | Yes |
| Marshall | Linda | Fulton | PLTFS-FFA-003897 | Yes |
| Martin | Shelley | Rockdale | PLTFS000811 | Yes |
| Mason | Isaac | DeKalb | PLTFS000185 | Yes |
| Massiah | Cassandra | Fulton | PLTFS000817 | Yes |
| Mathis | Davaris | Dougherty | PLTFS000818 | Yes |
| Matthews | Tracy | DeKalb | PLTFS000597 | Yes |
| Matz | Gahalam | Richmond | PLTFS000175 | Yes |
| Mauldin | Shaniah | Henry | PLTFS000821 | Yes |
| McClure | Morgan | Fulton | PLTFS000791 | Yes |
| McCoy | Shannon | Fulton | PLTFS000952 | Yes |
| McGhin | Janie | Lowndes | PLTFS000894 | Yes |
| McGinniss | Whitney | DeKalb | PLTFS000831 | Yes |
| McGraw | Gloria | DeKalb | PLTFS000532 | Yes |
| McKissic | Anthony | Coweta | PLTFS000948 | Yes |
| Medalla | Dina | Gwinnett | PLTFS000845 | Yes |
| Millett | Betty | Warren | PLTFS000634 | Yes |
| Minter | Isabella | Muscogee | PLTFS000188 | Yes |
| Mirza | Isaac | DeKalb | PLTFS000733 | Yes |
| Mitchell | Courtney | Fulton | PLTFS000671 | Yes |
| Mitchell | Sharita | Thomas | PLTFS000673 | Yes |
| Mize | Dorothy | Hall | PLTFS000489 | Yes |
| Moore | Lottie | Clay | PLTFS000916 | Yes |

| Last Name | First Name | County at Issue | Declaration First Page Bates Number | Voter alleging first-hand issue? |
|---|---|---|---|---|
| Moore | Bulinda | Dougherty | PLTFS000389 | Yes |
| Morris | Kirsten | Chatham | PLFTS000210 | Yes |
| Morris | Jesse | Chatham | PLFTS000552 | Yes |
| Morris | Betty | DeKalb | PLFTS000522 | No |
| Murphy | Elizabeth | Clarke | PLFTS000167 | Yes |
| Murphy | Sue | Stephens | PLTFS-FFA-003736 | Yes |
| Murray | Shaun | Gwinnett | PLTFS000524 | Yes |
| Muzio | Carole | Fulton | PLTFS000746 | Yes |
| Napper | Marcus | DeKalb | PLFTS000401 | Yes |
| Nathan | Patricia | Fulton | PLFTS000286 | No |
| Neal | Keteria | Gwinnett | PLFTS000409 | Yes |
| Nelson | Patrick | Fulton | PLFTS000849 | Yes |
| Nicholas | Laurie | Gwinnett | PLTFS000527 | Yes |
| Niederwanger | Liza | Chatham | PLTFS000228 | Yes |
| Noll | Michael | Lowndes | PLTFS000918 | No |
| Oatis | Derrick | Gwinnett | PLTFS000538 | Yes |
| Obiofuma | Chukwuka | Gwinnett | PLTFS000884 | Yes |
| Ogle | Nailah | DeKalb | PLFTS000595 | Yes |
| O'Hara | Charles | Fulton | PLTFS000534 | Yes |
| Oki | Andrea | Gwinett | PLTFS000005 | No |
| O'Malley | Kevin | Chatham | PLTFS000499 | Yes |
| Osborn | Tim | Claytonr | PLTFS000717 | No |
| Ozcomert | Sherri | DeKalb | PLTFS000599 | Yes |
| Parrott | Raymond | Clarke | PLTFS000601 | Yes |
| Patterson | Ineze | Troup | PLTFS000852 | No |
| Payne | Rebecca | Fulton | PLTFS000296 | No |
| Pearson | Martha | Fulton | PLTFS000246 | No |
| Peterson | Jim | DeKalb | PLTFS000198 | Yes |
| Pickett | Thires | Gwinnett | PLTFS000505 | Yes |
| Pierce | Julia | Gwinnett | PLTFS000201 | No |
| Platt | Rasheikca | Chatham | PLTFS000292 | Yes |
| Poventud | Angel | Fulton | PLTFS000009 | No |
| Powers | Delaney | Cherokee | PLTFS000073 | Yes |

