# EXHIBIT 134

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## <u>SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW</u>

1. My name is Sharman R. Southall. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is ▮▮▮ ▮▮▮▮▮▮▮▮ Roswell, GA 30075.

3. On November 6, 2018, I was a poll watcher at Argyle Elementary School, which was built in 1970 near the new Braves Stadium. Another polling place is located directly across Spring Road at the fire station. When I arrived at Argyle Elementary School 6:20am, a handful of voters were already in line to cast their ballots.

4. The voting area was located in the media center this year, though it seems to have been located in the cafeteria in past years. The cafeteria is a more open and accessible location than the media center. The media center was somewhat crowded with the students' computer terminals and book shelves.

5. Shortly after the polls opened, heavy rain and wind moved into the area. Voters were brought into the interior of the school and access to the building for voting was changed to a door located closer to the main entrance of the school. The signage was not immediately moved, however, which lead to some confusion.

6. The waiting time throughout the day ranged from about 1.5 hours to 2.5 hours due to high voter turn-out, few voting machines, and the long ballot and amendments. The long line was consistent throughout the day. Many seniors in line knew they could come to the front of the line but some did not. No handicap accessible machines were provided, but the poll workers provided chairs to those who needed one while they voted.

7. I noticed several voters who got very close to the front of the line but had to abandon the line to pick up their children from daycare or return to work – they had run out of time to wait any longer and left without voting. In all, I observed about 20-25 voters who abandon the line. Most said they would return later but I only recognized two such voters who returned later. Other voters may have left the line without voting but I could not see them from where I stood at the front of the line.

8. The parking was not plentiful at this location. I went outside several times during the day and saw that parking was always at capacity and cars had parked on the grassy areas and on the sidewalks. I always observed cars leaving the lot but do not know if they parked elsewhere or abandoned voting.

9. Our last voter in line when the polls closed completed his voting at 9:40 pm.

10. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

PLTFS000334

11. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

12. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 13th day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the 13th day of November, 2018.

_____
Notary Public

[Notary Seal: MWAKA LEAH HALL, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA, MY COMMISSION EXPIRES FEBRUARY 18, 2020]

PLTFS000335