**EXHIBIT 6**

```
 1            IN THE UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF GEORGIA

 3                    ATLANTA DIVISION

 4

 5   CASE NUMBER: No. 1:18-CV-05391-SCJ

 6

 7   FAIR FIGHT ACTION, INC; CARE IN ACTION, INC;
     EBENEZER BAPTIST CHURCH OF ATLANTA, GEORGIA,
 8   INC.; BACONTON MISSIONARY BAPTIST CHURCH, INC;
     VIRGINIA-HIGHLAND CHURCH, INC.; and THE SIXTH
 9   EPISCOPAL DISTRICT, INC.,
             Plaintiffs,
10        vs.
     BRAD RAFFENSPERGER, in his official capacity
11   as Secretary of State of the State of Georgia
     and as Chair of the State Election Board of
12   Georgia; REBECCA N. SULLIVAN, DAVID J. WORLEY,
     and SETH HARP, in their official capacities as
13   members of the STATE ELECTION BOARD; and STATE
     ELECTION BOARD,
14           Defendants.

15

16

17              VIDEOTAPED DEPOSITION

18                      OF

19                 RYAN GERMANY

20             December 11, 2019

21

22

23

24   REPORTED BY:

25         J. Ashley Arrowood, RPR, CRR
```



```
 1        Q.    Okay.  All right.  There's a big
 2   controversy about using money from the
 3   Department of Homeland Securities to secure --
 4   or to look at the security of the DRE
 5   machines.  Tell me what you know about that.
 6        A.    I'm not aware of any money that
 7   Homeland Security has offered.
 8        Q.    Is that right, DHS did not offer
 9   the State any money or assistance for --
10        A.    So they did offer states some
11   services after -- I guess after the 2016
12   election.
13        Q.    Yeah.
14        A.    We looked at it at the time in
15   terms of what they were offering and -- "we"
16   being our office -- and came to the
17   conclusion that we're already doing all of
18   this.
19              We had a data release in 2015
20   where we inadvertently mailed out electors
21   list that included private information.
22        Q.    Yeah.
23        A.    So the silver lining in that --
24   and we -- I think it kind of put us ahead of
25   the game on adopting cybersecurity practices.
```



```
 1   They needed to be adopted.
 2              So when we -- when DHS
 3   offered -- they offered some assessments.  We
 4   spoke to DHS, I believe -- I know I
 5   specifically spoke to people at DHS about,
 6   hey, here's what we're doing, how does what
 7   you're doing work with this, and their -- I
 8   don't remember specifically who I spoke to,
 9   but the response was you're -- that's just as
10   good as what we're going to do, frankly it's
11   good, and we can go work on a state that's
12   not doing anything.
13              So now we do use -- you know,
14   since then, I think they've offered some
15   things that were -- that we did see as
16   beneficial, and we've added those into
17   different parts of our system.
18        Q.    You do understand the importance
19   of citizens having confidence in the voting
20   process, don't you?
21        A.    I think that's very important.
22        Q.    Were you concerned that there
23   would be a perception that if you turned down
24   DHS assistance that people may lose
25   confidence?
```



```
 1              MR. RUSSO:  John, he's not
 2   speaking as a 30(b)(6) for the office.  Are
 3   you asking -- you know, you said were you
 4   concerned that there would be a perception if
 5   you turned down DHS assistance.
 6              MR. CHANDLER:  Substitute
 7   Secretary of State's office.
 8              MR. RUSSO:  Well, I don't know if
 9   that cures the issue because he's not a
10   30(b)(6).
11              If you know, then you can go ahead
12   and speak to it personally but --
13        Q.    (BY MR. CHANDLER:)  Tell me what
14   you know.
15              MR. RUSSO:  I don't think he can
16   respond for the office.
17        A.    So my impression is that we are
18   definitely concerned about voter confidence
19   and a voter having confidence in the system.
20   I don't think there was a concern around that
21   about the DHS issue specifically.
22        Q.    (BY MR. CHANDLER:)  Okay.  Have
23   you done anything to determine whether the DRE
24   machines were hacked in connection with the
25   2018 election?
```

