# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:18-cv-05391-SCJ**

**Ebenezer Baptist Church of Atlanta, Georgia, Inc. et al v. Raffensperger et al**

**Honorable Steve C. Jones**

Minute Sheet for proceedings held In Open Court on 11/29/2021.

| | |
|---|---|
| TIME COURT COMMENCED: 11:00 A.M. | |
| TIME COURT CONCLUDED: 11:45 A.M. | COURT REPORTER: Melissa Brock |
| TIME IN COURT: 00:45 | DEPUTY CLERK: Pamela Wright |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger |
| | Leslie Bryan representing Fair Fight Action, Inc |
| | Von DuBose representing Fair Fight Action, Inc |
| | Allegra Lawrence representing Fair Fight Action, Inc |
| | Michelle McClafferty representing Fair Fight Action, Inc |
| | Vincent Russo representing Brad Raffensperger |
| | Elizabeth Tanis representing Fair Fight Action, Inc |
| | Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | Preliminary pretrial conference held. The Court discussed various scheduling issues with counsel; scheduling order to follow. |
| HEARING STATUS: | Hearing Concluded |