IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FAIR FIGHT ACTION, INC., et al.,**  Plaintiffs,  v.  **BRAD RAFFENSPERGER, et al.,**  Defendants. | **CIVIL ACTION FILE NO.**  **1:18-CV-5391-SCJ** |

## ORDER

This matter appears before the Court on review of the parties' Joint Motion for Brief Postponement of Trial Date (Doc. No. [693]). Based on the parties' Motion and for good cause shown, the Motion (Doc. No. [693]) is **GRANTED**. A status conference to select a new trial date will be scheduled at a later date.

**IT IS SO ORDERED** this 14th day of January, 2022.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**