# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, INC, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>    *Defendants*. | Civil Action No.<br>1:18-cv-05391-SCJ |

### PLAINTIFFS' STATUS REPORT IN ACCORDANCE WITH PARAGRAPH 12 OF THE COURT'S NOVEMBER 30, 2021, ORDER, ECF 641

Plaintiffs report to the Court on the Parties' progress on various matters addressed in the Court's November 30, 2021, Order, ECF 641:

With the trial date continued until April 11, 2022, the Parties are cooperating to revise the current schedule to allow for an orderly completion of the remaining tasks. Those tasks include conducting three, possibly four, depositions the Parties have said they will take. The deponents are former State Election Board member Anh Le (whose deposition was postponed by agreement), Secretary of State witness Gabe Sterling, Ebenezer's witness Bronson Woods, and, possibly, former Senator David Perdue.

The parties are negotiating the extension of various deadlines and expect to be able to present the Court with a proposed Consent Order early next week. As the Court knows, Plaintiffs have filed an Emergency Motion to Exclude the Testimony of Defendants' "May Call" Witness David Perdue. Briefing will be complete by next Wednesday.

Respectfully submitted this, the 21st day of January, 2022.

> */s/ Allegra J. Lawrence*
> Allegra J. Lawrence (GA Bar No. 439797)
> Leslie J. Bryan (GA Bar No. 091175)
> Lovita T. Tandy (GA Bar No. 697242)
> Celeste Coco-Ewing (Admitted *pro hac vice*)
> Michelle L. McClafferty (GA Bar No. 161970)
> Monica R. Owens (GA Bar No. 557502)
> Rodney J. Ganske (GA Bar No. 283819)
> Maia Cogen (GA Bar No. 832438)
> Suzanne Smith Williams (GA Bar No. 526105)
> **LAWRENCE & BUNDY LLC**
> 1180 West Peachtree Street, Suite 1650
> Atlanta, GA 30309
> Telephone: (404) 400-3350
> Fax: (404) 609-2504
> allegra.lawrence-hardy@lawrencebundy.com
> leslie.bryan@lawrencebundy.com
> lovita.tandy@lawrencebundy.com
> celeste.coco-ewing@lawrencebundy.com
> michelle.mcclafferty@lawrencebundy.com
> monica.owens@lawrencebundy.com
> maia.cogen@lawrencebundy.com
> suzanne.williams@lawrencebundy.com

Thomas R. Bundy (Admitted *pro hac vice*)
**LAWRENCE & BUNDY LLC**
8115 Maple Lawn Boulevard
Suite 350
Fulton, MD 20789
Telephone: (240) 786-4998
Fax: (240) 786-4501
thomas.bundy@lawrencebundy.com

Dara Lindenbaum (GA Bar No. 980780)
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW
Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

Elizabeth Tanis (GA Bar No. 697415)
John Chandler (GA Bar No. 120600)
957 Springdale Road, NE
Atlanta, GA 30306
Telephone: (404) 771-2275
beth.tanis@gmail.com
jachandler@gmail.com

Kurt G. Kastorf (GA Bar No. 315315)
**KASTORF LAW, LLC**
1387 Iverson St, Suite 100
Atlanta, GA 30307
Telephone: (404) 900-0330
kurt@kastorflaw.com

Matthew G. Kaiser (Admitted *pro hac vice*)
Sarah R. Fink (Admitted *pro hac vice*)
**KAISERDILLON PLLC**
1099 Fourteenth Street, NW
Eighth Floor West
Washington, DC 20005
Telephone: (202) 640-2850
Fax: (202) 280-1034
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com

Kali Bracey (Admitted *pro hac vice*)
Ishan Bhabha (Admitted *pro hac vice*)
Victoria Hall-Palerm (Admitted *pro hac vice*)
Kathryn L. Wybrandt (Admitted *pro hac vice*)
**JENNER & BLOCK LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Fax: (202) 639-6066
kbracey@jenner.com
ibhabha@jenner.com
vhall-palerm@jenner.com

Jeremy M. Creelan (Admitted *pro hac vice*)
Elizabeth A. Edmondson (Admitted *pro hac vice*)
Allison N. Douglis (Admitted *pro hac vice*)
**JENNER & BLOCK LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 891-1600
Fax: (212) 891-1699
jcreelan@jenner.com
eedmondson@jenner.com

Kelsey Stimple (Admitted *pro hac vice*)
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, Illinois 60654
312-222-9350
kstimple@jenner.com

Von A. DuBose
**DUBOSE MILLER LLC**
75 14th Street N.E., Suite 2110
Atlanta, GA 30309
Telephone: (404) 720-8111
Fax: (404) 921-9557
dubose@dubosemiller.com

Johnathan Diaz (Admitted *pro hac vice*)
Paul M. Smith (Admitted *pro hac vice*)
**CAMPAIGN LEGAL CENTER**
1101 14th St. NW Suite 400
Washington, DC 20005
Telephone: (202)736-2200
jdiaz@campaignlegal.org
psmith@campaignlegal.org

Andrew D. Herman (Admitted *pro hac vice*)
**MILLER & CHEVALIER CHARTERED**
900 Sixteenth Street, NW
Washington, DC 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
aherman@milchev.com

*Counsel for Fair Fight Action, Inc.; Care in Action, Inc.; Ebenezer Baptist Church of Atlanta, Georgia, Inc.; Baconton Missionary Baptist Church, Inc.; Virginia-Highland Church, Inc.; and The Sixth Episcopal District, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 21st, 2022, the foregoing **Plaintiffs' Status Report in Compliance with Paragraph 12 of the Court's November 30, 2021, Order, ECF 641** was filed with the Court using the ECF system, which will serve all counsel of record.

This, the 21st day of January, 2022.

                        */s/ Allegra J. Lawrence*
                        Allegra J. Lawrence