## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FAIR FIGHT ACTION, INC, *et al.*,

    *Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants*.

Civil Action File

No. 1:18-cv-05391-SCJ

## **ORDER**

Before the Court is the Parties' Joint Motion to Amend Pretrial Scheduling Order.  After careful consideration, and for good cause shown, the Motion is **GRANTED**.  The November 30, 2021 order setting pretrial deadlines in this case, (Doc. No. [641]), is hereby amended and the following pretrial deadlines set:

- February 11, 2022:  All depositions shall be completed.  This shall include, if necessary, any deposition of Senator David Perdue.
- February 18, 2022:  All amendments to the pretrial order shall be due.
- February 25, 2022:  All motions in limine shall be due.
- March 11, 2022:  All responses to motions in limine shall be due.
- March 18, 2022:  All replies in support of motions in limine shall be due.

- April 1, 2022:  Pretrial conference to be held and, if necessary, hearings on any motions in limine.
- April 11, 2022:  Trial to begin.

**IT IS SO ORDERED** this  26th  day of January, 2022.


 s/Steve C. Jones
**Honorable Steve C. Jones**
**United States District Court Judge**