IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, INC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants*. | Civil Action No. <br> 1:18-cv-05391-SCJ |

**PLAINTIFFS' STATUS REPORT IN ACCORDANCE WITH
PARAGRAPH 12 OF THE COURT'S
NOVEMBER 30, 2021, ORDER, ECF 641**

Plaintiffs report to the Court on the parties' progress on various matters addressed in the Court's November 30, 2021, Order, ECF 641 and the Court's January 26, 2022, Order, ECF 704:

Final trial preparation continues. On Monday, Plaintiffs filed their Motion in Limine and Memorandum in Support to Limit the Testimony of Gabe Sterling and Otherwise Preclude the Introduction of any Evidence Related to Defendants' Post-2021 Election "Initiatives."[1] Today, Plaintiffs will file their responses to Defendants' two Motions in Limine to Exclude Certain Plaintiffs' Witnesses (ECF 726 and 728) and to Defendants' Motion in Limine to Exclude Dr. Adrienne Jones'

---

[1] Plaintiffs have no objection to Defendants' request that their response to the Motion be due March 21, 2022.

Supplemental Report and Related Testimony (ECF 727). Lastly, Plaintiffs filed a Motion for Leave to Disclose Fact Witnesses, ECF 722. Defendants response was filed March 8, 2022. Plaintiffs anticipate submitting a reply no later than March 22, 2022.

Plaintiffs have prepared charts of the parties' depositions designations, objections, and responses and provided those to defense counsel for their review for accuracy. Plaintiffs anticipate submitting the first of the charts next week—along with highlighted transcripts—for the Court's review.

In their March 2, 2022, Status Report, ECF 732, Defendants averred that Plaintiffs "lack a viable remedy" for their claims and, separately, that they "understand that Plaintiffs are not seeking to bifurcate trial" between a merits stage and a remedies stage. Report 3. For all the reasons this Court has already expressed in its decision on the motion for summary judgment (merits) and as Plaintiffs will demonstrate further at trial, there are numerous remedies this Court has authority to order Defendants to implement to remedy their constitutional and statutory violations. ECF 612 at 34. As regards the structure of trial, Plaintiffs respectfully submit that no formal structure need be applied and the parties' submission of evidence and argument should instead be governed by the Court's preferences as we proceed. In the first instance, we expect that the trial will focus on the Court's evaluation of the merits of Plaintiffs' claims and the question of liability—where

Plaintiffs will bear the burden of proof. While we fully expect to present evidence of alternatives to the unconstitutional practices Plaintiffs challenge at trial, we anticipate that the Court will appropriately seek additional briefing and possibly oral argument on remedies if it finds violations of law. In that latter stage, Plaintiffs expect the Court will want to solicit the views of all parties—and perhaps the parties' previously disclosed expert witnesses—in order to determine appropriate remedies. Plaintiffs are amenable to whatever presentation structure the Court prefers.

Respectfully submitted this, the 11th day of March, 2022.

## CERTIFICATION

Pursuant to Local Rule 7.1(D), I hereby certify the foregoing complies with the font and point selections approved by the Court.

*/s/ Allegra J. Lawrence*
Allegra J. Lawrence (GA Bar No. 439797)
Leslie J. Bryan (GA Bar No. 091175)
Lovita T. Tandy (GA Bar No. 697242)
Celeste Coco-Ewing (Admitted *pro hac vice*)
Michelle L. McClafferty (GA Bar No. 161970)
Monica R. Owens (GA Bar No. 557502)
Rodney J. Ganske (GA Bar No. 283819)
Maia Cogen (GA Bar No. 832438)
Suzanne Smith Williams (GA Bar No. 526105)
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com

leslie.bryan@lawrencebundy.com
lovita.tandy@lawrencebundy.com
celeste.coco-ewing@lawrencebundy.com
michelle.mcclafferty@lawrencebundy.com
monica.owens@lawrencebundy.com
rod.ganske@lawrencebundy.com
maia.cogen@lawrencebundy.com
suzanne.williams@lawrencebundy.com

Thomas R. Bundy (Admitted *pro hac vice*)
**LAWRENCE & BUNDY LLC**
8115 Maple Lawn Boulevard
Suite 350
Fulton, MD 20789
Telephone: (240) 786-4998
Fax: (240) 786-4501
thomas.bundy@lawrencebundy.com

Dara Lindenbaum (GA Bar No. 980780)
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW
Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

Elizabeth Tanis (GA Bar No. 697415)
John Chandler (GA Bar No. 120600)
957 Springdale Road, NE
Atlanta, GA 30306
Telephone: (404) 771-2275
beth.tanis@gmail.com
jachandler@gmail.com

Kurt G. Kastorf (GA Bar No. 315315)
**KASTORF LAW, LLC**
1387 Iverson St, Suite 100
Atlanta, GA 30307
Telephone: (404) 900-0330
kurt@kastorflaw.com

Matthew G. Kaiser (Admitted *pro hac vice*)
Sarah R. Fink (Admitted *pro hac vice*)
**KAISERDILLON PLLC**
1099 Fourteenth Street, NW
Eighth Floor West
Washington, DC 20005
Telephone: (202) 640-2850
Fax: (202) 280-1034
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com

Kali Bracey (Admitted *pro hac vice*)
Ishan Bhabha (Admitted *pro hac vice*)
Victoria Hall-Palerm (Admitted *pro hac vice*)
Kathryn L. Wybrandt (Admitted *pro hac vice)*
**JENNER & BLOCK LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Fax: (202) 639-6066
kbracey@jenner.com
ibhabha@jenner.com
vhall-palerm@jenner.com

Jeremy M. Creelan (Admitted *pro hac vice*)
Elizabeth A. Edmondson (Admitted *pro hac vice*)
Allison N. Douglis (Admitted *pro hac vice*)
**JENNER & BLOCK LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 891-1600
Fax: (212) 891-1699
jcreelan@jenner.com
eedmondson@jenner.com
adouglis@jenner.com

Kelsey Stimple (Admitted *pro hac vice*)
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, Illinois 60654
312-222-9350
kstimple@jenner.com

Von A. DuBose
**DUBOSE MILLER LLC**
75 14th Street N.E., Suite 2110
Atlanta, GA 30309
Telephone: (404) 720-8111
Fax: (404) 921-9557
dubose@dubosemiller.com

Johnathan Diaz (Admitted *pro hac vice*)
Paul M. Smith (Admitted *pro hac vice*)
**CAMPAIGN LEGAL CENTER**
1101 14th St. NW Suite 400
Washington, DC 20005
Telephone: (202)736-2200
jdiaz@campaignlegal.org
psmith@campaignlegal.org

Andrew D. Herman (Admitted *pro hac vice*)
**MILLER & CHEVALIER CHARTERED**
900 Sixteenth Street, NW
Washington, DC 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
aherman@milchev.com

*Counsel for Fair Fight Action, Inc.; Care in Action, Inc.; Ebenezer Baptist Church of Atlanta, Georgia, Inc.; Baconton Missionary Baptist Church, Inc.; Virginia-Highland Church, Inc.; and The Sixth Episcopal District, Inc.*

- 8 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 11th, 2022, the foregoing **Plaintiffs' Status Report in Compliance with Paragraph 12 of the Court's November 30, 2021, Order, ECF 641** was filed with the Court using the ECF system, which will serve all counsel of record.

This, the 11th day of March, 2022.

                                        */s/ Allegra J. Lawrence*
                                        Allegra J. Lawrence