# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FAIR FIGHT ACTION, INC, *et al.*,
     *Plaintiffs*,
     v.
BRAD RAFFENSPERGER, *et al.*,
     *Defendants*.

Civil Action No.
1:18-cv-05391-SCJ

## PLAINTIFFS' AMENDED ATTACHMENT F-1
## (WITNESS LIST)

Plaintiffs identify herein the individual witnesses they will and/or may call for this lawsuit. Plaintiffs reserve the right to modify or supplement this list with reasonable notice to counsel.

**Plaintiffs will call:**

| NAME | ADDRESS |
|---|---|
| Bishop Reginald Jackson | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Rev. Bronson Woods | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |

| | |
|---|---|
| Cianti Stewart-Reid | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Jess Livoti | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Rev. Herman Scott | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Rev. Matt Laney | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |

**Plaintiffs may call:**

| Name | Address |
|---|---|
| Chris Harvey | GA Peace Office Training & Standards Council<br>5000 Austell-Powder Springs Road<br>Suite 280<br>Austell, GA 30106 |
| Brian Kemp[1] | Office of the Governor<br>206 Washington Street<br>111 State Capitol<br>Atlanta, GA 30334 |

---

[1] By agreement among the parties, Plaintiffs will offer the testimony of Brian Kemp by deposition.

| | |
|---|---|
| Michael Barnes | Office of the Secretary of State<br>2 Martin Luther King, Jr. Drive<br>Suite 082<br>Floyd West Tower<br>Atlanta, GA 30334 |
| Merritt Beaver | Office of the Secretary of State<br>2 Martin Luther King, Jr. Drive<br>Suite 082<br>Floyd West Tower<br>Atlanta, GA 30334 |
| Ryan Germany | Office of the Secretary of State<br>2 Martin Luther King, Jr. Drive<br>Suite 082<br>Floyd West Tower<br>Atlanta, GA 30334 |
| Kevin Rayburn | U.S. Election Assistance Commission<br>633 3rd Street, NW<br>Suite 200<br>Washington, DC 20001 |
| John Hallman | Georgia Dept. of Human Services<br>2 Peachtree Street<br>Atlanta, GA 30303 |
| Melanie Frechette | Director of Operations<br>Office of Commissioner of Insurance<br>2 Martin Luther King, Jr., Drive<br>West Tower<br>Suite 702<br>Atlanta GA 30334 |
| Breanna Thomas | Office of the Secretary of State<br>2 Martin Luther King, Jr. Drive<br>Suite 082<br>Floyd West Tower<br>Atlanta, GA 30334 |

| | |
|---|---|
| Russell Lewis | Office of the Secretary of State<br>2 Martin Luther King, Jr. Drive<br>Suite 082<br>Floyd West Tower<br>Atlanta, GA 30334 |
| Axiver Harris | 4018 Ravenwood Ct.<br>Union City, GA 30291 |
| Rebecca Sullivan | Georgia Dept. of Administrative Services<br>200 Piedmont Ave.<br>Suite 1804<br>Atlanta, GA 30334 |
| David Worley | Evangellista Worley LLC<br>500 Sugar Mill Road<br>Suite 245A<br>Atlanta, GA 30350 |
| Seth Harp | 8000 Midland Road<br>Farm No. 12<br>Midland, GA 31820 |
| Angelique McClendon | 2206 East View Parkway<br>Conyers, GA 30013 |
| Lauren Groh-Wargo[2] | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |

---

[2] On December 23, 2021, Plaintiffs notified Defendants that Plaintiffs were withdrawing Lauren Groh-Wargo from Plaintiffs' may-call witness list and substituting Liza Conrad in her place. On January 14, 2022, Defendants notified Plaintiffs that Defendants were adding Ms. Groh-Wargo to Defendants' may-call witness list. In Plaintiffs' Amended Witness List, Plaintiffs have retained Ms. Groh-Wargo on their may-call witness list.

| | |
|---|---|
| Sen. Rev. Raphael Warnock[3] | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Dr. Adrienne Jones – Summaries of Dr. Jones's opinions are set out in her expert reports, ECF 92, 643-1 and 712-1 | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Peyton McCrary – A summary of Mr. McCrary's opinions is found in his expert report, ECF 339 | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Kenneth Mayer – Summaries of Dr. Mayer's opinions are found in his expert reports, ECF 238 and 657-1 | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Kevin Kennedy – A summary of Mr. Kennedy's opinions are found in his expert report, ECF 167 | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Daniel Smith – A summary of Dr. Smith's opinions are found in his expert report, ECF 168 | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachree Street<br>Suite 1650<br>Atlanta, GA 30309 |

