# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official Capacity as Secretary of State of Georgia, *et al.*, <br><br> Defendants. | Civil Action File <br><br> No. 1:18-cv-05391-SCJ |

## Defendants' Amended Attachment F-2 (Witness List)

Defendants identify herein the individual witnesses they will and/or may call for this lawsuit. Defendants reserve the right to supplement this list with reasonable notice to counsel. Defendants further reserve the right to call or recall witnesses appearing on Plaintiffs' witness list to the extent necessary depending on the evidence presented at trial.

**Defendants will call:**

| Name | Address |
|---|---|
| Chris Harvey | Please contact through counsel |

**Defendants may call:**

| Name | Address |
|---|---|
| Kevin Rayburn | Please contact through counsel |
| Ryan Germany | Please contact through counsel |

| | |
|---|---|
| John Hallman | Please contact through counsel |
| Merrit Beaver | Please contact through counsel |
| Anh Le | Please contact through counsel |
| Rebecca Sullivan | Please contact through counsel |
| Matt Mashburn | Please contact through counsel |
| Angelique McClendon | Please contact through counsel |
| Gabriel Sterling | Please contact through counsel |
| Dr. Thomas L. Brunell, Ph.D.[1] | Please contact through counsel |
| Lauren Groh-Wargo | Witness may be reached through Plaintiffs' counsel:<br><br>In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Bishop Reginald Jackson | Witness may be reached through Plaintiffs' counsel:<br><br>In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Bronson Woods | Witness may be reached through Plaintiffs' counsel:<br><br>In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |

---

[1] A summary of Dr. Brunell's testimony can be found in his expert report submitted in this case. Doc. No. [211].

| | |
|---|---|
| Cianti Stewart-Reid | Witness may be reached through Plaintiffs' counsel:<br><br>In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Jess Livoti | Witness may be reached through Plaintiffs' counsel:<br><br>In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Rev. Herman Scott | Witness may be reached through Plaintiffs' counsel:<br><br>In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Rev. Matt Laney | Witness may be reached through Plaintiffs' counsel:<br><br>In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Senator David Perdue | Witness may be reached through his counsel:<br><br>Stephen J. Obermeier<br>Wiley Rein LLP<br>2050 M St NW<br>Washington, DC 20036 Tel: 202.719.7000<br>sobermeier@wiley.law |