# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

FAIR FIGHT ACTION, INC, *et al.*,

    *Plaintiffs*,

    v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants*.

Civil Action No.

1:18-cv-05391-SCJ

## PLAINTIFFS' AMENDED ATTACHMENT I
## (DEPOSITION DESIGNATIONS)

Plaintiffs identify herein the designated portions of testimony that may be introduced by deposition. Plaintiffs reserve the right to modify or supplement this list of deposition designations with reasonable notice to counsel.

## Deposition of Michael Barnes
## December 16, 2019

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Barnes, M. | 9:10 (beginning at "I'm") | 9:14 |
| Barnes, M. | 6:09 | 6:11 |
| Barnes, M. | 12:19 | 12:23 |
| Barnes, M. | 24:23 | 26:06 |
| Barnes, M. | 27:12 | 29:11 |
| Barnes, M. | 33:21 | 34:01 |
| Barnes, M. | 68:06 | 69:01 |
| Barnes, M. | 100:15 | 100:25 |

## Deposition of Georgia Office Secretary of State
## by Sanford M. Beaver
## August 16, 2019

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Beaver, S. | 5:06 | 5:18 |
| Beaver, S. | 44:11 | 51:13 |

## Deposition of Ryan Germany
## December 11, 2019

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Germany, R. | 6:23 | 7:01 |
| Germany, R. | 7:12 | 7:14 |
| Germany, R. | 7:17 | 7:24 |
| Germany, R. | 8:20 | 9:09 |
| Germany, R. | 9:23 | 10:02 |

| **Witness** | **Plaintiffs' Designations** | |
|---|---|---|
| **Germany, R.** | 10:06 | 10:24 |
| **Germany, R.** | 11:11 | 12:05 |
| **Germany, R.** | 15:13 | 15:23 |
| **Germany, R.** | 16:06 | 17:13 |
| **Germany, R.** | 18:02 | 19:12 |
| **Germany, R.** | 21:14 | 24:05 |
| **Germany, R.** | 24:20 | 25:05 |
| **Germany, R.** | 25:25 | 26:23 |
| **Germany, R.** | 34:21 | 35:03 |
| **Germany, R.** | 45:05 | 47:17 |
| **Germany, R.** | 50:12 | 50:18 |
| **Germany, R.** | 71:5 | 71:23 |
| **Germany, R.** | 81:15 | 81:16 |
| **Germany, R.** | 82:15 | 82:21 |
| **Germany, R.** | 83:03 | 85:17 |
| **Germany, R.** | 85:24 | 86:23 |
| **Germany, R.** | 88:04 | 88:18 |
| **Germany, R.** | 89:02 (beginning at "Are you aware") | 96:25 |
| **Germany, R.** | 97:04 | 97:05 |
| **Germany, R.** | 97:13 | 97:16 |
| **Germany, R.** | 98:07 | 98:13 |
| **Germany, R.** | 98:24 | 99:10 |
| **Germany, R.** | 100:06 | 100:19 |
| **Germany, R.** | 100:21 | 101:08 |
| **Germany, R.** | 101:12 | 102:10 |
| **Germany, R.** | 102:21 | 104:04 |
| **Germany, R.** | 109:13 | 109:16 |
| **Germany, R.** | 111:21 | 113:18 |
| **Germany, R.** | 121:15 | 122:14 |
| **Germany, R.** | 122:17 | 123:24 (ending at "not sure.") |
| **Germany, R.** | 124:01 | 124:05 |
| **Germany, R.** | 125:01 | 126:10 |
| **Germany, R.** | 126:20 | 127:18 |

| **Witness** | **Plaintiffs' Designations** | |
|---|---|---|
| **Germany, R.** | 128:01 (beginning at "If you") | 129:16 |
| **Germany, R.** | 130:08 | 131:18 |
| **Germany, R.** | 131:25 (beginning at "There are a") | 132:14 |
| **Germany, R.** | 132:17 | 133:15 |
| **Germany, R.** | 133:25 | 134:13 |
| **Germany, R.** | 136:09 | 136:10 |
| **Germany, R.** | 137:18 | 138:16 |
| **Germany, R.** | 138:21 | 139:17 |
| **Germany, R.** | 140:2 | 140:6 |
| **Germany, R.** | 140:07 | 140:13 |
| **Germany, R.** | 142:16 | 142:23 |
| **Germany, R.** | 143:06 | 145:06 |
| **Germany, R.** | 145:22 | 145:25 |
| **Germany, R.** | 146:08 | 147:06 |
| **Germany, R.** | 147:18 | 148:20 |
| **Germany, R.** | 149:14 | 150:03 |
| **Germany, R.** | 151:15 | 151:18 |
| **Germany, R.** | 151:22 | 154:07 |
| **Germany, R.** | 154:12 | 154:22 |
| **Germany, R.** | 155:20 | 156:01 |
| **Germany, R.** | 157:01 | 157:19 |
| **Germany, R.** | 158:01 | 158:06 |
| **Germany, R.** | 163:22 | 164:08 |
| **Germany, R.** | 209:09 | 209:16 |

# Deposition of Georgia Office Secretary of State by Chris Harvey
# August 16, 2019

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Harvey, C. (2019.08.16) | 4:01 | 4:04 |
| Harvey, C. (2019.08.16) | 5:01 | 5:06 |
| Harvey, C. (2019.08.16) | 5:09 | 6:21 |
| Harvey, C. (2019.08.16) | 7:07 | 7:13 |
| Harvey, C. (2019.08.16) | 14:06 | 14:11 |
| Harvey, C. (2019.08.16) | 14:25 | 15:08 |
| Harvey, C. (2019.08.16) | 15:21 | 16:16 |
| Harvey, C. (2019.08.16) | 26:8 | 27:16 |
| Harvey, C. (2019.08.16) | 31:22 | 32:25 |
| Harvey, C. (2019.08.16) | 34:7 | 35:20 |
| Harvey, C. (2019.08.16) | 37:12 | 37:22 |
| Harvey, C. (2019.08.16) | 42:17 | 43:7 |
| Harvey, C. (2019.08.16) | 54:3 | 55:4 |
| Harvey, C. (2019.08.16) | 55:11 | 55:20 |
| Harvey, C. (2019.08.16) | 55:24 | 56:1 |
| Harvey, C. (2019.08.16) | 56:7 | 57:10 |
| Harvey, C. (2019.08.16) | 72:10 | 74:2 |
| Harvey, C. (2019.08.16) | 78:1 | 78:9 |
| Harvey, C. (2019.08.16) | 84:17 | 85:13 |
| Harvey, C. (2019.08.16) | 85:15 | 87:7 |
| Harvey, C. (2019.08.16) | 87:9 | 87:18 |
| Harvey, C. (2019.08.16) | 96:5 | 97:24 |
| Harvey, C. (2019.08.16) | 101:23 (beginning at "Why don't") | 102:10 |
| Harvey, C. (2019.08.16) | 103:25 | 105:15 |
| Harvey, C. (2019.08.16) | 110:20 | 113:8 |
| Harvey, C. (2019.08.16) | 115:14 | 118:15 |
| Harvey, C. (2019.08.16) | 118:24 | 120:5 |
| Harvey, C. (2019.08.16) | 126:16 | 127:11 |
| Harvey, C. (2019.08.16) | 129:7 | 131:10 |
| Harvey, C. (2019.08.16) | 132:22 | 133:11 |
| Harvey, C. (2019.08.16) | 135:12 | 136:7 |
| Harvey, C. (2019.08.16) | 150:22 | 152:7 |
| Harvey, C. (2019.08.16) | 178:15 | 181:4 |
| Harvey, C. (2019.08.16) | 183:8 | 183:12 |
| Harvey, C. (2019.08.16) | 184:14 | 184:18 |
| Harvey, C. (2019.08.16) | 187:23 | 188:9 |
| Harvey, C. (2019.08.16) | 188:19 | 189:9 |

