# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:18-cv-05391-SCJ
### Ebenezer Baptist Church of Atlanta, Georgia, Inc. et al v. Raffensperger et al
### Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 04/01/2022.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 10:40 A.M.   COURT REPORTER: Viola Zborowski
TIME IN COURT: 1:10   DEPUTY CLERK: Jordyn Holder
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:   Joshua Belinfante representing Brad Raffensperger et al
Ishan Bhabha representing Fair Fight Action, Inc et al
Leslie Bryan representing Fair Fight Action, Inc et al

Celeste Coco-Ewing representing Fair Fight Action, Inc. et al
Jeremy Creelan representing Fair Fight Action, Inc et al
Jonathan Diaz representing Fair Fight Action, Inc et al
Von DuBose representing Fair Fight Action, Inc et al
Danielle Hernandez representing Brad Raffensperger et al
Melanie Johnson representing Brad Raffensperger et al
Diane LaRoss representing Brad Raffensperger et al
Brian Lake representing Brad Raffensperger et al
Michelle McClafferty representing Fair Fight Action, Inc et al
Carey Miller representing Brad Raffensperger et al
Loree Anne Paradise representing Brad Raffensperger et al
Vincent Russo representing Brad Raffensperger et al
Bria Stephens representing Fair Fight Action, Inc et al
Elizabeth Tanis representing Fair Fight Action, Inc et al
Bryan Tyson representing Brad Raffensperger et al

| | |
|---|---|
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | Pretrial conference held on 4/1/2022 to discuss the upcoming trial scheduled for 4/11/2022. The Court directed the parties to submit 3 exhibit binders and 3 witness lists prior to the commencement of the trial on 4/11/2022. The Court informed the parties that trial will begin at 9:00 AM every day with the exception of 4/13/2022; it will begin at 8:30 AM. Each side will be given 1 hour for opening statements. Should the Plaintiff wish to submit a trial brief, it shall be submitted by 4/7/2022. Media matters discussed with the parties. The Court heard argument from the parties on the [734] Motion in Limine. A written order will follow. |
| HEARING STATUS: | Hearing Concluded |