# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, *et al.*, <br><br>    *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br>    *Defendants*. | Civ. Act. No. 18-cv-05391 (SCJ) |

## PLAINTIFFS' TRIAL WITNESS LIST

Plaintiffs identify their trial witnesses:

| NAME | ADDRESS |
|---|---|
| Aria Aaron | 575 West Centinela Avenue <br> Apt. 323 <br> Los Angeles, CA 90045 |
| Deborah Allen | 455 Robinson Avenue SE <br> Atlanta, GA 30315 |
| Patricia Andros | 994 Dell Avenue <br> Smyrna, GA 30080 |
| Benjamin Ansa | 315 West Forest Avenue <br> Apt. 1D <br> North Augusta, SC 29841 |
| Cam Thi Ashling | 3809 Wieuca Road NE <br> Atlanta, GA 30342 |
| Dale Bennett | 180 Jackson Street <br> Apt. 8204 <br> Atlanta, GA 30312 |

| Robin Boyd | 229 Elvan Avenue NE<br>Atlanta, GA 30317 |
|---|---|
| Saundra Brundage | 218 East Trinity Place<br>Apt. 712<br>Decatur, GA 30030 |
| Kia Carter | 1747 Tidewell Trace Rear<br>Lawrenceville, GA 30043 |
| Alexus Symone Clark | 2052 North Avenue NW<br>Unit B<br>Atlanta, GA 30318 |
| Liza Conrad | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Carlos del Rio | 2342 Massey Lane<br>Decatur, GA 30033 |
| Hon. Nancy Dennard | 100 West Screven Street<br>Quitman, GA 31643 |
| Kelly Dermody | Lieff, Cabraser, Heimann & Bernstein, LLC<br>275 Battery Street<br>Suite 2900<br>San Francisco, CA 94111 |
| Dr. Sheree Dixon | 3270 West Paces Park Drive NW<br>Atlanta, GA 30327 |
| Melanie Frechette | Director of Operations<br>Office of Commissioner of Insurance<br>2 Martin Luther King, Jr., Drive<br>West Tower<br>Suite 702<br>Atlanta GA 30334 |
| Nicole Freemon | 708 High Point Trail<br>Woodstock, GA 30188 |

| | |
|---|---|
| Ryan Germany | Office of the Secretary of State<br>2 Martin Luther King, Jr. Drive<br>Suite 082<br>Floyd West Tower<br>Atlanta, GA 30334 |
| Julian Grill | 9 Tybrisa Street<br>Apt. 16<br>Tybee Island, GA 31328 |
| John Hallman | Georgia Dept. of Human Services<br>2 Peachtree Street<br>Atlanta, GA 30303 |
| Rosa Hamaleinen | 4204 Ancient Amber Way<br>Peachtree Corners, GA 30092 |
| Seth Harp | 8000 Midland Road<br>Farm No. 12<br>Midland, GA 31820 |
| Alkhealasharteula Harrison | 78 Swanson Drive<br>LaGrange, GA 30240 |
| Chris Harvey | GA Peace Office Training & Standards Council<br>5000 Austell-Powder Springs Road<br>Suite 280<br>Austell, GA 30106 |
| Dasia Holt | 6670 Hamilton Street<br>Apt. 6<br>Preston, GA 31824 |
| Emily Huskey | 800 Peachtree Street NE<br>Apt. 8601<br>Atlanta, GA 30308 |
| Bishop Reginald Jackson | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |

| | |
|---|---|
| Antoinette Johnson | 202 Lewis Drive<br>Savannah, GA 31406 |
| Dr. Adrienne Jones | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Aaron Karp | 313 Winnona Drive<br>Decatur, GA 30030 |
| Dr. Ali Kefeli | 5536 Parkerton Lane NE<br>Atlanta, GA 30342 |
| Brian Kemp | Office of the Governor<br>206 Washington Street<br>111 State Capitol<br>Atlanta, GA 30334 |
| Kevin Kennedy | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Rev. Matt Laney | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Anh Le | Georgia Technology Authority<br>47 Trinity Ave SW<br>Atlanta, GA 30334 |
| Brenda Lee | 3073 Oakham Place<br>Avondale Estates, GA 30002 |

| Jess Livoti | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
|---|---|
| Kenneth Mayer | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Angelique McClendon | 2206 East View Parkway<br>Conyers, GA 30013 |
| Peyton McCrary | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Anthony McKissic | 246 Forrest Drive<br>Palmetto, GA 30268 |
| Dr. Lorraine Minnite | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Keteria Neal | 295 East Burns Court SW<br>Apt. B<br>Marietta, GA 30008 |
| Gary Ratner | 828 Charles Allen Drive NE<br>Atlanta, GA 30308 |
| Kevin Rayburn | U.S. Election Assistance Commission<br>633 3rd Street, NW<br>Suite 200<br>Washington, DC 20001 |

| Meredith Rose | 3465 Duluth Highway 120<br>Apt. 5417<br>Duluth, GA 30096 |
|---|---|
| Rev. Herman Scott | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Andre Smith | 400 West Peachtree Street NW<br>Unit 1102<br>Atlanta, GA 30308 |
| Daniel Smith | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Cianti Stewart-Reid | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Rebecca Sullivan | Georgia Dept. of Administrative Services<br>200 Piedmont Ave.<br>Suite 1804<br>Atlanta, GA 30334 |
| Robert Walker Jr. | 104 Simmons Street<br>Byron, GA 31008 |
| Senator Rev. Raphael Warnock | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Margaret Skinner Whatley | 1914 Dimon Street<br>Columbus, GA 31906 |

| Jayme Wills | 2202 Winston Way<br>Augusta, GA 30906 |
|---|---|
| Rev. Bronson Woods | In care of Lawrence & Bundy LLC<br>Attn: Leslie J. Bryan<br>1180 West Peachtree Street<br>Suite 1650<br>Atlanta, GA 30309 |
| Any witness necessary for authentication of documents to be used at trial | |

## CERTIFICATION

I hereby certify that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.), which is approved by the Court pursuant to Local Rules 5.1(C) and 7.1(D).

