# EXHIBIT A

```
 1                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF GEORGIA
 2                          ATLANTA DIVISION

 3

 4   FAIR FIGHT ACTION, INC.; CARE   )
     IN ACTION, INC.; EBENEZER       )
 5   BAPTIST CHURCH OF ATLANTA,      )
     GEORGIA, INC.; BACONTON         )
 6   MISSIONARY BAPTIST CHURCH,INC.; )
     VIRGINIA-HIGHLAND CHURCH, INC.; )
 7   AND THE SIXTH EPISCOPAL         )
     DISTRICT,INC.,                  ) VOLUME VIII - A.M. SESSION
 8                 Plaintiffs,       )
                                     ) DOCKET NO. 1:18-cv-05391-SCJ
 9         -vs-                      )
                                     )
10   BRAD RAFFENSPERGER, IN HIS      )
     OFFICIAL CAPACITY AS SECRETARY  )
11   OF STATE OF THE STATE OF        )
     GEORGIA; REBECCA N. SULLIVAN,   )
12   SARAH TINDALL GHAZAL, MATTHEW   )
     MASHBURN, AND ANH LE, IN THEIR  )
13   OFFICIAL CAPACITIES AS MEMBERS  )
     OF THE STATE ELECTION BOARD;    )
14   AND STATE ELECTION BOARD,       )
                                     )
15                 Defendants.       )
     _____
16
                    TRANSCRIPT OF TRIAL PROCEEDINGS
17              BEFORE THE HONORABLE STEVE C. JONES
                   UNITED STATES DISTRICT JUDGE
18                  WEDNESDAY, APRIL 20, 2022

19

20

21

22        VIOLA S. ZBOROWSKI, CRR, CRC, CMR, FAPR
       OFFICIAL COURT REPORTER TO THE HONORABLE STEVE C. JONES
23                  UNITED STATES DISTRICT COURT
                         ATLANTA, GEORGIA
24                        404-215-1479
                 VIOLA_ZBOROWSKI@GAND.USCOURTS.GOV
25
```

1   course, the legislation speak for themselves.
2          THE COURT: I guess the question I would like to hear
3   the answer to that Ms. Bryan is asking is, two judges ordered --
4   one in particular ordered that this be removed as a requirement,
5   and then it's back into a passed bill signed by the Governor. So
6   on remedies -- I'm going to overrule the objection. I want to
7   hear the answer.
8   DIRECT EXAMINATION BY MS. BRYAN (continued):
9   **Q.** It did go back in, did it not?
10  **A.** What you just read is basically a place for the elector to
11  print his or her name, a signature line, a space for the elector
12  to print the number of his or her driver's license, a space to
13  affirm that he does not have a driver's license, a space to print
14  his or her date of birth, a space to provide the last four digits
15  of the Social Security number. And then it continues to go on as
16  to kind of what should be on the absentee ballot --
17  **Q.** Including the date of birth?
18  **A.** -- envelope.
19         THE COURT: Yes? No? Maybe?
20         THE WITNESS: Date of birth is on -- is certainly on the
21  absentee ballot envelope, yes.
22         THE COURT: I guess the question is that, why is it now
23  back on there?
24         THE WITNESS: I don't think I can answer that.
25         THE COURT: You didn't know about it? They don't --

1  they didn't consult you when they put this bill together, the
2  Secretary of State?
3          THE WITNESS:  I mean, we worked with the Legislature on
4  this, correct.  That's correct.
5          THE COURT:  So you knew nothing about this -- the
6  putting this --
7          THE WITNESS:  I'm not saying I knew nothing about it,
8  but in terms of why they did it, you know, I can't -- I can't
9  speak to that.
10         THE COURT:  But you knew they were going to do it;
11 right?
12         THE WITNESS:  I don't know what they're going to do.
13         THE COURT:  All right.  We're going to take a lunch
14 break.  Everybody have a good lunch.
15         (Whereupon, a lunch break was taken at 12:32 p.m.

C E R T I F I C A T E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

    I do hereby certify that the foregoing pages are a true and correct transcript of the proceedings taken down by me in the case aforesaid.

    This the 20th day of April, 2022.

/s/Viola S. Zborowski
VIOLA S. ZBOROWSKI, CRR, CRC, CMR, FAPR
OFFICIAL COURT REPORTER

```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION


 FAIR FIGHT ACTION, INC., et al,           DOCKET NO.
                                         1:18-cv-05391-SCJ
            PLAINTIFFS,
 v.                                   Wednesday, April 20, 2022
                                              Vol. 8
 BRAD RAFFENSPERGER, IN HIS
 OFFICIAL CAPACITY AS SECRETARY          AFTERNOON SESSION
 OF STATE OF GEORGIA and as
 CHAIR OF THE STATE ELECTION
 BOARD OF GEORGIA, et al,

            DEFENDANTS.



              TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
                       AFTERNOON SESSION
              BEFORE THE HONORABLE STEVE C. JONES
                UNITED STATES DISTRICT COURT JUDGE




 COURT REPORTER:                 JUDITH M. WOLFF, CRR
                                 1914 U.S. COURTHOUSE
                                 75 TED TURNER DRIVE, S.W.
                                 ATLANTA, GEORGIA  30303-3361
                                 (404) 215-1317
                                 judith_wolff@gand.uscourts.gov
```

