# EXHIBIT B

```
 1                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF GEORGIA
 2                         ATLANTA DIVISION

 3
    L. LIN WOOD, JR.                    )
 4                                      )    Docket Number
                         Plaintiff,     )    1:20-CV-4651-SDG
 5                                      )
               v.                       )
 6                                      )    Atlanta, Georgia
    BRAD RAFFENSPERGER, in his          )    November 19, 2020
 7  Official Capacity as Secretary of   )
    State of the State of Georgia;      )
 8  REBECCA N. SULLIVAN, in her         )
    Capacity as Vice Chair of the       )
 9  Georgia State Election Board;       )
    DAVID J. WORLEY, in his Capacity    )
10  as a Member of the Georgia State    )
    Election Board; MATTHEW MASHBURN,   )
11  in his Official Capacity as a       )
    Member of the Georgia State         )
12  Election Board; ANH LE, in her      )
    Official Capacity as a Member of    )
13  the Georgia Election Board          )
                                        )
14                                      )
                         Defendants     )
15                                      )
               v.                       )
16                                      )
    DEMOCRATIC PARTY OF GEORGIA, INC.,  )
17  Democratic Party of Georgia; DSCC;  )
    DCCC; GEORGIA STATE CONFERENCE OF   )
18  THE NAACP; GEORGIA COALITION FOR    )
    THE PEOPLES' AGENDA, INC.; HELEN    )
19  BUTLER; JAMES WOODALL; and MELVIN   )
    IVEY                                )
20                                      )
               Intervenor Defendants    )
21

22

         TRANSCRIPT OF PLAINTIFF'S EMERGENCY MOTION FOR
23                  TEMPORARY RESTRAINING ORDER
         BEFORE THE HONORABLE STEVEN D. GRIMBERG
24                UNITED STATES DISTRICT JUDGE

25
```

1  the Court supporting that, nor any cognizable argument that that

2  has happened.

3         And, finally, as Ms. McGowan said, in terms of the

4  plaintiff's apples-to-oranges comparison, he's comparing the

5  totality of the absentee-ballot rejections from 2018.  As our

6  brief response makes clear, the General Assembly made a policy

7  decision following the 2018 election to change the evaluation of

8  absentee ballots partially due to identity theft concerns and the

9  fact that voters felt uncomfortable putting their date of birth

10 on the outside of the envelope.  The General Assembly took that

11 off the outer envelope where it was no longer visible to anyone

12 during the mail transmission.  That resulted in a significant

13 decrease in the percentage of absentee ballots that were rejected

14 at the outset.  There were quite a number in 2018 that were

15 rejected for that missing information.

16        In terms of when you actually do an apples-to-apples

17 comparison - and it is referenced in Chris Harvey's affidavit

18 that we will be moving into evidence, it's an exhibit in our

19 brief response - when you actually look at ballots from 2018 that

20 were rejected signature match and you look at ballots from 2020,

21 after the cure period, those numbers are identical in terms of --

22        MR. SMITH:  Your Honor, if he continues on he's going

23 to become a fact witness.

24        MR. WILLARD:  I am referencing what is in our

25 affidavit, Your Honor.  It is in our brief response, as well.  I

1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF GEORGIA

3  CERTIFICATE OF REPORTER

4

5         I do hereby certify that the foregoing pages are a

6  true and correct transcript of the proceedings taken down by me

7  in the case aforesaid.

8

9              This the 23rd day of November, 2020.

10

11                          /S/ Alicia B. Bagley _____
                            ALICIA B. BAGLEY, RMR, CRR
12                          OFFICIAL COURT REPORTER
                            (706) 378-4017
13

14

15

16

17

18

19

20

21

22

23

24

25

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

```
                                      )
_____,      )
                   Plaintiff(s)       )
                                      )      Case No._____
            V.                        )
                                      )
_____,      )
                   Defendant(s)       )
```

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter/transcriber in the above-captioned matter.  Counsel/Parties have twenty-one (21) days from the date of delivery of the transcript to the Clerk to file with the Court a Request for Redaction of this transcript.   If no Request for Redaction is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.

Any counsel or party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/transcriber or view the document at the Clerk's Office public terminal.

```
     _____      _____
          Date                        Court Reporter
```

## VERIFICATION OF FINANCIAL ARRANGEMENTS

Proceeding Type:       _____
                       _____

Proceeding Date:       _____
                       _____

Volume Number:         _____
                       _____

Notice is hereby given that financial arrangements for a copy of the transcript have been made with the following individual(s):_____
_____
_____
as counsel/party in this case.  He/She is to be provided with remote access to the transcript via CM/ECF and PACER.

```
     _____      _____
          Date                        Court Reporter
```