# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, INC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants*. | Civil Action No.<br>1:18-cv-05391-SCJ |

## [PROPOSED] SCHEDULING ORDER

Defendants will file any response to Moving Plaintiffs' Motion for Partial Summary Judgment 21 days from the granting of Plaintiffs' Motion for Leave to File a Supplemental Complaint.

Moving Plaintiffs will file any reply brief 14 days after Defendants' response.

**IT IS SO ORDERED** this ___ day of _____, 2022.

_____

Honorable Steve C. Jones
United States District Court Judge