IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FAIR FIGHT ACTION, INC., et al.,

  Plaintiffs,

v.

BRAD RAFFENSPERGER, et al.,

  Defendants.

CIVIL ACTION FILE NO.

1:18-CV-5391-SCJ

## ORDER

The following schedule shall govern the trial of the above-captioned case.

**May 2, 2022**: Court convenes at 9:30 a.m. and adjourns at 5:30 p.m.

**May 3–6, 2022**: Court stands adjourned (no trial proceedings on these dates).

**May 9–12, 2022**: Court resumes and will convene from 9:00 a.m. to 5:30 p.m. each day.

**May 13, 2022**: Court convenes at 9:00 a.m. and ends at 1:00 p.m.

**May 16–17, 2022**: Court convenes at 9:00 a.m. and ends at 5:30 p.m.

**May 18, 2022–June 12, 2022**: Court stands adjourned (no trial proceedings on these dates).

June 13, 2022: Court resumes at 10:00 a.m. and ends at 5:30 p.m.

June 14–15, 2022: Court convenes at 9:00 a.m. and ends at 5:30 p.m.

June 16, 2022: Court stands adjourned (no trial proceedings today).

June 17, 2022: Court resumes at 9:00 a.m. and ends at 5:30 p.m.

June 20–24, 2022: Court convenes at 9:00 a.m. and ends at 5:30 p.m.

The above-stated trial schedule shall control unless otherwise amended by the Court. Said schedule also accounts for leaves of absences (Doc. Nos. [629]; [639]) and other scheduling considerations. If additional trial dates are needed beyond June 24, 2022, the Court will announce those dates at a later time.

IT IS SO ORDERED this __28th__ day of April, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE