IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FAIR FIGHT ACTION, INC. et al.,** | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | No. 1:18-CV-5391-SCJ |
| **BRAD RAFFENSPERGER, et al.,** | |
| Defendants. | |

# ORDER

The Parties are **ORDERED** to file proposed findings of fact and conclusions of law no later than **6:00 P.M. (EST) on FRIDAY JULY 1, 2022.** Parties are further **ORDERED** to file their proposed findings of fact and conclusions of law to CM/ECF and e-mail a Word copy to pamela_wright@gand.uscourts.gov. Said filings shall comply with the following formatting and citation requirements:

1. All citations to case names, case history, signals, "supra," and "infra" shall be underlined, not italicized. If the signal contains more than one word, the space between shall be underlined. If the signal is

followed by "id.," the space between the signal and "id." is not underlined.

2. All citations to Georgia state court cases shall include parallel citations and pincites to both reporters.

3. All citations to United States Supreme Court cases shall only cite the U.S. reporter; if none, use S. Ct. reporter.

4. All citations to the docket shall be in the form of Doc. No. [ ]. Additionally, the page number(s) shall be derived from CM/ECF and the document header at the top of the page. If the citation occurs mid-sentence, the citation should be offset by parentheses (Doc. No. [ ]).

5. All citations to lines in the transcript shall use a colon after the page number and leave no space between the colon and the line number. For the first citation to the transcript, indicate, in parentheses, that the document cited is a transcript. For example, (Trial Tr.), Tr. 2:10, 3:15–20. Subsequent citations may omit the parenthetical explanation.

6. All citations to Plaintiffs' Exhibits shall be styled "PX." and all citations to Defendants' Exhibits shall be styled "DX."

7. When citing an exhibit that was admitted for a limited purpose, the Parties shall include a footnote that sets forth the basis for its admission and directs the Court to the relevant transcript citation. For example, PX. 622[1].

8. All citations to inclusive page numbers shall use an en-dash.

9. All quotation marks and apostrophes shall be "curly" and not "straight."

10. The body of the text shall be in 13 pt. Book Antiqua font.

11. All footnotes shall be in 12 pt. Book Antiqua font. Additionally, all footnotes shall contain two spaces between the numeral and the text.

12. Any formatting not discussed herein shall be consistent with the Local Rules and the Bluebook.

---

[1] Ms. Frechette's and Mr. Hallman's statements were admitted for their truth, but Mr. Reaves' and Mr. Miller's statements were not admitted for their truth. See Tr. 840:23–841:2.

3

13. Any citation not discussed herein shall be consistent with the Bluebook.

**IT IS SO ORDERED** this 22nd day of June, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE