# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

FAIR FIGHT ACTION, INC, *et al.*,

     *Plaintiffs*,

     v.

BRAD RAFFENSPERGER, *et al.*,

     *Defendants*.

Civil Action No.
1:18-cv-05391-SCJ

## NOTICE OF FILING PLAINTIFFS' REQUEST FOR REDACTION OF TRIAL TRANSCRIPTS

In accordance with Fed. R. Civ. P. 5.2(a) and the Notices of Filing of

Official Transcript docketed in this case on July 12, 2022, *see* ECF Nos. 856-896,

Plaintiffs hereby request redaction of the following sensitive information from the

trial transcripts in this case before the transcript becomes publicly accessible via

CM/ECF and PACER:

| Date | AM/PM | Page | Line | Redaction | Reason |
|------|-------|------|------|-----------|--------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

In addition to the redactions requested herein, Plaintiffs have separately moved the Court to enter a protective order governing the redaction of home addresses of testifying witnesses from the trial transcripts.

## **CERTIFICATION**

I hereby certify that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.), which is approved by the Court pursuant to Local Rules 5.1(C) and 7.1(D).

Respectfully submitted this, the 2nd day of August, 2022.

> */s/ Allegra J. Lawrence*
> Allegra J. Lawrence (GA Bar No. 439797)
> Leslie J. Bryan (GA Bar No. 091175)
> Lovita T. Tandy (GA Bar No. 697242)
> Celeste Coco-Ewing (Admitted *pro hac vice*)
> Michelle L. McClafferty (GA Bar No. 161970)
> Monica R. Owens (GA Bar No. 557502)
> Rodney J. Ganske (GA Bar No. 283819)
> Maia Cogen (GA Bar No. 832438)
> Suzanne Smith Williams (GA Bar No. 526105)
> Bria Stephens (GA Bar No. 925038)
> **LAWRENCE & BUNDY LLC**
> 1180 West Peachtree Street, Suite 1650
> Atlanta, GA 30309
> Telephone: (404) 400-3350
> Fax: (404) 609-2504
> allegra.lawrence-hardy@lawrencebundy.com
> leslie.bryan@lawrencebundy.com
> lovita.tandy@lawrencebundy.com
> celeste.coco-ewing@lawrencebundy.com
> michelle.mcclafferty@lawrencebundy.com
> monica.owens@lawrencebundy.com

rod.ganske@lawrencebundy.com
maia.cogen@lawrencebundy.com
suzanne.williams@lawrencebundy.com
bria.stephens@lawrencebundy.com

Thomas R. Bundy (Admitted *pro hac vice*)
**LAWRENCE & BUNDY LLC**
8115 Maple Lawn Boulevard
Suite 350
Fulton, MD 20789
Telephone: (240) 786-4998
Fax: (240) 786-4501
thomas.bundy@lawrencebundy.com

Dara Lindenbaum (GA Bar No. 980780)
**SANDLER REIFF LAMB ROSENSTEIN &
BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW
Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: (202) 479-1115
lindenbaum@sandlerreiff.com

Elizabeth Tanis (GA Bar No. 697415)
John Chandler (GA Bar No. 120600)
957 Springdale Road, NE
Atlanta, GA 30306
Telephone: (404) 771-2275
beth.tanis@gmail.com
jachandler@gmail.com

Kurt G. Kastorf (GA Bar No. 315315)
**KASTORF LAW, LLC**
1387 Iverson St, Suite 100
Atlanta, GA 30307
Telephone: (404) 900-0330
kurt@kastorflaw.com

Matthew G. Kaiser (Admitted *pro hac vice*)
Sarah R. Fink (Admitted *pro hac vice*)
**KAISERDILLON PLLC**
1099 Fourteenth Street, NW
Eighth Floor West
Washington, DC 20005
Telephone: (202) 640-2850
Fax: (202) 280-1034
mkaiser@kaiserdillon.com
sfink@kaiserdillon.com

Kali Bracey (Admitted *pro hac vice*)
Ishan Bhabha (Admitted *pro hac vice*)
Victoria Hall-Palerm (Admitted *pro hac vice*)
Kathryn L. Wynbrandt (Admitted *pro hac vice*)
**JENNER & BLOCK LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Fax: (202) 639-6066
kbracey@jenner.com
ibhabha@jenner.com
vhall-palerm@jenner.com
kwynbrandt@jenner.com

Jeremy M. Creelan (Admitted *pro hac vice*)
Elizabeth A. Edmondson (Admitted *pro hac vice*)
Allison N. Douglis (Admitted *pro hac vice*)
**JENNER & BLOCK LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Fax: (212) 891-1699
jcreelan@jenner.com
eedmondson@jenner.com
adouglis@jenner.com

- 4 -

Keri L. Holleb Hotaling (Admitted *pro hac vice*)
Kelsey Stimple (Admitted *pro hac vice*)
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
khotaling@jenner.com
kstimple@jenner.com

Von A. DuBose
**DUBOSE MILLER LLC**
75 14th Street N.E., Suite 2110
Atlanta, GA 30309
Telephone: (404) 720-8111
Fax: (404) 921-9557
dubose@dubosemiller.com

Johnathan Diaz (Admitted *pro hac vice*)
Paul M. Smith (Admitted *pro hac vice*)
**CAMPAIGN LEGAL CENTER**
1101 14th St. NW**,** Suite 400
Washington, DC 20005
Telephone: (202)736-2200
jdiaz@campaignlegal.org
psmith@campaignlegal.org

Andrew D. Herman (Admitted *pro hac vice*)
**MILLER & CHEVALIER CHARTERED**
900 Sixteenth Street, NW
Washington, DC 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
aherman@milchev.com

*Counsel for Fair Fight Action, Inc; Care in Action,
Inc; Ebenezer Baptist Church of Atlanta, Georgia,
Inc.; Baconton Missionary Baptist Church, Inc;*

*Virginia-Highland Church, Inc.; and The Sixth Episcopal District, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 2, 2022, the foregoing **NOTICE OF FILING PLAINTIFFS' REQUEST FOR REDACTION OF TRIAL TRANSCRIPTS** was filed with the Court using the ECF system, which will serve all counsel of record.

This, the 2nd day of August, 2022.

*/s/ Allegra J. Lawrence*
Allegra J. Lawrence