# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants*. | Civ. Act. No. 1:18-cv-5391 (SCJ) |

## ORDER

THIS MATTER, having come before the Court on the Plaintiffs' Unopposed Motion for Protective Order,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED, and

IT IS FURTHER ORDERED that the home addresses identified in Exhibit A to Plaintiffs' Motion for Protective Order be redacted from the trial transcripts.

SO ORDERED this 2nd day of August, 2022.

                                            s/Steve C. Jones
                                            Steve C. Jones
                                            UNITED STATES DISTRICT JUDGE