UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FAIR FIGHT ACTION, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAD RAFFENSPERGER, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:18-CV-5391-SCJ |

# JUDGMENT

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, for a non-jury trial and the Court having found in favor of Defendants on all counts in its Opinion and Memorandum of Decision [Doc. 916] of September 30, 2022, it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendants, and further

**ORDERED AND ADJUDGED** that Defendants recover their costs of this action, and the action be, and the same hereby, is **DISMISSED**.

Dated at Atlanta, Georgia, this 30th day of September, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Pamela Wright
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 30, 2022
Kevin P. Weimer
Clerk of Court

By: _____
Pamela Wright
Deputy Clerk