AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Fair Fight Action, Inc., et al. ) | |
| ) | |
| v. ) | Case No.: 1:18-CV-5391-SCJ |
| Raffensperger, et al. ) | |
| ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on   09/30/2022   against   Plaintiffs   ,
                                                                 Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ........................................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 192,628.85 |
| Fees and disbursements for printing ............................................... | |
| Fees for witnesses *(itemize on page two)* ........................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................. | 38,674.86 |
| Docket fees under 28 U.S.C. 1923 ................................................. | |
| Costs as shown on Mandate of Court of Appeals .................................... | |
| Compensation of court-appointed experts .......................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ...................................................... | |
| TOTAL $ | 231,303.71 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service        ☐  First class mail, postage prepaid

☐  Other:  _____

s/ Attorney:   /s/ Bryan P. Tyson

Name of Attorney:  Bryan P. Tyson

For:   Defendant Brad Raffensperger        Date:  10/31/2022
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of  _____  and included in the judgment.

_____        By:  _____        _____
    *Clerk of Court*                    *Deputy Clerk*                    *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | |
|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Fight | Description | Amount Paid | Bill of Costs Category |
|---|---|---:|---|
| 5/2/2019 | Hearing in Court | $ 279.50 | Transcripts obtained for use in case |
| 8/13/2019 | Hearing in Court | $ 32.40 | Transcripts obtained for use in case |
| 10/7/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees Fair Fight Action/Attorney  Generals Office-TrusTrustPointoint.One | $ 1,927.75 | Transcripts obtained for use in case |
| 10/10/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 478.90 | Transcripts obtained for use in case |
| 10/16/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - WorleyTranscript-Fair Fight/Brad Raffensperger-Esquire Deposition Solutions | $ 1,711.25 | Transcripts obtained for use in case |
| 10/18/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - SullivanTranscript-Fair Fight Action/Brad Raffensperger-Esquire Deposition Solutions | $ 1,565.60 | Transcripts obtained for use in case |
| 10/21/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Brad Raffensperger-Esquire Deposition Solutions | $ 686.85 | Transcripts obtained for use in case |
| 10/30/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Brad Raffensperger-TrusTrustPointoint. One | $ 1,488.00 | Transcripts obtained for use in case |
| 10/30/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Brad Raffensperger-TrusTrustPointoint. One | $ 835.75 | Transcripts obtained for use in case |
| 10/30/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Fair Fight/Brad Raffensperger-TrusTrustPointoint | $ 1,158.00 | Transcripts obtained for use in case |
| 11/6/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Fair Fight/Attorney General-Regency-Brentano, Inc. | $ 150.00 | Transcripts obtained for use in case |
| 11/8/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 1,033.65 | Transcripts obtained for use in case |
| 11/8/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 514.20 | Transcripts obtained for use in case |
| 11/11/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 807.75 | Transcripts obtained for use in case |
| 11/11/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 746.70 | Transcripts obtained for use in case |
| 11/15/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Brad Raffensperger-TrusTrustPointoint | $ 900.00 | Transcripts obtained for use in case |
| 11/15/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Brad Raffensperger-TrusTrustPointoint | $ 715.00 | Transcripts obtained for use in case |
| 11/18/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 1,070.00 | Transcripts obtained for use in case |
| 11/19/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-SEGA-TrusTrustPointoint.One | $ 1,230.00 | Transcripts obtained for use in case |
| 11/19/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-SEGA-TrusTrustPointoint.One | $ 195.00 | Transcripts obtained for use in case |
