# EXHIBIT B

Executive Imaging Group, LLC
50 Hurt Plaza, Suite 945
Atlanta, GA  30303 US
(404)419-6555
trexecutive@gmail.com

**Invoice**

BILL TO
Carla Foster
Robbins Alloy Belinfante Littlefield, LLC
500 Fourteenth Street NW
Atlanta,, GA  30318

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 4514 | 04/15/2022 | $748.25 | 04/30/2022 | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services<br>Litigation Printing Black / White | 6,906 | 0.095 | 656.07T |
| Services<br>Litigation Printing Color | 75 | 0.49 | 36.75T |
| Services<br>Delivery - No Charge | 1 | 0.00 | 0.00 |

Client Matter Number: FAIR FIGHT ACTION v BRAD RAFFENSPERGER

SUBTOTAL 692.82
TAX (8%) 55.43
TOTAL 748.25
BALANCE DUE **$748.25**

We Appreciate your Business!        Fed. Tax ID No: 45-4001938

# Invoice

**Executive Imaging Group, LLC**
50 Hurt Plaza, Suite 945
Atlanta, GA  30303 US
(404)419-6555
trexecutive@gmail.com

| BILL TO |
|---|
| Rashmi Ahuja |
| Taylor English Duma LLP |
| 1600 Parkwood Circle, Suite 200 |
| Suite 815 |
| Atlanta,, GA  30339 |
| United States |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 4509 | 04/15/2022 | $0.00 | 04/30/2022 | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services<br>Litigation Printing Black/White with small divider sections | 63,777 | 0.095 | 6,058.82T |
| Services<br>Litigation Printing Color with small divider sections | 48,713 | 0.49 | 23,869.37T |
| Services<br>Index Tabs / Divider Tabs (low numbers 1-300 x 7) | 2,100 | 0.25 | 525.00T |
| Services<br>Index Tabs / Divider Tabs (high numbers 301-735 x 7) | 3,038 | 0.35 | 1,063.30T |
| Services<br>Tab Insections - 5138 | 1 | 513.80 | 513.80 |
| Services<br>Black Clear View Notebook (3 inch D-Ring) | 125 | 25.00 | 3,125.00T |
| Services<br>No Charge for Pick-up & Delivery | 1 | 0.00 | 0.00 |

PAID

| | |
|---|---|
| SUBTOTAL | 35,155.29 |
| TAX (8%) | 2,771.32 |
| TOTAL | 37,926.61 |
| PAYMENT | 37,926.61 |
| BALANCE DUE | **$0.00** |

We Appreciate your Business!                 Fed. Tax ID No: 45-4001938