| Last Name | First Name | County at Issue | Declaration First Page Bates Number | Voter alleging first-hand issue? |
|---|---|---|---|---|
| Price | Mary | DeKalb | PLTFS000589 | Yes |
| Radulovacki | Susan | Cobb | PLTFS000941 | No |
| Ratner | Gary | Dougherty | PLTFS000179 | No |
| Ravid | Ofek | Cobb | PLTFS000406 | Yes |
| Reed | Deidra | N/A | PLTFS-FFA-004285 | No |
| Reeves | Kenneth | Cobb | PLTFS001002 | Yes |
| Resler | Bradley | DeKalb | PLTFS000520 | Yes |
| Roberts | Robyn | DeKalb | PLTFS000627 | No |
| Rodrigues | Ami | Dekalb | PLTFS000003 | No |
| Romero | Mary Alexandra | Fulton | PLTFS000575 | Yes |
| Ross | Benjamin | Muscogee | PLTFS000034 | No |
| Sabusa | Shaila | Cobb | PLTFS000328 | Yes |
| Schexnyder | Clare | DeKalb | PLTFS-001123 | No |
| Schlake | Janet | Warren | PLTFS0000194 | No |
| Schlesinger | Bradley | DeKalb | PLTSF000039 | Yes |
| Schnellinger | Lisa | Gwinnett | PLTFS000223 | No |
| Scott | Blakely | Chatham | PLTFS001082 | Yes |
| Scott | Tangerlyn | Cobb | PLTFS000399 | Yes |
| Sealey | Carol | Clay | PLTFS000881 | Yes |
| Shah | Durga | DeKalb | PLTFS000370 | Yes |
| Shahar | Robin | DeKalb | PLTFS000310 | No |
| Shepperd | Khrystylle | Troup | PLTFS000857 | Yes |
| Smith | De'Niyah | Dougherty | PLTFS000859 | Yes |
| Smith | Latonia | Fulton | PLTFS000937 | Yes |
| Smith | Kilton | Houston | PLTFS-001135 | Yes |
| Soori-Arachi | Marcus | Gwinnett | PLTFS000235 | Yes |
| Southall | Sharman | Cobb | PLTFS000333 | No |
| Stanescu | Vasile | Houston | PLTFS000583 | Yes |
| Stephens | Carolyn | Clarke | PLTFS000043 | No |
| Stephens | Panessa | DeKalb | PLTFS000283 | Yes |
| Sudden | Stephanie | DeKalb | PLTFS000501 | Yes |
| Talley | Shantreyonna | Fulton | PLTFS000498 | Yes |
| Tallmadge | Elizabeth | Fulton | PLTFS000556 | Yes |

| Last Name | First Name | County at Issue | Declaration First Page Bates Number | Voter alleging first-hand issue? |
|---|---|---|---|---|
| Taylor | St. Elmo "Michael" | Coweta | PLTFS001020 | Yes |
| Terekhova | Pamela | Chatham | PLTFS000694 | Yes |
| Thaxton | Stasha | DeKalb | PLTFS000630 | Yes |
| Thomas | Jeanette | Ware | PLTFS000760 | Yes |
| Thuon | Marjorie | Fayette | PLTFS000608 | Yes |
| Thurmon-Jetter | Diondra | Clayton | PLTFS000438 | Yes |
| Tonic | Lola | Fulton | PLTFS000861 | Yes |
| Tran | Ngoc | Gwinnett | PLTFS001119 | Yes |
| Traylor | Donna | Cobb | PLTFS000412 | Yes |
| Tyson | Margaret | Grady | PLTFS000677 | No |
| Umeakunne | Chima | Fulton | PLTFS000865 | Yes |
| Underwood-Jackson | Erika | Fulton | PLTFS000714 | Yes |
| Urquhart | Suzanne | DeKalbr | PLTFS000345 | No |
| Van Zajac | Dana | Cherokee | PLTFS000070 | No |
| Vanzant | Carrie | DeKalb | PLTFS00050 | Yes |
| Velazquez | Gabriel | Gwinnett | PLTFS000889 | No |
| Velez | Angela | Paulding | PLTFS000867 | No |
| Viljamaa | Lauren | Hall | PLTFS001114 | Yes |
| Vu | Ngan Kim "Kavi" | Gwinnett | PLTFS001060 | No |
| Walden | Eunice | DeKalb | PLTFS000380 | Yes |
| Walker | Laura | Sumter | PLTFS000219 | No |
| Wang | Yujue | Fulton | PLTFS000625 | Yes |
| Ward | Ernest | Troup | PLTFS000875 | Yes |
| Warren | Sallie | Fulton | PLTFS000567 | Yes |
| Warren | Talisha | Gwinnett | PLTFS000431 | Yes |
| Washington | Stephanie | Gwinnett | PLTFS000679 | No |
| White | Michael | Cobb | PLTFS000258 | Yes |
| White | Ernest | Fulton | PLTFS000712 | Yes |
| White | Carlos | Gwinnett | PLTFS000495 | Yes |
| Williams | Camille | Cobb | PLTFS000464 | Yes |
| Williams | Kimberly | Fulton | PLTFS000485 | Yes |
| Williams | Wanda | Gwinnett | PLTFS000470 | Yes |

| Last Name | First Name | County at Issue | Declaration First Page Bates Number | Voter alleging first-hand issue? |
|---|---|---|---|---|
| Willingham Thomas | Earika Patrice | Richmond | PLTFS000079 | Yes |
| Wilson | Joyce | Newton | PLTFS000543 | No |
| Winbush | Nicolas | Cobb | PLTFS000418 | Yes |
| Wolfe | Mariah | Fulton | PLTFS000742 | Yes |
| Woodward | Mary Elizabeth | Cobb | PLTFS000252 | Yes |
| Wooten | Glenn | Fulton | PLTFS-001133 | Yes |
| Worthy | Cherry | Fulton | PLTFS000376 | Yes |
| Xu | Peggy | Fulton | PLTFS000753 | Yes |
| Young | Grace Ann | DeKalb | PLTFS000404 | Yes |
| Young | Devin | DeKalb | PLTFS000444 | Yes |
| Young | Uranius | Douglas | PLTFS000683 | Yes |
| Young | Jeffrey | Gwinnett | PLTFS000196 | Yes |
| Zeigler | Sara | Dekalb | PLTFS000321 | No |