---

[3] By agreement among the parties, Plaintiffs will offer the testimony of Sen. Rev. Raphael Warnock by deposition.

| | |
|---|---|
| Dr. Lorraine Minnite – Summaries of Dr. Minnite's opinions are found in her expert reports, ECF 148 and 644-1 | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Margaret Church | 90 Nesmith Street<br>Lawrence, Massachusetts 01841 |
| Kelly Dermody | Lieff, Cabraser, Heimann & Bernstein, LLC<br>275 Battery Street<br>Suite 2900<br>San Francisco, CA 94111 |
| Kiara Jackson | 202 Lewis Drive<br>Savannah, GA 31406 |
| Antoinette Johnson | 202 Lewis Drive<br>Savannah, GA 31406 |
| Mollye Lockwood | 118 Huntington Avenue<br>Apt. 1805<br>Boston, MA 02116 |
| Hank Bromley | 1107 East Duffy Street<br>Savannah, Georgia 31404 |
| Frank Lucas | 125 Wisteria Lane<br>Leesburg, GA 31763 |
| Dasia Holt | 6670 Hamilton Street<br>Apt. 6<br>Preston, GA 31824 |
| Patrick Longstreth | 4 Althea Parkway<br>Savannah, GA 31405 |
| Chris Duncan | 222 Medford Pl<br>Jacksonville, FL 32225-3338 |
| Cam Thi Ashling | 3809 Wieuca Road NE<br>Atlanta, GA 30342 |
| Jacqueline Bartley | 3305 Oakbriar Drive<br>Loganville, GA 30052 |
| Kia Carter | 1747 Tidewell Trace Rear<br>Lawrenceville, GA 30043 |
| Samantha Cramer | 699 Penn Avenue NE<br>Atlanta, GA 30308 |

| | |
|---|---|
| Anthony McKissic | 246 Forrest Drive<br>Palmetto, GA 30268 |
| Saundra Brundage | 218 East Trinity Place<br>Apt. 712<br>Decatur, GA 30030 |
| Alexus Symone Clark | 2052 North Avenue NW<br>Unit B<br>Atlanta, GA 30318 |
| Shannon Cofrin Gaggero | 700 Park Drive NE<br>Atlanta, GA 30306 |
| Phoebe Einzig-Roth | 1295 East Rock Springs Road NE<br>Apt. 124<br>Atlanta, GA 30306 |
| Barbara McCusick Liscord | 24 Old Amherst Road<br>Mont Vernon, NH 03057 |
| Melanie Manning | 5148 Meadowlake Drive<br>Dunwoody, GA 30338 |
| Keteria Neal | 295 East Burns Court SW<br>Apt. B<br>Marietta, GA 30008 |
| Gary Ratner | 828 Charles Allen Drive NE<br>Atlanta, GA 30308 |
| Benjamin Ross | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Eunice Walden | 136 Hillandale Drive<br>Apt. 804<br>Lithonia, GA 30058 |
| Carlos del Rio | 2342 Massey Lane<br>Decatur, GA 30033 |
| Diana Cofield | 1006 Juniper Street<br>LaGrange, GA 30240 |
| Robin Boyd | 229 Elvan Avenue NE<br>Atlanta, GA 30317 |

| | |
|---|---|
| Felicia Freeman | 353 Laurel Glen Crossing<br>Canton, GA 30114 |
| Lori Goldstrom | 352 Pinehurst Lane<br>Marietta, GA 30068 |
| Norma Guardiola-Valle | 346 Fox Tail Drive<br>Macon, GA 31220 |
| Audrey Jackson | 1442 Black Hickory Place<br>Norcross, GA 30093 |
| Linda Marshall | 22 Collier Road NW<br>Unit 9<br>Atlanta, GA 30309 |
| Diondra Thurmon-Jetter | 178 Antebellum Circle<br>Riverdale, GA 30274 |
| Camille Williams | 3151 Stillhouse Creek Drive SE<br>Unit 4218<br>Atlanta, GA 30339 |
| Elan Brown | 64 Springhedge Court SE<br>Smyrna, GA 30080 |
| Dina Medalla | 1125 Grace Drive<br>Lawrenceville, GA 30043 |
| Hon. Nancy Dennard | 100 West Screven Street<br>Quitman, GA 31643 |
| Aria Aaron | 575 West Centinela Avenue<br>Apt. 323<br>Los Angeles, CA 90045 |
| Chauntel La'Shaun Abbott | 4324 Grant Forest Circle<br>Ellenwood, GA 30294 |
| Kenya Abdul-Kaliq | 25 Julia Ann Lane<br>Covington, GA 30016 |
| Deborah Allen | 455 Robinson Avenue SE<br>Atlanta, GA 30315 |
| Patricia Andros | 994 Dell Avenue<br>Smyrna, GA 30080 |
| Susan Banks Williams | 225 Central Avenue SW<br>Apt.1520<br>Atlanta, GA 30303 |