| Witness | Plaintiffs' Designations | |
|---|---|---|
| Harvey, C. (2019.08.16) | 191:2 | 191:13 |
| Harvey, C. (2019.08.16) | 191:21 | 194:2 |
| Harvey, C. (2019.08.16) | 203:2 | 203:11 |
| Harvey, C. (2019.08.16) | 205:4 | 206:9 |
| Harvey, C. (2019.08.16) | 208:22 | 209:25 |
| Harvey, C. (2019.08.16) | 210:8 | 210:21 |
| Harvey, C. (2019.08.16) | 212:6 | 212:16 |
| Harvey, C. (2019.08.16) | 213:13 | 214:2 |
| Harvey, C. (2019.08.16) | 214:15 | 214:21 |
| Harvey, C. (2019.08.16) | 218:1 | 219:8 |
| Harvey, C. (2019.08.16) | 220:3 | 223:1 |
| Harvey, C. (2019.08.16) | 226:13 | 226:25 |
| Harvey, C. (2019.08.16) | 231:13 | 231:17 |
| Harvey, C. (2019.08.16) | 233:7 | 233:11 |
| Harvey, C. (2019.08.16) | 233:20 | 234:13 |
| Harvey, C. (2019.08.16) | 238:12 | 238:25 |
| Harvey, C. (2019.08.16) | 239:22 | 246:25 |
| Harvey, C. (2019.08.16) | 247:22 | 248:21 |
| Harvey, C. (2019.08.16) | 251:14 | 254:7 |
| Harvey, C. (2019.08.16) | 257:13 | 259:17 |

## Deposition of Chris Harvey
## December 5, 2019

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Harvey, C. (2019.12.05) | 9:01 | 9:10 (ending at "9:37 a.m.") |
| Harvey, C. (2019.12.05) | 10:17 | 10:18 |
| Harvey, C. (2019.12.05) | 10:24 | 11:12 |
| Harvey, C. (2019.12.05) | 11:20 | 11:22 |
| Harvey, C. (2019.12.05) | 12:08 (beginning with "I want") | 14:16 |
| Harvey, C. (2019.12.05) | 24:1 | 24:23 |
| Harvey, C. (2019.12.05) | 30:21 | 30:23 |
| Harvey, C. (2019.12.05) | 31:7 | 32:16 |
| Harvey, C. (2019.12.05) | 33:7 (beginning at "you said you") | 34:11 |
| Harvey, C. (2019.12.05) | 38:19 | 39:17 |

| Witness | Plaintiffs' Designations | |
|---|---|---|
| Harvey, C. (2019.12.05) | 39:20 | 39:21 |
| Harvey, C. (2019.12.05) | 39:24 | 40:3 |
| Harvey, C. (2019.12.05) | 41:5 | 42:1 |
| Harvey, C. (2019.12.05) | 42:3 | 42:7 |
| Harvey, C. (2019.12.05) | 42:9 | 42:17 |
| Harvey, C. (2019.12.05) | 42:19 | 43:25 |
| Harvey, C. (2019.12.05) | 44:10 (beginning at "Do you understand") | 44:12 |
| Harvey, C. (2019.12.05) | 44:14 | 45:16 |
| Harvey, C. (2019.12.05) | 45:25 | 46:1 |
| Harvey, C. (2019.12.05) | 46:10 | 46:13 |
| Harvey, C. (2019.12.05) | 46:18 | 49:12 |
| Harvey, C. (2019.12.05) | 53:5 (beginning at "I want to") | 54:19 |
| Harvey, C. (2019.12.05) | 56:9 | 57:11 |
| Harvey, C. (2019.12.05) | 70:12 | 70:23 |
| Harvey, C. (2019.12.05) | 89:6 | 89:8 |
| Harvey, C. (2019.12.05) | 119:4 | 119:7 |
| Harvey, C. (2019.12.05) | 119:9 | 119:23 |
| Harvey, C. (2019.12.05) | 120:18 (beginning at "So let me") | 121:7 |
| Harvey, C. (2019.12.05) | 121:12 | 123:1 |
| Harvey, C. (2019.12.05) | 123:6 | 128:24 |
| Harvey, C. (2019.12.05) | 134:21 | 135:14 |
| Harvey, C. (2019.12.05) | 141:3 | 144:1 |
| Harvey, C. (2019.12.05) | 144:24 | 146:6 |
| Harvey, C. (2019.12.05) | 146:9 | 146:10 |
| Harvey, C. (2019.12.05) | 150:5 | 151:4 |
| Harvey, C. (2019.12.05) | 152:25 (beginning at "So let's take") | 153:6 |
| Harvey, C. (2019.12.05) | 153:14 | 154:9 |
| Harvey, C. (2019.12.05) | 154:21 (beginning at "So she says") | 156:19 |
| Harvey, C. (2019.12.05) | 158:7 | 158:17 |
| Harvey, C. (2019.12.05) | 168:16 | 168:24 |
| Harvey, C. (2019.12.05) | 170:17 | 171:25 |

| Witness | Plaintiffs' Designations | |
|---|---|---|
| Harvey, C. (2019.12.05) | 174:9 (beginning at "And it's up to") | 174:12 |
| Harvey, C. (2019.12.05) | 177:21 (beginning at "Now, when the") | 178:10 |
| Harvey, C. (2019.12.05) | 185:23 (beginning at "I'm going to") | 185:25 |
| Harvey, C. (2019.12.05) | 189:3 | 190:4 |
| Harvey, C. (2019.12.05) | 191:6 | 192:12 |
| Harvey, C. (2019.12.05) | 195:4 (beginning at "So let's take a look") | 199:15 |
| Harvey, C. (2019.12.05) | 202:22 | 203:16 |
| Harvey, C. (2019.12.05) | 204:4 | 205:7 |
| Harvey, C. (2019.12.05) | 205:9 | 205:11 |
| Harvey, C. (2019.12.05) | 207:5 | 207:8 |
| Harvey, C. (2019.12.05) | 212:11 | 212:12 |
| Harvey, C. (2019.12.05) | 212:14 | 212:22 |
| Harvey, C. (2019.12.05) | 212:24 | 213:2 |
| Harvey, C. (2019.12.05) | 213:8 | 213:10 |
| Harvey, C. (2019.12.05) | 213:12 | 213:23 |
| Harvey, C. (2019.12.05) | 221:19 | 222:9 |
| Harvey, C. (2019.12.05) | 222:15 | 223:3 |
| Harvey, C. (2019.12.05) | 264:5 | 264:14 |
| Harvey, C. (2019.12.05) | 266:3 | 266:7 |
| Harvey, C. (2019.12.05) | 266:13 | 266:18 |
| Harvey, C. (2019.12.05) | 266:20 | 269:2 |
| Harvey, C. (2019.12.05) | 270:7 | 270:22 |
| Harvey, C. (2019.12.05) | 271:21 | 272:15 |
| Harvey, C. (2019.12.05) | 295:17 | 296:13 |
| Harvey, C. (2019.12.05) | 315:14 | 316:19 |
| Harvey, C. (2019.12.05) | 325:24 | 326:3 |
| Harvey, C. (2019.12.05) | 323:24 (beginning at "if you look at") | 344:25 |