Respectfully submitted this, the 10th day of April 2022.

*/s/ Allegra J. Lawrence*
Allegra J. Lawrence (GA Bar No. 439797)
Leslie J. Bryan (GA Bar No. 091175)
Lovita T. Tandy (GA Bar No. 697242)
Celeste Coco-Ewing (Admitted *pro hac vice*)
Michelle L. McClafferty (GA Bar No. 161970)
Monica R. Owens (GA Bar No. 557502)
Rodney J. Ganske (GA Bar No. 283819)
Maia Cogen (GA Bar No. 832438)
Suzanne Smith Williams (GA Bar No. 526105)
Bria Stephens (GA Bar No. 925038)
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650

Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
lovita.tandy@lawrencebundy.com
celeste.coco-ewing@lawrencebundy.com
michelle.mcclafferty@lawrencebundy.com
monica.owens@lawrencebundy.com
rod.ganske@lawrencebundy.com
maia.cogen@lawrencebundy.com
suzanne.williams@lawrencebundy.com
bria.stephens@lawrencebundy.com

Thomas R. Bundy (Admitted *pro hac vice*)
**LAWRENCE & BUNDY LLC**
8115 Maple Lawn Boulevard
Suite 350
Fulton, MD 20789
Telephone: (240) 786-4998
Fax: (240) 786-4501
thomas.bundy@lawrencebundy.com

Dara Lindenbaum (GA Bar No. 980780)
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW
Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: (202) 479-1115
lindenbaum@sandlerreiff.com

Elizabeth Tanis (GA Bar No. 697415)
John Chandler (GA Bar No. 120600)
957 Springdale Road, NE
Atlanta, GA 30306
Telephone: (404) 771-2275
beth.tanis@gmail.com
jachandler@gmail.com

Kurt G. Kastorf (GA Bar No. 315315)
**KASTORF LAW, LLC**
1387 Iverson St, Suite 100
Atlanta, GA 30307
Telephone: (404) 900-0330
kurt@kastorflaw.com

Matthew G. Kaiser (Admitted *pro hac vice*)
Sarah R. Fink (Admitted *pro hac vice*)
**KAISERDILLON PLLC**
1099 Fourteenth Street, NW
Eighth Floor West
Washington, DC 20005
Telephone: (202) 640-2850
Fax: (202) 280-1034
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com

Kali Bracey (Admitted *pro hac vice*)
Ishan Bhabha (Admitted *pro hac vice*)
Victoria Hall-Palerm (Admitted *pro hac vice*)
Kathryn L. Wynbrandt (Admitted *pro hac vice)*
**JENNER & BLOCK LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Fax: (202) 639-6066
kbracey@jenner.com
ibhabha@jenner.com

vhall-palerm@jenner.com
kwynbrandt@jenner.com

Jeremy M. Creelan (Admitted *pro hac vice*)
Elizabeth A. Edmondson (Admitted *pro hac vice*)
Allison N. Douglis (Admitted *pro hac vice*)
**JENNER & BLOCK LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Fax: (212) 891-1699
jcreelan@jenner.com
eedmondson@jenner.com
adouglis@jenner.com

Kelsey Stimple (Admitted *pro hac vice*)
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
kstimple@jenner.com

Von A. DuBose
**DUBOSE MILLER LLC**
75 14th Street N.E., Suite 2110
Atlanta, GA 30309
Telephone: (404) 720-8111
Fax: (404) 921-9557
dubose@dubosemiller.com

Johnathan Diaz (Admitted *pro hac vice*)
Paul M. Smith (Admitted *pro hac vice*)
**CAMPAIGN LEGAL CENTER**
1101 14th St. NW, Suite 400
Washington, DC 20005
Telephone: (202)736-2200
jdiaz@campaignlegal.org
psmith@campaignlegal.org

Andrew D. Herman (Admitted *pro hac vice*)
**MILLER & CHEVALIER CHARTERED**
900 Sixteenth Street, NW
Washington, DC 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
aherman@milchev.com

*Counsel for Fair Fight Action, Inc.; Care in Action, Inc.; Ebenezer Baptist Church of Atlanta, Georgia, Inc.; Baconton Missionary Baptist Church, Inc.; Virginia-Highland Church, Inc.; and The Sixth Episcopal District, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, April 10, 2022, the foregoing **PLAINTIFFS' TRIAL WITNESS LIST** was filed with the Court using the CM/ECF system, which will serve all counsel of record.

This, the 10th day of April, 2022.

                                      */s/ Allegra J. Lawrence*
                                      Allegra J. Lawrence