Official U.S. District Court Transcript
Wednesday, April 20, 2022

1    (There was a lunch recess, and proceedings continued as
2  follows at 1:41 p.m.:)
3            THE COURT:  You all can be seated.
4            Ms. Bryan, I have a couple questions before we begin.
5            Mr. Germany, when we left off, Ms. Bryan had pointed
6  out there was an addition consent to SB 202 that somewhat
7  contradict a previous order this Court has entered.
8            You indicated that you were aware of the -- of this
9  addition in Senate Bill 202 that contradicts the Court's
10 order.
11           Now, let me preference that by saying I realize you
12 are not in the General Assembly, you can't control what they
13 do in the General Assembly.
14           But my first question is when were you aware of the
15 addition of Senate Bill 202?  Was it before or after they
16 passed it?
17           THE WITNESS:  It was well before they -- before they
18 passed 202?
19           THE COURT:  Yes.
20           THE WITNESS:  Before they passed it.
21           THE COURT:  At any point in time did the Secretary of
22 State's office or you directly specifically point this out to
23 the people in the General Assembly of what they were adding
24 was a contradiction?
25           THE WITNESS:  I can't recall.

```
1          THE COURT:  You don't recall the position at all?
2  You don't recall where y'all said, Hey, this contradicts the
3  judges, not just one judge, two judges -- well, Judge Mays'
4  order was just for Gwinnett County, so I can see where that
5  might be, but my order was statewide.
6          You don't remember whether you all said, Hey, this
7  contradicts something we had dealt with three years earlier?
8          THE WITNESS:  I mean, not sure that I agree with you
9  that it does.
10         THE COURT:  Okay.  Why does it not contradict it?
11 Tell me.
12         THE WITNESS:  SB202 changed the whole way of how
13 Georgia does absentee ballot verification.
14         Previously, in 2018, there was no cure period.
15 Judge May put in a judicial cure for signature mismatches.
16 And then later on, she enjoined Gwinnett from rejecting
17 subjects with a nonmatched year of birth.
18         And then your and her reasoning, the best I can
19 recall, was that then contradicts the materiality provision of
20 the act says you can't use something in verification that
21 essentially goes beyond what you need to verify the identity
22 of the voter.
23         And then you, Your Honor, extended that statewide.
24         There was no -- at that point, if there was a year of
25 birth nonmatch, there was no cure.  There was no opportunity
```

1  to cure it.
2         And then SB202 completely changed, and it said, I
3  mean, my understanding of what the legislature wanted to do
4  was go to these more objective things because signature match
5  got such a -- sort of a hard time from, frankly, from both
6  sides of the aisle.
7         We were sued on it by Democrats; we were sued on it
8  by Republicans.  And they all make the point that, Hey, these
9  county election officials aren't really in a position, they
10 are not signature matching experts.
11        THE COURT:  Let me ask you this.  I have had a chance
12 to reread my order, and you haven't had a chance to do that.
13 There is nowhere in the order that says anything about you
14 have to give time for a cure.
15        THE WITNESS:  I'm sorry?
16        THE COURT:  The order does not indicate that they
17 have to give a time to cure the matter.  The order signed by
18 me on 11/14/18.
19        Again, you haven't had a chance to look at it.
20        I understand your argument says, well, 202 says now
21 you have time to go back and correct and cure the matter, but
22 the order does not indicate that.  The order says it's not
23 required.
24        It's a side issue that the Court will look at
25 further.

```
 1
 2                    REPORTER'S   CERTIFICATE
 3
 4        I, Judith M. Wolff, Certified Realtime Reporter and
 5   Official Court Reporter for the United States District Court
 6   for the Northern District of Georgia, with offices at Atlanta,
 7   do hereby certify:
 8
 9        That I reported on the Stenograph machine the
10   proceedings held in open court on the afternoon of Wednesday,
11   April 20, 2022, in the matter of Fair Fight Action, Inc., et
12   al., vs. Brad Raffensperger, in his official capacity as
13   Secretary of State of the State of Georgia and as Chair of the
14   State Election Board of Georgia, Case No. 1:18-cv-05391-SCJ;
15
16        That said proceedings in connection with the hearing
17   were reduced to typewritten form by me;
18
19        And that the foregoing transcript is a true and
20   accurate record of the proceedings.
21
22        This the 21st day of April, 2022.
23
24                              _____
                                /s/ Judith M. Wolff, RPR, CRR
25                                  Official Court Reporter
```

Official U.S. District Court Transcript
Wednesday, April 20, 2022