| 11/19/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Matthew Laney-TrusTrustPointoint.One | $ 1,989.75 | Transcripts obtained for use in case |
| 11/19/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-B. Beard, Robin Boyd, Saundra Brundage-TrusTrustPointoint.One | $ 899.00 | Transcripts obtained for use in case |
| 11/19/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Panessa Stephens-Josh Belinfante | $ 388.75 | Transcripts obtained for use in case |
| 11/19/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Jessica Livoti-TrusTrustPointoint.One | $ 2,847.25 | Transcripts obtained for use in case |
| 11/19/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Angel Poventud, Amari Fennoy,Linda Marshall-TrusTrustPointoint.One | $ 1,208.50 | Transcripts obtained for use in case |
| 11/19/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Justin Berger, Margaret Church, Deborah Brown-TrusTrustPointoint.One | $ 1,674.00 | Transcripts obtained for use in case |
| 11/19/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Lauren Groh-Wargo-TrusTrustPointoint.One | $ 3,104.50 | Transcripts obtained for use in case |
| 11/19/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Raphael Warnock-TrusTrustPointoint.One | $ 1,700.00 | Transcripts obtained for use in case |
| 11/19/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Colleen Corona, Jane Crain, Isaac Mirza-TrusTrustPointoint.One | $ 1,690.75 | Transcripts obtained for use in case |
| 11/19/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Jamal Brooks, Surabhi Beriwals-TrusTrustPointoint.One | $ 698.00 | Transcripts obtained for use in case |
| 11/20/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 994.20 | Transcripts obtained for use in case |
| 11/21/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 999.20 | Transcripts obtained for use in case |
| 11/21/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 1,024.65 | Transcripts obtained for use in case |
| 11/21/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 1,612.00 | Transcripts obtained for use in case |
| 11/21/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 350.75 | Transcripts obtained for use in case |
| 11/21/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 555.05 | Transcripts obtained for use in case |
| 11/22/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 1,045.45 | Transcripts obtained for use in case |
| 11/22/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees | $ 150.00 | Transcripts obtained for use in case |
| 11/22/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 150.00 | Transcripts obtained for use in case |
| 11/25/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 902.30 | Transcripts obtained for use in case |
| 11/27/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 955.00 | Transcripts obtained for use in case |
| 11/27/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Laurie Nicholas-TrusTrustPointoint.One | $ 314.25 | Transcripts obtained for use in case |
| 11/27/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Stacey Abrams-TrusTrustPointoint.One | $ 873.50 | Transcripts obtained for use in case |
| 11/27/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Kelly Dermody,Erika Underwood, Alexus Clark, Chaz Carter, Willie Cofield-TrusTrustPointoint.One | $ 1,735.25 | Transcripts obtained for use in case |
| 11/30/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Shannon McCoy-TrusTrustPointoint.One | $ 324.75 | Transcripts obtained for use in case |

| Fight | Description | Amount Paid | Bill of Costs Category |
|---|---|---:|---|
| 11/30/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Stacey Abrams-TrusTrustPointoint.One | $ 460.00 | Transcripts obtained for use in case |
| 11/30/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Rasheicka Platt-TrusTrustPointoint.One | $ 305.00 | Transcripts obtained for use in case |
| 12/4/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger/Attorney General-Regency-Brentano, Inc. | $ 708.85 | Transcripts obtained for use in case |
| 12/4/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger/Attorney General-Regency-Brentano, Inc. | $ 529.45 | Transcripts obtained for use in case |
| 12/6/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger/Attorney General-Regency-Brentano, Inc. | $ 939.90 | Transcripts obtained for use in case |
| 12/6/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger/Attorney General-Regency-Brentano, Inc. | $ 606.35 | Transcripts obtained for use in case |
| 12/9/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Attorney General-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 1,591.35 | Transcripts obtained for use in case |