| | |
|---|---|
| Dale Bennett | 180 Jackson Street<br>Apt. 8204<br>Atlanta, GA 30312 |
| Tocarro Davis | 639 Garden Walk Boulevard<br>Apt. 1104<br>College Park, GA 30349 |
| G. Leah Davis, Ph.D. | 545 Oak Drive<br>Atlanta, GA 30354 |
| Dr. Sheree Dixon | 3270 West Paces Park Drive NW<br>Atlanta, GA 30327 |
| Lee Ann Feeley | 213 Martha Avenue NE<br>Atlanta, GA 30317 |
| Nicole Freemon | 708 High Point Trail<br>Woodstock, GA 30188 |
| Julian Grill | 9 Tybrisa Street<br>Apt. 16<br>Tybee Island, GA 31328 |
| Alkhealasharteula Harrison | 78 Swanson Drive<br>LaGrange, GA 30240 |
| Emily Huskey | 800 Peachtree Street NE<br>Apt. 8601<br>Atlanta, GA 30308 |
| Aaron Karp | 313 Winnona Drive<br>Decatur, GA 30030 |
| Dr. Ali Kefeli | 5536 Parkerton Lane NE<br>Atlanta, GA 30342[4] |
| Alice Koerner | 712 Roxboro Trace<br>Lawrenceville, GA 30044 |
| Brenda Lee | 3073 Oakham Place<br>Avondale Estates, GA 30002 |
| Lindsay Mataya | 1606 Rochelle Court<br>Dunwoody, GA 30338 |
| Michael Parks | 745 Windsor Parkway<br>Atlanta, GA 30342-2803 |

[4] Dr. Kefeli is moving to Chicago, IL ahead of the April 11, 2022, trial setting.

| | |
|---|---|
| Rachel Pittluck | 152 Murray Hill Ave NE<br>Atlanta, GA 30317 |
| Kathryn (Katie) Plazyk | 1308 Sargent Avenue SE<br>Atlanta, GA 30316 |
| Ruwa Romman | 3450 Berwick South Drive<br>Duluth, GA 30096 |
| Meredith Rose | 3465 Duluth Highway 120<br>Apt. 5417<br>Duluth, GA 30096 |
| Donna Sims | 170 Kelly Creek Road<br>Waco, GA 30182 |
| Margaret Skinner (Whatley) | 1914 Dimon Street<br>Columbus, GA 31906 |
| Andre Smith | 400 West Peachtree Street NW<br>Unit 1102<br>Atlanta, GA 30308 |
| Michelle Solomon | 3491 Thornwoode Pointe<br>Decatur, GA 30034 |
| Scott Spencer | 850 Piedmont Avenue NE<br>Unit 1501<br>Atlanta, GA 30308 |
| Grace Strickland | 1883 Baynham Drive<br>Dunwoody, GA 30338 |
| Benjamin Terry | 716 Amsterdam Avenue NE<br>Atlanta, GA 30306 |
| Nelli Vergilis | 1308 Santa Fe Parkway<br>Atlanta, GA 30350 |
| Robert Walker, Jr. | 104 Simmons Street<br>Byron, GA 31008 |
| Leigh Ann Webster | 7102 Renaissance Way<br>Atlanta, GA 30308 |
| Keith Weinberg | 115 West Peachtree Place NW<br>Unit 412<br>Atlanta, GA 30313 |
| Jayme Wills | 2202 Winston Way<br>Augusta, GA 30906 |

| | |
|---|---|
| Karen Zorn | 2263 Wayside Drive NE<br>Atlanta, GA 30319 |
| Liza Conrad | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Benjamin Ansa | 315 West Forest Avenue<br>Apt. 1D<br>North Augusta, SC 29841 |
| Michael Adaba | 2898 Partin Place<br>Ellenwood, GA 30294 |
| Rosa Hamalainen | 4204 Ancient Amber Way<br>Peachtree Corners, GA 30092 |
| Gabriel Sterling | Office of the Secretary of State<br>2 Martin Luther King, Jr. Drive<br>Suite 082<br>Floyd West Tower<br>Atlanta, GA 30334 |
| Anh Le | Georgia Technology Authority<br>47 Trinity Ave SW<br>Atlanta, GA 30334 |
| Matt Mashburn | 3 Wellington Drive<br>Cartersville, GA 30120 |
| Any witness necessary for authentication of documents to be used at trial | |