## Deposition of Georgia Office Secretary of State by Chris Harvey
## January 6, 2020

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Harvey, C. (2020.01.06) | 4:01 | 4:08 |
| Harvey, C. (2020.01.06) | 5:06 | 5:11 |
| Harvey, C. (2020.01.06) | 5:15 | 5:18 |
| Harvey, C. (2020.01.06) | 8:15 | 8:25 |
| Harvey, C. (2020.01.06) | 41:7 | 41:10 |
| Harvey, C. (2020.01.06) | 41:12 | 41:14 |
| Harvey, C. (2020.01.06) | 45:13 (beginning at "Is the") | 45:22 |
| Harvey, C. (2020.01.06) | 50:22 | 50:25 |
| Harvey, C. (2020.01.06) | 53:20 | 54:17 |
| Harvey, C. (2020.01.06) | 75:1 | 79:11 |
| Harvey, C. (2020.01.06) | 80:22 | 81:13 |
| Harvey, C. (2020.01.06) | 82:6 | 82:16 |
| Harvey, C. (2020.01.06) | 139:4 | 139:15 |
| Harvey, C. (2020.01.06) | 139:17 | 142:7 |


## Deposition of B. Seth Harp, Jr.
## October 16, 2019

| Witness | Plaintiffs' Initial Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Harp, S. | 6:13 | 6:16 |
| Harp, S. | 7:04 | 9:16 |
| Harp, S. | 13:05 | 13:15 |
| Harp, S. | 22:04 | 23:09 |
| Harp, S. | 23:21 | 24:5 |
| Harp, S. | 24:9 | 24:19 |
| Harp, S. | 24:24 | 25:4 |
| Harp, S. | 25:6 | 25:15 |
| Harp, S. | 25:17 | 25:19 |
| Harp, S. | 25:21 | 26:06 |
| Harp, S. | 26:09 | 26:18 |
| Harp, S. | 37:10 | 37:16 |

| Witness | Plaintiffs' Initial Designations | |
|---|---|---|
| Harp, S. | 37:18 | 37:18 |
| Harp, S. | 39:8 | 39:13 |
| Harp, S. | 39:15 | 39:17 |
| Harp, S. | 39:19 | 40:05 |
| Harp, S. | 45:9 | 46:13 |
| Harp, S. | 46:15 | 46:18 |
| Harp, S. | 46:20 | 47:4 |
| Harp, S. | 47:10 | 47:23 |
| Harp, S. | 48:1 | 48:21 |
| Harp, S. | 48:23 | 48:23 |
| Harp, S. | 49:7 | 49:18 |
| Harp, S. | 49:20 | 49:25 |
| Harp, S. | 50:2 | 50:2 |

# Deposition of Gov. Brian Kemp
# January 8, 2020

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Kemp, B. | 6:14 | 6:17 |
| Kemp, B. | 9:09 | 9:11 |
| Kemp, B. | 9:19 (beginning at "So let's start") | 10:16 |
| Kemp, B. | 11:7 (beginning at "In 2010) | 11:15 |
| Kemp, B. | 11:17 | 11:25 |
| Kemp, B. | 12:11 | 12:12 |
| Kemp, B. | 12:14 | 12:17 |
| Kemp, B. | 12:19 | 13:05 |
| Kemp, B. | 13:07 | 13:20 |
| Kemp, B. | 13:22 | 14:07 |
| Kemp, B. | 14:21 | 15:01 |
| Kemp, B. | 15:03 | 15:14 |
| Kemp, B. | 15:19 | 15:21 |
| Kemp, B. | 16:15 | 17:12 |
| Kemp, B. | 17:14 | 17:16 |
| Kemp, B. | 17:20 | 17:25 |
| Kemp, B. | 18:05 | 18:24 |

| Witness | Plaintiffs' Designations | |
|---|---|---|
| **Kemp, B.** | 19:01 | 19:05 |
| **Kemp, B.** | 19:07 | 19:12 |
| **Kemp, B.** | 19:24 | 20:04 |
| **Kemp, B.** | 21:04 | 21:06 |
| **Kemp, B.** | 21:09 | 21:19 |
| **Kemp, B.** | 21:20 | 22:1 |
| **Kemp, B.** | 33:17 | 34:11 |
| **Kemp, B.** | 34:13 | 35:01 |
| **Kemp, B.** | 35:03 | 35:06 |
| **Kemp, B.** | 35:13 | 35:22 |
| **Kemp, B.** | 36:04 | 36:7 |
| **Kemp, B.** | 36:10 | 37:02 |
| **Kemp, B.** | 37:3 | 37:10 |
| **Kemp, B.** | 37:13 | 37:19 |
| **Kemp, B.** | 38:01 | 38:13 |
| **Kemp, B.** | 38:23 | 39:08 |
| **Kemp, B.** | 39:11 | 40:03 |
| **Kemp, B.** | 40:13 | 40:16 |
| **Kemp, B.** | 40:18 | 40:23 |
| **Kemp, B.** | 40:25 | 42:13 |
| **Kemp, B.** | 42:17 | 43:15 |
| **Kemp, B.** | 43:23 | 43:25 |
| **Kemp, B.** | 44:04 | 44:12 |
| **Kemp, B.** | 44:19 | 45:12 |
| **Kemp, B.** | 45:22 | 46:07 |
| **Kemp, B.** | 46:12 | 47:09 |
| **Kemp, B.** | 47:16 | 47:24 |
| **Kemp, B.** | 51:05 | 51:05 |
| **Kemp, B.** | 51:08 | 51:13 (ending at "doing that.") |
| **Kemp, B.** | 53:24 | 54:03 |
| **Kemp, B.** | 54:05 | 54:12 |
| **Kemp, B.** | 60:20 | 64:22 |
| **Kemp, B.** | 66:14 | 67:01 |
| **Kemp, B.** | 67:03 | 67:17 |
| **Kemp, B.** | 67:23 | 68:03 |
| **Kemp, B.** | 69:01 | 69:23 |
| **Kemp, B.** | 70:04 | 70:05 |
| **Kemp, B.** | 70:25 | 70:25 (ending at |