| 12/9/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Attorney General-TrusTrustPointoint | $ 735.00 | Transcripts obtained for use in case |
| 12/9/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 566.00 | Transcripts obtained for use in case |
| 12/9/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 311.75 | Transcripts obtained for use in case |
| 12/9/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 1,641.25 | Transcripts obtained for use in case |
| 12/9/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 (Minter)Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 409.50 | Transcripts obtained for use in case |
| 12/9/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 438.00 | Transcripts obtained for use in case |
| 12/9/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - McGinnisTranscript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 514.50 | Transcripts obtained for use in case |
| 12/9/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 505.50 | Transcripts obtained for use in case |
| 12/10/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Regency-Brentano, Inc | $ 954.55 | Transcripts obtained for use in case |
| 12/11/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc | $ 418.70 | Transcripts obtained for use in case |
| 12/11/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - RayburnDiposition-Transcript Fee-Fair Fight/Raffensperger-Esquire Deposition Solutions LLC | $ 2,622.20 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Certificate of non-appearance-Jeffrey Marion-Fair Fight/Raffensperger/Sec of State-TrusTrustPointoint | $ 195.00 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Kristen MorrisTranscript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 320.00 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Sue MurphyTranscript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 417.75 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 270.75 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Andrea OkiTranscript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 500.75 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 649.75 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 405.25 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 275.75 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 195.00 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 442.00 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 410.00 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Robyn RobertsTranscript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 389.75 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Naliah OgleTranscript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 439.25 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Susan RadulovackiTranscript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 382.50 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Tracy MatthewsTranscript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 250.00 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Chris HarveyTranscript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 3,438.50 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-TrusTrustPointoint | $ 1,962.50 | Transcripts obtained for use in case |
| 12/12/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Derrick OtisTranscripts-Fair Fight/Raffensperger-TrusTrustPointoint | $ 569.75 | Transcripts obtained for use in case |
| 12/16/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees | $ 708.70 | Transcripts obtained for use in case |
| 12/17/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 162.60 | Transcripts obtained for use in case |
| 12/18/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 600.15 | Transcripts obtained for use in case |
| 12/19/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - GermanyTranscript-Fair Fight/Raffensperger-Esquire | $ 1,962.75 | Transcripts obtained for use in case |
| 12/20/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Michael BarnesTranscript-Fair Fight/Raffensperger-Esquire | $ 1,855.80 | Transcripts obtained for use in case |
| 12/20/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Esquire | $ 1,801.95 | Transcripts obtained for use in case |
| 12/24/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 990.75 | Transcripts obtained for use in case |
| 12/24/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc | $ 1,254.90 | Transcripts obtained for use in case |
| 12/27/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 152.25 | Transcripts obtained for use in case |