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | | "another section.") |
| **Kemp, B.** | 71:09 | 71:16 |
| **Kemp, B.** | 72:08 | 72:20 |
| **Kemp, B.** | 74:13 | 74:22 |
| **Kemp, B.** | 76:24 | 77:17 |
| **Kemp, B.** | 77:23 | 78:01 |
| **Kemp, B.** | 78:08 | 78:13 |
| **Kemp, B.** | 78:19 | 79:07 |
| **Kemp, B.** | 82:23 | 83:08 |
| **Kemp, B.** | 83:18 | 83:24 |
| **Kemp, B.** | 85:06 | 86:17 |
| **Kemp, B.** | 87:13 | 88:04 |
| **Kemp, B.** | 89:13 | 89:16 |
| **Kemp, B.** | 89:20 | 89:21 |
| **Kemp, B.** | 96:11 | 96:16 (ending at "aware of that.") |
| **Kemp, B.** | 97:18 | 97:22 |
| **Kemp, B.** | 99:19 | 100:14 |
| **Kemp, B.** | 100:18 | 101:12 |
| **Kemp, B.** | 103:23 | 104:03 |
| **Kemp, B.** | 106:06 | 107:12 |
| **Kemp, B.** | 107:14 | 107:17 |
| **Kemp, B.** | 108:12 | 108:18 |
| **Kemp, B.** | 109:14 | 111:10 |
| **Kemp, B.** | 113:02 | 113:24 |
| **Kemp, B.** | 114:01 | 114:12 |
| **Kemp, B.** | 118:04 | 119:03 |

# Deposition of Kevin Rayburn
# December 6, 2019

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| **Rayburn, K.** | 6:07 | 6:08 |
| **Rayburn, K.** | 6:15 | 6:17 |
| **Rayburn, K.** | 10:01 | 10:08 |

| Witness | Plaintiffs' Designations | |
|---|---|---|
| **Rayburn, K.** | 10:11 (beginning at "immediately before") | 12:01 |
| **Rayburn, K.** | 12:15 (beginning at "and my") | 12:19 |
| **Rayburn, K.** | 13:25 | 14:09 (ending at "divisions" |
| **Rayburn, K.** | 15:02 | 15:05 |
| **Rayburn, K.** | 16:02 | 16:09 |
| **Rayburn, K.** | 16:16 | 16:18 |
| **Rayburn, K.** | 18:09 | 18:11 |
| **Rayburn, K.** | 18:15 | 19:09 |
| **Rayburn, K.** | 29:15 | 31:3 |
| **Rayburn, K.** | 39:5 | 39:19 |
| **Rayburn, K.** | 39:24 | 40:15 |
| **Rayburn, K.** | 40:22 | 41:16 |
| **Rayburn, K.** | 43:10 | 44:5 |
| **Rayburn, K.** | 49:23 | 50:5 |
| **Rayburn, K.** | 50:13 | 50:16 |
| **Rayburn, K.** | 50:22 | 51:25 |
| **Rayburn, K.** | 52:2 | 52:17 |
| **Rayburn, K.** | 52:22 | 52:23 |
| **Rayburn, K.** | 53:2 | 53:12 |
| **Rayburn, K.** | 55:1 | 55:5 |
| **Rayburn, K.** | 55:23 | 55:24 |
| **Rayburn, K.** | 56:11 | 56:14 |
| **Rayburn, K.** | 74:1 | 74:10 |
| **Rayburn, K.** | 74:16 | 74:17 |
| **Rayburn, K.** | 74:21 | 74:25 |
| **Rayburn, K.** | 75:2 | 75:16 |
| **Rayburn, K.** | 86:12 | 86:25 |
| **Rayburn, K.** | 87:7 | 87:12 |
| **Rayburn, K.** | 87:22 | 88:4 |
| **Rayburn, K.** | 88:20 | 88:24 |
| **Rayburn, K.** | 94:23 | 95:5 |
| **Rayburn, K.** | 97:13 | 97:20 |
| **Rayburn, K.** | 98:15 | 99:24 |
| **Rayburn, K.** | 100:8 | 100:14 |
| **Rayburn, K.** | 102:8 | 103:8 |
| **Rayburn, K.** | 103:11 | 104:14 |
| **Rayburn, K.** | 110:18 | 110:19 |
| **Rayburn, K.** | 110:23 | 111:4 |

| Witness | Plaintiffs' Designations | |
|---|---|---|
| **Rayburn, K.** | 111:16 | 111:20 (ending at "That's fair.") |
| **Rayburn, K.** | 112:2 | 112:5 |
| **Rayburn, K.** | 117:1 | 117:6 |
| **Rayburn, K.** | 117:13 | 118:11 |
| **Rayburn, K.** | 118:14 | 118:20 |
| **Rayburn, K.** | 119:2 | 120:18 |
| **Rayburn, K.** | 120:22 | 121:4 |
| **Rayburn, K.** | 121:22 | 122:16 |
| **Rayburn, K.** | 122:18 | 123:14 |
| **Rayburn, K.** | 125:6 | 125:16 |
| **Rayburn, K.** | 126:5 | 126:25 |
| **Rayburn, K.** | 127:7 | 127:12 |
| **Rayburn, K.** | 129:16 (beginning at "A lot of") | 131:01 |
| **Rayburn, K.** | 131:10 | 131:21 |
| **Rayburn, K.** | 132:1 | 133:12 |
| **Rayburn, K.** | 133:14 | 133:18 |
| **Rayburn, K.** | 149:24 | 149:25 |
| **Rayburn, K.** | 150:4 | 158:23 |
| **Rayburn, K.** | 158:25 | 161:03 |
| **Rayburn, K.** | 188:17 | 188:18 |
| **Rayburn, K.** | 188:22 | 189:19 |
| **Rayburn, K.** | 189:21 | 190:09 |
| **Rayburn, K.** | 190:11 | 190:21 |
| **Rayburn, K.** | 192:12 | 192:13 |
| **Rayburn, K.** | 192:17 | 194:8 |
| **Rayburn, K.** | 194:11 | 195:15 |
| **Rayburn, K.** | 195:17 | 195:18 |
| **Rayburn, K.** | 196:4 | 197:16 |
| **Rayburn, K.** | 197:25 | 199:17 |
| **Rayburn, K.** | 199:19 | 201:10 |
| **Rayburn, K.** | 201:24 | 202:18 |
| **Rayburn, K.** | 206:11 | 207:6 |

# Deposition of Rebecca N. Sullivan
# October 15, 2019

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Sullivan, R. | 6:10 | 6:11 |
| Sullivan, R. | 9:14 | 9:19 |
| Sullivan, R. | 14:21 | 14:24 |
| Sullivan, R. | 19:12 | 19:18 |
| Sullivan, R. | 20:07 | 20:09 |
| Sullivan, R. | 22:24 | 23:17 |
| Sullivan, R. | 24:09 | 26:04 |
| Sullivan, R. | 26:13 | 26:20 |
| Sullivan, R. | 31:01 | 31:21 |
| Sullivan, R. | 31:25 | 32:08 |
| Sullivan, R. | 33:09 | 33:17 |
| Sullivan, R. | 33:19 | 35:13 |
| Sullivan, R. | 35:20 | 35:22 |
| Sullivan, R. | 36:05 | 36:06 |
| Sullivan, R. | 36:13 | 36:20 |
| Sullivan, R. | 47:21 | 48:14 |
| Sullivan, R. | 49:06 | 49:09 |
| Sullivan, R. | 50:09 | 50:23 |
| Sullivan, R. | 52:23 | 52:25 |
| Sullivan, R. | 53:06 | 53:16 |
| Sullivan, R. | 53:25 | 54:06 |
| Sullivan, R. | 54:11 | 54:20 |
| Sullivan, R. | 54:25 | 55:18 |
| Sullivan, R. | 57:18 | 58:24 |
| Sullivan, R. | 59:01 | 59:02 |
| Sullivan, R. | 59:08 | 59:11 |
| Sullivan, R. | 59:21 | 59:25 |
| Sullivan, R. | 63:05 | 63:07 |
| Sullivan, R. | 70:03 | 71:01 |
| Sullivan, R. | 71:06 | 71:25 |
| Sullivan, R. | 72:09 | 73:22 |
| Sullivan, R. | 74:05 | 75:05 |
| Sullivan, R. | 75:13 | 75:22 |
| Sullivan, R. | 76:02 | 76:14 |
| Sullivan, R. | 76:22 | 78:15 |
| Sullivan, R. | 83:12 | 84:02 |
| Sullivan, R. | 84:07 | 84:10 |
| Sullivan, R. | 84:13 | 85:01 |

| Witness | Plaintiffs' Designations | |
|---|---|---|
| Sullivan, R. | 99:18 | 99:22 |
| Sullivan, R. | 99:24 | 100:03 |
| Sullivan, R. | 100:07 | 100:11 |
| Sullivan, R. | 100:13 | 100:24 |
| Sullivan, R. | 103:22 | 106:12 |