| Fight | Description | Amount Paid | Bill of Costs Category |
|---|---|---|---|
| 12/30/2019 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 644.40 | Transcripts obtained for use in case |
| 1/2/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Fair Fight/Raffensperger/Attorney General-Regency-Brentano, Inc. | $ 1,331.20 | Transcripts obtained for use in case |
| 1/6/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts-Fair Fight/Raffensperger-Regency-Brentano | $ 531.45 | Transcripts obtained for use in case |
| 1/7/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 1,064.25 | Transcripts obtained for use in case |
| 1/8/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Brian KempTranscripts Fees- Synchronized Video (1/8/2020)- Esquire Deposition Solutions | $ 381.25 | Transcripts obtained for use in case |
| 1/9/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 344.60 | Transcripts obtained for use in case |
| 1/9/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc. | $ 202.25 | Transcripts obtained for use in case |
| 1/10/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Gov. Brian KempTranscript-Fair Fight/Raffensperger-Esquire Deposition Solutions LLC | $ 1,325.85 | Transcripts obtained for use in case |
| 1/10/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Office of the SecretaryTranscript-Fair Fight/Raffensperger-Esquire Deposition Solutions LLC | $ 1,648.20 | Transcripts obtained for use in case |
| 1/16/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Fair Fight/Raffensperger-Regency-Brentano, Inc | $ 150.00 | Transcripts obtained for use in case |
| 1/17/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc | $ 557.75 | Transcripts obtained for use in case |
| 1/21/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc | $ 429.15 | Transcripts obtained for use in case |
| 1/23/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger-Regency-Brentano, Inc | $ 1,203.10 | Transcripts obtained for use in case |
| 1/23/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Laura Walker-Mozlta-Regency-Brentano, Inc | $ 698.39 | Transcripts obtained for use in case |
| 1/27/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Fair Fight/Raffensperger-Regency-Brentano, Inc | $ 478.65 | Transcripts obtained for use in case |
| 1/29/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Fair Fight/Raffensperger/Attorney General-Regency-Brentano, Inc | $ 794.95 | Transcripts obtained for use in case |
| 2/3/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Blakke Gravely-Regency-Brentano, Inc. | $ 474.10 | Transcripts obtained for use in case |
| 2/3/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Tangerlyn Scott, Dasia Holt, Sharonda Goff-Regency-Brentano, Inc. | $ 1,106.50 | Transcripts obtained for use in case |
| 2/4/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Jim N. Peterson, JR.-Regency-Brentano, Inc | $ 421.05 | Transcripts obtained for use in case |
| 2/5/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Sharonda T. Longino-Regency-Brentano, Inc. | $ 539.20 | Transcripts obtained for use in case |
| 2/5/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Michael Bell-Rengency-Brentano, Inc | $ 548.70 | Transcripts obtained for use in case |
| 2/5/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Carlos White-Regency-Brentano, Inc. | $ 455.40 | Transcripts obtained for use in case |
| 2/11/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Felicia Freeman-Liviki-Regency-Brentano, Inc. | $ 650.60 | Transcripts obtained for use in case |
| 2/13/2020 | Hearing in Court | $ 81.90 | Transcripts obtained for use in case |
| 2/20/2020 | Daniel Smith depo | $ 1,756.65 | Transcripts obtained for use in case |
| 3/3/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Carlos Del Rio-Regency-Brentano, Inc. | $ 508.55 | Transcripts obtained for use in case |
| 3/3/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Deirdra Reed-Regency-Brentano, Inc. | $ 767.20 | Transcripts obtained for use in case |
| 3/5/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Rasheicka Platt-TrusTrustPointoint | $ 67.50 | Transcripts obtained for use in case |
| 3/16/2020 | J. Alex Halderman depo | $ 1,560.05 | Transcripts obtained for use in case |
| 3/17/2020 | Michael McDonald depo | $ 971.20 | Transcripts obtained for use in case |
| 3/25/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Kenneth Mayer, PhD-Regency-Brentano, Inc | $ 1,220.60 | Transcripts obtained for use in case |
| 4/8/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Stephen C. Graves, PhD-Regency-Brentano, Inc. | $ 674.85 | Transcripts obtained for use in case |