## Deposition of Ebenezer Baptist Church of Atlanta, Georgia, Inc. by Sen. Rev. Raphael G. Warnock
## November 7, 2019

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Warnock, R. | 8:04 | 8:06 |
| Warnock, R. | 9:18 | 9:20 |
| Warnock, R. | 12:08 (beginning at "If we could") | 13:20 |
| Warnock, R. | 13:25 | 14:04 |
| Warnock, R. | 14:12 | 14:23 |
| Warnock, R. | 14:25 | 15:08 |
| Warnock, R. | 15:18 | 16:04 |
| Warnock, R. | 20:23 | 20:25 |
| Warnock, R. | 21:12 | 21:12 |
| Warnock, R. | 21:25 (beginning at "have you seen") | 22:02 |
| Warnock, R. | 22:20 | 23:06 |
| Warnock, R. | 32:08 | 32:17 |
| Warnock, R. | 33:02 | 33:04 |
| Warnock, R. | 31:13 (beginning at "Is there a line") | 33:21 |
| Warnock, R. | 35:10 | 37:02 |
| Warnock, R. | 37:13 | 37:14 |
| Warnock, R. | 37:18 | 37:19 (ending at "in this matter.") |
| Warnock, R. | 37:25 | 38:10 |
| Warnock, R. | 39:01 | 40:03 |

| Witness | Plaintiffs' Designations | |
|---|---|---|
| **Warnock, R.** | 40:22 | 41:09 |
| **Warnock, R.** | 41:11 | 41:12 |
| **Warnock, R.** | 41:14 | 42:08 |
| **Warnock, R.** | 42:12 (beginning at "And when you say") | 42:21 |
| **Warnock, R.** | 42:23 | 43:06 |
| **Warnock, R.** | 44:03 (beginning at "is") | 44:23 |
| **Warnock, R.** | 45:21 | 46:13 |
| **Warnock, R.** | 47:04 | 49:09 |
| **Warnock, R.** | 49:12 | 49:25 |
| **Warnock, R.** | 50:02 | 50:04 |
| **Warnock, R.** | 50:12 | 50:21 |
| **Warnock, R.** | 50:23 | 51:17 |
| **Warnock, R.** | 51:20 | 52:09 |
| **Warnock, R.** | 53:01 | 53:03 |
| **Warnock, R.** | 53:05 | 53:09 |
| **Warnock, R.** | 53:11 | 53:12 |
| **Warnock, R.** | 58:18 | 61:17 |
| **Warnock, R.** | 63:25 | 65:22 |
| **Warnock, R.** | 68:15 | 68:25 |
| **Warnock, R.** | 69:20 | 70:03 |
| **Warnock, R.** | 70:25 | 72:05 |
| **Warnock, R.** | 72:07 | 72:17 |
| **Warnock, R.** | 73:01 | 74:12 |
| **Warnock, R.** | 78:12 | 78:16 |
| **Warnock, R.** | 79:16 | 80:11 |
| **Warnock, R.** | 83:12 | 83:13 (ending at "as Exhibit 8") |
| **Warnock, R.** | 83:19 (beginning at "Do you recall") | 83:24 |
| **Warnock, R.** | 87:08 | 87:18 |
| **Warnock, R.** | 91:11 | 91:13 |
| **Warnock, R.** | 91:21 | 91:24 |
| **Warnock, R.** | 92:07 | 92:11 |
| **Warnock, R.** | 92:23 | 93:04 |
| **Warnock, R.** | 93:06 | 93:17 |
| **Warnock, R.** | 102:02 | 102:15 |

| Witness | Plaintiffs' Designations | |
|---|---|---|
| Warnock, R. | 102:22 | 102:23 (ending at "Exhibit Number 2.") |
| Warnock, R. | 102:25 | 102:25 |
| Warnock, R. | 103:03 | 103:08 |
| Warnock, R. | 103:10 | 103:10 |
| Warnock, R. | 103:12 | 103:25 |
| Warnock, R. | 104:07 | 104:18 |
| Warnock, R. | 104:20 | 104:22 |
| Warnock, R. | 104:24 | 105:25 |
| Warnock, R. | 106:02 | 106:03 |
| Warnock, R. | 106:05 | 106:09 |
| Warnock, R. | 106:22 | 108:19 |
| Warnock, R. | 108:22 | 109:03 |
| Warnock, R. | 110:02 | 110:07 |
| Warnock, R. | 110:09 | 110:24 |
| Warnock, R. | 111:10 | 111:21 |
| Warnock, R. | 117:12 | 117:16 |
| Warnock, R. | 121:05 | 121:09 |
| Warnock, R. | 121:12 | 122:25 |
| Warnock, R. | 123:02 | 124:14 |
| Warnock, R. | 126:07 | 126:08 |
| Warnock, R. | 126:10 | 126:10 |
| Warnock, R. | 126:13 | 126:15 (ending at "Yes.") |
| Warnock, R. | 126:20 | 126:24 |
| Warnock, R. | 141:25 | 142:05 |
| Warnock, R. | 142:12 | 143:09 |
| Warnock, R. | 150:05 | 152:09 |
| Warnock, R. | 167:09 | 168:14 |
| Warnock, R. | 183:06 | 184:24 |
| Warnock, R. | 185:03 | 185:24 |
| Warnock, R. | 188:13 | 188:17 |
| Warnock, R. | 188:19 | 189:14 |
| Warnock, R. | 189:16 | 190:16 |
| Warnock, R. | 191:22 | 192:11 |
| Warnock, R. | 192:15 | 192:16 |