| 4/8/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Michael C. Herron, PhD.-Regency-Brentano, Inc. | $ 1,485.90 | Transcripts obtained for use in case |
| 4/12/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Chris Duncan-Regency-Brentano, Inc | $ 468.45 | Transcripts obtained for use in case |
| 4/12/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Michele Baskett-Samantha Cramer-Kevin Doan-Regency-Brentano, Inc | $ 976.20 | Transcripts obtained for use in case |
| 4/15/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Willie Jones-Keteria Neal-Regency-Brentano, Inc. | $ 788.20 | Transcripts obtained for use in case |
| 4/15/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Willie Jones-Keteria Neal-Regency-Brentano, Inc. | $ 506.10 | Transcripts obtained for use in case |
| 4/15/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Sam Awad-Dinesh Chandra-Vineeta Daminenl-Regency-Brentano, Inc | $ 1,135.90 | Transcripts obtained for use in case |
| 4/16/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Nicolas Winbush-Caroline Bailey-Regency-Brentano, Inc | $ 578.90 | Transcripts obtained for use in case |
| 4/16/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Certificate of non-appearance-Michael White-Regency-Brentano, Inc | $ 151.35 | Transcripts obtained for use in case |
| 4/20/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Teleconfrence-Black Voters Matter Fund-Shannon R Welch, RMR, CRR | $ 24.00 | Transcripts obtained for use in case |
| 4/20/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Kevin Kennedy-Regency-Brentano, Inc | $ 1,628.40 | Transcripts obtained for use in case |
| 4/20/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Rachel Shauna Christine Edler-Colin Jackson, II-Regency -Brentano, Inc | $ 623.90 | Transcripts obtained for use in case |
| 4/22/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Certificate of Non-Appearance-Atlas Gordon-Regency-Brentano, Inc | $ 189.00 | Transcripts obtained for use in case |
| 4/22/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Margot Fumo-Dennis Hart-Regency-Brentano, Inc | $ 679.95 | Transcripts obtained for use in case |

| Fight | Description | Amount Paid | Bill of Costs Category |
|---|---|---|---|
| 4/22/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Rebecca Payne-Regency-Brentano, Inc. | $ 533.85 | Transcripts obtained for use in case |
| 4/22/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Kirsten Kemp and Dorothy Mize-Regency-Brentano, Inc | $ 799.45 | Transcripts obtained for use in case |
| 4/27/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Shalla Sabusa Momin-Latonia Smith-Regency-Brentano, Inc. | $ 981.80 | Transcripts obtained for use in case |
| 4/27/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Natalya Kelly-Regency-Brentano, Inc. | $ 540.90 | Transcripts obtained for use in case |
| 4/27/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript-Chukwuka Obiofuma-Regency-Brentano, Inc. | $ 611.40 | Transcripts obtained for use in case |
| 4/27/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Sydney Boyum-Mary Blossomgame-Regency-Brentano, Inc. | $ 480.65 | Transcripts obtained for use in case |
| 4/27/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Lottie Moore-Regency-Brentano, Inc | $ 253.30 | Transcripts obtained for use in case |
| 4/29/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Deirdra Reed-Regency-Brentano, Inc. | $ 234.10 | Transcripts obtained for use in case |
| 4/29/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Eunice Walden-Thires Pickett-Regency-Brentano, Inc. | $ 670.50 | Transcripts obtained for use in case |
| 4/29/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Frank Lucas-Antoinette Johnson-Regency-Brentano, Inc. | $ 616.30 | Transcripts obtained for use in case |
| 4/29/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Blakely Joy Scott-Ghadam Matz-Regency-Brentano, Inc. | $ 569.25 | Transcripts obtained for use in case |
| 5/1/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fee-Marcus Soori-Arachi-Yujue Wang-Ernest White-Regency-Brentano, Inc | $ 1,185.55 | Transcripts obtained for use in case |
| 5/6/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Anthony McKissic-Raymond Parrott-Regency-Brentano, Inc | $ 1,012.50 | Transcripts obtained for use in case |
| 5/6/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Camille Williams-Jade Allen-Regency-Brentano, Inc | $ 654.45 | Transcripts obtained for use in case |