# Deposition of David J. Worley
# October 10, 2019

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Worley, D. | 6:10 | 6:12 |
| Worley, D. | 7:08 | 7:12 |
| Worley, D. | 10:06 | 10:19 |
| Worley, D. | 11:07 (beginning at "since 2014,") | 12:03 |
| Worley, D. | 13:24 | 14:20 |
| Worley, D. | 14:24 | 15:06 |
| Worley, D. | 15:13 | 16:20 |
| Worley, D. | 17:01 | 21:16 |
| Worley, D. | 23:12 | 24:02 |
| Worley, D. | 24:10 | 24:16 |
| Worley, D. | 24:18 | 24:19 |
| Worley, D. | 30:07 | 30:08 |
| Worley, D. | 30:10 | 30:13 |
| Worley, D. | 33:07 | 33:17 |
| Worley, D | 35:15 | 35:23 |
| Worley, D. | 37:02 | 37:05 |
| Worley, D. | 39:09 | 39:12 |
| Worley, D. | 39:15 | 39:17 |
| Worley, D. | 39:24 | 41:07 |
| Worley, D. | 41:09 | 41:20 |
| Worley, D. | 44:14 | 46:23 |
| Worley, D. | 55:09 | 59:16 |
| Worley, D. | 59:22 | 61:12 |
| Worley, D. | 61:19 | 64:24 |
| Worley, D. | 65:01 | 65:25 |
| Worley, D. | 69:08 | 71:09 |
| Worley, D. | 74:02 | 80:07 |
| Worley, D. | 80:11 | 82:04 |
| Worley, D. | 82:06 | 82:19 |
| Worley, D. | 98:11 | 99:05 |
| Worley, D. | 99:12 | 99:14 |
| Worley, D. | 99:17 | 99:21 |
| Worley, D. | 99:23 | 100:04 |
| Worley, D. | 100:06 | 104:02 |

| Witness | Plaintiffs' Designations | |
|---|---|---|
| **Worley, D.** | 104:16 | 106:05 |
| **Worley, D.** | 106:10 | 109:22 |
| **Worley, D.** | 109:25 | 112:03 |
| **Worley, D.** | 112:11 | 114:01 |
| **Worley, D.** | 114:15 | 114:25 |
| **Worley, D.** | 125:16 | 126:12 |
| **Worley, D.** | 126:14 | 126:16 |
| **Worley, D.** | 126:18 | 126:21 |
| **Worley, D.** | 126:23 | 127:01 |
| **Worley, D.** | 127:03 | 127:03 |
| **Worley, D.** | 128:17 | 129:16 |
| **Worley, D.** | 129:19 | 129:24 |
| **Worley, D.** | 130:01 | 130:16 |

# Deposition of Aria Aaron
# December 28, 2021

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | **Page:Line** | **Page:Line** |
| **Aaron, A.** | 9:10 (beginning at "I'm") | 9:14 |
| **Aaron, A.** | 9:15 (beginning at "We have") | 9:23 |
| **Aaron, A.** | 9:24 (beginning at "I know") | 10:18 |
| **Aaron, A.** | 13:12 | 14:20 |
| **Aaron, A.** | 21:08 | 21:13 |
| **Aaron, A.** | 22:24 | 24:7 |
| **Aaron, A.** | 25:21 | 27:14 |
| **Aaron, A.** | 28:11 (beginning at "So") | 28:25 |
| **Aaron, A.** | 29:17 (beginning at "And at what") | 31:8 |
| **Aaron, A.** | 31:18 | 32:14 |
| **Aaron, A.** | 33:04 (beginning with "I believe" | 33:16 |

| Witness | Plaintiffs' Designations | |
|---|---|---|
| Aaron, A. | 33:18 (beginning at "You") | 34:18 |
| Aaron, A. | 35:10 | 35:14 |
| Aaron, A. | 40:4 | 40:10 |
| Aaron, A. | 40:16 | 42:22 |

# Deposition of Hank Bromley
# October 22, 2019

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Bromley, H. | 4:25 | 5:04 |
| Bromley, H. | 11:01 | 11:03 |
| Bromley, H. | 15:03 | 15:09 |
| Bromley, H. | 15:25 | 16:04 |
| Bromley, H. | 17:10 | 17:19 |
| Bromley, H. | 22:06 | 22:10 |
| Bromley, H. | 25:22 | 26:07 |
| Bromley, H. | 27:19 | 27:24 |
| Bromley, H. | 28:06 | 28:12 |
| Bromley, H. | 28:14 | 28:19 |
| Bromley, H. | 29:09 | 29:16 |
| Bromley, H. | 31:22 | 33:13 |
| Bromley, H. | 34:02 | 34:06 |
| Bromley, H. | 34:11 | 34:14 |
| Bromley, H. | 34:17 | 35:04 |
| Bromley, H. | 35:13 | 35:18 |
| Bromley, H. | 37:07 | 37:07 |
| Bromley, H. | 37:22 | 38:10 |
| Bromley, H. | 38:14 | 38:16 |
| Bromley, H. | 39:01 | 39:12 |
| Bromley, H. | 40:16 | 40:23 |
| Bromley, H. | 41:11 | 43:16 |
| Bromley, H. | 45:23 | 46:07 |
| Bromley, H. | 53:21 | 54:01 |

# Deposition of Margaret A. Whatley
# December 22, 2021

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Whatley, M. | 7:19 (beginning at "So") | 8:3 |
| Whatley, M. | 19:3 (beginning at "you made") | 19:15 |
| Whatley, M. | 21:8 | 21:15 |
| Whatley, M. | 21:16 (beginning at "I want to") | 22:18 |
| Whatley, M. | 22:23 | 23:2 |
| Whatley, M. | 23:6 | 28:2 |
| Whatley, M. | 28:21 | 29:1 |
| Whatley, M. | 30:2 (beginning at "almost") | 31:5 |
| Whatley, M. | 31:14 | 31:19 |
| Whatley, M. | 35:11 (beginning at "I do") | 36:17 |
| Whatley, M. | 37:10 | 38:3 |
| Whatley, M. | 39:7 | 39:11 |
| Whatley, M. | 39:14 | 40:3 |
| Whatley, M. | 41:1 | 44:24 |
| Whatley, M. | 45:13 | 49:8 |
| Whatley, M. | 55:2 (beginning at "your") | 55:8 |
| Whatley, M. | 55:12 | 55:15 |
| Whatley, M. | 55:20 | 56:18 |
| Whatley, M. | 57:11 | 57:19 |
| Whatley, M. | 57:23 | 59:18 |
| Whatley, M. | 59:20 | 59:23 |

# Deposition of Julian Grill
# December 28, 2021

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Grill, J. | 5:11 | 5:11 (ending at "Mr. Grill.") |
| Grill, J. | 8:06 | 8:14 |
| Grill, J. | 9:19 | 10:20 |
| Grill, J. | 11:11 (beginning at "Can you") | 11:12 |
| Grill, J. | 11:14 (beginning at "The whole way") | 12:24 |
| Grill, J. | 13:18 (beginning at "So I") | 14:25 |
| Grill, J. | 19:9 (beginning at "Have you") | 19:12 |
| Grill, J. | 19:22 (beginning at "do you") | 20:11 |
| Grill, J. | 20:23 (beginning at "11 to 9") | 21:10 |
| Grill, J. | 25:3 | 25:16 |
| Grill, J. | 28:01 (beginning at "I don't have") | 28:09 end "right now" |
| Grill, J. | 31:17 | 31:19 |
| Grill, J. | 32:7 (beginning at "I was") | 32:18 |
| Grill, J. | 33:20 | 33:21 |
| Grill, J. | 34:4 | 34:22 |
| Grill, J. | 35:14 (beginning at "Do you") | 35:25 |
| Grill, J. | 36:1 (beginning at "So now") | 36:18 (ending at "Yes.") |
| Grill, J. | 36:21 (beginning at "And this") | 36:24 |
| Grill, J. | 37:4 | 37:19 |
| Grill, J. | 38:4 | 38:17 |
| Grill, J. | 39:3 (beginning at "before you") | 39:24 (ending at "hasn't changed.") |
| Grill, J. | 40:4 | 40:8 |
| Grill, J. | 40:24 | 41:6 |
| Grill, J. | 41:15 (beginning at "And when") | 42:3 (ending at "call.") |