| 5/8/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fee-Talisha Warren-Regency-Brentano, Inc. | $ 766.20 | Transcripts obtained for use in case |
| 5/8/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Khrystylle Shepperd-Olivia Haas-Regency-Brentano, Inc. | $ 837.15 | Transcripts obtained for use in case |
| 5/11/2020 | Sean Trende depo | $ 556.45 | Transcripts obtained for use in case |
| 5/11/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Kia Carter-Regency-Brentano, Inc. | $ 568.50 | Transcripts obtained for use in case |
| 5/11/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Rasheikca Platt-Regency-Brentano, Inc. | $ 150.00 | Transcripts obtained for use in case |
| 5/11/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Dasia Holt-Regency-Brentano, Inc. | $ 437.25 | Transcripts obtained for use in case |
| 5/11/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Certificate of non-appearance-Lottie Moore-Regency-Brentano, Inc. | $ 150.00 | Transcripts obtained for use in case |
| 5/11/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Deirdra Reed Vol. II-Regency-Brentano, Inc. | $ 468.80 | Transcripts obtained for use in case |
| 5/15/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Peggy Xu-Regency-Brentan, Inc. | $ 634.05 | Transcripts obtained for use in case |
| 5/22/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees- Synchronized Video Dr. Janet Thornton- Esquire Deposition Solutions | $ 588.75 | Transcripts obtained for use in case |
| 5/22/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - Dr. Janet ThorntonTranscripts Fees- Synchronized Video Dr. Janet Thornton- Esquire Deposition Solutions | $ 227.50 | Transcripts obtained for use in case |
| 5/28/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Tampa, FL-Janet Thornto-Esquire | $ 588.75 | Transcripts obtained for use in case |
| 6/10/2020 | Thomas Brunell depo | $ 1,236.00 | Transcripts obtained for use in case |
| 6/10/2020 | Peyton McCrary depo | $ 2,359.60 | Transcripts obtained for use in case |
| 6/22/2020 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcript Fees-Deirdra Reed Vol.III-Regency-Brentano, Inc | $ 1,058.00 | Transcripts obtained for use in case |
| 1/6/2021 | 12/17/2020 hearing transcript | $ 32.40 | Transcripts obtained for use in case |
| 12/27/2021 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees - 12/27/2021 -Veritext, LLC | $ 1,197.36 | Transcripts obtained for use in case |
| 1/4/2022 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees - 01/04/22 - Veritext, LLC | $ 1,741.37 | Transcripts obtained for use in case |
| 1/5/2022 | Karen Zorn deposition | $ 673.65 | Transcripts obtained for use in case |
| 1/6/2022 | Nicole Freemon depo | $ 891.76 | Transcripts obtained for use in case |
| 1/6/2022 | Michael B. Parks depo | $ 765.90 | Transcripts obtained for use in case |
| 1/6/2022 | Margaret Augusta Whatley depo | $ 798.90 | Transcripts obtained for use in case |
| 1/6/2022 | Susan Lynice Banks Williams depo | $ 295.00 | Transcripts obtained for use in case |
| 1/6/2022 | Michelle Solomon depo | $ 597.40 | Transcripts obtained for use in case |
| 1/6/2022 | Payal Shah depo | $ 190.00 | Transcripts obtained for use in case |
| 1/6/2022 | Deborah Allen depo | $ 813.44 | Transcripts obtained for use in case |
| 1/6/2022 | Andre Smith depo | $ 295.00 | Transcripts obtained for use in case |
| 1/6/2022 | Michael B. Parks depo | $ 295.00 | Transcripts obtained for use in case |
| 1/6/2022 | Robert Walker, Jr. depo | $ 868.65 | Transcripts obtained for use in case |
| 1/7/2022 | Aria Aaron depo | $ 807.90 | Transcripts obtained for use in case |
| 1/7/2022 | Moyna Ghosh depo | $ 826.20 | Transcripts obtained for use in case |

| Fight | Description | Amount Paid | Bill of Costs Category |
|---|---|---|---|
| 1/7/2022 | Tocarro Davis Combs depo | $ 1,120.15 | Transcripts obtained for use in case |
| 1/7/2022 | Deborah Allen - video synchronization | $ 190.00 | Transcripts obtained for use in case |
| 1/7/2022 | Aria Aaron - vi- video synchronization | $ 190.00 | Transcripts obtained for use in case |
| 1/10/2022 | Emily Huskey depo | $ 1,149.31 | Transcripts obtained for use in case |
| 1/10/2022 | Sheree Dixon depo | $ 1,358.11 | Transcripts obtained for use in case |
| 1/10/2022 | Keith Weinberg depo | $ 978.19 | Transcripts obtained for use in case |
| 1/11/2022 | Dr. Ali Kefeli depo | $ 1,368.25 | Transcripts obtained for use in case |
| 1/12/2022 | Payal Shah depo | $ 640.65 | Transcripts obtained for use in case |
| 1/12/2022 | Julian Grill depo | $ 936.25 | Transcripts obtained for use in case |