| **Witness** | **Plaintiffs' Designations** | |
|---|---|---|
| **Grill, J.** | 42:8 | 42:15 |
| **Grill, J.** | 42:19 | 42:21 |
| **Grill, J.** | 43:3 | 43:24 |
| **Grill, J.** | 44:15 | 45:5 |
| **Grill, J.** | 45:7 | 45:8 |
| **Grill, J.** | 45:23 | 46:8 |
| **Grill, J.** | 46:15 | 46:18 (ending at "20.") |
| **Grill, J.** | 47:1 | 47:3 (ending at "Yes.") |
| **Grill, J.** | 47:17 | 47:19 (ending at "No.") |
| **Grill, J.** | 48:5 | 48:9 |
| **Grill, J.** | 48:12 | 48:15 (ending at "complete.") |
| **Grill, J.** | 48:21 | 50:13 (ending at "have.") |
| **Grill, J.** | 50:17 | 50:21 |
| **Grill, J.** | 51:8 | 51:8 |
| **Grill, J.** | 51:20 | 54:16 (ending at "there") |
| **Grill, J.** | 54:22 | 56:13 |
| **Grill, J.** | 56:14 (beginning at "did you") | 56:21 |
| **Grill, J.** | 57:2 | 57:12 |
| **Grill, J.** | 57:19 (beginning at "you said") | 60:14 (ending at "well.") |
| **Grill, J.** | 60:20 | 61:10 |
| **Grill, J.** | 61:15 | 61:15 |
| **Grill, J.** | 62:2 (beginning at "Is that") | 63:2 |
| **Grill, J.** | 63:10 | 63:21 |
| **Grill, J.** | 64:1 | 64:20 |
| **Grill, J.** | 65:5 | 65:9 |
| **Grill, J.** | 65:11 | 67:11 (ending at "Yes.") |
| **Grill, J.** | 67:19 | 68:8 |
| **Grill, J.** | 68:9 (beginning at "in fact,") | 68:12 |
| **Grill, J.** | 68:18 | 69:14 |
| **Grill, J.** | 69:17 | 69:20 |
| **Grill, J.** | 69:22 | 72:2 |
| **Grill, J.** | 72:4 | 72:7 |

| Witness | Plaintiffs' Designations | |
|---------|:---:|:---:|
| **Grill, J.** | 72:9 | 72:16 |
| **Grill, J.** | 72:17 (beginning at "Did anyone") | 73:14 |
| **Grill, J.** | 73:15 (beginning at "that recording") | 73:20 |
| **Grill, J.** | 73:25 | 74:6 |
| **Grill, J.** | 74:14 (beginning at "Did you") | 75:11 (ending at "address") |
| **Grill, J.** | 75:20 (beginning at "what is") | 75:23 |
| **Grill, J.** | 76:3 | 77:8 (ending at "believe.") |
| **Grill, J.** | 77:16 (beginning at "I got") | 77:23 |
| **Grill, J.** | 79:2 (beginning at "Did you") | 79:5 (ending at "Yes.") |
| **Grill, J.** | 79:16 | 79:18 (ending at "Box.") |
| **Grill, J.** | 80:1 (beginning at "it shows your") | 80:17 (ending at first "No.") |
| **Grill, J.** | 80:21 | 81:2 |
| **Grill, J.** | 81:8 | 81:12 (ending at "Yes.") |
| **Grill, J.** | 81:19 (beginning at "so you") | 81:24 |
| **Grill, J.** | 82:4 | 82:20 |
| **Grill, J.** | 83:16 | 83:18 |
| **Grill, J.** | 85:11 (beginning at "there was") | 85:16 |
| **Grill, J.** | 88:21 | 89:14 |

## Deposition of Margaret Church
## October 25, 2019

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Church, M. | 7:20 | 7:23 |
| Church, M. | 17:17 | 17:18 |
| Church, M. | 18:12 | 18:16 |
| Church, M. | 20:17 | 21:17 |
| Church, M. | 22:22 | 23:05 |
| Church, M. | 23:17 | 23:20 |
| Church, M. | 23:24 | 24:05 |
| Church, M. | 33:04 | 34:14 |
| Church, M. | 34:25 | 35:09 |
| Church, M. | 35:15 | 36:12 |
| Church, M. | 37:17 | 38:03 |
| Church, M. | 39:01 | 39:06 |
| Church, M. | 39:17 | 40:02 |
| Church, M. | 40:06 | 40:17 |
| Church, M. | 40:21 | 40:25 |
| Church, M. | 56:03 | 57:12 |
| Church, M. | 66:25 | 67:02 |
| Church, M. | 69:07 | 69:13 |

## Deposition of Kelly Dermody
## October 25, 2019

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Dermody, K. | 7:07 | 7:10 |
| Dermody, K. | 7:13 | 7:17 |
| Dermody, K. | 23:21 | 23:25 |
| Dermody, K. | 28:14 | 28:23 |
| Dermody, K. | 30:18 | 31:22 |
| Dermody, K. | 33:10 | 33:17 |
| Dermody, K. | 36:10 | 39:02 |
| Dermody, K. | 39:23 | 40:22 |
| Dermody, K. | 41:19 | 43:15 |
| Dermody, K. | 46:21 | 47:22 |
| Dermody, K. | 48:05 | 50:05 |

| Witness | Plaintiffs' Designations | |
|---|---|---|
| Dermody, K. | 57:12 | 57:13 |
| Dermody, K. | 57:21 | 58:08 |
| Dermody, K. | 59:9 | 60:04 |

## Deposition of Chris Duncan
## April 7, 2020

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Duncan, C. | 9:21 | 9:24 |
| Duncan, C. | 10:10 | 10:16 |
| Duncan, C. | 13:04 | 14:08 |
| Duncan, C. | 18:08 | 19:03 |
| Duncan, C. | 19:09 | 21:04 |
| Duncan, C. | 22:17 | 24:14 |
| Duncan, C. | 24:24 | 25:03 |
| Duncan, C. | 27:25 | 31:07 |
| Duncan, C. | 32:18 | 32:23 |

## Deposition of Dasia Holt
## April 27, 2020

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Holt, D. | 6:07 | 6:13 |
| Holt, D. | 9:20 | 9:21 |
| Holt, D. | 12:10 | 12:15 |
| Holt, D. | 14:01 | 14:08 |
| Holt, D. | 16:06 | 16:08 |
| Holt, D. | 18:10 | 18:14 |
| Holt, D. | 18:15 | 19:03 |
| Holt, D. | 19:06 | 19:21 |
| Holt, D. | 19:25 | 20:08 |
| Holt, D. | 20:11 | 20:13 |

| Witness | Plaintiffs' Designations | |
|---------|---------|---------|
| Holt, D. | 20:21 | 21:03 |
| Holt, D. | 21:08 | 22:05 |
| Holt, D. | 24:07 | 24:16 |
| Holt, D. | 24:23 | 25:25 |
| Holt, D. | 26:04 | 26:06 |