| 1/12/2022 | Brenda Lee depo | $ 473.10 | Transcripts obtained for use in case |
| 1/12/2022 | Ruwa Romman depo | $ 937.77 | Transcripts obtained for use in case |
| 1/12/2022 | Robert Walker, Jr. - video synchronization | $ 295.00 | Transcripts obtained for use in case |
| 1/12/2022 | Kenya Abdul-Khaliq - video synchronization | $ 190.00 | Transcripts obtained for use in case |
| 1/12/2022 | Alkhealasharteula Cameron Harrison depo | $ 792.86 | Transcripts obtained for use in case |
| 1/12/2022 | Lee Anne Feeley depo | $ 1,059.37 | Transcripts obtained for use in case |
| 1/12/2022 | Kenneth Mayer, Ph.D. depo | $ 1,301.56 | Transcripts obtained for use in case |
| 1/12/2022 | Lorraine Minnite, Ph.D. depo | $ 1,472.53 | Transcripts obtained for use in case |
| 1/18/2022 | Ruwa Romman - video synchronization | $ 235.00 | Transcripts obtained for use in case |
| 1/18/2022 | Lee Anne Feeley - video synchronization | $ 295.00 | Transcripts obtained for use in case |
| 1/18/2022 | Jayme Wills depo | $ 721.49 | Transcripts obtained for use in case |
| 1/24/2022 | T. Matthew Mashburn depo | $ 932.45 | Transcripts obtained for use in case |
| 1/25/2022 | Cianti Stewart-Reid depo | $ 747.19 | Transcripts obtained for use in case |
| 2/17/2022 | Reverend Bronson Woods depo | $ 1,360.84 | Transcripts obtained for use in case |
| 2/18/2022 | R. Gabriel Sterling depo | $ 2,299.70 | Transcripts obtained for use in case |
| 2/22/2022 | Dr. Adrienne Jones Vol II depo | $ 1,439.40 | Transcripts obtained for use in case |
| 2/28/2022 | Anh Le depo | $ 1,361.75 | Transcripts obtained for use in case |
| 4/4/2022 | Thomas Brunell - video synchronization | $ 274.15 | Transcripts obtained for use in case |
| 4/5/2022 | Sheree Dixon, M.D. - video synchronization | $ 602.50 | Transcripts obtained for use in case |
| 4/5/2022 | Keith Weinberg - video synchronization | $ 343.75 | Transcripts obtained for use in case |
| 4/5/2022 | Alkhealasharteula Cameron Harrison - video synchronization | $ 343.75 | Transcripts obtained for use in case |
| 4/5/2022 | Lee Anne Feeley - video synchronization | $ 185.00 | Transcripts obtained for use in case |
| 4/5/2022 | Karen Zorn depo | $ 602.50 | Transcripts obtained for use in case |
| 4/5/2022 | Kevin Rayburn - video synchronization | $ 476.65 | Transcripts obtained for use in case |
| 4/6/2022 | Michelle Solomon - video synchronization | $ 343.75 | Transcripts obtained for use in case |
| 4/6/2022 | Tocarro Davis Combs - video synchronization | $ 602.50 | Transcripts obtained for use in case |
| 4/8/2022 | Rosa Hamalainen depo | $ 525.65 | Transcripts obtained for use in case |
| 4/11/2022 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Trial Daily Certified Copy Retainer- Judith M. Wolff, OCRR | $ 9,072.00 | Transcripts obtained for use in case |
| 4/11/2022 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852Transcripts Fees-Trial Dly Cert. Copy Retainer- Viola S. Zborowski | $ 7,128.00 | Transcripts obtained for use in case |
| 4/12/2022 | Gwinnett GOP Meeting - transcription | $ 230.70 | Transcripts obtained for use in case |
| 4/12/2022 | Gwinnett GOP Meeting - video synchronization | $ 343.75 | Transcripts obtained for use in case |
| 4/14/2022 | Young Professionals Event 10/19/18 - transcription | $ 135.50 | Transcripts obtained for use in case |
| 4/14/2022 | Young Professionals Event 10/19/18 - video synchronization | $ 343.75 | Transcripts obtained for use in case |
| 4/21/2022 | Rosa Hamalainen - video synchronization | $ 200.00 | Transcripts obtained for use in case |
| 4/27/2022 | Benjamin Ansa, M.D. depo | $ 799.00 | Transcripts obtained for use in case |
| 4/27/2022 | Brenda Lee depo | $ 385.55 | Transcripts obtained for use in case |

| Fight | Description | Amount Paid | Bill of Costs Category |
|---|---|---|---|
| 4/27/2022 | Brenda Lee - video synchronization | $ 343.75 | Transcripts obtained for use in case |
| 4/27/2022 | Benjamin Ansa, M.D. - video synchronization | $ 315.00 | Transcripts obtained for use in case |
| 5/9/2022 | 26141.0016/Attorney Generals OfficeFair Fight Action - 1172852 - John VaughnTranscripts Fees - 05/09/22 - Esquire Deposition Solutions, LLC | $ 523.96 | Transcripts obtained for use in case |
|  | TOTAL OF TRANSCRIPTS | $ 192,628.85 |  |
|  |  |  |  |
| 4/15/2022 | Printing/copying costs for trial exhibit binders | $ 37,926.61 | Cost of making copies obtained for case |
| 4/15/2022 | Printing/copying costs for trial exhibit binders | $ 748.25 | Cost of making copies obtained for case |
|  | TOTAL OF PRINTING FOR CASE | $ 38,674.86 |  |
|  |  |  |  |
|  | **GRAND TOTAL** | $ 231,303.71 |  |