## Deposition of Kiara Jackson
## November 7, 2019

| Witness | Plaintiffs' Designations | |
|---------|---------|---------|
| | Page:Line | Page:Line |
| Jackson, K. | 7:25 | 8:07 |
| Jackson, K. | 11:12 | 11:23 |
| Jackson, K. | 24:21 | 25:06 |
| Jackson, K. | 32:16 | 33:7 |
| Jackson, K. | 35:22 | 36:2 |
| Jackson, K. | 36:15 | 36:22 |
| Jackson, K. | 41:24 | 42:2 |
| Jackson, K. | 42:6 | 42:8 |
| Jackson, K. | 44:02 | 45:01 |
| Jackson, K. | 45:04 | 47:23 |
| Jackson, K. | 48:9 | 48:18 |
| Jackson, K. | 48:19 | 50:18 |
| Jackson, K. | 50:23 | 51:15 |
| Jackson, K. | 51:19 | 51:22 |
| Jackson, K. | 52:02 | 52:13 |
| Jackson, K. | 52:16 | 53:03 |
| Jackson, K. | 53:09 | 53:10 |
| Jackson, K. | 53:17 | 56:14 |
| Jackson, K. | 57:10 | 57:23 |
| Jackson, K. | 58:12 | 59:06 |
| Jackson, K. | 60:15 | 61:14 |
| Jackson, K. | 62:3 | 62:5 |
| Jackson, K. | 65:06 | 66:10 |
| Jackson, K. | 66:15 | 66:20 |
| Jackson, K. | 67:07 | 67:14 |
| Jackson, K. | 67:22 | 68:15 |

## Deposition of Antoinette Johnson
## April 20, 2020

| Witness | Plaintiffs' Designations | |
|---|---|---|
| Johnson, A. | 6:24 | 7:02 |
| Johnson, A. | 19:15 | 21:23 |
| Johnson, A. | 22:01 | 23:02 |
| Johnson, A. | 23:19 | 23:22 |
| Johnson, A. | 24:12 | 24:14 |
| Johnson, A. | 25:05 | 26:02 |

## Deposition of Patrick Longstreth
## November 7, 2019

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Longstreth, P. | 4:25 | 5:05 |
| Longstreth, P. | 7:04 | 7:06 |
| Longstreth, P. | 10:05 | 10:13 |
| Longstreth, P. | 16:15 | 16:23 |
| Longstreth, P. | 23:04 | 23:10 |
| Longstreth, P. | 25:13 | 26:10 |
| Longstreth, P. | 27:10 | 27:19 |
| Longstreth, P. | 28:14 | 28:24 |
| Longstreth, P. | 29:04 | 29:13 |
| Longstreth, P. | 31:07 | 32:02 |
| Longstreth, P. | 32:14 | 32:23 |
| Longstreth, P. | 34:19 | 35:14 |
| Longstreth, P. | 36:03 | 37:24 |
| Longstreth, P. | 42:09 | 42:16 |
| Longstreth, P. | 44:01 | 44:06 |

## Deposition of Frank Lucas
## April 20, 2020

| Witness | Plaintiffs' Designations | |
|---|---|---|
| | Page:Line | Page:Line |
| Lucas, F. | 6:02 | 6:04 |
| Lucas, F. | 14:12 | 14:25 |
| Lucas, F. | 19:15 | 20:07 |
| Lucas, F. | 20:16 | 22:25 |
| Lucas, F. | 23:07 | 23:17 |
| Lucas, F. | 24:05 | 25:03 |
| Lucas, F. | 26:02 | 26:23 |
| Lucas, F. | 28:17 | 28:20 |
| Lucas, F. | 29:05 | 29:06 |
| Lucas, F. | 29:08 | 29:08 |
| Lucas, F. | 31:03 | 32:06 |
| Lucas, F. | 34:19 | 35:12 |

## Deposition of Dr. Ali Kefeli
## January 5, 2022

| Witness | Plaintiffs' Designations | |
|---|---|---|
| Kefeli, A. | 7:20 (beginning at "if") | 8:1 |
| Kefeli, A. | 8:6 (beginning at "let's") | 9:3 |
| Kefeli, A. | 30:19 | 31:08 |
| Kefeli, A. | 34:15 | 34:18 |
| Kefeli, A. | 34:22 | 35:3 |
| Kefeli, A. | 40:15 | 42:11 |
| Kefeli, A. | 43:1 | 43:3 |
| Kefeli, A. | 43:19 (beginning at "did") | 43:23 |
| Kefeli, A. | 44:2 (beginning at "if") | 44:15 |
| Kefeli, A. | 45:4 | 45:10 |
| Kefeli, A. | 45:19 | 46:9 |
| Kefeli, A. | 46:11 | 46:11 |
| Kefeli, A. | 46:13 | 47:5 |
| Kefeli, A. | 47:7 (beginning at "and") | 47:14 |

| Witness | Plaintiffs' Designations | |
|---------|---------|---------|
| Kefeli, A. | 47:15 (beginning at "and") | 48:1 |
| Kefeli, A. | 48:17 (beginning at "and") | 49:18 |
| Kefeli, A. | 49:19 (beginning at "so") | 50:12 |
| Kefeli, A. | 50:13 (beginning at "if") | 50:17 |
| Kefeli, A. | 51:1 | 51:16 |
| Kefeli, A. | 52:8 | 52:13 |
| Kefeli, A. | 52:14 (beginning at "and") | 52:25 |
| Kefeli, A. | 53:1 (beginning at "if") | 56:10 |
| Kefeli, A. | 58:8 | 58:20 |
| Kefeli, A. | 60:21 | 61:25 (ending at "yes") |

# Deposition of Jayme Wills
# January 13, 2022

| Witness | Plaintiffs' Designations | |
|---------|---------|---------|
| Wills, J. | 7:19 | 7:25 |
| Wills, J. | 10:15 (beginning at "What") | 11:20 |
| Wills, J. | 12:06 | 12:19 |
| Wills, J. | 13:08 | 13:15 |
| Wills, J. | 13:18 | 14:03 |
| Wills, J. | 14:12 | 14:22 |
| Wills, J. | 15:03 | 15:09 |
| Wills, J. | 15:22 (beginning at "What") | 16:09 |
| Wills, J. | 16:12 | 16:25 |
| Wills, J. | 18:10 | 18:18 |
| Wills, J. | 18:22 (beginning at "Once") | 19:02 |
| Wills, J. | 19:09 | 19:11 |
| Wills, J. | 19:19 | 20:20 |
| Wills, J. | 21:03 | 21:18 |

| **Witness** | **Plaintiffs' Designations** | |
|---|---|---|
| **Wills, J.** | 21:19 (beginning at "Had") | 22:04 |
| **Wills, J.** | 22:07 (beginning at "Did") | 22:15 |
| **Wills, J.** | 22:16 | 22:18 |
| **Wills, J.** | 23:02 (beginning at "I called") | 23:09 |
| **Wills, J.** | 23:15 | 24:18 |
| **Wills, J.** | 24:22 | 26:03 |
| **Wills, J.** | 31:24 | 32:17 |
| **Wills, J.** | 34:08 | 34:11 |
| **Wills, J.** | 34:24 | 35:02 |
| **Wills, J.** | 35:04 (beginning at "You") | 35:17 |
| **Wills, J.** | 43:17 | 44:03 |
| **Wills, J.** | 46:25 | 48:18 |
| **Wills, J.** | 49:08 | 49:13 |
| **Wills, J.** | 51:11 (beginning at "when") | 51:21 |